**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

Date:                January 19, 2006          Prob./Pret.:   N/A
Courtroom Deputy:   Robert R. Keech            Interpreter:   N/A
Court Reporter/ECR: Kara Spitler

_____

Criminal Case No.  **03-cr-00128-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                      James O. Hearty

              Plaintiff,

v.

**1. DANA WEST**,                                  Walter L. Gerash

              Defendant.

_____

**COURTROOM MINUTES**
_____

**HEARING ON DEFENDANT'S RELEASE AND CONDITIONS FOR RELEASE**

**3:27 p.m.**     Court in Session - Defendant present (in-custody)

              APPEARANCES OF COUNSEL.

              Court's opening remarks and review of background in this case.

3:31 p.m.     Statement by Government (Mr. Hearty).

3:37 p.m.     Statement by Defendant (Mr. Gerash).

3:45 p.m.     Statement by Government (Mr. Hearty).

3:47 p.m.     Discussion regarding where to place the defendant for a further competency
              evaluation.

Judge Wiley Y. Daniel
03-cr-00128-WYD - Courtroom Minutes
Page 2

Court makes findings.

**ORDERED:** A further competency evaluation, done by an independent third-party, shall occur at a facility in the Denver metropolitan area.

**ORDERED:** Counsel shall meet and confer and attempt to resolve any issues pertaining to a further competency evaluation of the Defendant.

**ORDERED:** Government shall submit a form of order, outlining the Court's rulings and proposed dates for a hearing on competency, not later than **Thursday, January 26, 2006.**

4:04 p.m.       Statement by Defendant on his own behalf (Mr. West).

**ORDERED:** Defendant is **REMANDED** to custody of U.S. Marshal.

**4:11 p.m.**       Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  :44**