UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-CR-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANA WEST,

    Defendant.

_____

**ORDER**
_____

THIS MATTER came before the Court on a hearing on Thursday, January 19, 2006. In accordance with my rulings at the hearing, it is

ORDERED that the Government's Motion for Commitment of Defendant for Additional Reasonable Period of Time for Restoration to Competency Under 18 U.S.C. § 4241(d)(2)(A) (filed January 18, 2006) is **GRANTED**. It is

FURTHER ORDERED that the Government shall submit a proposed form of order with the Court on or before **Thursday, January 26, 2006**, as to Defendant's recommitment for a determination of competency. The proposed order shall indicate that Defendant is to be evaluated for competency under 18 U.S.C. § 4241 by a third party licensed psychologist or psychiatrist and that such evaluation shall be conducted in the Denver metropolitan area at an appropriate facility. The Order shall also include mutually agreed on proposed dates for the hearing on Defendant's competency. It is

-2-

FURTHER ORDERED that the parties shall meet and confer on who the licensed psychologist/psychiatrist shall be in this case and, if unable to agree, shall submit the proposed practitioners' CVs to the Court for a determination. Finally, it is

ORDERED that the issue of Defendant's release under 18 U.S.C. § 4246 is **DEFERRED** until after the issue of competency is determined.

Dated: January 20, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge