IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.   03-cr-000128-WYD

United States of America,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

## PROPOSED FORM OF ORDER FOR
## COMPETENCY EXAMINATION OF THE DEFENDANT

The United States of America, by Assistant United States Attorney James O. Hearty, hereby files the enclosed proposed form of order for a competency evaluation of the defendant in accordance with the Court's oral order provided in open court on January 19, 2006.

In accordance with the Court's direction, undersigned government counsel has also done the following:

1. Sent curriculum vitae for two proposed forensic psychiatrists in the Denver area to defense counsel on January 25, 2006. Both of these psychiatrists are qualified and available to conduct the examination. If the parties cannot agree on the examiner, undersigned counsel will submit the qualifications of its proposed psychiatrists to the Court for designation.

2. Attempted to coordinate proposed dates for a competency hearing. Defense counsel is not available on the possible dates offered by the Court's chambers (all during the week of April 10, 2006). Undersigned counsel advised the Court's chambers accordingly and was told that the Court will look for additional possible dates for the hearing and contact counsel.

Dated: January 26, 2006                  Respectfully submitted,

                                                             WILLIAM J. LEONE
                                                             United States Attorney

                                                             <u>s/ James O. Hearty</u>
                                                             By: James O. Hearty
                                                             Assistant U.S. Attorney
                                                             1225 Seventeenth Street, Suite 700
                                                            Denver, CO 80202
                                                            (303) 454-0100
                                                            F: (303) 454-0403
                                                            james.hearty@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on this __18th__ day of January, 2006, I electronically filed the foregoing **PROPOSED FORM OF ORDER FOR COMPETENCY EXAMINATION OF THE DEFENDANT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Walter L. Gerash, Esq.
  James F. Scherer, Esq.


        s/ James O. Hearty
        United States Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, CO  80202