# WALTER L. GERASH LAW FIRM, P.C.



1439 COURT PLACE
DENVER, COLORADO 80202-5091
303-825-5400
FAX: 303-623-2101

WALTER L. GERASH *
ATTORNEY AT LAW
JAMES F. SCHERER
ATTORNEY AT LAW
ANDREW B. REID **
ATTORNEY AT LAW
EARL S. WYLDER ***
ATTORNEY AT LAW
MARJORIE REINHARDT
PARALEGAL

* ALSO ADMITTED NEW YORK
** ALSO ADMITTED IN NE, SD
*** ALSO ADMITTED IN IL, NV

January 30, 2006

The Hon. Wiley Y. Daniel
Judge, U.S. District Court/Colorado
United States Courthouse
901 – 19th Street
Denver, CO 80294

RE: United States of America v. Dana West
Case No. 03-cr-000128-WYD

Dear Judge Daniel:

Please consider this letter as Defendant's objection to the prosecution's (proposed) ORDER FOR COMPETENCY EXAMINATION OF THE DEFENDANT PURSUANT TO 18 U.S.C. §§ 4241, 4247 (b) and (c), which apparently accompanied the prosecution's "Proposed Form of Order for Competency Examination of Defendant," both of which were apparently submitted on January 26, 2006.

My objections to the form order include the following:

1. There is a reference in the first paragraph to a "recent psychiatric evaluation." There has been no "recent" examination and that reference should be deleted. As a matter of fact, the Court stated that it had been 1-1/2 years since an exhumation, and that the Court wanted such examination, NOT that he may be competent.

2. The second paragraph mentions that a " . . . psychiatric or psychological examination of the defendant be conducted by a licensed or certified psychiatrist or psychologist designated by the Court.. . . " The Court directed that the examination be conducted by a psychiatrist, and no reference was made to a psychologist.

The Defendant requests that the Court take steps to make the appropriate corrections, in the particulars as above mentioned. Thank you.

Respectfully,

Walter L. Gerash

WLG/mr
Copy of letter faxed to:
James O. Hearty, Esq.          FAX (303) 454-0403