IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Case No.  03-cr-000128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

**ORDER FOR COMPETENCY EXAMINATION OF THE DEFENDANT
PURSUANT TO 18 U.S.C. §§ 4241, 4247(b) and ©**

The Court having previously found that the Defendant was incompetent now finds, based on a psychiatric evaluation issued in August 2005 and the Government's motions addressing same, that there is reasonable cause to believe that the defendant's mental condition may have changed and that he may not be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. THEREFORE,

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 4241(b) that a psychiatric examination of the Defendant be conducted in the metropolitan area of Denver, Colorado, by a licensed or certified psychiatrist designated by the Court pursuant to 18 U.S.C. § 4247(b), to determine whether the Defendant is presently suffering from a

mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS FURTHER ORDERED that once the psychiatrist has been appointed, the examination of Defendant for purposes of competency under 18 U.S.C. § 4241 may not exceed thirty (30) days pursuant to 18 U.S.C. § 4247(b).

IT IS FURTHER ORDERED pursuant to 18 U.S.C. § 4247©, that a psychiatric report be prepared and filed with the Court with copies provided to the counsel for the defendant and the attorney for the government and shall include the following:

1. The defendant's history and present symptoms;

2. A description of the psychiatric, psychological, and medical tests that were employed and the results;

3. The examiner's findings;

4. The examiner's opinions as to diagnosis, prognosis and whether the defendant is suffering from mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;  and

5. If the examiner finds that the defendant is suffering from mental disease or defect rendering him mentally incompetent, the examiner's opinion as to whether there is a substantial probability that the defendant will attain the capacity to permit the trial to proceed in the foreseeable future.

IT IS FURTHER ORDERED that defense counsel's psychiatrist or psychologist be granted access to Defendant in order to conduct his or her examination of the Defendant.

Dated: January 31, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge