IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.   03-cr-000128-WYD

United States of America,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

**PROPOSED PSYCHIATRISTS FOR COURT-ORDERED
COMPETENCY EXAMINATION OF THE DEFENDANT**

The United States of America, by Assistant United States Attorney James O. Hearty, hereby files Curriculum Vitae for the parties' proposed psychiatrists for the Court to designate to conduct the Court-ordered competency examination of the defendant. The parties have not agreed on a psychiatrist and instead submit the qualifications of several psychiatrists to the Court for designation.

The government requests that the Court designate either Dr. Richard Martinez or Dr. Rebecca Barkhorn. The defendant requests that the Court designate Dr. Susan Bograd, Dr. Frederick Miller, or Dr. Karen Fukutaki. Curriculum Vitae for all five proposed psychiatrists are attached. All five psychiatrists are located in the Denver area

Dated:  February 6, 2006             Respectfully submitted,

                                     WILLIAM J. LEONE
                                     United States Attorney

                                     s/ James O. Hearty
                                     By:  James O. Hearty
                                     Assistant U.S. Attorney
                                     1225 Seventeenth Street, Suite 700
                                     Denver, CO 80202
                                     (303) 454-0100
                                     F: (303) 454-0403
                                     james.hearty@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this   6th   day of February, 2006, I electronically filed the foregoing **PROPOSED PSYCHIATRISTS FOR COURT-ORDERED COMPETENCY EXAMINATION OF THE DEFENDANT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Walter L. Gerash, Esq.
linda@waltergerash.com, wlg@waltergerash.com

s/ James O. Hearty
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, CO  80202