# Rebecca Barkhorn, M.D.

PMB #168
2525 Arapahoe Ave. Suite E4
Boulder, Colorado 80302-6746
303-443-8530
Fax 303-440-1324
E-mail RebeccaBarkhorn@qwest.net

## Employment

**1989-present**  **Forensic private practice**   Boulder, CO and New York, NY
- Perform forensic evaluations for criminal and civil cases
- Work with Court, probation officers, defense and plaintiff attorneys
- Testify as expert witness

**1993-2004**
- Perform Level II accredited independent medical evaluations

**2000-present**
- Review articles for the Journal of the American Academy of Psychiatry and the Law
- Consultant to the Colorado Board of Medical Examiners

**1986-present**  **Clinical private practice**   Boulder, CO and New York, NY
- Treat patients with psychotherapy and psychopharmacology
- Evaluate patients to ascertain diagnosis and recommended treatment
- Evaluate and recommend treatment plans for neurology and general medicine patients

**1993- present**  **Boulder Community Hospital**   Boulder, CO
- Treat psychiatric in-patients and day-hospital patients
- Consult on medically ill patients with psychiatric and psychological problems

**1993-1996**  **Behavioral Health Group - Boulder Community Hospital**   Boulder, CO
- Evaluate and treat in-patient, partial-hospital, and day-hospital patients
- Consult and treat patients in the Women's Recovery Program
- Consult on medically ill patients with psychiatric and psychological problems

**1989-92**  **Appellate Division of the Supreme Court**   New York, NY
*Independent Psychiatric Examiner*
- Evaluated competence, dangerousness, need for treatment over objection, etc.
- Assessed diagnosis, treatment, and disposition of criminal and civil defendants
- Testified in criminal and civil trials

**1989-92**  **St. Luke's/Roosevelt Medical Center**   New York, NY
*Director of In-patient and Emergency Room Psychiatry, St. Luke's Hospital*
- Directed 40 beds of adult and adolescent in-patient and emergency care
- Supervised ten attending physicians, residents, and psychology interns
- Developed and taught in-patient and out-patient psychiatry courses

**1987-89**  **Mt. Sinai Medical Center**   New York, NY
*Unit Chief*
- Directed 23 beds of adult and adolescent in-patient care
- Taught medical ethics to medical students

## Academic appointments

**1994**  **University of Colorado Health Sciences Center**   Denver, CO
*Clinical Faculty*, Department of Psychiatry

**1989-1992**  **Columbia University College of Physicians and Surgeons**   New York, NY
*Assistant Professor of Clinical Psychiatry*, Department of Psychiatry

**1987-89**  **Mt. Sinai School of Medicine**   New York, NY

*Instructor,* Department of Psychiatry

**Education**

| | | |
|---|---|---|
| 1986-1992 | **Columbia Center for Psychoanalytic Training and Research**  *Psychoanalytic Candidate* | New York, NY |
| 1986-87 | **Columbia University Psychiatric Institute**  *Fellow,* Child and Adolescent Psychiatry | New York, NY |
| 1983-86 | **Mt. Sinai Medical Center**  *Resident,* Psychiatry; *Intern,* Pediatrics | New York, NY |
| 1979-83 | **Northwestern University Medical School**  *Doctor of Medicine* June, 1983  *NIMH summer fellow; co-founder,* adolescent psychiatry training program | Chicago, IL |
| 1976-78 | **Columbia University**  *Pre-medical program* May, 1978 | New York, NY |
| 1969-73 | **University of California**  *Bachelors of Arts,* double degree program May, 1973  *Highest honors* | Santa Cruz, CA |

**Teaching appointments**

| | | |
|---|---|---|
| *1987-1989* | *Lecturer*  Mount Sinai School of Medicine and Medical Center | New York, NY |
| 1989-1992 | *Assistant Professor of Psychiatry*  Columbia Hospital for Physicians and Surgeons  Columbia University | New York, NY |
| 1994-present | *Assistant Clinical Professor of Psychiatry*  University of Colorado Health Sciences Center | Denver, CO |

**Publications**

| | |
|---|---|
| 1991 | Prussin Barkhorn, R, Harvey P: ***Hooked on Exercise***  *Simon & Schuster,* 1992 |
| 1990 | Prussin Barkhorn, R, Harvey P: ***Eating Disorders and Affective Variables in Female Athletes***  Abstracted in *International Journal of Eating Disorders,* 1990 |
| 1997-2004 | **The Psychiatrist is In**, a column published in several Colorado daily newspapers, through the Public Information and Education Committee of the Colorado Psychiatric Society |

**Committees**

| | |
|---|---|
| 1994-2001 | Colorado Physicians for Mental Health Political Action Group |
| 1995-2000 | Education Committee - Psychiatry Department at Boulder Community Hospital |
| 1994-1995 | Service Quality Improvement - Psychiatry Department at Boulder Community Hospital |
| 1998-present | Work with Pfizer, Inc. representative in preparation of quarterly Grand Rounds presentation |
| 2001-2004 | Ethics Committee – American Academy of Psychiatry and the Law |
| 2001-present | Program Committee – American Academy of Psychiatry and the Law |

Rebecca Barkhorn M.D.

2

**Speeches**

| | |
|---|---|
| 1995 | National Institutes of Mental Health speaker for Panic Disorder Education Program |
| 1993-1999 | Frequent speaker on psychopharmacology, psychiatric illness, and other psychiatric topics |

**Licenses and certification**

| | |
|---|---|
| 1998 | *Diplomate*, Added Qualifications in Forensic Psychiatry (ABPN) |
| 1995 | Division of Worker's Compensation Level II Accreditation |
| 1993 | Colorado State medical license |
| 1989 | *Diplomate*, American Board of Psychiatry and Neurology (ABPN) |
| 1984 | *Diplomate*, National Board of Medical Examiners |
| 1984 | New York State medical license |

**Professional Associations**

| | |
|---|---|
| 1984-2004 | American Psychiatric Association |
| 1984-1992 | New York State Psychiatric Association |
| 1986-present | Association of Women Psychiatrists |
| 1993-1997 | Denver Women's Study Group |
| 1993-present | Colorado Psychiatric Association |
| 1993-present | American Association for Psychiatry and the Law |
| 1994-2000 | Boulder Law & Mental Health Group |
| 1995-present | Boulder Psychoanalytic Study Group |
| 1997-present | Forensic Psychiatry Research and Study Group |
| 1998-2001 | American College of Forensic Psychiatry |
| 1998-present | Practice Research Network of the American Psychiatric Association |

Rebecca Barkhorn M.D.