# Susan Bograd, M.D.

3300 East First Avenue, Suite 590
Denver, Colorado 80206
Phone 303-320-1968
Fax 322-2155

## Curriculum Vitae

**Education**

The University of Texas Medical School at Houston, 1980-1984
M.D. Degree
Honors: Alpha Omega Alpha
Lucy Massenburg Scholarship

The University of Texas at Austin, 1977-1980
B.A. Psychology
Honors: Summa Cum Laude
　　　　Phi Beta Kappa
　　　　Phi Kappa Phi

Northwestern University, Evanston, IL., 1976-1977

**Research**

Clinical Research, Summer 1981
Supervisor: Aman U. Buzdar, MD
Cranial nerve palsies in metastatic breast cancer
M.D. Anderson Hospital and Tumor Institute, Houston, TX

**Postdoctoral Training**

Fellowship in Forensic Psychiatry, 1995-1996
University of Colorado Health Sciences Center, Denver
Department of Psychiatry

Psychiatry Residency, 1992-1995
Jefferson Medical College, Philadelphia, PA

Pediatric Ophthalmology and Strabismus Fellowship, 1988-1989
The University of Illinois at Chicago

Ophthalmology Residency, 1985-1988
The Cleveland Clinic Foundation

The Lancaster Basic Science Course in Ophthalmology, Summer 1985
Colby College, Waterville, ME

Transitional Year Internship, 1984-1985
The Cleveland Clinic Foundation, Ohio

Revised 12/03

Susan Bograd, M.D.
Page 2

| | |
|---|---|
| **Positions and Appointments** | Private practice<br>Susan Bograd, M.D., 1996-Present<br>Denver, CO<br>· General Adult and Forensic Psychiatry (11/96 – Present)<br>· Colorado Department of Corrections, Consulting Psychiatrist (9/96-6/03)<br>· American Board of Psychiatry and Neurology, Examiner (9/01-Present)<br>· Aurora Mental Health Center, Consulting Psychiatrist (9/96 – 1/97)<br>· Arapahoe Mental Health Center, Consulting Psychiatrist (10/96 – 6/98)<br>· West Pines Psychiatric Hospital, Attending Psychiatrist (7/97 – 9/98)<br>· Lutheran Medical Center, Consulting Psychiatrist (7/97 – 9/98)<br><br>Private practice<br>Mecklenburg Eye Associates, P.A. 1989-1992<br>Charlotte, NC<br>Rock Hill, SC |
| **Medical Licensure** | CO #34363 (active)<br>IL #036-077399<br>NC #38073<br>SC #14679<br>PA #MD 048959-L |
| **Board Certification** | American Board of Psychiatry and Neurology, Certificate #43290<br>   Added Qualifications in Forensic Psychiatry; June 1998<br>Diplomate of the American Board of Ophthalmology |
| **Honors & Awards** | Summa Cum Laude<br>Phi Kappa Phi<br>Phi Beta Kappa<br>Alpha Omega Alpha<br>Rappeport Fellowship in Forensic Psychiatry |
| **Scientific & Medical Societies** | American Psychiatric Association 1992-Present<br>American Academy of Psychiatry and the Law 1993-Present<br>Psychiatric Physicians of Pennsylvania, District Branch of the APA,<br>   Chair, Residents committee, 1992-1994<br>American Academy of Ophthalmology 1986-1991 |
| **Consultant & Committee Appointments** | American Academy of Psychiatry and the Law<br>Ethics Committee, Committee Member, 2001-2003<br>Private Practice Committee, Committee Member, 2001-2003<br><br>**Jefferson Medical College**<br>Graduate Medical Education Committee, Resident representative, 1992-1994<br>Department of Psychiatry and Human Behavior |

01/27/2006 08:18 FAX 3036232101    WALTER L GERASH PC                    Case No. 1:03-cr-00128-WYD  Document 136-2  filed 02/06/06  USDC Colorado  pg 3 of 6
01/25/2006 12:09  3033222155                                             PAGE

Susan Bograd, M.D.
Page 3

The University of Illinois at Chicago
Consulting ophthalmologist in the study of the Marfan Syndrome in conjunction with the University of Connecticut, Department of Human Genetics, Divernon, IL, October 1988

Consulting ophthalmologist to the Illinois School for the Visually Impaired, Jacksonville, IL, 1988-1989

**Teaching Programs**

Jefferson Medical College
Co-instructor, Freshman Small Group Life Cycle Course
Department of Psychiatry and Human Behavior, 1992-1993

Medical student lectures, Forensic Psychiatry
Friends Hospital, 1993-1994

**Publications**

S. M. Hall, A.U. Buzdar, and G. R. Blumenschein, "Cranial Nerve Palsies in Metastatic Breast Cancer Due to Osseous Metastasis without Intracranial Involvement," *Cancer*, Vol. 52, 1983, pp. 180-184.

S. M. Hall, G. R. Beauchamp, and A. D. Rothner, "Pelizaeus-Merzbacher Disease," Accepted by *The Journal for Pediatric Ophthalmology and Strabismus*.

S. M. Hall, Book Review of "Moments of Engagement: Intimate Psychotherapy in a Technological Age," Peter Kramer, M.D., *The Jefferson Journal of Psychiatry*, Vol. II, No. 1, 1993.

**Presentations**

Cranioectodermal Dysplasia and Retinitis Pigmentosa Sine Pigmento. Cleveland Clinic Ophthalmology Department, Residents' and Alumni Day Meeting, June 1986.

Pelizaeus-Merzbacher Disease. American Association for Pediatric Ophthalmology and Strabismus Annual Meeting, Scottsdale, AZ, March 1987.

Pelizaeus-Merzbacher Disease. Cleveland Clinic Ophthalmology Department, Residents' and Alumni Day Meeting, Cleveland, OH, June 1987.

Pseudotumor Cerebri and Optic Nerve Sheath Decompression, Cleveland Clinic Ophthalmology Department, Post Graduate Course, Cleveland, OH, June 1988.

The Lens in the Marfan Syndrome: An Examination Technique to Disclose Subtle Lens Changes. Poster presentation. American Academy of Pediatric Ophthalmology and Strabismus Annual Meeting, Kiawah Island, SC, April 1989.

## Susan Bograd, M.D.

3300 East First Avenue, Suite 590
Denver, Colorado 80206
Phone 303-320-1968
Fax 322-2155

## INDIVIDUAL CASES IN WHICH SUSAN BOGRAD, M.D., HAS GIVEN TESTIMONY SINCE 1994

The People v. Robert Craig Berschinski
Criminal Action Nos. 95CR151 and 95CR1602
El Paso County District Court, Colorado Springs, Colorado, October 25, 1995
Court of Judge David D. Parrish, Presiding Judge, Judge Hall
Court Appointed Competency Evaluation

The People v. John Lembo
Criminal Action No. 95CR9
Lake County District Court, Leadville, Colorado, February 14, 1996
Judge Richard H. Hart
Court Appointed Evaluation regarding impaired mental condition, called to testify by District Attorney Lindsey Topper

Lance Carr v. Fort Morgan School District
Civil Action No. 95WY-670-AJ
Deposition, Denver, Colorado, by Attorney Seth Ben Ezra, December 30, 1996
Retained by Defense (Attorney Dan Fowler) to evaluate for emotional damages

Lance Carr v. Fort Morgan School District
Civil Action No. 95WY-670-AJ
Trial, United States District Court for the District of Colorado, October 2, 1997
Judge Alan B. Johnson
Retained by Defense (Attorney Dan Fowler) to evaluate for emotional damages

Terra Hyland v. United Food and Commercial Workers Union, Local 7 and Gilbert Padilla
Civil Action No. 96CV0313, Division II
Deposition, Denver, Colorado, by Attorney David Eason, January 2, 1998
Retained by Plaintiff (Attorney Tom Helms) to evaluate for emotional damages

ChaLae Collard v. Fred Johnson and Capital Resource Management
Civil Action No. 97CV2415
Trial, Denver District Court
Judge Joe Myers
Retained by Defense (Attorney Richard G. (Mac) McManus, Jr.) to evaluate for emotional damages

The People v. Robert Riggan, Jr.
Criminal Action No. 97CR1006
Capital Sentencing Hearing, Jefferson County District Court
3-Judge Panel, Presiding Judge Frank Plaut
Retained by Defense (Attorneys Nathan Chambers and Dennis Hartley) to evaluate for mitigation

Revised 06/05

Susan Bograd, M.D.
Page 2

The People v. George Watson
Criminal Action Nos. 99CR2216, 98CR3657, and 98CR3620
Denver District Court, Denver, Colorado, December 17, 1999
Competency Hearing
Retained by Defense (Attorney Cynthia Mares) to evaluate for competency

Richard and Mary Jo Bartell v. Aurora Public School
Civil Action No. 98-W-1542-CB
Evidentiary Hearing, United States District Court for the District of Colorado, February 9, 2000
Magistrate Patricia Coan
Retained by Defense (Attorney Tim Schimberg) to evaluate for emotional damages

The People v. Shari Todd
Summit County District Court, Breckenridge, Colorado, May 12, 2000
Sentencing Hearing
Retained by Defense (Attorney Mark Johnson) to evaluate for mitigation

The People v. Jack Modig
Criminal Action No. 99CR1296
Arapahoe District Court, Englewood, Colorado, August 24, 2000
Sanity Hearing
Retained by Defense (Attorney Rebecca R. Freyre) to evaluate for criminal responsibility

Sandra Kay Colburn V. Lon Kopit, Psy.D. and Linnea Carter, M.D.
Civil Action No. 00CV1512
Deposition, Denver, Colorado, By Attorney Elizabeth Starrs, February 14, 2001 (Counsel for Defendant, Lon Kopit, Psy.D.)
I was not retained, but rather was deposed regarding my psychiatric treatment of Sandra Colburn

Treva Ochoa (Plaintiff)
Civil Action
Denver District Court, Denver, Colorado, July 27, 2001
Judge Michael Martinez
Competency Hearing
Retained by Plaintiff (Attorney John F. Reha) to evaluate for competency to enter a contract

The United States of America v. Ronald C. Black
Criminal Action No. 01-CR450-WM-1
United States District Court for the District of Colorado, Denver, September 26, 2003
Competency Hearing
Judge Walker D. Miller
Court Appointed Competency Evaluation
Called to testify by U.S. Attorney, Brenda Taylor

Revised 06/05

Susan Bograd, M.D.
Page 3

Sheila Keelan v. The Denver Merchandise Mart
Civil Action No. 00N2303
Trial, United States District Court for the District of Colorado, November 5-6, 2003
Judge Edward Nottingham
Retained by Defense (Attorney Kevin Allen) to evaluate for emotional damages

The People v. Andre Jason Karpierz
Criminal Action No. 98CR135
Retrospective Competency Hearing, District Court, Teller County, Colorado, November 21, 2003
Judge Edward S. Colt
Court Appointed Retrospective Competency Evaluation
Called to testify by Gail Warkentin, Deputy District Attorney

Robert W. Schrier, M.D. v. University of Colorado and Richard D. Krugman, M.D.
Civil Action No. 2003CV7513
Deposition, Denver, Colorado, by Attorney David P. Temple, November 10, 2004
Retained by Plaintiff (Attorney Craig Welling) to evaluate for emotional damages

Gerald Reid v. Regional Transportation District, a political Subdivision of the State of Colorado
Civil Action No. 04CV56
Trial, District Court, City and County of Denver, State of Colorado, April 22, 2005
Judge Morris Hoffman
Called to testify by Jenifer M. Ross-Amato, Attorney for Defendant, RTD

The United States of America v. Christine Small
Criminal Action No. 03-CR-122-MK
United States District Court for the District of Colorado, Denver, June 1, 2005
Probation Revocation Evidentiary Hearing
Judge Marcia S. Krieger
Court Appointed Mental Health Evaluation
Court Ordered to testify

Revised 06/05