Karen Fukutaki – CV; updated 3/05

# CURRICULUM VITAE

**NAME**  Karen V. Fukutaki, MD

**MAILING ADDRESS**  P.O. Box 460541
Glendale Station
Denver, CO  80246-0541

**PHONE**  303-667-3249

**EDUCATION**  Residency in Psychiatry, University of Colorado
Internship in Community Medicine, University of Colorado
Medical School, University of Colorado
MSc in Parasitology, Colorado State University
BS in Biology, Yale College, New Haven, CT
Benjamin Franklin HS, Los Angeles, CA

**WORK EXPERIENCE**

7/89 – now  Private practice, forensic psychiatry
Psychiatric consultations to determine competency and/or sanity, diagnoses, treatment needs, trauma effects, and expert witness testimony

7/00 – now  Psychiatrist, Denver Health Medical Center (DHMC) (20-32 h/wk)
Diagnoses and treatment of patients with HIV infections and consultation with other medical specialists (12 h/wk until 8/1/01, 24 h/wk until 4/5/04, 28 h/wk until 3/1/05), head of the mental health team from 8/1/01
Diagnosis and treatment of city employees and their dependents (8 h/wk until 8/1/01)

6/00 – 3/04  Psychiatrist, Presbyterian/St. Luke's Hospital (20+ h/wk)
Diagnosis and treatment of adult inpatients, consultation to medical services, consultation to emergency services covering 7 Denver area medical facilities

7/98 – 6/00  Psychiatrist, Colorado Mental Health Institute at Pueblo (CMHIP) (20 h/wk)
7/98 – 9/98:  Diagnostic evaluations, medication management and treatment

1

Karen Fukutaki – CV; updated 3/05

|  |  |
|---|---|
|  | planning at the CIRCLE (substance abuse and mental illness) program<br>10/98 – 12/98: Diagnostic evaluations, medication management, treatment planning on a 23-bed Medium Security Forensic unit, coverage of a Geriatric unit<br>1/99 – 5/99: Diagnostic evaluations, medication management, treatment planning on two 23-bed Medium Security Forensic units<br>5/99 – 6/00: Diagnostic evaluation, medication management, treatment planning on one 23-bed Medium Security Forensic unit |
| 4/99 – 6/00 | Psychiatrist, Colorado Mental Health Institute at Fort Logan (CMHIFL)<br>6/99-6/00: Coverage of an adult admission/acute care ward providing diagnostic evaluations, medication management and disposition planning (30 h/wk)<br>4/99 – 6/99: Coverage of two adult admission wards and occasionally, an adolescent ward (up to 15 h/wk) |
| 2/97 – 6/99 | Clinical Faculty, Dept. of Psychiatry, U. of CO Consulting psychiatrist to the Division of youth Corrections working with juvenile offenders (and since 1994, see below) (8-20 h/wk) |
| 5/98 – 7/98 | Psychiatrist, CMHIFL<br>Coverage of an adult admission/acute care ward providing diagnostic evaluations, medication management and disposition planning (30 h/wk) |
| 2/97 –3/98 and 7/98 | Psychiatrist, Mental Health Center of Boulder County<br>2/97-8/97: Inpatient psychiatric coverage for Boulder clients at CMHIFL (20-30 h/wk)<br>2/97-7/97 and 8/97-10/97: Outpatient psychiatrist for the Adult Treatment Team (10 h/wk)<br>7/97-3/98: Consulting psychiatrist to the Addiction Recovery Center providing diagnostic evaluation, supervision and training of staff, and treatment of clients (20 h/wk) |

2

Karen Fukutaki – CV; updated 3/05

|  |  |
|---|---|
|  | 7/98: Outpatient psychiatric coverage of adult patients at the Broomfield office (9 h/wk) |
| 9/94 – 1/97 | Senior Instructor, Dept. of Psychiatry, U. of CO Staff psychiatrist at Aurora Community Mental Health Center with the Emergency Services team and Adult team (32 h/wk) Consulting psychiatrist at Mountview Detention Facility working with juvenile offenders re: diagnosis and treatment (medication management and brief therapeutic interventions (8 h/wk) |
| 7/92 – 8/94 | Senior Instructor, Dept. of Psychiatry, U. of CO Clinical supervision of the forensic fellow, diagnostic evaluations and medication management of inmates at various facilities ranging from medium to ultra-maximum securicty in the Colorado Department of Corrections (DOC), implementation of the Special Needs Pod at Arkansas Valley Correctional Facility, supervision of clinical work at the Colorado Territorial Correctional Facility (CTCF) Infirmary (20 h/wk) |
| 5/90 – 7/92 | Clinical faculty, Dept. of Psychiatry, U. of CO Diagnostic evaluations and medication management at DOC facilities, supervision of clinical work at the CTCF infirmary (20 h/wk) |
| 3/90 – 5/91 | Psychiatric consultant, CMHIP Court-ordered evaluations for competency, impairment and sanity; diagnostic evaluations, treatment planning, some psychotherapy and medications management on a 20-bed maximum security ward (variable number of hrs/wk) |
| 7/89 – 2/91 | Psychiatrist, Mental Health Corporation of Denver (MHCD) 7/89 – 6/90: Organization, management and supervision of the Emergency/Intake team, diagnosis and medication management of new patients, consultation to the Case Management and Hospital Liaison teams (40 h/wk) |

3

Karen Fukutaki – CV; updated 3/05

                    7/90 – 2/91: Diagnostic evaluations, treatment planning, consultation and medication management of chronically mentally ill adults (decreasing # of hrs/wk during this time period)

7/89-8/89    Attending Psychiatrist, DHMC Psychiatric Emergency Room (variable # of hrs/wk)

7/89 –8/89    Psychiatric Consultant, Parkside Lodge
Psychiatric consultation to an eating disorder and substance abuse treatment program (variable # of hrs/wk)

7/88 – 6/89    Staff Psychiatrist, CMHIP
Diagnosis, medication management, and team building on two 20-bed Maximum Security Forensic units; competency, impairment and sanity evaluations (40 h/wk)

4/88 – 6/88    Consultation-Liaison psychiatrist, DHMC (variable # of hrs/wk)

8/87 –6/88    Attending Psychiatrist, DHMC Psychiatric Emergency Room (variable # of hrs/wk)

6/81 – 8/81    Clinician, Denver Metro health (STD) Clinic

10/79 – 6/80    Parasitologist, Dept. Health and Human Services, State of WA
Ran an EPA-funded research project on the transmission of <u>Giardia lamblia</u> via surface water supplies

7/78 –9/79    Research Asst., <u>Giardia lamblia</u> project, CSU
Cross-transmission studies from humans to animals

6/77 – 8/77    Heart Assn, Fellow, San Diego Zoo

6/76 – 8/76    Research Asst., San Diego Zoo

**PRO BONO WORK**    4/94 – 12/99 Medical Director, CHARG Resource Center
Diagnostic evaluations and medication management for 25-30 patients in a consumer-organized and consumer-oriented clinic for mentally ill patients

4

Karen Fukutaki – CV; updated 3/05

| | |
|---|---|
| **MEDICAL LICENSE** | Colorado (National Boards) |
| **BOARD CERTIFICATION** | American Board of Psychiatry and Neurology (1991)<br>Forensic Psychiatry Subspecialty Board (1998) |
| **MEMBERSHIPS** | American Psychiatric Association<br>Colorado Psychiatric Association<br>American Academy of Psychiatry and the Law |
| **HOSPITAL AFFILIATIONS** | Denver Health Medical Center |
| **AWARDS** | 1997 Clinical Faculty Award in Public Psychiatry, University of Colorado |
| **PUBLICATIONS** | Fukutaki K, Allen MH. Rapid stabilization of acute mania. *Primary Psychiatry*, 2002:9(1);60-62. |
| **OTHER INTERESTS** | Equestrian activities, Hiking, Salsa Dancing, Cooking, Reading, Travel, Canoeing |