# Curriculum Vitae

**Name:**   Richard Peter Martinez

**Present Positions:**   Associate Professor, University of Colorado Medical School
Associate Director, Program in Forensic Psychiatry, Dept. of Psychiatry,
  University of Colorado Denver and Health Sciences Center (UCDHSC)
Director, Psychiatric Emergency and Forensic Services,
  Denver Health Medical Center, Department of Behavioral Health

**Date:**   September 2005

**Birth Place:**   New Orleans, LA   U.S.A.

**Office Address:**   Denver Health Medical Center
Dept. of Behavioral Health
Director, Psychiatric Emergency and Forensic Services
Bldg 9 – Mail Code 3450
777 Bannock Street
Denver, CO 80204-4507
Tel: (303) 436-3394
Email: richard.martinez@dhha.org

**Professional Summary:** Dr. Richard Martinez completed undergraduate studies at Tulane University, completed a Master of Humanities degree at the University of Colorado, and received his M.D. from LSU Medical School in New Orleans. After eight years in private practice in psychiatry, he went to Harvard Medical School, where he completed a Fellowship in the Division of Medical Ethics in 1994-95, followed by a Fellowship at the Center for Ethics and the Professions at the JFK School of Government at Harvard University in 1995-96. He returned to Colorado in 1996 and became an Associate Professor in the Center for Bioethics and Humanities, and in the Department of Psychiatry at the University of Colorado Health Sciences Center (UCHSC). Between 1998-2001 he coordinated the clinical ethics and graduate medical education initiatives in ethics and professionalism for University of Colorado Hospital and UCHSC. With support from the Rose Community Foundation, he was the director of the *Colorado Code of Ethics for Healthcare Project*. Currently, he is an Associate Professor in the Department of Psychiatry and is the Associate Director of the Program in Forensic Psychiatry. He is the Director of Psychiatric Emergency and Forensic Services at Denver Health Medical Center. He completed a fellowship in forensic psychiatry in 2004 while providing clinical services to the Colorado Department of Corrections and medical-legal consultation to the Colorado Department of Human Services. He is certified by the American Board of Psychiatry and Neurology in the sub-specialty of Forensic Psychiatry.

He has written numerous articles and book chapters on topics related to professional ethics and social responsibility, organizational healthcare ethics, medical undergraduate education, boundaries in the patient-professional relationship, and the medical humanities. In 2000, he received the University of Colorado Health Sciences Center *Total Learning Environment Education Award* for innovations in teaching and education. Currently, he consults in civil and criminal forensic psychiatry, teaches forensic psychiatry and professional ethics to residents and fellows, and directs emergency and correctional psychiatry at Denver Health and Denver County Jail. He is a Distinguished Fellow of the American Psychiatric Association.

## Education:

| | |
|---|---|
| 1972-76 | B.S., Bachelor of Science (Biology), Tulane University, New Orleans, LA |
| 1976-80 | M.D., Doctor of Medicine, Louisiana State University School of Medicine, New Orleans, LA |
| 1980-81 | Intern in Community Medicine, University of Colorado Health Sciences Center, Denver, CO |
| 1981-84 | Resident in Psychiatry, University of Colorado Health Sciences Center and School of Medicine, Denver, CO |
| 1984-85 | Career Resident, Colorado State Hospital, Pueblo, CO |
| 1986-93 | M.H., Master of Humanities, University of Colorado, Denver, CO |
| 1992 | Seminarian, Center for Literature, Medicine, and the Health Care Professions, Hiram College, Hiram, OH |
| 1994-95 | Fellow, Division of Medical Ethics, Department of Social Medicine, Harvard Medical School, Boston, MA |
| 1995-96 | Fellow, The Center for Ethics and the Professions, Harvard University, John F. Kennedy School of Government, Cambridge, MA |
| 2002-04 | Fellow, Forensic Psychiatry, University of Colorado Health Sciences Center, Dept. of Psychiatry, Denver, CO |

## Present Professional Positions (includes present academic appointments):

| | |
|---|---|
| 2005- | Director, Psychiatric and Emergency and Forensic Services, Denver Health Medical Center, Dept. of Behavioral Health, Denver, CO |
| 2004- | Associate Director, Program in Forensic Psychiatry, Dept. of Psychiatry, University of Colorado Medical School, Denver, CO |
| 2003- | Director and Consultant, Program for Continuing Medical Education, |

Colorado Mental Health Institute at Pueblo

2002 Associate Professor, Department of Psychiatry, Program in Forensic Psychiatry, University of Colorado Health Sciences Center

## Previous Academic Appointments:

| | |
|---|---|
| 2002-2004 | Fellow in Forensic Psychiatry, Department of Psychiatry, UCHSC |
| 1996-2004 | Instructor, Department of Comparative Literature and Humanities, University of Colorado, Boulder |
| 1996-2001 Bioethics and | Assistant Professor, Department of Psychiatry and Program in  Humanities, University of Colorado Health Sciences Center |
| 1992-97 | Instructor, Honors Program, College of Arts and Sciences, University of Colorado, Boulder |
| 1994-96 | Associate Clinical Professor, The Program in Health Care Ethics, Humanities and Law, Department of Preventive Medicine, and Department of Psychiatry, University of Colorado Medical School, Denver, CO |
| 1995-96 | Fellow, The Center for Ethics and the Professions, Harvard University, John F. Kennedy School of Government, Cambridge, MA |
| 1994-95 | Fellow, Division of Medical Ethics, Department of Social Medicine, Harvard Medical School, Boston, MA |
| 1994-95 | Teaching Fellow for Dr. Robert Coles, Harvard College, Harvard University, Cambridge, MA |
| 1991-95 | Adjunct Associate Professor, Department of English, University of Colorado, Denver |
| 1993-94 | Assistant Clinical Professor, Program in Ethics and Medical Humanities, University of Colorado Medical School, Denver, CO |
| 1989-94 | Assistant Clinical Professor, Department of Psychiatry, University of Colorado Medical School, Denver, CO |
| 1985-89 | Clinical Instructor, Department of Psychiatry, University of Colorado Medical School, Denver, CO |

## Previous Professional Positions:

| | |
|---|---|
| 2003-2005 | Team Psychiatrist, Catholic Charities Behavioral Health Program, |

| | |
|---|---|
| Denver, CO | |
| 2003-2005 | Psychiatric Consultant, Infectious Disease Group Practice (HIV Clinic), University of Colorado Hospital, Denver, CO |
| 1996-2004 | Coordinator, Psychiatry and Ethics Curriculum, Dept. of Psychiatry, UCHSC |
| 2000-02 | Project Director, Colorado Code of Ethics for Healthcare |
| 2001-03 | Coordinator, Clinical Ethics and Graduate Medical Education Initiatives in Ethics and Professionalism, UCHSC, Center for Bioethics and Humanities |
| 1997-01 | Director, Ethics and Humanities Curriculum, CU School of Medicine, University of Colorado Health Sciences Center |
| 1998-01 | Medical Director, University Counseling and Behavioral Health - University of Denver/Colorado Psychiatric Health Collaborative Mental Health Programs |
| 1984-96 | Private Practice, General Psychiatry, Denver, CO |
| 1990-95 | Associate Medical Director, Department of Psychiatry, Wardenburg Student Health Center, University of Colorado, Boulder, CO |
| 1991-94 | Medical Director, Bethesda Provider Network, Bethesda PsycHealth System, Denver, CO |
| 1984-92 | Member of Social Services Disability Determination Services Panel, Department of Social Services, Division of Rehabilitation, State of Colorado, Denver, CO |
| 1985-91 | Team Psychiatrist, Aquarius Program (outpatient substance abuse and dual-diagnosis program), Arapaho Mental Health Center, Littleton, CO |
| 1987-88 | Medical Director, Denver Mental Health Centers Consortium Citywide Services (Program for the chronically mentally ill funded by Robert Wood Johnson Foundation and the Colorado Division of Mental Health), Denver, CO |
| 1985-86 | Assistant Medical Director, Adolescent Care Psychiatric Unit, Mercy Medical Center, Denver, CO |

## Honors and Awards:

| | |
|---|---|
| 1973 | Phi Eta Sigma, Freshman Honor Society, Tulane University, New Orleans, LA |
| 1973-76 | Tulane Scholar, Tulane University, New Orleans, LA |

| | |
|---|---|
| 1980 | John W. Bick Award, Louisiana Psychiatric Association Award "for outstanding achievement and promise in the field of psychiatry," New Orleans, LA |
| 1990 | Physicians for Social Responsibility, Colorado Chapter Appreciation Award, Denver, CO |
| 1995 | Harvard University, Derek Bok Center for Teaching and Learning, Distinction in Teaching Award, Cambridge, MA |
| 1995 | American Psychiatric Association, Nancy C. A. Roeske, MD Certificate of Recognition for Excellence in Medical Student Education, Miami, FLA |
| 1996 | Distinguished Fellow, American Psychiatric Association |
| 2000 | Teaching Recognition Award, University of Colorado, Total Learning Environment *Innovations in Education Award* for development of "Nature of Illness" course in SOM at the University of Colorado Health Sciences Center, Denver, CO |

## Medical Licensure:

| | |
|---|---|
| 1982-Present | Colorado, License Number 24962 |
| 1980-82 | Louisiana, License Number 015709 |
| 1994-97 | Louisiana, License Number 058601 renewed |
| 1994-97 | Massachusetts, License Number 80302 |

DEA License Number AM2285155

## Specialty Board Certification:

| | |
|---|---|
| 1986 | Diplomate, American Board of Psychiatry and Neurology (Psychiatry), Number 27848 |
| 2005-2015 | Sub-specialty Board Certification in Forensic Psychiatry by the American Board of Psychiatry and Neurology, Number 1545 |

## Professional Affiliations:

American Academy of Psychiatry and Law
American Psychiatric Association
American Society of Bioethics and Humanities
Colorado Psychiatric Society
International Physicians for the Prevention of Nuclear War
Physicians for Social Responsibility
World Federation of Mental Health

## Present Teaching:

| | |
|---|---|
| 2004- | Supervision of Psychiatry Residents interested in Ethics and Forensic Psychiatry, Dept. of Psychiatry, UCHSC, Denver, CO. |
| 2003- | Consulting Faculty, Regional Institute for Health and Environmental Leadership, Denver, CO. |
| 1996- | Course Coordinator, Psychiatry and Ethics Curriculum, Department of Psychiatry, University of Colorado Medical School. |

## Previous Teaching:

| | |
|---|---|
| 2002-04 | Director of "Informed Consent" Module for Third Year Medical Student Surgery Clerkship at CU SOM. |
| 2002-03 | Director, Community Advanced Ethics and Health Law Seminar, UCHSC. |
| 1998-03 | Ethics in the Health Professions, Inter-professional course for all first year health professional students at UCHSC. |
| 1992-02 | Instructor, Honors Program, College of Arts and Sciences, Department of Comparative Literature and Humanities, University of Colorado, Boulder. Design and teach Literature, Medicine, and Morals, core curriculum elective. |
| 1997-01 | Director, Ethics and Humanities Electives Curriculum, University of Colorado Medical School. Design and teach electives: Literature, Medicine, and Ethics, Special Topics in Medical Humanities, Understanding the Patient's Experience of Illness, and The Nature of Illness to medical students. |
| 1998-01 | Course Director, Ethics in the Health Professions, required inter-professional course for all first year health professional students at UCHSC. |
| 1997 | Visiting Scholar, Hiram College, Center for Literature, Medicine, and the Health Care Professions, Hiram, OH |
| 1992-96 | Associate Clinical Professor, Program in Health Care Ethics, Humanities and Law, University of Colorado Medical School. Designed and taught yearly electives to medical students. |

| | |
|---|---|
| 1991-95 | Adjunct Associate Professor, Department of English, University of Colorado, Denver. Course: <u>Literature and Medicine</u> offered in Humanities cluster every three years. |
| 1996 | Instructor, Division of Medical Ethics, Harvard Medical School, Boston, MA. Course: <u>Narrative Bioethics</u>. |
| 1994-95 | Teaching Fellow with Dr. Robert Coles, Harvard College, Harvard University, Cambridge, MA. Course: <u>Literature of Social Reflection</u>. |
| 1993-94 | Associate Clinical Professor, University of Colorado Medical School, Course: <u>Issues in Clinical Medicine</u>. |
| 1993 | Instructor, Denver Psychoanalytic Society, Denver, CO. Course: <u>Masculinity and Identity: Literary and Psychoanalytic Perspectives</u>. |
| 1985-89 | Clinical Instructor, University of Colorado Medical School, Course: <u>Behavioral Medicine for Second Year Medical Students</u>. |
| 1983-86 | Supervisor, Medical Hypochondriasis Clinic, University of Colorado Medical School, Denver, CO |
| 1983-84 | Clinical Instructor, University of Colorado Medical School, Course: <u>Interviewing and Problem-Solving, Introduction to Clinical Medicine</u>. |

## Active Committees and Community Service:

| | |
|---|---|
| 2005- | Member of the American Academy of Psychiatry and Law's Ethics Committee. |
| 2004- | Member of the American Academy of Psychiatry and Law's Association of Directors of Forensic Programs. |
| 2004- | Member of the Colorado Psychiatric Society Legislative Committee, Denver, CO |
| 2004- | Faculty, Center for Inter-Professional Ethics, University of Denver, Denver, CO |
| 2003- | Consultant, Ethics Committee, Colorado Mental Health Institute at Pueblo, Pueblo, CO |
| 2003- | Chair, Continuing Medical Education Committee, Colorado Mental Health Institute at Pueblo, Pueblo, CO |
| 2000- | Faculty Associate, Carl M. Williams Institute for Ethics and Values, University of Denver, Denver, CO |

| | |
|---|---|
| 1992- | Medical Ethics Committee, University of Colorado Hospital, University of Colorado Health Sciences Center, Denver, CO |
| 1985- | Board of Directors, Physicians for Social Responsibility, Colorado Chapter, Denver, CO |

## Previous Committees and Community Service:

| | |
|---|---|
| 2000-04 | Faculty Senate, University of Colorado Medical School, Denver, CO |
| 2001-03 | Informed Consent Project, UCHSC Graduate Medical Education Committee to develop informed consent training module for Residents and Interns, Denver, CO |
| 2001-03 | Program in Bioethics at Children's Hospital Steering Committee, Denver, CO |
| 2001-02 | LCME Accreditation Liaison Committee on Medical Education Self-Study, University of Colorado SOM, Denver, CO |
| 2000-01 | Colorado Psychiatric Hospital, Clinical Care Review Committee, Denver, CO |
| 1996-01 | President's Fund for the Humanities Grant Selection Committee, University of Colorado, Boulder, CO |
| 1999-01 | University of Colorado School of Medicine, Co-chair, Sub-committee on Electives Curriculum, School of Medicine, Denver, CO |
| 1998-00 | University of Colorado School of Medicine, Member of Curriculum Committee, Denver, CO |
| 1997-00 | Given Institute Steering Committee, University of Colorado, Denver, CO |
| 1996-98 | University of Colorado Medical School, Third Year Clerkship Curriculum Development, Denver, CO |
| 1996-97 | Governor's Commission on Health and the Law, sub-committee on physician assisted suicide, Denver, CO |
| 1994-95 | Medical Ethics Committee, Children's Hospital, Boston, MA |
| 1992-94 | Human Research Committee, University of Colorado, Boulder, CO |
| 1992 | Chair, Committee for Medical Humanities, organization of program, Living with Dying: AIDS and the Arts, at the University of Colorado Health Sciences Center, Denver, CO |

| | |
|---|---|
| 1990-92 | Board of Directors, Physicians for Social Responsibility, Washington, D.C. |
| 1987-90 | House of Delegates, Physicians for Social Responsibility, Washington, D.C. |
| 1990 | Chair, Planning Committee for National Meeting of Physicians for Social Responsibility, Denver, CO |
| 1988-90 | President, Colorado Chapter Physicians for Social Responsibility, Denver, CO |
| 1987-90 | Chair, Nuclear Education Committee, Colorado Psychiatric Society, Denver, CO |
| 1985-88 | Community Affairs Committee, Colorado Psychiatric Society, Denver, CO |
| 1988 | Adolescent and Child Health Care Committee, Denver Medical Society, Denver, CO |
| 1987 and 1990 | Physicians for Social Responsibility, Leadership Tour to the U.S.S.R. |
| 1986-87 | Psychosocial Task Force, Physicians for Social Responsibility, Washington, D.C. |
| 1986 | Ad Hoc Committee on Indigency, Medicine, and Ethics, University of Colorado, Graduate School of Public Affairs, Denver, CO |
| 1986 | Steering Committee, Mayor Federico Pena and Community Leaders' Forum, Our Economy and the Arms Race, Denver, CO |
| 1985 | Steering Committee, Physicians for Social Responsibility, Visit of physicians from U.S.S.R., Denver, CO |

## Editorial Activity:

| | |
|---|---|
| 2003- | Consulting Editor, Literature and Medicine |
| 2002 | Guest Editor, Theoretical Medicine and Bioethics, Edition on "Boundaries," Vol. 23, No. 3, 2002. |
| 1997-02 | Editorial Board, J. Of Medical Humanities |
| 1994-01 | Editor, Fetishes, literary journal for University of Colorado Health Sciences Center, Denver, CO |
| 1993-01 | Editorial Board, Literature, Arts, and Medicine Database, electronic data-base from NYU School of Medicine for Medical Humanities |

| | |
|---|---|
| 1986-88 | Associate Editor, Hibakusha, Physicians for Social Responsibility, Colorado Chapter Quarterly Publication |

**Grants:**

| | |
|---|---|
| 1993-94 | University of Colorado, President's Fund for the Humanities Award for Fetishes, a literary journal for the University of Colorado Health Sciences Center, Denver, CO. $5000. |
| 1994 | Genesis Foundation Grant for teachers in higher education, Colorado Springs, CO. $8000. |
| 1995 | University of Colorado, President's Fund for the Humanities Award for Fetishes, Denver, CO. $5000. |
| 1997 | University of Colorado, President's Fund for the Humanities Award for "The Healer's Art: Writers in the Health Care Professions," Denver, CO. $5000. |
| 2000-01 | Rocky Mountain Center for Healthcare Ethics and the Rose Community Foundation Grant for "Colorado Code of Ethics for Healthcare" Project. $82,500. |
| 2004-05 | CU-Boulder Outreach Committee Award: "Psychological Assessments for Indigent Torture Victims Seeking Political Asylum." $3600 |

**Bibliography:**

1. Peer-Review Journals:

   **Martinez R**, Candilis P: *Commentary: Toward a Unified Theory Of Personal and Professional Ethics*. J. American Academy of Psychiatry and the Law. 33:3:382-385 (2005)

   **Martinez R**, Savin D: *Cross Cultural Boundary Dilemmas: A Graded-Risk Assessment Approach*. Transcultural Psychiatry (in press, 2005)

   **Martinez R**. Guest Editor. *Boundaries and Professionalism: Introduction*. Theoretical Medicine and Bioethics: Philosophy of Medical Research and Practice. Vol. 23, (3), 185-189, 2002.

   **Martinez R**. *The Nature of Illness Experience: A Course on Boundaries*. Theoretical Medicine and Bioethics: Philosophy of Medical Research and Practice. Vol. 23, (3), 259-269, 2002.

   **Martinez R**: *Organizational Ethics in Healthcare*. Colorado Medicine. February, 51-53, 2001.

Candilis P, **Martinez R**, Dording, C: *Principles and Narrative in Forensic Psychiatry: Toward a Robust View of Professional Role.* The Journal of the American Academy of Psychiatry and Law, Vol. 29, (2), 167-173, 2001.

**Martinez R**: *A Model For Boundary Dilemmas: Ethical Decision-Making in the Patient-Professional Relationship.* Ethical Human Sciences and Service, Vol. 2, (1), 43-61, 2000.

**Martinez R**: *War Stories.* J. General Internal Medicine, October, 1999.

Charon R, Brody H, Clark MW, Davis D, **Martinez R**, Nelson RM: *Literature and Ethical Medicine.* J of Medicine & Philosophy, 21(3):243-265, 1996.

**Martinez R**, Tasto, J: *A Student-Run Course in the Medical Humanities.* Academic Medicine, 71(5): 530-531, May, 1996.

**Martinez R**: *Peace: An Unprecedented Opportunity.* Colorado Medicine, September, 1988.

2. Book Chapters:

**Martinez R**: *Narrative Understanding and Methods in Psychiatry and Behavioral Health.* In The Practice of Narrative Ethics. Editors: Rita Charon and Martha Montello. Routledge Press, 2002.

**Martinez R**: *Setting Boundaries: Commentaries on Crossing Boundaries, Empathy, and Compassion.* In Ward Ethics. Editors: Tomi Kushner and David Thomasma. Cambridge University Press, 2001.

**Martinez R**: *Professional Role in Health Care Institutions: Toward An Ethics of Authenticity.* In Educating for Professionalism: Creating a Culture of Humanism in Medical Education. Editors: Delese Wear and Janet Bickel. University of Iowa Press, 2000.

**Martinez R**: *Walker Percy and Medicine: The Struggle for Recovery in Medical Education.* In The Last Physician: Walker Percy and the Moral Life of Medicine. Editors: John Lantos and Carl Eliot. Duke U. Press, 1999.

3. Book Reviews:

**Martinez R**: Review of *Rethinking Life and Death: The Collapse of Our Traditional Ethics,* by Peter Singer (1994, St. Martin's Griffin, New York) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; March, 2001.

**Martinez R**: Review of *What's Normal? Narratives of Mental and Emotional Disorders,* Carol Donley & Sheryl Buckley, editors (2000, Kent University Press, Kent, OH) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; August, 2000.

**Martinez R**: Review of *The New Medicine and the Old Ethics* by Albert R. Jonsen

(1990, Harvard University Press, Cambridge) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; March, 2000.

**Martinez R**: Review of *The Last Physician-Walker Percy and the Moral Life of Medicine*, Carl Elliott and John Lantos, editors (1999, Duke U. Press, Durham) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; December, 1999.

**Martinez R**: Review of *Lying on the Couch* by Irvin Yalom (1996, HarperPerennial, NYC) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; April, 1999.

**Martinez R**: Review of *Raising Lazarus* by Robert Pensack and Dwight Williams (1994, G.P. Putnam, NYC) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; January, 1999.

**Martinez R**: Review of *The Thanatos Syndrome* by Walker Percy (1987, Farrar, Strauss, and Giroux, NYC) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; August, 1998.

**Martinez R**: Review of *Opinions of the Ethics Committee on the Principles of Medical Ethics: With Annotations Especially Applicable to Psychiatry*. Washington DC: American Psychiatric Press, 1995. 63 pp. The J. Of Nervous and Mental Disease. Vol. 186, (1): 65, 1998.

**Martinez R**: Review of *When Nietsche Wept* by Irvin Yalom (1993, HarperPerennial, NYC) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; January, 1998.

**Martinez R**: Review of *Manhood in the Making* by David Gilmore. The Journal of Nervous and Mental Disease. Vol. 179, (11):704, 1991.

4. Other Publications:

**Martinez R**: *Awareness and Understanding of Difficult Patients*. Ethics Forum – AMA News. Volume 46, No. 29, August 4, 2003.

**Martinez R**: *Modern Medicine in a Postmodern World*. Colorado Endowment for the Humanities News. Fall, 2001.

**Martinez R**: *Organizational Ethics in Healthcare*. A Piece of Our Mind, Colorado Psychiatric Society Newsletter. Vol. 26, No. 1, March, 2001.

**Martinez R**: *The Nature of Illness Experience: Medical Education at UCHSC*. Many Voices, Many Choices. Publication of the Colorado Collaboration on End-Of-Life Care. Vol. 2, No. 1, Jan., 1998.

**Martinez R**: *Nebraska Night, The Shower on Easter Sunday, and Drinking the Charles River*. In Quarterly of American Physicians' Poetry Association. Winter, 1994.

**Martinez R**: *Colorado in May*. In Quarterly of American Physicians' Poetry Association. 6(1), Spring, 1994.

**Martinez R**: *Starry Nights and Returning from New Orleans*. In <u>Quarterly of American Physicians' Poetry Association</u>. 5(4), Winter, 1993.

**Martinez R**: *Poet's Corner and The Storm*. In <u>Auscult</u>. 2(1) Spring, 1993.

**Martinez R**: *Rocky Flats, Values Turned Upside Down*. <u>Rocky Mountain News</u>. Op. Ed., July, 1989.

**Martinez R**: *Dissent and Soviet Psychiatry*. <u>Colorado Psychiatric Society Newsletter</u>. March, 1988.

**Martinez R**: *INF Treaty Is Only A Beginning*. <u>The Denver Post</u>. December, 1987.

**Martinez R**: *Physicians Create Awareness of Nuclear War Consequences*. <u>Tracings</u>. February, 1986.

**Martinez R**: *Soviet Psychiatrist is not a Terrorist*. <u>Rocky Mountain News</u>. October, 1985.

5. <u>Other Manuscripts</u>:

**Martinez R**: *Narratives in the Pediatric ICU*.

**Martinez R**, Van Derveer, W: *Bridging the Gap Between Competencies and Curriculum in Psychiatric Residencies*.

6. <u>Books</u>:

Candilis, P, **Martinez, R**, Weinstock, R: *Ethics and the Courtroom Expert: A View from Forensic Psychiatry*. (working title, in review).

### Educational Products:

1. Informed Consent Training Module - On-line GME required examination for orientation of interns, residents, and fellows at UCHSC (2001-present).
2. Ethics Evaluation Rubrics – On-line at University of Wisconsin Medical School website for End-of-Life Care (1998-present).

### Professional and Educational Presentations:

"Medical Decision-Making for the Mentally Ill," Conference at Denver University on <u>Current Issues in Bioethics</u> sponsored by Colorado Bar Association, March, 2005.

"Medical Dramas: Stories and Illness Experience," chair of panel, University of Colorado Colloquium on <u>Evidence and Its Ghosts</u> sponsored by Center for Humanities and the Arts, University of Colorado, Boulder, CO, March 2005.

"Boundary Dilemmas in a Refugee Clinic," with Dr. Dan Savin at University of Colorado Health Sciences Center, Dept. of Psychiatry Grand Rounds, January 2005.

"Interprofessional Ethics Symposium," Faculty Coordinator, University of Denver, Center for Professional Ethics, Denver, CO, May 2004.

"Walker Percy: Physician-Writer and Biography," University of Colorado Health Sciences Center, Arts in Medicine Series, Denver, CO, March 2004.

"War: A Panel on War and Medicine," Chair of panel, University of Colorado Colloquium on WAR, sponsored by Center for Humanities and the Arts, University of Colorado, Boulder, CO, March 2004.

"Professional Boundaries: Slippery Slope or Professional Discretion?" Grand Rounds, Louisiana State University Health Sciences Center, New Orleans, LA, February, 2004.

"Professional Boundaries: Slippery Slope or Professional Discretion?" Grand Rounds, University of Texas Southwestern Medical Center, Dallas, TX, September, 2003.

"Professional Roles in Institutions: Toward an Ethic of Authenticity," Presentation at the Regional Institute for Health and Environmental Leadership, Florissant, CO, August, 2003.

"Boundaries in the Professional-Client Relationship," Presentation at Denver Community Bioethics Forum, Denver, CO, March, 2003.

"Organizational Ethics and Ethics Committees," Presentation at Retreat for CHEF (Colorado Hospital Ethics Forum), Denver, CO, July, 2002.

"Culture and Memory: Sites of Tradition," Chair, Panel on "Body Memory," Center for Humanities and the Arts Annual Colloquium, University of Colorado, Boulder, CO, March, 2002.

"Interprofessional Education in Ethics at an Academic Health Sciences Center," International Health Ethics Futures: Multidisciplinary Conversations Conference, sponsored by Royal College of Nursing, Hamilton Island, Australia, July, 2001.

"Introduction to Organizational Ethics in Healthcare," Organizational Ethics in Healthcare Conference, sponsored by Rose Community Foundation, Denver Medical Society, Rocky Mountain Center for Healthcare Ethics, and the Program in Bioethics and Humanities, UCHSC, Denver, CO, April, 2001.

"Professionalism in Medical Practice," The Doctor's Company's Denver Medical Society continuing medical education program, Denver, CO, November, 2000.

"Professional Role in Medical Education: Toward An Ethics of Authenticity," American Society of Bioethics and Humanities National Conference, Salt Lake City, UT, October, 2000.

"The Hazards of Writing and Consuming the Personal Essay," Health Affairs Conference, Narrative Matters: Personal Stories and the Making of Health Policy, Airlie, VA, March, 2000.

"Ethics and Managed Care," UCHSC, Department of Psychiatry, Grand Rounds Presentation, Denver, CO, January, 2000.

"Ethical Issues in Pharmacy," Kaiser Permanente Annual Pharmacists' Dinner, Denver, CO, July, 1999.

"Ethical Issues in the Patient-Doctor Relationship: The Problem of Dual-Relationships," Denver Medical Society Dinner Presentation, Denver, CO, May, 1999.

"Boundaries in the Patient-Doctor Relationship: Future Directions or Politically Correct?" Grand Rounds, UCHSC, Department of Psychiatry, Denver, CO, January, 1999.

"Ethics and Research," roundtable at the Native Elder Research Center, UCHSC, Denver, CO, October, 1998.

"Quandaries in Health Care: Recapturing the Voice of the Patient, Toward An Ethic of Listening," Guest Faculty and Program Organizer, Aspen, CO, Sept., 1998.

"The Riddle," staged-reading of Sherwin Nuland's How We Die for the 25th Anniversary of The Given Institute, Aspen, CO, August, 1998.

"Internship Orientation on Professionalism" for UCHSC, June, 1998.

"Ethical Issues in Dentistry" to ALPHA OMEGA Dental Group, with Dr. John Armstrong, Denver, CO, May, 1998.

"Patient As Mentor: Medical Education and End-Of-Life Care," Colorado Collaboration on End-Of-Life Care conference, Breaking Barriers and Forming Partnerships. Denver, CO, May, 1998.

"The Experience of Illness: Medical Students and the Valuing of the Patient's Story," Society of Teachers of Family Medicine National Meeting, New Orleans, LA, February, 1998.

"A Case of Locked-In Syndrome, Competency and Ethical Issues in Requests for Withdrawal of Life-Sustaining Treatments," Am Academy of Psychiatry and the Law Annual Meeting, Denver, CO, October, 1997.

"Literature, Medicine, and Ethics," University of Colorado Health Sciences Center, The Diversity and Culture Interest Group, Denver, CO, September, 1997.

"Literature and Medicine: Works and Lives of Physician-Writers," The Given Institute of the University of Colorado, Aspen, CO, August, 1997.

"Money and the Professions," Ethics Symposium, Columbia/HealthONE, Denver, CO, March, 1997.

"Professional Ethics in the Therapist-Patient Relationship," Wardenburg Student Health Center, University of Colorado, Boulder, CO, February, 1997.

"The Debate on Medical Futility: What Should Health Care Professionals (Not) Do?" A Colloquium at the University of Colorado Health Sciences Center, Denver, CO, January, 1997.

"Boundary Dilemmas in the Therapist-Client Relationship," Colorado State Grievance Board for Mental Health Professionals, Denver, CO, December, 1996.

"An Alternative Model for Boundary Dilemmas: Professional Ideals in the Patient-Physician Relationship," U of Colorado Medical School, Department of Psychiatry Grand Rounds, Denver, CO, November, 1996.

"Humanistic Aspects of Pain and Suffering: The Role of Narratives from the Pediatric ICU," U of Colorado Health Sciences Center, Colloquium with Dr. Arthur Kleinman, Denver, CO, September, 1996.

"Narratives in the Pediatric ICU: Can We Do Better?" Care At The End Of Life Conference, Harvard Medical School, Division of Medical Ethics, Cambridge, MA, June, 1996.

"Ethical Dilemmas in Managed Mental Health Care," keynote address, University of Denver, sponsored by the National Association of Social Workers, DU Graduate School of Social Work, Colorado Society of Clinical Social Workers, and University of Denver, Denver, CO, March, 1996.

"Narrative and Ethics," Harvard University, The Program in Ethics and the Professions, February, Cambridge, MA, 1996.

"Mary Shelley's Frankenstein: Uses in Medical Education," Society for Health and Human Values, National Conference, San Diego, October, 1995.

"Literature and Medicine: The Limits of Scientific Knowing," Tenth Annual MD/PhD Conference, Given Institute, Aspen, CO, July, 1995.

"Walker Percy's The Moviegoer," Harvard Medical School, Boston, MA, March, 1995.

"Caring in Medicine: Literary Perspectives," Harvard Medical School, Boston, MA, December, 1994.

"A View of Walker Percy: Physician-Novelist," Harvard College, Cambridge, MA, November, 1994.

"Storytelling in Psychiatry," University of Colorado Medical School, Denver, CO, December, 1993.

"Medicine As Story: Recovering the Patient," University of Missouri-Kansas City School of Medicine, Humanities in Medicine Conference, Kansas City, MO, October, 1993.

"Narrative Bioethics: Teaching and Therapeutic Implications," Society for Health and Human Values, National Conference, Memphis, TN, November, 1992.

"Lucia: Autobiography and Narrative," Society for Health and Human Values, National Conference, Tampa, FLA, May, 1992.

"Current Concepts of Masculinity in the Treatment of Men," with Dr. Fred Mimmack, Bethesda PsycHealth Center, Denver, CO, April, 1992.

"Spiritual Transformation in Marie Cardinal's The Words To Say It, University of Colorado, Department of Religious Studies, Boulder, CO, April, 1991.

"Adolescents in the U.S.," lecture series in the U.S.S.R. with Dr. Roy Meninger, Physicians for

Social Responsibility Leadership Tour in the U.S.S.R., May, 1990.

"Human Rights and Nuclearism," Physicians for Social Responsibility, National Meeting, Denver, CO, March, 1990.

"Psychosocial and Cultural Aspects of Dually Diagnosed Adolescents," Center for Interdisciplinary Studies conference on Adolescent Substance Abuse, Denver, CO, June, 1989.

"Medical Aspects of Rocky Flats," with Dr. Kenneth Lichtenstein, University Hills Rotary Club, Denver, CO, February, 1989.

"The Physician's Role in the Nuclear Age," St. Luke's Hospital, Denver, CO, October, 1988.

"Peace: An Unprecedented Opportunity," Hiroshima Peace Concert with members of Denver Symphony, Denver, CO, August, 1988.

"Arms Control in an Election Year," with Congresswoman Patricia Schroeder, Colorado Coalition for the Prevention of Nuclear War, Denver, CO, May, 1988.

"Psychological Aspects of the Arms Race," lecture series in the U.S.S.R., Physicians for Social Responsibility Leadership Tour in the U.S.S.R., May-June, 1987.

"The Development of Borderline Personality Disorder," Arapaho Mental Health Center, Englewood, CO, January, 1987.

"Psychological Impact of the Nuclear Arms Race on Children," Association of Part-time RN's and LPN's, Denver, CO, November, 1986.

"Psychological Aspects of the Nuclear Arms Race," Colorado Association of OR Nurses, Denver, CO, April, 1986.

"The Social Responsibility of Physicians," Mount Airy Psychiatric Center, Denver, CO, September, 1985.

"Soviet Psychiatry: Symptom of an 'Evil Empire'?," University of Colorado Medical School, Department of Psychiatry, Grand Rounds, Denver, CO, November, 1984.

"Management of Medically Ill Patients in the Psychiatric Milieu," Colorado Society of Clinical Social Workers, Dillon, CO, May, 1983.

"Medically Ill Patients in the Psychiatric Milieu," University of Colorado Medical School, Department of Psychiatry, Grand Rounds, Denver, CO, April, 1983.

"Somatic Complaints and Mania," University of Colorado Medical School, Department of Psychiatry, Grand Rounds, Denver, CO, February, 1983.