FREDERICK M. MILLER, M.D.
4900 CHERRY CREEK SOUTH DRIVE
DENVER, COLORADO 80246-2283
(303) 759-2332

# CURRICULUM VITAE 8/1/05

Date of Birth: July 17, 1941
Place of Birth: New York, NY

**Education:**

University of Chicago; Chicago, Illinois; B.S. June 1962
Tulane University School of Medicine; New Orleans, Louisiana; M.D. May 1965
Kings County Medical Center; Brooklyn, New York; Surgical Internship; July 1965 - June 1966
State University, Downstate Medical Center; Brooklyn, New York; Surgical Residency; July 1966 - June 1967
University of Colorado Medical Center; Denver, Colorado; Psychiatric Residency; July 1969 - June 1972. Institute for Psychoanalysis; 1974 - 1980

**Military Service:**

Surgeon (LCDR), United States Public Health Service, 1967-1969
Medical Center for Federal Prisoners, Springfield, Missouri; United States Department of Justice, Staff Psychiatrist; Psychiatric care of Federal detainees, forensic evaluations for Federal District Courts, nationwide.

**Medical Licensure:**

Colorado, 1970 (currently active); Louisiana, 1965; New York, 1965; Missouri, 1967; California, 1968; South Dakota, 1972.

**Board Certification:**

American Board of Psychiatry and Neurology, May 1975
Examiner for Part II, 1979

## Professional Practice:

Colorado Department of Corrections, Clinical Psychiatrist (part time), 2001 -
Private practice, general psychiatry and forensic psychiatry, Denver, Colorado
   1972 -
Private practice, Rapid City, South Dakota, 1972 - 1973, general and forensic
   psychiatry with an emphasis on the evaluation and treatment of victims of
   the Rapid Creek flood
Veterans' Administration Medical Center, July 1972 – August 1985; July 1994 -
   September 1999
      Staff Psychiatrist, Chief Grade, Mental Health Clinic,
      Direct patient care, supervision of medical students, psychology
      and social work trainees and psychiatric residents. Consultant to
      the Renal Dialysis Unit. Chairman, Library Committee, C & P
      Examiner, 1999 - 2001
University of Colorado Health Sciences Center
   Senior Instructor (part time) 2005 -
   Clinical Assistant Professor 1975 -. Supervision of psychiatric residents
      and other professional trainees in clinical and emergency room
      settings. Instructor, Medical Student Clinical interviewing and
      Clinical Problem Solving courses.
   Clinical Instructor, University of Colorado Health Sciences Center, 1972 -
      1975. Teaching and supervision of professional trainees in clinical
      and emergency room settings.

## Consultant and evaluator for various agencies:

United States District Courts, 1967 -
Federal Probation Department, Denver, Colorado
Federal Public Defender's Office, Denver, Colorado
United States Attorney's Office, Denver, Colorado
Social Security Disability Determination Services, 1972 - 2000
Colorado Judicial Department:
   District Courts, 1972 -
   Grievance Committee of the Supreme Court; Member 1986 - 1993
      Disability examinations of lawyers, 1974 - 1986, 1993 -
   Disciplinary Prosecutor, Supreme Court
      Disability examinations of lawyers, 1975 - 1986, 1993 -
   Presiding Disciplinary Judge, 2002 -
   Colorado Commission on Judicial Discipline
      Disability examinations of Colorado Judges, 1980 -
Colorado Department of Regulatory Agencies:
   Board of Dental Examiners, 1978 -
   Board of Law Examiners, 1980 -
   Board of Medical Examiners, 1978 -
   Board of Nursing Examiners, 1978 -

## Consultant and evaluator for various agencies (cont'd):

    Disability examinations of various professionals; consultant regarding examination eligibility of candidates with mental health histories

Colorado Public Defender's Office, Denver and statewide
Colorado District Attorney's Office, Denver and statewide
Police departments, Colorado Springs, Longmont, and Aurora, Colorado on pension and disability issues
Colorado Department of Labor, Division of Worker Compensation, Level II Certification, recertified, 1995, 1999, 2002
American Arbitration Association Panel of Arbitrators

## Professional Associations:

American Psychiatric Association:
    Committee on Confidentiality, 1988 – 1991

Colorado Psychiatric Society – District branch of the APA, 1971 -
    Legislative Committee, 1974 - 1978
    Forensic Committee, Chairman, 1977 - 2000
    Executive Council, 1977 - 2000
    Ethics Committee, 1982 -
    Fellow, 1984
    Junior Trustee, 1986 - 1987
    Senior Trustee, 1987 - 1988
    Secretary, 1990 - 1991
    Treasurer, 1991 - 1992
    President-Elect, 1992 - 1993
    President, 1993 - 1994
    Past President, 1994 - 1995
    Distinguished Fellow, 2000
    Distinguished Life Fellow, 2004

American Psychoanalytic Association
    Associate Member, 1980-1983
    Affiliate Member, 1977-1980

American Academy of Psychiatry and the Law, 1976-

Denver Psychoanalytic Society, 1977-1989
    Continuing Education Committee, 1977-1978
    Membership Committee, 1981-1985

## Professional Activities:

Governor's Insanity Law Review Task Force, 1978-1981
    Subcommittee Chairman, Insanity and Competency subcommittees

Governor's Task Force on the Dangerous, Violent Patient, representative of the Colorado Psychiatric Society, 1980

Interdisciplinary Committee on Child Custody, initial representative of the Colorado Psychiatric Society as founding member, with Colorado Bar Association Family Law Section

Colorado Bar Association
    Committee on Review Insanity Law Statutes, 1982
    Disability Law Committee

American Bar Association
    Standing Committee on Mental Health and the Criminal Justice System
    Task Force on Mental Health Standards, 1980 – 1983

Grievance Committee of the Colorado Supreme Court, 1986 - 1992; one of four non-lawyer members of the Grievance Committee, charged with the resolution of lawyer ethics and misconduct issues

State Commission for the *Manual of Treatment Standards for Domestic Violence Perpetrators*, Advisory Committee, 1990, 1994

Colorado Department of Labor
    Workers' Compensation Task Force on Non-Physician Providers, 1987
    Utilization Review Committee, October 1998
    Cumulative Trauma Task Force, 1994 – 1995

Colorado State Hospital Community Forensic Committee, 1991

National Mental Health Advanced Disaster Training, April 1998

American Red Cross Disaster Services Courses
    Introduction to Disaster Mental Health Services (Basic), May 1998
    Disaster Mental Health Services (Intermediate), June 1998

## Professional Presentations:

"Issues Encountered in Child Custody," Panel discussion sponsored by the Colorado Child and Adolescent Psychiatric Society and the University of Colorado Medical Center Department of Psychiatry, with Hon. Daniel J.

**Professional Presentations (cont'd):**

    Shannon, Leona Kopetski, A.C.S.W., and Gary May, M.D., February 22, 1975

    "Psychological Assessment for Probation and Parole Officers," A course taught for the Denver Psychoanalytic Society, Spring, 1978.

    "Psychoanalytic Concepts as Related to Law," A course taught fort the Denver Psychoanalytic Society, March through May 1981

    "Criminal Trials and Forensic Psychiatry," A presentation to the Boulder District Attorney's Office; January 6, 1984

    "Rating Emotional Impairment," presented at seminar: Evaluating Disability: Medical and Rehabilitation Issues in Workers' Compensation and Personal Injury cases; Re-Entry Vocational Services, Inc., June 22, 1984 and June 12, 1987

    "Psychic Injury Claims – The Law and Medicine; A Medical Perspective," presented at Annual Workers' Compensation Institute, Continuing Legal education in Colorado, Inc., February 15, 1985

    "The Effective Use of an Expert at Sentencing; A Seminar on Sentencing, The Colorado Criminal Defense Bar, November 13, 1987

    Panel Member, "Confidentiality Issues in Psychiatric Practice," Annual meeting of the American Psychiatric Association, San Francisco, California, May, 1989

    "Pitfalls in the Prediction of Future Dangerousness," United States Department of Justice, Division of Probation and Parole District Wide Training Seminar, Denver, May, 1990

    "Anatomy of A Murder, The Insanity Evaluation," Continuing Legal Education, Continuing Education Services, Denver, November 8, 1991