UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANA WEST,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on the pleading filed by the United States entitled "Proposed Psychiatrists for Court-Ordered Competency Examination of the Defendant (filed February 6, 2006). By way of background, by Order filed January 20, 2006, the parties were ordered to meet and confer on designation of the psychiatrist and, if the parties were unable to agree, to submit the CVs of the proposed psychiatrists to the Court for a determination. The Government's pleading asserts that the parties have not agreed on a psychiatrist to conduct the Court ordered competency examination, and asks the Court to designate a psychiatrist.

I have reviewed the CVS of all the proposed psychiatrists. I find that the psychiatrist who appears the most qualified to conduct the competency evaluation pursuant to the CV is Dr. Frederick Miller based on his CV and the Court's familiarity with him. Dr. Miller is hereby designated as the Court appointed psychiatrist who shall conduct the competency examination of Defendant pursuant to the Order of the Court filed January 31, 2006. Accordingly, it is

-2-

ORDERED that Dr. Frederick Miller is the psychiatrist designated to conduct a competency examination of Defendant pursuant to the Court's Order for Competency Examination of the Defendant filed January 31, 2006.  It is

FURTHER ORDERED that on or before **Friday, February 24, 2006**, the parties shall provide dates and times that they are available for a hearing on the issue of Defendant's competency in April and the first two weeks of May, 2006.

Dated:  February 15, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge