UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-128-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A hearing on Defendant's competency pursuant to 18 U.S.C. §§ 4241, 4247(b) and (c) is set for **Thursday, May 11, 2006 at 1:30 p.m.**  Two and a half hours are allocated for this hearing.

    Dated:  February 22, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge