UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    In light of Mr. Hearty's notification to the Court that he is not available on May 11, 2006, the hearing on Defendant's competency set Thursday, May 11, 2006 at 1:30 p.m. is **VACATED**.  The hearing is **RESET** to **Wednesday, April 26, 2006, at 2:00 p.m.**

    Dated:  February 24, 2006

                                    s\ Sharon Shahidi
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U.S. District Court