UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANA WEST,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court in connection with a letter from Dr. Frederick M. Miller dated March 27, 2006, which letter has been mailed to counsel for the Government and the Defendant. Dr. Frederick is the psychiatrist who has been appointed by the Court to evaluate Defendant for a competency examination. He writes in his letter that Defendant "opted not to participate" in the examination unless Dr. Frederick agreed to Defendant's terms. Dr. Frederick further states in the letter that he cannot agree to Defendant's conditions and that Defendant was inflexible in his demands. Upon consideration of the letter, it is

    ORDERED that Defendant shall participate in an examination with Dr. Frederick and shall cooperate with him without the conditions Defendant sought to impose on Dr. Frederick. These conditions were not discussed with or approved by the Court, and it is improper for the Defendant to request such conditions. It is

-2-

FURTHER ORDERED that the issue of Defendant's competency and whether he is entitled to release from custody cannot be determined until said examination takes place and Dr. Frederick is able to render a report. Accordingly, it is

ORDERED that Dr. Frederick's competency examination shall proceed expeditiously, in order for the competency hearing currently set for April 26, 2006, at 2:00 p.m. to proceed.

Dated: March 31, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge