To: Honorable Wiley & Daniel

From: Dana V. West
bka Abraham

Case #: 03-CR-00128-WYD

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2006

GREGORY C. LANGHAM
CLERK

4-10-6

Dear Honorable Wiley & Daniel,

I am in receipt of your order Dated March 31, 2006.

It also seems like it is a personal order to me. And accordingly, I feel honored for the direct attention. I'm sure you know how we megalomaniacs are.

And it seems like your first order that would require a voluntary compliance. Every other one I have had no control over. So maybe that is some measure of progress.

And although your wording leaves some doubt as to the exact parties earmarked for action, and their respective responsibilities, to some very large extent, I feel the ball to be in my court.

Tennis anyone ?! . . .

(2

And having said that, I do feel obliged to offer you the consideration of a response.

So without any further ado, since I'm sure you prefer to dispense with equivocation, unlike your denizens dwelling in the swarm encompassing you, I have to inform you that I am not in a position to be able to fulfill your order.

This correspondance is designed to shed light as to the nature of this dilema.

It would appear that what we have here is a standoff, however, I would submit that it is a simple failure to communicate.

And in case you're not up on your Truth And Honesty Edicts, this brings to bear The Lack Of Communication Rule (Page 14 of Exhibit 1).

(3

When Two People Don't
Communicate, It's The
Fault Of Both.

And, of coarse, since more than
two people are involved here, the flaw
lies with all participating parties.

The most dubious of which,
is of coarse, the Walter Gerash Law
Firm.

The fact that I have to write
directly to you again (now around
the fifth time), should speak
inauspiciously to the fact that all
I get from my legal team is the
cold shoulder, stone-walling, stand-offishness,
brinksmanship, rhetoric, irrationality
and most telling of all, insensitivity
and professional obfuscation.

They do not understand me. They
never will. They treat me without
dignity, and deny the most basic human
requests, and talk down to me
disrespectfully as if I have no worth.

④

They will not allow themselves
to speak on my level and learn even
the rudiments of The World Of Truth
And Honesty. And that is what the
case is all about! That simple fact
of the matter seems to have totally
escaped them.

And your Honor, I used to
think that simple pride and ego was
the obstruction that blocked their
participation, however, now I do believe
that they are not capable of it.

But on the other hand, in
The World Of Truth And Honesty,
we firmly believe that everyone is
capable, and our process has proved
that time and time again, virtually
without fail, so long as things are
conducted properly.

Once you put people in the
proper setting, their internal
disfunctions (which we are fond of
calling Bullshit), are quickly
rendered needless, and they immediately

(5)

discover this wonderful world of
accomodation and compatibility.
And that's when The Truth gets
revealed and the group consummates
its mantle once again that:

There's A Win-Win Solution
To Every Problem.

And the really funny thing
about Truth And Honesty Wiley,
is that I, as the founder,
cannot bring anyone into my world
without my people by my side.

And not to sound like Walter
Cronkite, but That's The Way It Is!

Walter and Jim have adamantly
refused to grant this venue to me
coming up with all manner of phoney
excuses, objections and obstructions,
which anyone can see is effectively
a transparent admission of guilt.

(6)

There would have been an elegant solution to this wariness in the early phase of the case, as they showed reluctant willingness to participate with my wife, Judy Pratt, who you have witnessed in attendance at the hearings.

Unfortunately, the prison rebuffed Walter's request to allow her to visit with the euphemism that it was a security risk. Translation – it would be helpful to the inmate, therefore it must be squashed.

Obviously, a persistent attorney, vociferously or even energetically, could have mediated a workable solution satisfying all parties, but Walter and Jim let themselves be lulled into submission by petty pretense.

And that, your Honor, is their responsibility, not mine. And I refuse to have the onus put on me for that.

And even if they are not to blame, then the system is. Either way, I was denied the reasonable and humane forum required as imperative to win my case with a fair trial.

And this too, is not my responsibility, and I am not to be blamed for it.

The ensuing resultant interaction with my attorneys initiated a steady inexorable downward spiral, which apparently prompted Walter to craft this bogus insanity/incompetency defense, which he did without my consent or advisement.

And that's an example, not of my being unable to assist in my own defense, but in not even given an opportunity to do so.

And, your Honor, to make a long story short, due to Walter and Jim's refusal to cooperate with me, our relationship has degenerated to having to succomb

to placement in the annals
of hopeless disfunctionality.

I have tried through all
the three years to heed my plea
of even visiting with an inmate
friend, which is permitted by the
institution, only to have it fall on
deaf ears. Even today at the 11th
hour I asked Jim to allow it,
and he adamantly and bruquely
refused.

You can't say that I have
not been positively putting my best
foot forward.

And a year ago ~~today~~ I
initiated a motion that Walter
filed with the court to allow
Walter and Jim to withdraw
from the case, and you denied it.

Your Honor, the record will
prove that I am a competent
person and have made every
humanely possible effort to forthrightly

work with attorneys to clear me
and defend my case.

A close investigation will
prove beyond the shawdow of doubt
that it is the attorneys, not me,
who are not cooperating. Yet they
so cleverly hang the mantle of
incompetency on me, and up
to this point in time, have
successfully laid the blame on me.

And to a very large extent
Mr Daniel, you have fallen prey
and actively participated in this
hampster wheel of justice. And
this is most evinced by your
refusal on many occasions to allow
me to speak to the court.

And the very dubious result
and upshot of the whole thing
is this three year whirlwind
masquerade of indecision that
has kept me incarcerated for
over three years.

⑩

And now ~~with~~ we have Walter's loose
cannon blabbering ~~of~~ Habeus
Corpus. Which by the way I was
able to restrain him from
filing, even though we had good cause.

My new advisory attorney,
Jeff Villanueva, who has been my
business attorney for 15 years
and ~~you'll~~ ~~come~~ testified at the
bond hearing, also agreed with
that restraint in favor of finding
an acceptable solution to all parties
without any feather ruffling.

And obviously the issue needs
to be resolved.

And, your Honor, I would
submit to you in defense of my legal
oppressors, that Walter and Jim
are not unlike the vast majority
of their colleagues. As you know
Dennis Hartley could not take the
heat and withdrew. Jim Neville,
my family attorney present at the
landmark Nov 16, 2004 competency

(11)

decision hearing opted out. He had
flown out from New York and though
he was willing to engage in my world
and made noteable exemplary progress,
in the final analysis asserted that
I was too intense for him, and
said he would need a retainer and
fee of $350,000 to be able to
buck up to the strain!

Maybe you should speak to
him to get his input. His number
is 516-883-5905.

Talk to Jack Kauffman.
He was my third attorney on my
previous marijuana possession case
which resulted in the loss of my house,
naturally before I was able to
later win the case.

Speak with Ralph Rhoades
and John Richilano, Jack's
predessors. All of them took
on the work willingly and withdrew
later deep in case for some
reasons of incompatibility, which

true to form, I was not advised of the actual reasons.

And I could provide six more names of attorneys who don't know me quite as well, but would refuse to work with me.

And Jeff knows me almost intimately, so if you really want the heads up of what's really going on (as we're fond of saying in TWOTAH), give him a call and speak frankly. 303-295-7525 x11.

So with that track record of proven unsuccess, there is basis to let Walter and Jim slip out the back door, although of course, there is not good reason.

But in your world of lies and dishonesty it's all about making it look good, and covering up all the dirty laundry with pretense, so as to keep the wheels turning without hurting anyone's feelings unnecessarily.

13

So your Honor, if you want to lay the blame of incompetency on me, I'll take it, even though I and my loyal compatriots thoroughly know that it is the system operators who will deny The Truth, and their own humanity, and the depth of their inner feelings.

Anyone, who chooses to be in the room with me will have to embrace Truth and reveal their soul, or expend all their energies futilely defending their very shakable bastion of locked-up emotions, or simply dismiss themselves.

As you can well imagine, I don't have a long list of on-going participants. Of course, jail isn't exactly the most fertile environment for appropriate possibilities.

Anyway, all of that is to say that I am the deep distinguished human in the drama, the rest of the world does not want to acknowledge their soul.

(14)

And after all your Honor,
I don't have an exclusive franchise
on claiming that capitalism has
buried mankind's love, spirit
and humanity.

We all know it's True. And
we all choose the path to travel.
I choose humanity and The
World Of Truth And Honesty. You
participants of the legal system
choose inhumanity and the world
of lies and dishonesty.

Please pardon my use of
hyperbole as I paint in broad
strokes there. All of you are not
bad, you simply have followed the
somewhat insensitive route of the
masses and the ideology of
governments that engage in war
and the near destruction of the
planet.

Please find a place in your
heart for those who are not like you,
and take the rougher road of the moral high ground.

(15)

OK, you are asking inside, what does all this have to do with the judge's order?

Well, everything-for two reasons.

One, is that regardless of the finding of the evaluation, no one is providing counseling and mediation of the broken disfunctional relationship. Walter and Jim will continue to refuse to get along with me, and assist me in my defense as I need them to do.

They in fact, are the ones not assisting in my defense, and to use statuatory logic and lingo are the incompetent ones. Not me.

And for the record, I am innocent and was prepared to prove it three years ago, but our system, that everyone is fond of saying is not perfect, did not

(16

afford me the opportunity to
have a fair trial.

And accordingly, by its own
imperfect rules, must release me.
And until the charges are dropped,
will not exonerate me, which I
deserve.

But the operative issue
remains that the system cannot
provide an attorney who will
represent me with integrity
and effective assistance.

And if that means you
have to label me incompetent,
drop the charges and release me,
then so be it.

We are all aware that we have
pushed the envelope of lawful detention
way passed its reasonably justifiable
limits. Someone must stand up and
take a forthright and unwavering
position.

This distinction is falling on your shoulders.

All the other parties are simply fulfilling their ostensible roles. And that is a euphemism for doing anything except call this difficult, near contenable, situation for what it is.

Now the second reason speaks the most soundly to your order — the catalyst for this letter.

And your Honor, you may have to stretch your discretionary and intuitive and creative abilities to understand this.

As I have tried to convey somewhat indirectly herein, Truth And Honesty is a group sport, and it takes at least three people. At least if you want to get to The Truth.

18

And I live, eat, breathe and sleep Truth And Honesty. It is what I am and I can do nothing else. I, maybe, like Walter and Sim, and also Dr Miller, who appear incapable of bending, cannot bend either.

I have tried a thousand times to make people understand me alone, and it never works. In fact all it does is create frustration, animosity, discontent, and only provides the wrong idea of who I really am. In some cases people walk away with the illusion that I am the antithesis of who I am.

So Wiley, I hope you can open your heart enough to glimpse into mine.

I only view this one-on-one type of intrusive and antiseptic evaluation, as a means of providing untruth and confusion.

19

It will not shed the appropriate and applicable light on this near inextricably complex conundrum we are dealing with.

And thus accordingly I cannot participate in a process that will only produce lies and misinformation.

On top of that I could not possibly put my heart into trying to convince someone of something I know they do not want, or will allow themselves to be convinced of.

That would only meet the common criterion of insanity by repeatedly performing the same behavior and expecting a different result. I know what will happen and it will not be Truth.

And I cannot participate in a situation that I know will be a lie. Particularly one that has legal ramifications and could be considered perjuroues, when

(20)

~~when~~ knowingly it will only
result in lies and misleading
information.

Obviously no one will be
served to take this route.

Clearly, it is not in anyone's
best interest.

And though you have put me
between a rock and a hard spot,
on the one hand violating a judge's
order, yet on the other, participating
in cognizant illegal endeavors.

After watching the despicable
revealing of the torture scams at
Abu-Grab in Iraq, and learning
the precedent is that you are
lawfully obligated to _not_ break the
law, despite orders from a higher
authority, my conscious is
resolved and serene.

㉑

It would be unlawful for me to follow your order my dear Judge Wiley Daniel.

And, of course, that would presume that I could if I wanted to, however, as I explained, I could no more go one-on-one with Dr Miller, as you would renounce your own true core beliefs.

I'm not even a conscientious objector. I simply am not able to do it. Please don't read any defiance or feigned resistance into it. They are not there.

I presume you have reached your position of eminence and prestige because you know integrity when you see it.

If you can see integrity here, then you can see justice, and at long last, a responsible and equitable resolution to this case.

22

And to show my spirit
of accomodation and commitment
to open discovery of The Truth,
I have shown great willingness
and even enthusiasm to conduct
the evaluation by incorporating
a only one reasonable request, that
would assure the success of the
mission, end the agony and make
everybody come out looking good
and smelling like a rose.

Jeff and I even discussed
finding another psychiatrist that
would be amenable to this format,
however, he pooh-poohed the idea
because it would have to be court
sanctioned to have merit and validity.

However, I would be more than
willing to proceed that way, should
the court see fit.

(23)

So please stop this name-calling and labeling me uncooperative. I am totally proactive, cooperative and energetic in the pursuit of The Truth.

And for the record, Dr. Luckins after much resistance acquiesced into allowing Judy into the mix. And after that many doors were opened and the evaluation proceeded with great ~~taste~~ speed and accuracy and enlightenment.

And as you have already seen evaluators can find me mentally ill or mentally healthy. This is obviously not an exact science, and regardless of their findings, it is your decision that carries the day.

And this case is not about mental illness. It is only about the viability of a functional attorney/client relationship. One that will result in mutual assistance and collaboration to guarantee that

(24)

sacred American right of a
fair trial. Our claim to world
supremacy in the arena of justice,
in which you hold a high and
honorable position.

But your Honor, Walter and
Sim and I are nowhere. In fact
if we were somewhere, they would
have been visiting me during the last
3 months to work out our strategy,
but they won't.

And if they had, I might be
in a better position to deal with
the Dr Miller situation, but as
usual, they have left me in the dark
with legitimate concerns left
unresolved and in a confusing anxiety.

Furthermore, they would be
able to represent me directly with
the sentiments expressed in this
letter. But they refuse. They have
had enough of me, and are totally
unwilling to work with me.

E5

So how much more proof do you need that I cannot assist my attorney in my own defense? It is not my fault, but the end result is the same and cannot be denied.

Jeff, on the other hand, visits me for 2-3 hours every week. We have a conducive relationship, although, I have to admit that we don't see eye to eye on everything. We have, however, over the last two months been ecking our way to unified agreement towards a course of action. It has been a painstaking process. But it is working.

It can be done, I can do it. But Walter and Jim are not destined to be the chosen ones, and of course, Jeff is not the attorney of record, so that missing dimension also provides a much softer background for ammenability.

26

At our last visit last Thursday, Jeff conveyed to me that he had spoken to Walter and Walter stated that he had given up on me.

Now, how can any reasonable man expect anything productive to result from that scenario?

So to conclude and wrap this up, thank-you for making the effort to consider this.

If Dr Miller visits, I will attempt to explain my position a little more so that he might understand.

However, you have the crux points in front of you now, and I ask that you do a little work before the hearing as would be appropriate to solidify your concerns.

I would hope that you understand and respect my position as regards the evaluation.

And I ask that you re-affirm your decision as relates to my competency. You got it right the first time and the events in between only affirm it the more.

I would also like to know that the findings from the Butner evaluation on dangerousness remain current and in good standing.

That combined with your decision substantiating incompetency, will culminate in my immediate release.

And in closing I would ask that all the charges against me be dropped so that I may proceed productively with my mission to make the world a better place.

28

I have been a little hen-
pected in here doing that, but
I have never been detered from
doing the best I can at that
mission.

And I can assure you that
I have touched many hearts here
and made many lives better. And I
have been robbed, extorted, abused
and beat up because of it.

And yet I continue.

This is my life,
I believe in it.
And I believe that
through you, justice will be served.

So when you make the
right decision, we will both
get to be right!

Thanking you again,
I am sincerely yours,

*Abraham*

Abraham