UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Government and defense counsel shall file a response to Defendant Dana West's letter to the Court filed April 13, 2006, by **Friday, April 21, 2006**. The parties shall also take all appropriate steps to ensure that Dr. Frederick Miller is present at the hearing set Wednesday, April 26, 2006, at 2:00 p.m. to explain the efforts he made to conduct a competency evaluation.

    Dated: April 17, 2006

                                            s\ Sharon Shahidi
                                            Law Clerk to
                                            Wiley Y. Daniel
                                            U.S. District Court