# JEFFREY M. VILLANUEVA, P.C.
## ATTORNEYS AT LAW

**JEFFREY M. VILLANUEVA**
jeff@jmvpclaw.com

**NICOLE S. SCHRAM**
nikki@jmvpclaw.com

1999 BROADWAY, SUITE 2400
DENVER, COLORADO 80202
TELEPHONE: 303-295-7525
FACSIMILE: 303-295-7511
www.jmvpclaw.com

April 17, 2006

APR 18 2006

GREGORY C. LANGHAM

**VIA HAND DELIVERY**
The Honorable Wiley Y. Daniel
United States District Court
For the District of Colorado
901 19th Street
Denver, Colorado 80294

      *RE:*   *The People of the United States v. Dana V. West*
             *Case Number: 03CR128-WYD*

Dear Judge Daniel:

    Although I am not Dana West's attorney in the above-referenced matter, I have been representing Mr. West in connection with other matters. Mr. West has asked me to forward the enclosed letter to you, which I am doing only at his insistence.

                                     Very truly yours,

                                     Jeffrey M. Villanueva

JMV/mh
cc: James O. Hearty, Esq. (w/enclosure)
     Walter Gerash, Esq. (w/enclosure)
     Dana V. West (w/enclosure)

April 19, 2005

To: Judge Wiley & Daniel

From: Dana U. West

Case #: 03-CR-128-WYD

The Honorable Wiley & Daniel
Alfred A. Arraj, U.S. Courthouse
901 19th St - 10 FL. Rm A1038
Denver, CO  80294

4-13-6

Dear Wiley Daniel,

By now you are in receipt of my manifesto length response concerning Dr. Miller's psychological evaluation and related matters.

I write this as an update/followup to keep you abreast of matters, plus there is one logistical concern that requires your attention.

I have been frantically working with all the parties involved to craft a Win-Win Solution. You may already be in receipt of my letter to Mr. Hearty or have heard about it.

I'm meeting tomorrow, Friday the 14th, with Jeff Villanueva, who as you know is helping to bridge the wide chasm between myself and my counsel of record.

Obviously, that work has not been completed, or I wouldn't be writing to you directly.

C

I have written to Walter and Sim, however, as usual I don't anticipate any reasonable or positive response.

But as the old cliché goes: Hope Springs Eternal.

Their latest slap in the face came earlier this week when Sim refused to facilitate my meeting with an investigator I'm hiring.

Jeff was out of town, so in view of the urgency of time, I thought Sim might accomodate the request, but it was blatantly and unceremoniously thwarted.

However, I spoke to Jeff today and he is making all efforts possible to consummate the connection.

With Walter and Jim opposing virtually every positive initiative I create, it would be unreasonable to expect that we could bring the opposing parties into accord, but that remains the current nature of my endeavor.

Jeff is finding himself a little out of place having to fill the shoes of a diplomat rather than an advisor, but the inauspicious absence of Walter and Jim in the activity leaves us little option.

I am ~~only~~ proceeding in the only way I know ~~how~~ to approach any problem, which is to assemble all the parties involved and speak honestly and truthfully to hear all concerns, and know that reasonable, intelligent and committed men will always walk away with a satisfactory solution.

(4

When those elements are not present, people like you have eternal job securrity.

I don't know if you ever read Exhibit C about Truth And Honesty Island, but know you would be welcome there, however, in a ~~diff.~~ different professional capacity, ~~to~~ because we are all trained to work out our differences.

All this aside though, Jeff is very ammenable to talking, but neither my attorneys or the prosecution will speak with me.

That makes this an uphill battle and puts more burden on you. Rather than having two parties in accord, you have two in opposition, and one heavily engaged in civil war.

Not a pretty harbinger for a satisfied group with less than two weeks remaining.

(5)

And I would entreat you now Mr. Daniel to empathize that I have been treated as the ostracized child for almost the entire duration. And that pain and suffering perpetrated by the un-understanding members of my own team, has conspired to make my time incredibly more intense and debilitating.

My battle has always been with them, not the government. I have been stripped of the basic humanity that this country was founded on - FREEDOM. Walter and Jim have gone against every noble effort I could muster. And on top of that created the most ignominious indignity of a two-time Bachelor graduate, long time business owner and author, to make me wear the jacket of incompetency.

Words cannot begin to describe the injustice and inhumanity their degrading ordeal has perpetrated.

And on top of that, you yourself refused to let them withdraw.

And that makes you directly responsible for attempting to fuse the integral repelling forces together, when it is not humanly possible.

And I bit my lip after that reversal and quietly played out what, one more time, should have been the last chapter at Butner. Like a good submissive minnion, I played the part, patiently enduring unreasonable extensions and delays, and laid out all the ground work for Walter and Jim despite their inastute objections.

That prompted my now famous "cogent" letter to you, which finally woke them up to follow my suggestions.

⑦

And after all that "cooperation" and acquiescence, and twice rescheduled hearing for my Freedom, had my rights denied by you.

And after another 2½ month delay, had my release hearing pre-empted by you when you reversed a decision you had affirmed at least three times prior.

So you are the one who continues to force this round peg into the square hole. It won't happen, and it can't happen.

And that doesn't have to mean that anybody here, including you, is a bad guy.

But what it does mean is that this insanity, and most pre-eminent and paramount — my human and constitutional right to FREEDOM, must be dealt with fairly and squarely by reasonable and honest men, and right now.

(8)

You have all the proof you need in your hands to release me this very minute.

And to turn this sordid affair into a battle of wills, stone-walling and ones-upmanship, would be patently preposterous.

I would sincerely like you to openly consider your personal role in pushing the personalities involved way past their mortal limits, and be able to understand my mental framework and mindset to overlook the petty head-knocking in the Dr. Miller situation.

And it obviously would not be reasonable to create more delays waiting for something to happen that never will. You could also order a deaf-mute to talk, or a battered wife to kiss her husband, but it is not in the cards.

(9)

And to add to the metaphor, you, Wiley Daniel, dealt the hand. Had you spared me the agony of the continued disfunctional relationship, we would not be at this impasse.

You created it, and you must fix it. I could no more conduct an Honest, well-meaning one-on-one evaluation with Dr Miller, as I could renounce Truth And Honesty.

Please understand the nature of this multi-headed beast, and that we must craft a reasonable and timely alternative.

And the bottom line is that you were right in the beginning, right in the middle, and right all the way up to the end, when you must have had a weak-moment questioning your correct convictions, due to the erosive power of time, chaos, confusion, and a myriad of bizarre considerations.

(10)

But we can all now mend fences, seeing the clear unadulterated facts of this dead relationship, and put this strange meandering case to bed.

So I ask you to declare once and for all my incompetence, my un-dangerousness, my release, and the dropping of the charges, so this entire affair never has to darken the doorways of the justice system again. And everyone may bury their hatchets and never look back on it again.

But moving on, I did not expect to write all that. It just came out. However, it clearly was the "cogent" and operative point anyway.

(11)

Nevertheless, my main logistical concern had to do with the hearing, should it be deemed necessary.

Since presumably my incompetence is in question, and my attorneys have a permanent gag order on me, I should be considered ready and able to present my view of things at the hearing.

I have a right to testify, which I requested Walter to call me last.

But furthermore, and of most importance, for me to be properly heard, I need to be able to call witnesses and examine them myself.

Accordingly, I hereby ask you to grant me that right and priviledge, to facilitate and implement a hearing that can unequivocably get to the bedrock bottom of things, AND THE TRUTH!

(13)

If I am incompetent, make that decision and set me FREE.

If I am not incompetent then let me speak my mind and present my case.

I promise to be well modulated, prepared and will keep the fired-up emotional fervency to an appropriate proportion.

Please advise me right away, so I may prepare and line up witnesses.

And I thank-you for your consideration and cooperation in our efforts to put this entire matter expeditiously and efficaciously to rest.

Yours Very Truly,

Abraham

Abraham