UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    As a supplement to the Minute Order of April 17, 2006, the Government and defense counsel shall also respond by **Friday, April 21, 2006**, to Defendant Dana West's letter to the Court filed April 18, 2006.

    Dated:  April 18, 2006

                                    s\ Sharon Shahidi
                                    Law Clerk to
                                    Wiley Y. Daniel
                                    U.S. District Court