L
TATES DISTRICT COU...
DENVER, COLORADO

APR 20 2006

Date: April 17, 2006

To: Honorable Wiley Y Daniel

From: Dana V. West
       bka Abraham

Case #: 03-CR-128-WYD

April 17th, 2006

(1)

Dear Honorable Wiley Y Daniel

There certainly does seem to be a flurry of activity around this case as it moves towards D-Day April 26, 2006.

Thank-you for forwarding my letter on to Mr. Gerash. He has passed it on to Jeff. All this happening with my second letter to you on the way. And now this third letter to you within a week.

The second letter has been seen by counsel before hitting your desk. In the interests of time, I am mailing this one direct, and will thank-you in advance to send counsel a copy. I will attempt to get a copy here, but I'm guessing that time and logistical restraints may conspire against that desirability.

I spoke with Walter, Tim and Jeff by phone - Jeff was at their office planning our strategy

And we coordinated the call to be able to confer.

So that is at least some measure of progress. Jeff and I had productive discussions in person at the jail and later by phone on Friday.

After that I felt he was ready and pumped up to do his shuttle diplomacy routine. It seemed like we were on the same page with the basic crux issues. He was going first to convince Walter and Jim of our consensus, and then he and Walter would schedule a meeting with James Hearty at his office to confer and attempt to achieve an agreement and resolution that could be presented to you for final consummation.

But alas the famous John Stienbeck line has been evoked - "The best laid plans of mice and men...", with the advent of the conference call this morning.

I'm sensing that Jeff is simply not up to the task to pull it all together. In one of our recent group sessions with inmate Darrius Limon, he confided to us that he is just not a group person. People bicker in meetings and comitees and are apt _not_ to find solutions he explained. It's a lot easier for him to go it alone.

I was his client around 1995 when he had a falling out with his partner Jerry Bader, and he has since been in private practice.

And it occured to me then that we would encounter regular stumbling blocks as a result of that preference, and we have.

And each of us is entitled to our approach, and each is legitimate. I would suggest that my goal of group consensus is more noble and arduous, and his more pragmatic and practical and predictable.

And probably in the hypothetical case where he was the attorney of record, our two independent, intelligent, adamant and stubborn minds would also come to an impasse. We would be hard pressed to assist each other in a cohesive defense and our areas at loggerheads would doom our endeavor.

And maybe that's part of the reason that lawyers generally get to call the shots in criminal cases.

However, the complications in my case, and my personality makeup and philosophy, combined with my strategy strategy and track record of success

⑤

with my style, will not allow me
to abide happily with what I
perceive as Walter's escort
to the sacrificial altar.

And this is the clear
and inordinate nature of the
beast.

And surely you are seeing
what a common thread there is
in my life of knocking heads. Even
you and I have butted ourselves
a bit. When I click with people
who understand Truth And Honesty,
it's like the ringing of a bell,
and when I don't, it's a slow
process of trying to eek out
common agreement and building
a plan.  And it's hard, painstakingly
slow, and often ends in failure.

And you are watching it
unfold, even in these last two
weeks before the landmark hearing.

That digression completed, to get back to Jeff and the meeting, he must be a fish out of water, and he seemed to have lost his direction, stimulus and initiative and was letting the chips fall where they may.

And as a result, significant confusion, chaos and dissent permeated our ununified team. Walter was yelling at one point and threatening to hang up the phone, while ramming his unapplicable ideology down my throat.

Again, not exactly conducive to anybody assisting anybody. And the end result is the perverbial running to daddy in an uproar. And of course you, Judge Daniel, get the dubious distinction of being the ~~most~~ patriarch in this on-going family ~~feud~~. And that's all this drama has been for three years.

7

And the mode of my last resort is to let you know what's going on.

I should think you would have had more than enough proof by now. But I am comfortable, calm, stable, and sanguine to do whatever it takes. I know Walter and Jim will not do it for me, therefore, I must do it for myself.

I am pushing my group hard to forge an agreement with James Hearty, so we don't have to squabble in front of your bench.

They seem to acquiese to that concept in principle, but then the breakdown arises, and they are creating obstacles, pooh-poohing the plan and asking how to get it done.

⑧

Well, your Honor, these guys are the proclaimed and licensed experts, and presumably, if qualified and "competent," have the wherewithal to sift through points of law and establish the pertinent reality.

That is not supposed to be my job, however, the mantle of that responsibility falls on me when they scratch their heads in indecision, or chaotically keep pulling the lanyard of the loose cannon.

~~I alternatively proposed to~~

We have basically ~~are~~ agreed on two primary issues. One, is that conducting the evaluation is not a viable alternative, because my makeup will not allow me to participate in a process that will only create misinformation, and accordingly would be unethical, unlawful, unproductive and in no one's best interest.

9

And two, that even if this
or any other evaluation in any
format were successfully completed,
the results and determination
of mental health or mental illness
would be moot, because the findings
will have no effect on the dynamics
of the attorney/client relationship.

Regardless of my mental
state, assistance of defense is
not taking place, nor will it
ever. This surely we all know
after three years of mud-slinging.

And furthermore, the Supreme
Court has established that contrary
to the specific and repetitive language
of the statute, that mental illness
is a requirement for incompetency,
in fact it isn't. The nature of the
relationship is the prevailing
deciding factor.

(10

And with that agreement in place, we have a solid step in the right direction.

In a following phone call after Jeff had departed, Walter even went so far as to say, that not only did he understand my position, but that he agreed with it, and is now advising me and supporting ~~the~~ my position that the evaluation should not be performed in the one-on-one format.

And considering that it is moot anyway, he ~~will~~ now affirms my position that it should not be conducted at all.

So this leaves our shaker team in quaisi agreement on mission, but totally floundering on strategy.

The next objective is Hearty.

(1)

I told Walter, Jim and Jeff that if they did not feel confident that they could lay this out in simple convincing terms, that they arrange a meeting with all five of us including Hearty and myself.

If they can't do it, then get out of my way, so I can do it.

This met with all kinds of real, questionable and imagined resistance. Most of them stemming around logistics, scheduling, and the biggest X-factor, Hearty's willingness.

I believe they in some manner or other, tacitly or otherwise, acquiesced to participate in such a forum could it be arranged.

And, your Honor, I have the distinct feeling that on this point my legal staff may very well be correct in their conventional wisdom that Hearty will put the kabosh on this consortium.

12

And if such is the case, it would be self-evident to me, that he is not interested in bargaining in good faith.

His objections always result in a stalling and obfuscating process, where he emerges the ~~victor~~ victor while the clock ticks on my accumulated incarceration.

And your Honor, I do believe that the bonus falls on you to pressure him into hammering out common ground. It should be the responsibility of the attorneys to do the nuts and bolts, work, and find agreement and propose something that will meet with your approval.

It is not supposed to be your job to do all the deep down thinking, research, meditating and decision making. Maybe in extreme and extenuating circumstances, but not in a black and white elementary case.

(13

And, your Honor, this case is elementary and fundamental.

The facts are clear, the statute is clear, the Supreme Courts rulings are clear, so what's the problem?

And what's inordinately and immorally clear and inhumanely clear, is that my Constitutional rights to FREEDOM are being violated while the professionals try to figure out what is going on.

And that is strictly not my responsibility. Everyone party to this disagreement and non-resolution is directly responsible for this inauspicious delay of justice, which amounts to a denial of justice.

(14)

And now it is appearing that the great delay and chaos orchestrater and coordinator, Mr James Hearty, is just a few petty obstructions away from yet one more continuance.

All he has to do is not cooperate with the swelling tide of reconciliation, and he gets one more feather in his cap.

And on top of his transparent delaying techniques, he is offering a deal of time-served with 3 years of supervised release to bag another conviction, out of the jaws of exonerated innocence and his imminent defeat.

I have already won this case fair and square once, and now have to do it twice, and I can assure you that I will not be taking any convictions on a lifetime history without crime.

15

There is less chance of that than Walter and I living happily ever after.

Having said this, your Honor, I would respectfully submit to you that you and Walter quickly bring Hearty to his senses, or arrange a group negotiation session so that all parties may step up to the plate, and as respectful, dignified and profession'men with integrity, morals and purpose, find an equitable solution to all, and put an end to this two-bit drama, and the unnecessary static and mind-wrangling undoubtedly taking place inside your head.

If Hearty will not cooperate or respond to reason and the obvious relevant facts of the matter, without twisting unapplicable case law, then I suggest his role is inordinately clear and he should be marginalized, so that the forces of good can proceed in their mission.

(16)

Walter and Jim and I even agreed to an 11ᵗʰ hour meeting this Thursday morning (the 20ᵗʰ) to try to eek out a unified front for an out of court agreement or ~~strategy~~ strategy for the potential hearing itself.

We seem to be progressing, undoubtedly with the carrot in the back of our minds to an end to this seemingly interminable affair.

So we will be freeing to reach out and into Hearty, but there is no guarantee. I would have to believe, however Mr Wiley, that a little prodding on your part may go a long way to effecting a solution.

Law and order can only go so far in life, and that's where influence and politics finish the job and carry the day.

(17

And you know, this thought just entered my mind having written that previous paragraph, that maybe you could really set the stage and provide input and more importantly impetus in a few conference calls with Walter and James to evolve a settlement in a harmonious and amicable way.

A way that makes everyone look good, and no one bears the burden of any anim animosity, ill will, or discontent of any kind.

I think we are all close enough Judge Daniel, that just a little nudge can tip the balance into the open arena of resolution. And that would be such a grand culmination and consummation of this long drawn out case and set a standard to be envied by all involved, both participants and spectators.

18

And I feel the spirit of that movement in you already with your recent Minute Order, that Walter read to me today.

I see you setting the precedent of finalization and finding middle ground - that the evaluation is not an absolute, but that accordance is.

Your midway date of Friday the 21st is a master stroke of sending the signal that there are to be no surprises; and ● participants - get into huddle mode and figure something out.

Nice work! You just moved up ● in the rankings!

(19

Now at this point I should tell you that I only have one more major point to make, and that what I thought was going to be the thrust and over-riding theme of this correspondance only got mentioned.

And that would be a presentation supported by case law that mental illness is not a necessary criterion to establish incompetency.

I'm thinking I can put that together tomorrow and keep this letter bite-size, not meal-size.

At any rate should you not get a Motion For Release before the hearing date, Walter and I had a third agreement we wanted to present to you.

(20)

And Walter is finally coming
around to acknowledging my
style, my modus-operandi, and
my unusual ~~not~~ yet legitimate
approach to life.

And he recognizes that
if people are truly interested
in hearing me, as with any human,
you have to provide the appropriate
venue.

And it took a while, and
it took Jim translating for him,
but Walter finally understood that
if the covert truly is interested
in proving beyond the shadow
of a doubt that Walter and I
are incompatible - making me
accordingly incompetent, then
I must be allowed to take
the podium.

There really is no other
viable way to get to the
inordinate Truth in an expeditious
and persuasive fashion.

21

Walter is talking about calling himself, Jim and Jeff as well as myself to the witness stand, to make a solid presentation of what is really going on.

However, at best he could only demonstrate his view of the universe, leaving an entire hemisphere shrouded in vague speculation.

And what purpose would that serve a court and its adherents, who stalwartly profess The Truth, The Whole Truth, And Nothing But The Truth?

At this final chapter of the sojourn, to overlook and pre-empt the mystifying core and crux would be a complete oversight and virtual mis-carriage of justice.

In addition to my legal staff, I have some character witnesses, that Walter does not even know, much less being privy to the dynamics and threasts of the aspects of those relationships.

To give the court the full picture of The World Of Truth And Honesty, which is what this case is about, I would need to examine my references as well as my legal team.

This is the only way to show the direct contrast of two worlds, which will then convey clearly to all, why Walter and I do not mesh and will not mesh.

And nobody is a bad guy either. We are simply two distinct individuals, and never the twain shall meet, and never will we be able to assist each other in my defense.

(23)

And Walter today did come
to understand the necessity of
this, and he said he would convey
that to you. He said his presentation
would be more than my request,
but it would be his firm recommendation.

And though, your Honor,
we Walter and I both recognize
that this would be highly
unconventional; since it is only
a hearing, there is more latitude
and it does strategically address
the crux and heart of the matter.

And so as we are fond
of saying in our Truth And
Honesty Utopia sessions -
Why Not!? . . .

And obviously, I requested
this before in a previous letter,
but Walter's affirmation has given
it an extra shot of reality, so I
wanted to lay more groundwork
and a touch of petty-persistence
and a re-visited request.

24

And so WYD, I hope in your capacity for considering all facets of a situation, you will give this serious evaluation.

And come to the resultant conclusion that it does make sense, and you give it the green light. Obviously, let me and Walter know ASAP, so we can prepare accordingly.

And, of course, on the other hand, even though this proposed venue would result in my resounding exoneration, I believe you could legitimately and realistically set me free right now, as I have said before.

It would be super to get all counsel involved to reach the obvious basic accord that is due and justified, and dispense with any future wrangling.

That would be ideal too, and be satisfactory to me. And, I'm sure you too!

25

And when everyone has the
strength of character to really
grapple with the whole beast,
and drop the charges as well,
then we will have all shown and
proven the exemplary characters
that we are.

Maybe, we should all walk
away friends at that point, and
have a big self-congratulatory
party? I'd buy, but I think G
owes me one and should
foot the bill.

Fantasy Anyone?! ...

So anyway Wiley D, thank-you
again for reading through my chicken
scratches. I have made an effort
to neaten up the penmanship - believe
it or not.

(26)

I Trust that you will respond appropriately and judiciously as your Minute Order has demonstrated is your style.

Thank-you again for that.

So I await these ensuing days with anticipation, and most of it positive, with the sense that you are going to do the right thing.

I close with Honesty, openness and appreciation, and assure you that I am,

Very Truly Yours

Abraham



