IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-D

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

**DEFENSE COUNSEL'S RESPONSE TO
DEFENDANT DANA WEST'S LETTER TO THE COURT FILED APRIL 13, 2006**

    Defense counsel, Walter L. Gerash and James Scherer of the WALTER L. GERASH LAW FIRM, P.C., submit the following Response to Defendant Dana West's Letter to the Court filed April 13, 2006, as follows:

    1.    The April 10, 2006 letter written by Defendant Dana West, also known as "Abraham," sent to the Court and filed April 13, 2006, confirms the diagnosis of Dr. Peter Mayerson as stated in the reports of June 22, 2003 and October 28, 2004 (attached as Exhibits A and B, respectively).

    In the June 22, 2003 report, Dr. Mayerson states that at the time of the commission of the alleged crime, and at present, Dana West is suffering from the serious mental illness of paranoid schizophrenia with delusions of grandeur and that he was unable to appreciate the nature and quality or the wrongfulness of his act. In addition, he found that his present

1

psychiatric illness makes him unable to cooperate with his legal defense. His painstaking ten-page analysis more than supports these conclusions.

2. On October 28, 2004, Dr. Mayerson found that his condition had worsened from what it was in May 2003. His diagnosis, as conveyed in his three-page letter containing analysis and review, was still Schizophrenia, Paranoid type. He also felt that Mr. West's psychological cohesiveness had deteriorated since May 2004 and that he was even more incompetent to stand trial.

3. Since that period of time, James Scherer and I have gone to visit Dana West on many occasions. During those visits, Dana West is completely obsessed with his Truth and Honesty Program and continually engages in it, by paying sums of money to inmates to participate in his program. He continually exhibits hostility toward this office for even suggesting his incompetence or insanity.

4. The Court has previously found that Defendant Dana West was incompetent and that such incompetence would not be changed in the foreseeable future.

5. For reasons that it deemed proper, the Court felt an independent psychiatrist chosen by the Court from a list submitted by both sides would be proper. As usual, Dana West ("Abraham") insists that the "rules of conversation" demand that a third party be present. I have insisted that could not do this because it would violate the attorney-client relationship. I also pointed out to Abraham that the inmates that he enlisted in his Truth and Honesty Program, while he was incarcerated before the federal indictment, were the very persons that informed the FBI that Dana West was asking them to commit alleged

criminal acts to test their commitment to the Truth and Honesty Program. I suggested to Abraham that it could happen again, all to no avail.

6. An honest analysis of the 30-page missive sent to the court reveals the following:

Page 1: Second paragraph, "megalomaniacs," shows delusions of grandeur.

Page 2: Second paragraph, "I have to inform you that I am not in a position to be able to fulfill your order." It is true that he is not able to follow the Court's Order because he is in his own delusional world of Truth and Honesty. When he was examined by Dr. Lucking in Fort Butner, he actually had his wife as a third person to aid his interview with Dr. Lucking. The last paragraph, at page 2, Dana West states "And in case you're not up on your Truth and Honesty Edicts . . ." indicating that the Truth and Honesty World is real to him, as it is in most schizophrenics.

Page 3: At the third paragraph, there is a litany of lawyers, friends, relatives who have been attacked and alienated throughout his life.

Page 4: First paragraph, the statement "on my level and learn even the rudiments of the World of Truth and Honesty" shows that he believes that all of us should be involved in his "World of Truth and Honesty." The third paragraph indicates that, as far as he's concerned, the only valid world to live in is his Truth and Honesty world. At the last paragraph on page 4, he indicates why Truth and Honesty works.

Page 5: At the second paragraph, Dana West demonstrates his delusions of grandeur but needs group approval. In the last paragraph, he attacks his attorneys and

indicates that he can't cooperate with his attorneys and won't listen to his attorneys' advice and guidance.

<u>Page 6</u>:  In the first paragraph, Dana West falsely states that ". . . they showed reluctant willingness to participate with my wife," when in fact we had meetings with his wife Judy Pratt where we talked and discussed matters with her, attempting to gain her participation and help.

<u>Page 7</u>:  Here, Dana West attacks Dr. Mayerson and his attorneys, stating that we crafted a bogus insanity/incompetency defense.

<u>Page 10</u>:  The first paragraph sets forth more delusions of grandeur.

<u>Page 11</u>:  At the top of the page, referring to Mr. Neville, a New York attorney, Dana West states he that "He had flown out from New York and though he was willing to engage in my world. . . " – this world of Truth and Honesty is Dana West's only "real world." Beginning at this page and continuing for two pages, he lists a litany of lawyers who could not work with him, to-wit: Jeffrey Villaneuva, Walter Gerash, Jim Scherer, Jack Kauffman, Ralph Rhodes, John Richilano, and very frankly his mother who is a retired lawyer, Jim Neville (his mother's lawyer), and he indicates (page 12) six other lawyers ". . . would refuse to work with me."

I sincerely believe that Dana West really believes the real world is corrupt and false, but not the Truth and Honesty world that he has founded and which will save the world from disaster.

Page 13:  He states, at the second paragraph, that all who enter his presence will have to be with him and must embrace Truth and Honesty.  The last paragraph on this page shows more delusions of grandeur, indicating that the rest of the world is out of step.

Page 14:  The second paragraph shows more delusions of grandeur, to which Truth and Honest are the only solution.  Even your Honor is a part of the lies and dishonesty.

In the next paragraph he shows more disdain for the present world system.

Page 15:  Again, at the next to last paragraph, he feels the legal system as a whole is bad and dysfunctional, let alone his relationship with the undersigned.

Page 17:  He reiterates that under the precepts of Truth and Honesty he needs at least three people to entertain and solve all problems, including the issue that is before this Court now, namely psychiatric examination by Dr. Miller.

Page 18:  Here, he finally epitomizes his true feelings when he states that "I live, eat, breathe and sleep Truth and Honesty.  It is what I am and I can do nothing else."   In essence, he is forced to live in his Truth and Honesty world and all those who do not work with him cannot bend.   He is in his own schizophrenic world.

Page 19: Here he finally admits at the second paragraph that he cannot participate in a process that is outside of his own world.

Page 20:  Second paragraph from bottom:  He indicates that by participating in our system, he engages "in illegal endeavors."

<u>Page 21</u>:  Here he finds it would be unlawful for him to follow the Court's Order and reiterates he cannot go one-on-one with Dr. Miller but would participate if a third party participates with him, in the Truth and Honesty spirit.

8. Jim Scherer and the undersigned, as well as Jeff Villaneuva, have dealt with Dana West during the last three years and would be willing to testify that Dana West cannot assist in his own defense and that he cannot cooperate with counsel in his own defense.  This has gone on for three years and has not changed; in fact, the situation has gotten worse during this time.

## CONCLUSION

The undersigned sincerely urge that the Court find the Defendant Dana West to be incompetent and release the Defendant so he may obtain adequate treatment, as he is an ill human being who has complicated and saddened the lives of many people.  Dana West needs to be treated immediately in a psychiatric and medical environment, either inpatient or outpatient, and it is the undersigned's opinion that -- the sooner the better.

Respectfully submitted this <u>20th</u> day of April, 2006.

           WALTER L. GERASH LAW FIRM, P.C.

           <u>s/   Walter L. Gerash</u>
           Walter L. Gerash
           1439 Court Place, Denver CO 80202
           PH:  303-825-5400
           ATTORNEYS FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the <u>20</u><sup>th</sup> day of April, 2006, she has electronically filed the above and foregoing:

DEFENSE COUNSEL'S RESPONSE TO DEFENDANT DANA WEST'S LETTER TO THE COURT FILED APRIL 18, 2006 (with attached Exhibits A and B)

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorney, as follows:

James Hearty, Esq.
Assistant United States Attorney          (FAX) 303-454-0403
1225 – 17TH Street, Suite 700
Denver, CO 80202

A courtesy copy of this document was also e-mailed this <u>20th</u> day of April, 2006, to Judge Wiley Y. Daniel, at:

Daniel_Chambers@cod.uscourts.gov

Dated: <u>April 20, 2006</u>                              <u>s/ Marjorie Reinhardt</u>

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*