# PETER MAYERSON, M.D.

Clinical Professor
Department of Psychiatry
University of Colorado
Health Sciences Center

Diplomate
American Board of Psychiatry
Distinguished Life Fellow
American Psychiatric Association

June 22, 2003

Walter L. Gerash, Esq.
Walter L. Gerash Law Firm
1439 Court Place
Denver, CO 80202-5091

Re: United States of America v. Dana West
Case No: 03-1066M

Dear Mr. Gerash:

This is a report of my extensive forensic psychiatric examination in the case of Dana West. This examination included:

1. Interviews with Dana West at the Federal Correctional Institution, Englewood, CO on:
   a. March 20, 2003 for 2 hours, 40 minutes.
   b. March 24, 2003 for 35 minutes.
   c. May 14, 2003 for 55 minutes.
2. Interview with Judy Pratt on March 21, 2003 for 1 hour, 20 minutes.
3. Telephone consultations with Drs. David Wertz and Ron Welsch, Correctional Psychologists at the FCI, on May 14 and June 6, 2003.
4. Consultations with Kyle Tyckson, Correctional Counselor at the FCI, before and after the visits with Dana West.
5. Telephone Consultation with Jeff Villanueva, Esq., Mr. West's civil attorney, on June 4, 2003.
6. Several consultations, in person and by telephone, with you and James Scherer, Esq., from March 18, 2003 to June 17, 2003.
7. Review of the United States Code Annotated Federal Rules Of Criminal Procedure For The United States District Courts, Sections 17, 373, 844, 845, 3141, 3142, 3143, 4242, 4243 plus various legal commentaries on these rules.
8. Review of sections on Assessment of Violence and Assaultive Behavior in: Synopsis of Psychiatry, Kaplan, H.I. and Sadock, B.J., Eighth Edition, Williams & Wilkins, 1998.
9. Review of various sections of the American Psychiatric Association Diagnostic and Statistical
   Manual of Mental Disorders, Text Revised, 2000.
10. Two printed booklets by Dana West (a.k.a. Abraham Lincoln, the stated author of the booklets), published in 2002, entitled "The Truth and Honesty Book" and "The Rules of Conversation", an unprinted booklet by Dana West entitled "Truth And Honesty Island", other philosophical writings by Mr. West, plus many letters to and from Dana West and a variety of correspondants, including many current and former prison inmates.

EXHIBIT A

2000 Little Raven Street, #999
Denver, CO 80202-6199
e-mail: pmayerson@netscape.net

Tel: 303-299-9299                                                    Fax: 303-299-1172

## Identifying Information:

Dana West is a 52 year old (DOB: 5/13/51) unmarried, Caucasian man. Prior to his incarceration, he lived in a rented house in Denver, CO with his partner of several years, Ms. Judy Pratt. He has been President and CEO of Concept Printing, a printing company that he had founded in the 1991. His company primarily prints advertising materials for a national pizza company.

Mr. West was born and raised on Long Island, in Port Washington, New York. He has one sister, two years older than himself. His parents were both successful attorneys. His father died about two years ago. His mother is still alive and well and is in her eighties. There is no known history of mental illness in the family. He went to high school at Lawrenceville Academy, which is a college preparatory school in New England. He graduated from Lebanon Valley College in 1973 and shortly after came out to Colorado. He worked in the construction business for several years until around 1980 when he tried to found his "life's dream" of a wind energy company. This company failed after a short existence. Mr. West went back to school and got a computer science degree from the University of Wyoming in 1983. He worked in the construction estimating business until founding his printing business in 1991.

## History of Present Illness:

Mr. West (and Ms. Pratt) date Mr. West's "awakening to "the Ides of March", March 15, 2000 when he was on a" "deep marijuana trip and realized all the bullshit there is in the world and how fucked up the world is." (All the quotes that follow are by Mr. West, unless otherwise indicated). "On the Ides of March, 1999 (he later changes this to 2000), I abandoned my previous world and become driven by the world of Truth and Honesty". According to both Ms. Pratt and Mr. West, prior to March of 2000 Mr. West was a straight laced, clean-cut man who attended to business and built up a very successful printing company.

On deeper probing, however, it seems that Mr. West psychological problems have been going on for a longtime. He talks about having become quite depressed 20 years ago when his wind company failed. He felt hopeless and helpless at that time. He felt no purpose or meaning in life. He had some suicidal preoccupations, but "didn't seriously consider acting on them. That's when I developed my eating disorder. I would have some cookies, or other sweets and I couldn't stop. I got into compulsive overeating. Occasionally I would throw up. But I really pulled myself out of my depression by developing an ascetic eating and exercise regimen. I have it down to a science. I find that when I eat I get depressed and I can't think. I'm 5'11" tall and weigh 125 lbs. and that's a good weight for me. I've been a vegetarian since the early eighties. Don't you know it's wrong to eat meat? It's hard here in prison. I save out and store the few healthy things they serve and then eat them in the evening."

An example of the way Mr. West deals with his eating regimen is in a hand written document entitled "Eating Resolutions", dated February 10, 2002. In this document, he writes: "I want to be committed to a happy life." He then writes this same sentence repeatedly 11 times. He then writes: "Avoiding the pain is more painful that the pain you are trying to avoid." He repeats this sentence 13 times. He then writes: "You can only be true to one master, you cannot serve two"

2

and he writes this repeatedly seven times. He goes on and on with multiple more repetitive short dictums.

In a typed document, entitled "Ramblings of an Honest Man", Mr. West writes "Today there is a light at the end of the tunnel, but man is it dim, and there are mountains of Bullshit separating me from it. But the light is that I feel good today. I am only at day four from my last eating fuck up, and that means I am picking up speed, but something internal in me is feeling that I am about to make it long-term now. Because last night, I was tempted and had to fight the demons that make me want to eat, but I knew that I did not have to eat, and I wanted to feel good today.
And not just today, but every day. Because life has too many things going on to not do that." This document goes on for five pages in a very loose loosely associated way from invectives about not eating to eventually talking about mistrusting his companion, Judy Pratt. These writings give a sense of Mr. West's intense, psychotic-like preoccupation with controlling his weight.

On June 4, 2003 I talked with Jeff Villanova, who has been Dana West's civil attorney for the last 12 years. Mr. Villanueva stated that, since he's known him, Mr. West has never acted like a "normal man". He has always been suspicious, antagonistic and paranoid, feeling that people were against him. As an example of his irrational behavior, Mr. Villanueva said that he thought Mr. West was desperate for friends and out of his desperation would hire untrustworthy people in order to buy their friendship. They would get into altercations with Mr. West and either leave or be fired, and Mr. West would then illegally withhold their last paycheck. Sometimes they would file suit and Mr. Villanueva would represent Mr. West. Mr. Villanueva would repeatedly advise Mr. West that withholding the paycheck was not a legally rational way to solve interpersonal conflicts, but Mr. West would continue to repeat the pattern.

Following his "awakening" on March 15, 2000 Mr. West's irrational behavior became dramatically more severe. He became totally preoccupied with his "Truth and Honesty" system and began to devote all of his time and effort to writing about his philosophy to trying to make converts. He neglected his business to the point as almost destroying it. With Mr. West's permission Ms. Pratt is now operating the business and trying to rescue it. Mr. West has become increasingly more distant and antagonistic in their relationship. In the last three years, they have not been lovers, but only "friends" according to Ms. Pratt. She says that she deeply cares for Mr. West and has been trying to help him, but this has been very hard, because of his behavior. They still live in the same house but in separate bedrooms because of his difficult, provocative and irrational behavior

In our interviews, Mr. West spent a lot of time telling me about his Truth and Honesty philosophy, which he is trying to build into a world political system. He told me that he plans to buy 100 acre estate in Mexico and create a "Truth and Honesty Island", which would be like a large commune where he and his converts would live in a New World order. He asked me to obtain his published writings from his attorney and read them so that I could better understand him. These publications (privately printed by Mr. West's company) are long, rambling theses that are a mixture of wise sounding statements, irrational propositions, and profanities. For instance, in the introduction to the booklet "The Rules of Conversation" which is written by "Abraham" (a.k.a. Dana West), he states: "The world today has become very complicated,

frustrating, unhappy and bogged down with Bullshit. (The capitalizations, repetitions and punctuation are not typographical errors in this report, but exact quotes from Mr. West's writings.) To get to a level above this, we must learn how to speak to each other. These rules are designed to set a standard communications so life can be simple, easy, and happy...The Rules of Conversation are a basic tool used to accomplish the main objective of The World of Truth And Honesty, which is to Return Ourselves Back to Ourselves." An example of the rules is: "The above concept expands the answer the question rule: answer the question, and provide a respectful silence. This is generally reduced to the concise and just slightly irreverent expression "Answer The Question And Shut-Up." So, from now on, when we say, "Answer the question" it means answer the question, and shut up. Thus we will add this is a new rule. Thus, we will add this as a new rule. RULE - Answer the question, and shut up." The booklet continues for 29 pages, in a similar didactic, repetitive style. Whenever Mr. West talks with anyone, including his attorneys, correctional officials and me, he insists that we follow his "Rules out of Conversation" or else he will end the conversation.

The author of "The Truth And Honesty Book" published pamphlet is also stated to be "Abraham Lincoln". Although, on the one hand, Mr. West rationally knows he is not Abraham Lincoln, on the other hand he irrationally seems to sometimes believe he is Lincoln. He proposes that he would like to dress in a Lincoln costume when he goes to court so that the judge and jury would know that he is telling the truth.

"The Truth And Honesty Book" consists of 53 pages of conversational rules. One example:
"THE BULLSHIT DIALOGUE.
1) Something is fucked-up.
2) Question/answer routine.
3) Is that Bullshit?
4) Whose Bullshit is it?
5) The individual's Bullshit.
6) Where did it come from?
7) The World"

Another example: "COMPLETE THE SENTENCE: BECAUSE
Prompt: Because...(said quite slowly)
Response: They're Fucked-up (also said slowly and in unison)
Variations: It's Fucked-up
　　　　　　He's Fucked-up
　　　　　　She's Fucked-up
　　　　　　I'm Fucked-up
　　　　　　Everybody's Fucked-up
　　　　　　We're Fucked-up
　　　　　　The World's Fucked-up
　　　　　　Etc. is Fucked-up."

In the "Truth And Honesty Island" pamphlet Mr. West writes: "And as you read, you will begin to see what a complete dream it is. Something that only a delusional lunatic could have created. But if you read further on, you will start to see that it does make sense. And because it makes so

4

much sense, you will see that it can become a reality. In fact, it would be crazy, if it did not become a reality.... People who are assholes will not do very well here. And they will not be asked to leave either. They will be immediately fixed by those around them, and if they do not respond, they will be leaving on their own.... The power of Truth And Honesty is that it fixes everything around."

In this document, Mr. West goes on to attack the legal system: "This means that cases will not be argued with all this legal mumbo-jumbo Bullshit. In fact lawyers as we know them today, will not be needed in the courtroom. You will be able to argue a case yourself, and you can bring in friends to help you or anyone you want. Probably, you will simply bring in an adviser type of person. Or a Truth Seeker. Someone who is versed in how to demonstrate The Truth, in The World Of Truth And Honesty."

It is this philosophy that has made Mr. West incapable of co-operation with his attorneys in his own defense. He refuses to listen to input or advice from his attorneys. In my May 30, 2002 consultation with Mr. Gerash and Mr. Scherer, they told me that they had implored Mr. West, several times, to listen to and critique the tape recorded conversations with the inmates and the FBI that form the basis of his solicitation to commit a crime. Although he said he listened to the conversations, he did not critique them in writing nor would he discuss them with the attorneys. He spent much of their time together criticizing their not adhering to the Rules of Conversation rather than getting to the issues of the case in order to discuss a rational defense. According to Mr. Gerash, Mr. West told him that he would defend himself and that Mr. Gerash would serve as advisory counsel. Mr. West had also stated this intention in his meeting with me in May and would not listen to my counsel that this would be self destructive to his defense. Mr. Gerash told me that, in his 47 years as a trial lawyer, he had only once (in the Carlson murder case) experienced this type of insistent, irrational resistance to preparing a defense.

In the "Truth and Honesty" pamphlet, Mr. West doesn't stop with the legal system. He goes on to attack corporate America, including Bill Gates and McDonald's. He then turns on insurance companies and then eventually to "shrinks". "They bear a lot of similarity to lawyers in that they wrest control of an area of society, and dictate and complicate it, so that it is totally out of the layman's hands, and design it so that it benefits their self-serving needs, which are primarily money and power.... Using our group methods and The Rules Of Conversation, we can diagnose a person's Bullshit in about an hour. And get it exactly on the money. A shrink will take about a year to diagnosis the same thing, but with less accuracy. This viewpoint has made it impossible for Mr. West to collaborate in any psychotherapeutic endeavor. What he saw psychologist in the late1990s, he destroyed the therapy by insisting on tape recording all this sessions so "That I could identify and document all the bullish parts." Although Mr. West trusted me in a tentative way, in our interviews he completely dominated the dialogue, and did almost all of the talking. It was difficult to get him to listened to, or reflect on anything that I had to say. He refuses to voluntarily consider taking psychotropic medication, because "It might and probably would dull the sharpness of my mind. And besides, I don't believe in taking any unnatural substances."

5

04/19/2006 10:57 FAX Case No. 1:03-cr-00128-WYD   Document 147-1   Filed 04/20/06   USDC Colorado   pg 6 of 10 WALTER L. GERASH   @006/010

07/02/2003 06:15    3032991172                    PETER MAYERSON                           PAGE  06

## Comments on the Criminal Complaint:

Neil B. Hoener, Special Agent of the Federal Bureau of Investigation, submitted an Affidavit that is part of the court record. In paragraph 13 of this Affidavit, Mr. Hoener states: "WEST asked the UCA (UnderCover Agent) to blow up the Denver County Courthouse. When the UCA asked if WEST wanted the building destroyed, WEST specified he wanted the men's bathroom destroyed. WEST said he would also like a police car at the Denver Police Department University Avenue substation blown up. The UCA told WEST that if he had to both build and place the explosive devices, it was going to cost more than the five hundred-dollar figure already mentioned. The UCA also explained he had to buy TNT and bomb making materials from an out-of-state friend. WEST then gave the UCA two $100 bills as an initial payment....14. WEST said that he would like the UCA to blowup a police car in another state to demonstrate that the UCA had the ways and means to blow things up and as a way to secure WEST's trust.

In questioning Mr. West about these allegations, he went on a long philosophical dissertation about how the only way to get attention in this country is to threaten to do violence. Look at how much attention those snipers in the Washington DC area recently received. I don't really believe in violence . I believe in truth and honesty leading to peaceful solutions. But no one will listen to that. I don't plan to act on any if the things I threaten, but if I threaten in strong enough language then people will listened to me." He said that he didn't trust the undercover agent from the beginning and all of his talking and giving the undercover agent money were ways to test out the loyalty of the man to see if he could make him a convert into the Truth and Honesty Society. "Besides, he looked real down and out and I often give out money to guys like that to help them out."(Ms. Pratt had told me that Mr. West has been spending hundreds of dollars on handouts to woebegone people in efforts to make both friends and converts.) Mr. West proceeded to tell me that it was the undercover agent's idea to blowup the Courthouse, and that he then amended that plan to just blowup the men's room in the Courthouse. "That would be a direct way of getting to all the shit in the legal system." Mr. West then went on to talk about a fanciful plan to hire former convicts to blow up dumpsters all across the country. Again, he reassured me that he was not about to act on this but that it would be a great idea "to get rid of all the bullshit by attacking the dumpsters." "I have to screen people carefully before I would ask them to be members of the Truth and Honesty Island. Sometimes I have to see if they will go to extremes in their minds to test them out."

At one point, when I questioned Mr. West about his capacity to control his actions if he got out of prison, he said: "You're not listening to me. Now listen. I'm not a man of action. I'm a man of philosophy. I don't want to blow up a courthouse in reality. I want to blow up the whole government system and get people to see the world in a new light, based on Truth and Honesty." Following his Rules of Conversation, I insisted that he give me a turn and listen to what I had to say. He agreed. I said that I thought it was only natural for many people, including the undercover agent, to take his testings as an invitation to act and that he was inviting a potential Oklahoma City like disaster. He said that he hadn't considered that sort of action could really be a direct product of his advocacy. I asked him if he could seriously think about this, and be able to modify his preaching to emphasize ideas rather than actions. He said he would take this under consideration.

In my talks with Mr. Kyle Tyksen, who is Mr. West's counselor at the Federal Correctional Institution, and with Drs. Wertz and Welsch, Psychologists at the FCI, they all concurred that Mr. West has caused no trouble as long as he was in solitary confinement. Whet he was in the open population in prison he did cause problems because he was incessantly preaching his philosophy and trying to create converts to Truth and Honesty. They were less concerned that he would make converts than they felt he was angering the other prisoners by his insistent style. Mr. West seemed to have no understanding of how and why he could be antagonizing other inmates. With the Correctional Officers, he is said to be always very polite and obedient. He's never tried to fight with anyone. He tells the psychologists that he doesn't have any problems and has no need or wish for any mental health intervention. I requested that he be examined by the prison Psychiatric Consultant. He refused to be examined. As long as he is in solitary confinement, they say he doesn't present in a way that causes any concern. He minds his own business, except that he does try to talk to the Correctional Officers about truth and honesty. In my interview in May, Mr. West told me that when he was in his small exercise yard at the prison that he knew that he had convinced some of the grounds worker outside of the enclosure of the validity of his Truth and Honest program.

Mental Status Examination:

Mr. West appears as a very gaunt man who looks older than his age of 52. His hair is gray and shoulder length and he has a long gray beard. "I like to think that I look like Jesus Christ or Charles Manson, or maybe Gandolf (the magician in "The Lord of the Rings"). What I really want is for people to think that I look like Abraham Lincoln." Although he sits calmly in his chair throughout the interviews, he leans forward and speaks with great intensity and an air of superiority. He tries to completely control the dialogue and to convert me to the principles of Truth and Honesty. It is only with great effort that I can get him to listen and reflect on any feedback from me. His mood is expansive. His affect is varied. He smiles in a condescending way when I begin to obey his "Rules Of Conversation". His rate of speech is normal. His manner is very spontaneous, but rigidly controlling. He goes on and on about his "Truth and Honesty" philosophies. It is impossible to get Mr. West to see any irrational elements in his proposals. For instance, when I talk with him about the Mexican governmental authorities potential objections to his purchasing a 100 square mile tract and converting it into a "Truth and Honesty Island", he understands why I might believe that his plans are delusion, but he states that that is my problem, because "you're such a conventional shrink." Mr. West's thought process is almost completely preoccupied with talking about his "Truth and Honesty" beliefs. He talks about his beliefs at times in a rational way, but then goes off on long loose associations, which I can follow only with difficulty. There is no evidence of any flight of ideas, or other symptoms of manic or hypomanic behavior. There is no history of hallucinations. There are no preoccupations with suicide or homicide. "I couldn't even kill a fly. That would be against my philosophical beliefs." Examination of sensorium and cognition were entirely within normal limits. Mr. West was at all times, quite alert and completely oriented to time, place, person and situation. His recent and remote memory is very sharp. His retention and recall are quite good. He is able to subtract serial sevens from 100 to 51 without any mistakes, quite rapidly. He recalls three objects after five minutes without difficulty and is able to concentrate on doing both simple and complicated calculations. He can spell words backwards with great ease and accuracy. His capacity for abstract thought is excellent, except that he would give endless interpretations to

proverbs. He has an excellent store of current information and current events. He seems to be well above average intelligence. There is no indication, in the present or the past, of violent or assaultive behavior. His insight into his illness is quite limited in that he can't recognize any inappropriateness or irrationality in his thought or behavior. He has no awareness of the impact of his speech and behavior on the people around him. He can't understand why the prison authorities have restricted him to solitary confinement, even though the reasons (outlined above) have been explained to him many times. He turns this around and says that is probably because they feel if he is a threat to their system with his new ideas of world peace.

Diagnostic Assessment:

In the field of Psychiatry, the Diagnostic and Statistical Manual of Mental Disorders (DSM-IV-TR) is used to diagnose psychiatric disorders. The diagnostic criteria in the DSM-IV-TR reflect a consensus of current knowledge in our field. The criteria do not encompass all conditions, but are guidelines to provide clear descriptions of diagnostic categories in order to enable clinicians and investigators to diagnose, communicate about, study and treat people with various mental disorders. The diagnostic criteria are based upon comprehensive reviews of published literature, extensive field trials, and reanalysis of data.

The DSM-IV states that: The essential feature of The Paranoid Type of Schizophrenia is the presence of prominent delusions or auditory hallucinations in the context of relative preservation of cognitive functioning and affect. Symptoms characteristic of the Disorganized and Catatonic Types (e.g., disorganized speech, flat or inappropriate affect, catatonic or disorganized behavior) are not common. Delusions are typically persecutory or grandiose, or both, but delusions with other themes (e.g., jealousy, religiosity, or somatization) may also occur. The delusions may be multiple, but are usually organized around a coherent vein. Hallucinations are also typically related to the content of the delusional theme. Associated features include anxiety, anger, aloofness, and argumentativeness. The individual may have a superior and patronizing matter and either a stilted, formal quality or extreme intensity in interpersonal interactions. The persecutory themes may predispose the individual to suicidal behavior, and the combination of persecutory and grandiose delusions with anger may predispose the individual to violence. Onset tends to be later in life than the other types of schizophrenia, and the distinguishing characteristics may be stable over time. These individuals usually show little or no impairment under neuropsychological testing or other cognitive testing. Some evidence suggests that the prognosis for the Paranoid Type is considerably better than for the other types of Schizophrenia, particularly with regard to occupational functioning and capacity for independent living."

"Diagnostic criteria for Schizophrenia, Paranoid Type Code 295.30. A type of schizophrenia in which the following criteria are met:

A. Preoccupation with one or delusions or frequent auditory hallucinations.

B. None of the following is prominent: disorganized speech, disorganized or catatonic behavior, or flat or inappropriate affect."

The DSM-IV goes on to describe that social and occupational dysfunction are criteria for schizophrenia, as well the duration being continuous for at least six months.

Summary:

Based on my training and experience, my review of the available documents, and my interviews with Dana West and the other listed persons, it is my opinion that Mr. West has clearly been suffering from severe Paranoid Type of Schizophrenia (DSM-IV-TR code 295.30) for at least the last three years. Based on my interview with Mr. Villanueva, it would seem evident that symptoms of paranoid schizophrenia, such as a superior and patronizing manner, distrust, arguementativeness, suspiciousness and irrational behavior have been present for at least the last 12 years. It is my belief that the narcissistic depression that occurred after Mr. West's idealistically conceived and poorly planned wind energy business failed in the early 1980s, and his subsequent anorexic, rigid manner of controlling his feelings were prodromal symptoms of the development of his schizophrenic illness.

Mr. West's "Truth and Honesty" philosophy represents a fixed delusion. During the past three years, most of Mr. West's time, energy and much of his money have been devoted to the development and exposition of this delusional system. He is unable to understand any irrational aspects of his thinking. His narcissistic preoccupation is such that he has no understanding of his behavior on other people. His manner is extremely superior, patronizing and grandiose. He comes across in a very stilted and formal way, with great intensity. In his interpersonal interactions, although he writes and talks about violence, he clearly states that he is not a person to act in violence and there is no history of violent at behavior. However, he has no insight into the degree that his speeches and written treatises could encourage others toward violent acts. He speaks of wanting to look like both Jesus Christ and Charles Manson, without differentiating the good person from the bad person. His delusional preoccupations have caused a serious dysfunction in his occupation, in his social relationships and have caused him to be incarcerated in prison. It is not just in the immediate Criminal Complaint that Mr. West has been unable to appreciate the nature and quality of the wrongfulness of his acts. His mental illness has effected his rational judgment in even minor incidents. Mr. Villanueva's description of Mr. West's inability to appreciate the illegality of withholding final paychecks as an expression of emotional revenge would be a small example of his lack of judgment and inability to understand the wrongfulness of his acts. Another example, in the immediate present, has been his inability to understand and appreciate how his behavior effects other inmates in the prison system and has resulted in his been isolated in solitary confinement. Most crucially, he has been unable to comprehend how what he believes is a theoretically "good" philosophy of "Truth and Honesty" could result in wrongful destructive acts being carried out by others.

It is my professional opinion that, at the time of the commission of the acts constituting the offense, Mr. West, as a result of his serious mental disease of Paranoid Schizophrenia, was unable to appreciate the nature and quality or the wrongfulness of his acts. It is also my professional psychiatric opinion that his illness makes him unable to cooperate in his legal defense.

I hope this report explicates Dana West's psychiatric status. Please let me know if there are areas that you feel need further clarification, or if I can be of further assistance in this case.

Sincerely,

Peter Mayerson, M.D.