# PETER MAYERSON, M.D.

| Clinical Professor | Diplomate |
| --- | --- |
| Department of Psychiatry | American Board of Psychiatry |
| University of Colorado | Distinguished Life Fellow |
| Health Sciences Center | American Psychiatric Association |

October 28, 2004

Walter L. Gerash, Esq.　　　　　　　　　Re: United State of America v. Dana West
Walter L. Gerash Law Firm　　　　　　　Case No: 03-1066M
1430 Court Place
Denver, CO 80202

Dear Mr. Gerash:

This is a supplemental report to update my forensic psychiatric examination of Dana West that is dated June 22, 2003. I had seen Mr. West for two sessions in March 2003 and for one session on May 14, 2003.

In June, 2003, Mr. West was sent to the Federal Correctional Institute in Waseca, MN. In their report dated 09/18/03 Sheila M. B. Holten, Psy.D and Mary P. Prenzel, Ph.D. state that: " he is incapable of currently participation in his own defense at this time." From 12/15/03 to 4/29/03, Mr. West was evaluated at the Federal Medical Center in Butner, NC. He says that while there he saw Dr. Lucking about once a week for about an hour. He has not been on any psychotropic medication. In his report completed on 06/15/04, Robert G. Lucking, M.D. and Angela Walden Weaver, Ph.D. opine that: "Mr. West is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense."

At your request, I recently interviewed Dana West, at the Federal Detention Center, in Littleton, CO on October 7, 2004 for one hour and twenty-five minutes, and on October 12, 2004, for one hour and thirty-five minutes.

From a psychiatric viewpoint, Mr. West's condition seems to me to be worse than it was in May 2003. As before, he still wears his gray hair shoulder length, and has a long gray beard. He states that he is trying to look like a prophet. He is more insistent, now, in being addressed as "Abraham", because he identifies with Abraham Lincoln and also with the Old Testament prophet Abraham., He restates that he knows that he's actually not Abraham Lincoln, but wants people to think he is a modern day truth teller, as was Abraham Lincoln. He still thinks it would be a good idea to go to a jury trial dressed as Abraham Lincoln.

**EXHIBIT B**

2000 Little Raven Street, #999
Denver, CO 80202-6199
e-mail: pmayerson@flourmilllofts.com
Tel: 303-903-0930　　　　　　　　　　　　　　　　Fax: 303-299-1172

Mr. West is now even more immersed in his delusional system, "The World of Truth and Honesty". He continues to try to "enlighten" other inmates, and correctional officials, about "The World". In spite of feedback from both inmates and officials that he was being offensive, he continued his prophesizing. This misjudgment of the reality of his situation resulted in his being robbed and threatened by a group of inmates. He was then transferred to an administrative segregation cell to both protect him and to isolate him from others.

In the interviews, he was more angry, controlling and dominating than he was in 2003. He sat in the large chair behind the desk, in the interview room, and said that he wanted to interview me. He demanded that he be interviewed with his common law wife, Judy Pratt, and with another inmate, Thomas Campbell, whom he calls "T.C.", and that the interview be tape-recorded. He would proceed only under the conditions of my willingness to agree to and try to comply with his terms next time. He did not want to hear any feedback, questions or objections that I had to this. He could not rationally describe why he needed Judy and T.C, there, except to say that if I really understood him, then I would know why, and that I won't understand him until I see him with them. In the second interview, when I relate that the prison administrator, Leslie Jones, refused my request to bring Ms. Pratt and Mr. Campbell, or a tape recorder into the interview, he shouts that she has no right to do that, and that I am a meek asshole in the way I made the requests. This interchange is an example of Mr. West's double talk, insulting manner, and inability to understand another person's point of view, or to listen to anything to which he disagrees. His manner continues to be superior and patronizing. He continued to insist that I follow his "Rules of Conversation", although he often didn't follow them himself. Compared to May, 2004, his associations were looser and his thinking was more disorganized. He now has much more difficulty controlling his anger. In the 08/12/04 interview, he spent much of the time upbraiding me for my incompetence, expressed with many expletives, yelling and pounding his fist on the table. He was unable to cooperate in any collaborative manner.

When asked about his factual understanding of the criminal proceedings, Mr. West accurately stated the charges, and knows that he is facing another competency hearing. He immediately says that he is completely competent and does not ever want his attorneys to enter an insanity plea. He does not have a rational understanding of the criminal proceedings, in the sense that he is irrationally convinced that there is no doubt that he would be allowed to represent himself, with the assistance of his "defense team" of Ms. Pratt, Mr. Campbell and an ex-convict named Ed (Mr. West doesn't know his last name), who works for Ms. Pratt, and to use his attorneys as his consultants. When asked if "the team" would all sit at the defense table with him, he said "probably not, but they would be nearby, in close contact." He refuses to participate in any discussion about potential outcomes or consequences of a trial, loudly maintaining that he and "my defense team" will undoubtedly convince a jury of his innocence and that he will certainly be released.

I questioned him about his trust in and willingness to cooperate with his attorneys, Mr. Gerash and Mr. Scherer. "They are both afraid of The Truth. They are being dishonest and don't have enough balls to tell The Truth." He went on to say that they, "and you", had a lot of psychological problems and are "fucked up". When asked if he could cooperate and trust <u>any</u> attorneys, he said that was questionable, because "the whole legal system is a masquerade and a sham, it's all bullshit, and they are all a part of it." He said <u>that he is not interested in listening to or assisting his attorneys, but only in they're listening to him and following his directions in preparing for his defense.</u> This intensely distrustful, discounting and disbelieving attitude toward the legal system is clearly stated in Mr. West's booklets that were referenced in my report of 06/22/03. There has been no change in this attitude since I first interviewed him in March 2003.

My primary diagnostic impression of Schizophrenia, Paranoid type is unchanged. In my professional judgment, Mr. West's psychological cohesiveness has deteriorated since May 2004 and he is now even more incompetent to stand trial.

Sincerely,

Peter Mayerson, M.D.

3