April 11th, 2006

To: James Hearty  ACLSA

From: Abraham
    a/ka Dana V. West

Case No: 03-CR-128-WYD

4-11-6

(1

So Jim —

It's time you learned a little
bit about Truth And Honesty.

For starters it's about making
the world a better place.

And that means fixing people
like you. Of course, among a
myriad of other things.

Now I'm not going to deny
that I hate the American government.
And I'm not going to deny that it
deserves to be taken down and re-built.
And I would be thrilled if Osama
struck again. And I love it that
Hugo Chavez and Eva Morales can stand
up and tell it like it is.

And correct me if I'm wrong,
that that none of the above is illegal.

And though I'm morally supportive
of those who would attempt and succeed
at blowing up the government or parts of it,

I would never engage in that type of activity myself.

I am a law abiding citizen and you need to get that through your head.

And part of my mission involves differentiating between lawful and unlawful. Maybe you could help clarify how far past hating the government a person can go before he breaks the law.

I used to believe Thomas Jefferson's premise that the citizens are entitled to a peaceful overthrow of the government. Too bad that one has been stomped out. But what are you allowed to do these days to voice your protest and have the latitude to effect change?

Now, here's how Truth And Honesty works:

(3)

You are my direct contact with the government and you are part of them. Now I am asking you a legitimate question, and I expect a legitimate answer.

And in The World Of Truth And Honesty, if you Answer A Question Truthfully, you are Honest, and if not, you are dishonest. And all non-answers as well as no answers are scored on the dishonest side of the ledger.

So Jim, you don't have to answer any sincere query, however, if you don't, in our Court Of Truth And Honesty, you will be found to be dishonest.

And since I think we all know that you are dishonest, your declining to answer will be no surprise.

And any and all bureaucratic runaround responses will be summarily dismissed as invalid, and only further confirmation that you are admitting your guilt as being dishonest.

④

Now that presents some serious problems for you and your government.

And it evokes our famous dishonest Edict:

## THE DISHONEST EDICT

If Someone Is Dishonest Once, They Will Be Dishonest Again.

And I'm sure you cannot argue with that conventional wisdom.

And what this means is that your personal dishonesty is confirmed and we can all expect it to continue. And you're welcome to correct me if I'm wrong, and in absence of a response, all Truth And Honesty people will consider it a tacit verification.

And this also means that since you are a government worker and your behavior is obvious and condoned, that the government is dishonest.

⑤

And, of course, most educated
and enlightened people already know
this, however, Truth And Honesty
People deal with it differently.

For one thing we have high moral
standards and pride ourselves with
espousing and consummating integrity.
And it is not OK for other people
to wreak havoc and Bullshit on the world,
even if it is authorized by their
superiors. Each individual is as
guilty as the larger entity they
represent.

So Jim, your dishonesty
and blatant abuse of the legal system
is strictly not OK, just as the
governments same behavior is not
either. But the bad news for you
is that you are personally at fault.
And accordingly, you do not deserve
to be treated with respect.

You are still a human and
capable of pennance and full
recovery, but until then, you are
quite frankly, a diabolical man
supporting a system that is
morally bankrupt and unsustainable.

And it is people just like you,
multiplied
~~accumulated~~ millions of times over,
ditting and supporting the capitalist
and imperialist ideology of self-
interest, no matter how great the mis-
fortune to others, that caused The
World Trade Center to come down.

In our world you are personally
responsible for those deaths.

And so our Truth And Honesty
job to make the world a better place
means that we have to work with those
in our immediate sphere and attempt
to bring them into the light.

And that's why we use the power
of Honesty as a primary tool.

And though you may regard
this so far as simple polemic, in
fact, the outright and forthright
assertion of who people are, is the
first step in their healing.

And you too, James Hearty,
can be healed. And if you had
even one iota of morality and
integrity, you would allow yourself
to enter into discussions with me.

However, your insensitive and
stone-walling refusal to do so is
one more strike against you, confirming
that you have no interest in making
this legal process legitimate, honest,
fair or productive.

It only proves to the world
that the justice you purport is
a transparent masquerade of your
blatant abuse of power.

ⓔ

You have only to listen to a little alternative radio to realize that many in the world are becoming increasingly aware of this horrendous ~~nidemare~~ nightmare.

Truth And Honesty People, however, bring the front lines to each functionary individual, who believes mistakenly that he is not responsible, and can get on the bandwagon of tyranny with impunity.

Well, James Hearty, this is to formerly advise you that you can't. There will be recriminations, and there will be retribution and all other manner of backlash from the world to you personally.

Consider this letter the first fallen leaf of autumn of the harbinger of what the universe has in store you personally.

You cannot continue down this path unscathed.

The Universe does not allow it,
but if you don't believe me, ask
any Buddhist about the undeniability
of the Law Of Karma, or even
any thicked-headed criminal who
will tell you that what goes around
comes around.

So please don't take this
as any kind of threat. It is
only a word to the wise, and
an honest heads up of what's
coming down the pike. And it's
not like I am going to met out
your justified punishment. Although
I will perform my part, that's
but a grain of sand on the beach
compared to natural unresistable
powers.

But enough philosophy, my
intention here is to bring you
around. To get you out of your
muck house without windows.
You are living in the dark and
don't have to.

(10

My job as a Truth And
Honesty Veteran is to disseminate
The Truth to create awareness
and lay the ground work for a
Win-Win Solution.

The Truth of what you are
doing will be published and you will
have to live in the court of public
opinion.

So James, my mission is not
to drag you through the muddy streets
of disreputable exposure, although
your continued unvaried actions would
warrant and fulfill that, but it is
rather to prove that when faced with
The Truth, you would rather renounce
your transgressions in the name of
fully revealed social reality, rather than
foolishly insisting on the wrong publically
laughable way.

(11)

So, I'm happy to keep this
scandalous, disreputable affair
relatively obscure to the public, as
long as we can both call a spade,
a spade and move on quickly to
resolution.

So first of all, since it is
obvious to my attorneys, Jeff,
Walter and Jim that you are
simply playing a malevalent game
of abuse of Freedom, why don't you
come clean and tell us what would
make your heartless soul happy?

What is your motive here?
Your pretense, ostensible morality,
and outright dirty tricks are as
clear as glass, and you are not
fooling anyone.

It would be a 10-page
exercise to list the specifics,
because we all believe you can
be a man and stop all this
stupid posturing, and sit down
at the round table with me included,

and get down to real business.

Just stop the fantasy Jim.
How much blood do you want?
Let's start there!

Now Answer That Question,
and let's get that one on the
table.

Why are you doing what you
are doing? Are you not willing to
participate in an honest process
where you would let yourself
be convinced that I am innocent
and let this go? Or are you
only happy with a craw in
your throat?

Or could you just admit
that I am fair and square
incompetent and not able to assist
in my defense?

Can't you see that? Or does
your dark side keep you completely
blind. Or is it just the government

13

keeping us down whether we deserve
to be or not?

Sadly I believe it to be
the latter.

But Jim, this is really easy
to prove. Either you are willing
to settle this like a man in
Honest, open, rational and fair
discussion, or you are dishonest
and despicable and an evil representative
of the evil empire.

This is black or white Jim.
The accomodating former, or the
disreputable latter? Who are you?

I and my people are about
to find out.

We are happy to work with
you and find a resolution that
all parties can be satisfied with.
But you must come clean and stop
pulling these black rabbits out of
the hat like you did on January 19.

(19

Now, if you are true to what
you attempt to partray as the
social protector, why don't you
just meet with me for about
an hour and then you might
understand why Walter and Jim
can't work with me?

Or alternatively, just speak
frankly to Walter, Jim and Jeff,
and come to terms. You guys
are big men, and even though
supposed and role-playing adversaries,
you should be able to find
agreement rather than taking this
non-sense to the phoney forum
of court for a round of Russian
Roulette.

Are you capable and interested
in bonified resolution, or would
you have the masquerade of justice
carry the day?

Come-on Jim. Get real here,
You must stop playing games.

15

Lives are at stake. Not just mine, but yours too as well as all others connected to this slimey predicament.

Put this to bed now! And do it justifiably!


Now Jim, as you already know, the evaluation with Dr Miller is not exactly progressing as planned. And that is not my fault. That is my incompetent attorney's fault. Or maybe it is the fault of us both.

But I am hereby laying the responsibility in your lap to do some digging with the parties involved to determine for yourself if my relationship with Walter and Jim is functional or desfunctional.

And that is what the entire case rests on.

17

Step up to the plate and
do your part and respond
with The Truth of the matter.

That is your duty to yourself,
society and the greater power.

Dr Miller's evaluation is really
of no consequence. The Walter/
Abraham team will not hunt.

Although the statute would
have us believe that a mental
illness must be present, case law
at the Supreme Court level has
repeatedly set the precedent in no
uncertain terms that the operative
reality is that the defendant cannot
assist in his defense regardless
of what psychological labels he
wears or doesn't wear.

Dr M's evaluation is going
to do nothing to change the
prevalent condition, and it is
up to you to convince yourself
that this is the case, and then

get with Walter and Jim and
Jeff and hammer out a
legal deal so that the judge can
rubber stamp it.

You guys are on the front
lines and have the wherewithal
to craft a deal among you if
you are truly competent.

Why do you have to make the
judge wrack his brains over
endless unscientific sophistic
rhetoric and put him in the
role of creating unsatisfactory
compromises amongst squabbing
children?

Are you a child or an
adult?

All us Truth And Honesty
People are going to know on April
26th.

(18)

Could you settle with your
peers as a mature adult,
or do you have to run to Daddy
one more time?

And Jim your stalling
techniques and disrespect to the
judge have not ~~not fooled~~ fooled anybody
and has only served to make a
mockery of what we can barely
call justice anymore.

Just relent with the incompetence,
affirm the Buther dangerousness
evaluation and request my immediate
release.

Or alternatively, play your
disreputable hand one day before
the hearing and go for more
stalling techniques to continue
my incarceration.

(19

And your methods are
so underhanded and irrational.

At court in January you
bring as evidence that everyone
knew in October and said nothing
about in November, because it
had no relevance anyway. (Competency involves
much more than writing
skills, or are you conducting law
and imprisoning people and did not
know that? Exhibits A, B + C are my
well organized writing. Are you going
to pretend you did not notice
those too? Did the shrinks not
see them either? You are making
this a farce, but it only reflects
on you. Who really is competent
Jim? You or me?)

Then after putting your
position about release as a
motion, you pre-empt your
own position on release, as if
your (incompetence) overlooked
the evidence in November that
ostensibly came to mind in January.



And ~~And~~ Who are you
trying to kid?!?

And the judge amazingly
did not toss you out of the
courtroom.

What really is going on here?

But then you want to
have it both ways. You want
me to be competent and
incompetent at the same time.

You put an offer on the
table and then after extolling
my great cognitive abilities
in the courtroom, you yank it
away claiming that I am not
competent enough to decide if
I want to be out of jail or not.

What kind of bizarre
childishness is this?

21

And then act as if you
career skilled law makers could
not craft a workable solution
to that.

Can't we just all be men
and call this the Bullshit
that it is? That's all it is
and that's what I love about
Jeff Villanueva. He calls it
unadulterated Bullshit, and
you the adversarial dirty trickster!

And here's the real acid
test of your phoney pretentions.
If you would affirm that I
am competent, would you also
recommend that until it is
decided again by the court
that I can be a pro-se defendant
with assisting counsel and take
the podium at the upcoming
hearing?

Or are you going to take
the flimsy position that until
the decision is made again that
I remain incompetent?

You got what you wanted
to have the past decision
set aside for re-evaluation,
so then would you live by
your alleged and feigned
convictions and assert that
I should be allowed to take
the podium?

I highly doubt it. You
want to have it both ways,
and for this you should be
censured if not disbarred!

Your position on this
question will show everyone
undoubtedly just what you
are made of.

23

If you Truely want a display
of The Truth then let me show
it to the court in no uncertain
terms.

And Jim, if you are not
man enough for that, then set step
aside and let this man go FREE!

You are on trial now and
your Truth is going to be
exposed.

So James the ball is in
your court. The lines are drawn,
the die is cast.

You hold the most expedient
keys to justice. It is your job
to find The Truth, not to impose
confusion, abuse and punishment
on the world.

You are judged by what
you do right — not what you
do wrong. Do the right thing Jim.

(24)

So to conclude Jim, I want to return to the piece about my job being to improve the world, and this is not meant to be a harsh critique and rebuke.

It is about defining the problem so it can be fixed, and creating awareness of the repercussions of the problem to help incentive to solution.

But the incentive should be positive not negative.

Deep down, like all humans, even the ones surrounding me, and the despicable ones in the White House perpetrating war and death on innocent lives around the world, you are a good person and deserving of all the graces that Nature and the Universe makes available to us every moment of our lives.

25

And all we have to do is accept it and live it.

You can find happiness too and leave your frowning and dark demeanor behind.

I feel such profound sorrow for you when I see a man in the courtroom stuck in a role. his heart is not into, when such a fine physical and mental specimen as you are, could be doing something productive for the world.

But alas that is a trap the world set for you, and you are caught up in the Bullshit and contrivance and unshakable ways of the world, just as convicts and everyone else is.

As we are fond of saying in Truth And Honesty, we did not do it to ourselves, the world did it to us.

(26)

Or in the words of my
wife, Judy Prott, the woman ~~is~~ present at my hearing
~~the benches~~ – We Are Not Fucked-Up,
We Are Fucked-Over.

That is a lot of what the
mission of Truth And Honesty
is about.

To understand what the
world has done to ~~us~~, and try
to turn it around.

I believe it can be done
even with such a confirmed enemy
as yourself.

And that's part of the root
of what everyone in the case is
fond of labeling as my incompetence.

Since I believe this can be
done and no one else in this
drama does, then I am the
delusional wierdo.

E7

And the system makes sure
that I cannot be with my
legitimate support system to
affirm in fact that I am
simply on a much higher level
of competence, that you folks,
are not competent enough to see,
much less experience.

And since such is the case,
and your imperfect system of
justice will not permit unsupportive
representation of someone like me,
then it is incumbent upon you
to set this bird free.

And you should do this anyway,
since I am innocent.

But Jim right now I can
assure you that I am innocent,
I am right, I have integrity
and I have morals.

28

And I am surely in no
position to take a watered down
conviction for something I did
not do, in consideration of the plans
I have for life, and will in no
way consider the restrictions a
conviction will color the rest of my
life with.

Also, I know I will win.
this and there's is nothing you
can do to stop me from seeing
it through to the justifiable end.

I just want it to end soon
for everybody's sake.

And I want you to admit
the folly of your ways and turn
a new and decisive page by doing
the right thing, and come through
it all with at least a modicum
of satisfaction and the vision
of a glimer of enlightenment

℮9

So please try to read
between the lines of my disdain
for you. That is only a surface
emotion.

Deep down inside where it
counts, we both need to connect
and let our hearts lead us
to mutual resolution.


And I Truly hope you
picked up at least a thing or
two about —

TRUTH AND HONESTY

Very Truly Yours,

Aliahan

Abraham
a.k.a Dana V. West
#31708-013
Federal Detention Ctr
9595 W Quincy Ave
Littleton, CO
80123

James Hearty
Ass't US Prosecutor
1225 17th St - Ste 700
Denver, CO
80202