IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Case No.  03-cr-000128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

## ORDER

THIS MATTER again comes before the Court in connection with the upcoming competency hearing set Wednesday, April 26, 2006, at 2:00 p.m.  By Order issued April 21, 2006, I advised the parties that competency would not be determined at the hearing because Dr. Frederick Miller had not been able to complete a competency examination.  Instead, the competency hearing was converted to a hearing as to what mechanism or procedure the Court needed to adopt to have the competency hearing go forward and whether civil contempt sanctions should be imposed.

However, today I received a letter (dated April 22, 2006) from Dr. Miller informing me that he met with the Defendant on April 21, 2006.  Through the letter, Dr. Miller has rendered some opinions as to the competency issue.  This letter will be provided to counsel today via telefax.  Dr. Miller advised in the letter that he would be present at the hearing and available for questioning.  Accordingly, it appears that the issue of competency can be heard at the hearing set April 26, 2006.  Counsel for the

parties shall be prepared to examine Dr. Miller as to his opinions and advise the Court as to what these opinions mean as to a competency determination.  If counsel for the parties wish to present other testimony or evidence at the hearing, they shall be prepared to do so.

Based upon the foregoing, it is

ORDERED that the hearing set for Wednesday, April 26, 2006, is converted back to a competency hearing, and the parties shall disregard the Order of April 21, 2006, that stated competency would not be determined at the hearing.

Dated:  April 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge