FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

April 26 2006

GREGORY C. LANGHAM
CLERK

Date: April 24, 2006

To: The Honorable Wiley Y. Daniel

From: Dana V. West
bka Abraham

Case #: 03-CR-128-WYD

Monday April 24, 2006

(1)

Well Your Honor,

    I was wrong again, as I have to inform you of more goings on which are very distasteful to me, and can have no place in American justice. And I will be brief.

    I spoke with Jeff this morning and he agreed to forward the letter to you that Walter convinced him to sideline. I come to find out later in the day that Walter exhorted him passionately to hold on to it, citing violation of Attorney / Client priviledge. What bunk! Jeff said he would send it tomorrow morning by messenger.

    And as if that's not bad enough, I figured Walter would not mail the responses due to you on Friday by both him and Hearty. I was right. But furthermore, he refused to give them to Jeff stating that I would not like what they said.

And I am supposed to be ready for court without prior knowledge of the relevant documents? This is not only egregious, but has to be in violation of standard court and legal procedure.

How can I assist in my defense when they withhold court papers from me?

I still don't know if I will be called to testify, or can address the court, or examine witnesses.

The system is choosing not to hear me. They have made me incompetent. They have failed to assist my defense.

I would like the incompetency declared once and for all, and the Butner evaluation of mental health affirmed with its associated finding that I am not dangerous due to a mental illness that I do not have.

3

That by statute must result in immediate release.

Also, I understand Dr. Miller has submitted his written evaluation and Walter has taken no action to get that to me.

I request that these missing materials be delivered to me immediately by any means at your disposal.

And I ask you, what kind of malicious operation is going on here? Maybe you could be so kind as to address these matters at the hearing.

Very Truly Yours,

Abraham