FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 28 2006

GREGORY C. LANGHAM
CLERK

Date: April 23rd, 2006

To: The Honorable Wiley Y. Daniel

From: Dana V. West
bka Abraham

Case #: 03-CR-128-WYD

April 23<u>rd</u>, 2006

(1)

Your Honorable Wiley Y. Daniel —

This will be the second time I thought I had written my last letter you, only to be proven wrong shortly thereafter.

And my previous letter currently sits intercepted by Jeff, so that is not having the planned effect, and somewhat serves as a metaphor to the events of this last week spinning out of control, and I'm trying to be sanguine about letting the chips fall where they may.

Much hinged around the planned strategy meeting for last Thursday, and its unoccurence seems the last nail in the coffin of preventing things from falling into the chaotic hands of fate.

And then again maybe it's just one more indication that I'm to be divorced from any control in the case.

And of course, that's probably the crux of the issue over my "competency."

The system wants me to have no control, yet I insist on it. And that's a human right I will never relinquish. And the system will not relinquish its absolutism of control.

And there we have the concise unresolvable conundrum of why neither party on the defense team can assist the other to prepare for trial.

So call me incompetent if you will, to dispose of the case, however in all our hearts, we know that label covers up the opposite Truth, that the flaw is in the system.

And the origin of this phoney description is not in mental illness, in fact it is an obvious outgrowth of mental health.

(3

Only the courage of my
convictions will allow me to stand
up for what I know is right,
regardless of the dismal odds and
obstacles against it, and the gargantuan
size of the enemy.

Imagine if we all stood up for
what is right - the world would be
a much better place!

And because I hear and
march to the beat of Nature's
drum, and most everyone else has
sold their soul to conformity and
consumerism, I'm conveniently
labeled crazy.

But that does not deter me
either. I have a mission for life
and nothing can change that.

And I now rest convinced
and assured that you are completely
grasping the nature of the clash between
human integrity and judicial ideology.

④

Never the twain shall meet, and on Wednesday we can dispense of this case on the heels of that assertion.

And although I will be massively relieved with the dismissal of the case, and my emergence into the free world, and resumption of my colossal plans, I would entreat you to do the job with style and restore my dignity, with a commendation of my stalwart struggle and valiant efforts, as you proclaim my exoneration.

And set the standard of the prevailing Truth, so that even the warring oponents can walk away with the comforting and consoling tonic of an eloquently expressed reality.

That Truly would be an admired master stroke of the consummation of finality.

⑤

And I think the tension, confusion and argumentation will be tempered with the advent of the compromise and completion of Dr. Miller's evaluation.

He told Jeff and I in no uncertain terms that he expected I would not be able to get along with any attorney. He had only to cogitate awhile to determine whether the root cause was a mental illness or simply a character trait.

That will all come out in testimony and should put the incompetency issue to rest. Thank-you for accomodating the extra participants request. That was a winning discretion that will serve the best interests of all parties involved.

And in many ways that may render this final flurry of posturing and strategizing by both sides moot.

What an elegant event!

And I'm guessing that Dr. Miller's input will provide you with the extra margin of certainty you needed to affirm your previous decision and intuition.

And obviously assurance is a good thing for all concerned.

Moving on to another issue - that of dismissal of charges, I asked Jim on Thursday to put something together and he declined stating that there were no presedents and case law on the subject. This assertion is clearly erroneous, and in the short time available I have a few offerings on the subject for you.

In the commonly quoted case of Jackson v. Indiana in Part III Section C it reads: " Dismissal of charges against an incompetent accused has usually been thought to be justified

(7

on grounds not squarely presented
here: particularly the Sixth-Fourteenth
Amendment right to a speedy trial,
[FN27] or the denial of due process
inherent in holding pending criminal
charges indefinitely over the head of
one who will never have a chance to
prove his innocence. "

    In USA v. Geelan (1975)
the United States District Court
for the Central District of California
denied & Geelan's motion to dismiss
the indictment for lack of a speedy
trial, and that decision was reversed
and remanded by the Court Of Appeals.

    In Geelan's case he had been
in incompetence status for 4 3/4
years when the state wanted to
take his case to trial.

    Paragraph [HN1] reads " There
is a balancing test for speedy
trial cases. There are four factors
to be considered in each case:

(E)

length of delay, defendant's assertion
of his right, reason for the delay,
and ~~speed~~ prejudice to the defendant. "

"[HN2] Length of delay acts as a
triggering mechanism for speedy
trial questions. Unless there is a
delay which is presumptively prejudicial,
there is no need to inquire further. "

"[HN4] The government has a duty
to bring a defendant to trial as
promptly as possible, and it may not
justify a delay merely by citing the
defendant's incompetence. "

That same paragraph was cited verbatim
in Dickey v. Florida (1970).

Later in the Geelan write-up, it
states "We believe that the delay
here of more than six years between
indictment and arraignment is
presumptively prejudicial."

(9

Later on, "under the circumstances
of this case, the United States
Attorney should have dismissed the
indictment."

"We believe that Geelan was
prejudiced by the delay here. "

"The order denying Geelan's motion
to dismiss the indictment for lack
of a speedy trial is reversed and
the case is remanded to the District
Court for action consistent with
this opinion."

    Clearly this case at hand tracks
the Geelan case indentically. The only
variation being a slight difference in
elapsed time since indictment.

    And in consideration that there
will never be a return to competency,
it would be an egregious violation
of Due Process and Constitutional Rights
to hang a pending criminal indictment
over a man's head forever.

10

At this point your Honor, I would like to move into a mixed bag of various and sundry concluding remarks.

After I sign off here, I'm including a couple of recent Edicts concerning justice that will be on my website soon, and hopefully part of some future books that I am currently writing. Just some thought provoking concepts.

One of the things I've learned about the adversarial system of justice is that what an attorney says has only to do with what side he is on. It often bears little resemblance to Truth.

One reason Jeff sidelined my last letter, which I hope you have by the time you receive this one, is that Walter claimed that I am only substantiating my competence with every letter I write.

(11)

Of course, that couldn't be further from The Truth. One more basic point that Walter and I disagree on.

I'm sure by now it has been established that cogent letters ~~have nothing to do~~ in and of themselves are not a direct ~~equivalency~~ test of competence. In my case they simply attest to the incompatibility of the relationship. And that aspect speaks directly to incompetence.

Walter has a tendency to jump to conclusions with new facts before analyzing their Truthful significance. And accordingly, he has tried to hide facts and nuances that in reality would be in my favor. As he notably did by squashing your order for an evaluation by Dr. Fututaki.

And I notice that ~~the arts~~ will grab on to anything that will further his short-sighted cause of chalking up another indictment.

(12

And so, the motives of both counsel are not only suspect, but they rarely are driven in a quest for justice or Truth. And the really funny thing is that both will probably deny that articulation of obvious reality.

Walter's approach has always been to throw as much mud at the wall and see what sticks. Mine has always been to stick to the relevant Truth. And I can see that Mr Hearty subscribes to Walter's method as well.

No wonder we need judges. In the country I'm building we would do away with judges with the advent of mature Truth seeking adults.

I want you to know that I'm virtually satisfied that The Truth is undeniable now, and that since you have responded favorably and appropriately to my missives, I am resting assured that you are going to do the right thing.

(13)

And at this point I'm sure I
would be wasting words to convince
you that I am persistent, and that
I want this chapter in my life to be
behind me. And accordingly, so long
as there are charges pending against
me, the case will not be over, even
when it is established again that I
cannot be ~~taken~~ to trial.

So I would beseech ~~you~~ your
Honor, to include in Wednesday's agenda
discussion, resolution and decision
concerning dismissal of the charges.

And I would propose that
release and exoneration go hand
in hand. And it would be a
wonderful testament to seemingly
disparate parties to deal with all
the issues ~~and package~~ and bundle
them together into one cohesive package.

Something all involved can
come to consensus on in a
unified resolution.

⑭

That would be a wonderful culmination of this long and drawn out ordeal, and I sincerely hope that your influence, insight and leadership will bring about that result.

So I wish you godspeed in that endeavor.

And I will leave you with an optimistic metaphor, that in a world where it is regarded as unfortunate collateral damage, when a dolphin gets caught in the tuna net, I'm beginning to believe that the system is delicate enough that it can let an innocent bird go FREE!

Very Truly Yours,

Abraham

# TRUTH AND HONESTY EDICT:

## THE ADVERSARIAL

## SYSTEM OF JUSTICE

Guarantees That Both
Defense And Prosecution
Will Seek Adversity,
      -AND-
Will Not Seek
TRUTH Or Justice.

## TRUTH AND HONESTY EDICT:

## UNTIL YOU HAVE A COURT

## THAT SPECIALIZES IN:

Forgiveness, Understanding
Restitution And Reformation,
Instead Of Punishment,
You Will Never
Have Justice.

- AND ACCORDINGLY -

You Will Never
Have Harmony
In The Society.