# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE WILEY Y. DANIEL

___

| | | | |
|---|---|---|---|
| Date: | April 26, 2006 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

___

Criminal Case No. **03-cr-00128-WYD**        Counsel:

UNITED STATES OF AMERICA,                    James O. Hearty

      Plaintiff,

v.

**1. DANA WEST**,                                       Walter L. Gerash
                                                                      James F. Scherer
      Defendant.

___

## COURTROOM MINUTES
___

**COMPETENCY HEARING**

**2:11 p.m.**   Court in Session - Defendant present (in-custody)

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

2:13 p.m.   Defendant's witness **Frederick M. Miller** sworn.

        Direct examination by Defendant (Mr. Gerash).

*Witness tendered and accepted as an expert.*

2:43 p.m.   Court's examination of witness.

2:44 p.m.   Direct examination by Defendant continues (Mr. Gerash).

Judge Wiley Y. Daniel
03-cr-00128-WYD - Courtroom Minutes
Page 2

| | |
|---|---|
| 2:52 p.m. | Cross examination by Government (Mr. Hearty). |
| 3:22 p.m. | Re-Direct examination by Defendant (Mr. Gerash). |
| **3:26 p.m.** | Court in Recess |
| **3:45 p.m.** | Court in Session |

Court's remarks regarding the Defendant's right to testify.

3:46 p.m.   Statement by Mr. Gerash that Defendant rests

Dana West states that he wants to testify. Mr. Gerash and Mr. Scherer make objections to Dana West testifying.

Court will allow Dana West to testify over the objection of counsel.

3:49 p.m.   Defendant's witness **Dana West** sworn.

Mr. Gerash and Mr. Scherer voice their objections to the Defendant testifying at this proceeding.

3:51 p.m.   Statement by Defendant on his own behalf (Mr. West).

4:39 p.m.   Cross examination by Government (Mr. Hearty).

4:59 p.m.   Dana West's testimony is completed.

Defendant's witness **Frederick Miller** resumes.

5:00 p.m.   Court's further examination of Dr. Miller.

5:00 p.m.   Re-Direct examination by Defendant (Mr. Scherer).

Court outlines areas to be covered in argument.

**ORDERED:**   This hearing is **CONTINUED** to **Thursday, April 27, 2006. at 10:30 a.m.**

**ORDERED:**   Parties may submit any legal authorities or file them electronically by **Thursday, April 27, 2006.**

Judge Wiley Y. Daniel
03-cr-00128-WYD - Courtroom Minutes
Page 3

**ORDERED:**   Defendant is **REMANDED** to custody of U.S. Marshal.

**5:06 p.m.**   Court in Recess - HEARING CONTINUED

<u>**TOTAL TIME:  2:36**</u>