IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | April 27, 2006 | Prob./Pret.: | Kurt Thoene |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **03-cr-00128-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                     James O. Hearty

       Plaintiff,

v.

**1. DANA WEST**,                                          James F. Scherer

       Defendant.

_____

**COURTROOM MINUTES**
_____

**CONTINUATION OF COMPETENCY HEARING (continued from April 26, 2006)**

**11:23 a.m.**    Court in Session - Defendant present (in-custody)

11:24 a.m.    Argument by Government (Mr. Hearty).

11:39 a.m.    Argument by Defendant (Mr. Scherer).

11:43 a.m.    Argument by Government (Mr. Hearty).

               Court makes findings.

**ORDERED:**    Defendant is incompetent within the meaning of the law.

**ORDERED:**    Probation shall submit a written report to the Court and counsel for the defendant, regarding a records check of the defendant, in not more than **one (1) week.**

Judge Wiley Y. Daniel
03-cr-00128-WYD - Courtroom Minutes
Page 2

| | |
|---|---|
| 11:49 a.m. | Discussion regarding the issues of dismissal of the indictment, conditions of release, and whether the Bail Reform Act applies in this case. |
| **ORDERED:** | Parties shall submit case law as to whether the Bail Reform Act applies in this case by **Friday, April 28, 2006.** |
| **ORDERED:** | Mr. Scherer shall prepare a form of order, outlining the areas noted by the Court, by **Friday, April 28, 2006, at 3:00 p.m.** |
| 11:56 a.m. | Discussion regarding clarification on contents of order to be submitted by Mr. Scherer. |
| 11:59 a.m. | Statement by Defendant on his own behalf (Mr. West). |
| **ORDERED:** | Government's Motion for Hearing on Dangerousness (#153 - 4/27/06) is **DENIED.** |
| **ORDERED:** | Defendant is **REMANDED** to custody of U.S. Marshal. |
| **12:02 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  :39**