IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.

---

## DEFENDANT'S MOTION FOR FORTHWITH RELEASE FROM CUSTODY

---

The defendant, Dana West, through counsel, THE WALTER L. GERASH LAW FIRM, P.C. for his Motion For Forthwith Release From Custody states as follows:

1. The Court held a competency hearing in this matter on April, 27-28, 2006. At the conclusion of the hearing, the Court found that the defendant is incompetent within the meaning of 18 U.S.C § 4241(a). The Court accordingly directed the U.S. Probation Department to submit a report to the court regarding a records check of the defendant, to determine whether or not there exist any active warrants or holds on the defendant. The Court further directed that, in the absence of any active holds or warrants, the defendant is to be released from custody.

2. The U.S. Probation Department filed an updated Pre-Trial Services Report on May 1, 2006. This report confirms that the defendant does not have any pending charges or outstanding warrants.

3. Under the terms of the Court's April 28, 2006 Order, the defendant is entitled to immediate release from custody.

WHEREFORE, the defendant respectfully requests that this Court issue an Order, directing the defendant's immediate release from custody.

RESPECTFULLY SUBMITTED this 1st day of May, 2006.

WALTER L. GERASH LAW FIRM, P.C.

**S/ James F. Scherer**
1439 Court Place, Denver CO 80202
PH:  303-825-5400
ATTORNEYS FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

CERTIFICATE OF SERVICE

_____The undersigned hereby certifies that on the 19th day of April, 2006, she has electronically filed the above and foregoing:

**DEFENDANT'S MOTION FOR FORTHWITH RELEASE FROM CUSTODY**

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorney, as follows:

James Hearty, Esq.
Assistant United States Attorney
1225 – 17TH Street, Suite 700
Denver, CO 80202

_____A courtesy copy of this document was also e-mailed this 1st day of May, 2006, to Judge Wiley Y. Daniel, at:

Daniel_Chambers@cod.uscourts.gov

Dated: May 1, 2006                                                       s/ Marjorie Reinhardt

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

2

3