IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**MICHAEL J. WATANABE**

Courtroom Deputy: Nel Steffens

Case No.: 03-cr-00128-WYD

FTR: 03-cr-00128-WYD
Date: May 3, 2006

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANAWEST,

Defendant.

William Taylor for James Hearty

James Scherer

---

### HEARING SETTING CONDITIONS OF BOND
---

Court in session: 3:33 p.m.

Court calls case and appearances. Sue Heckman is present from Pre-trial Services. Defendant is present in custody.

Court reviews Order (#159) by Judge Wiley Y. Daniel and reads conditions into the record. Neither Government nor Defense has received a copy of the Pre-trial Services report; Mr. Scherer requests 5 minutes to review the report and speak with Ms. Heckman.

Court in recess: 3:40 p.m.
Court back in session: 3:47 p.m.

Counsel discuss status of this case with the Court.
Mr. Taylor asks that the Court take judicial notice.
Court takes judicial notice of the Court file, previous proceedings, the Pre-trial Services report (including Dr. Miller's evaluation report), and pertinent statutes.

Government rests regarding evidence.
Defense rests regarding evidence.

Defendant wants to testify, against advice of counsel.
Defendant is sworn as witness.
Defendant gives statement in narrative fashion.

Defendant is excused as witness.

Argument by Mr. Taylor.
Argument by Mr. Scherer.

James D. McKnight addresses the Court regarding the filing of a petition for conservatorship in Jefferson County. Mr. McKnight states that a hearing is set in Jefferson County on that matter on July 3, 2006 before Judge Rogers. Mr. McKnight says that the defendant has now been served with the petition.

Final statements by Mr. Taylor.
Final statements by Mr. Scherer.

Defendant asks to address Court; Court advises defendant to speak through counsel.
Mr. Scherer adds supplemental statements.

**ORDERED:**
- Court finds that it does have jurisdiction over the subject matter and the parties to the lawsuit, venue is proper in the District and State of Colorado, each party has been given a fair and adequate opportunity to be heard.
- There are conditions that can be set that will reasonably assure the appearance of the defendant and the safety of the community.
- Defendant shall be released on a $20,000 cash and/or property Appearance Bond.
- Defendant shall comply with all conditions set forth in the Order Setting Conditions of Release, including the special condition:
    1. Defendant shall reside at a halfway house.
- Defendant is remanded to the custody of the U.S. Marshal.

Court in recess: 4:57 p.m.
Hearing concluded.
Hearing duration: 1 hour, 17 minutes