IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.

## MOTION FOR AMENDMENT OF CONDITIONS OF RELEASE

    The defendant, Dana West, through counsel, THE WALTER L. GERASH LAW FIRM, P.C. moves pursuant to 18 U.S.C. § 3145(a)(2) for amendment of the conditions of release imposed by the U.S. Magistrate Judge, and as grounds therefor states as follows:

    1.    By Order dated May 1, 2006, the Court directed that the defendant be released from custody, based upon the Court's finding that the defendant was indefinitely incompetent to proceed. In this Order, the Court found that the defendant's release was subject to the pretrial release provisions of 18 U.S.C. § 3142. The Court directed the U.S. Magistrate Judge to conduct a release hearing pursuant to 18 U.S.C. § 3142, to determine the onerous conditions for the defendant's release.

    2.    Pursuant to the Court's May 1, 2006 Order, a release hearing was held before Magistrate Judge Michael Watanabe on May 3, 2006. At hearing, Judge Watanabe imposed a number of conditions on the defendant's release. He directed that the defendant be placed in community corrections as a condition of his release. He also ordered that the defendant post a cash bond in the amount of $20,000, to ensure his

1

appearance at future court hearings. He further ordered that the defendant remain in custody, pending posting of the bond and community corrections placement. The defendant remains in custody as of the date of this motion.

3. Pursuant to Judge Watanabe's Order, the U.S. Probation office has attempted to obtain a community corrections placement for the defendant at Independence House in Denver, and at ComCor, Inc. in Colorado Springs. Both facilities have rejected the defendant for placement at those facilities. See Memorandum from U.S. Probation office to Judge Watanabe, dated May 11, 2006, with attached letters from Independence House and ComCor, Inc., attached as Exhibit 1.

4. Because of the above, the defendant requests that the Court delete the requirement of community corrections placement as a condition of the defendant's release.

5. The defendant also requests that the Court amend the conditions of release imposed by Judge Watanabe to eliminate the requirement that the defendant post a <u>cash</u> bond in the amount of $20,000 to assure the appearance of the defendant for scheduled court appearances. There currently are no scheduled court appearances in this case. Given the Court's finding that the defendant is indefinitely incompetent, and given the prognosis offered by Dr. Frederick Miller in his April 22, 2006 evaluation report, there are not likely to be any court appearances scheduled in this case in the foreseeable future. The other release conditions imposed by Judge Watanabe will result in the defendant being closely followed and monitored by the U.S. Probation office upon his release from custody. The imposition of a cash bond as a condition of release is unnecessarily restrictive under the circumstances of this case, and should accordingly be removed.

WHEREFORE, for the reasons stated herein, the defendant respectfully requests

2

that the Court amend the conditions of release imposed by Magistrate Judge Watanabe at the defendant's May 3, 2006 release hearing, to remove the condition that the defendant be placed in community corrections, and the requirement that he post a $20,000 cash bond as a condition of his release from custody.

RESPECTFULLY SUBMITTED this 15th day of May, 2006.

WALTER L. GERASH LAW FIRM, P.C.

**s/ Walter L. Gerash**
1439 Court Place, Denver CO 80202
PH:  303-825-5400
ATTORNEYS FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of May, 2006, she has electronically filed the above and foregoing:

**MOTION FOR AMENDMENT OF CONDITIONS OF RELEASE**

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorney, as follows:

James Hearty, Esq.
Assistant United States Attorney
1225 – 17TH Street, Suite 700
Denver, CO 80202

A courtesy copy of this document was also e-mailed this 15th day of May, 2006, to Judge Wiley Y. Daniel, at:

Danielchambers@cod.uscourts.gov

Dated: May 15, 2006                                              s/ Linda M. Conklin

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

4