

# MEMORANDUM

To: Magistrate Judge Michael J. Watanabe

From: Susan M. Heckman
U.S. Probation Officer
Investigations - Pretrial Services

Date: May 11, 2006

Re: WEST, Dana
Dkt. No. 03-cr-00128-WYD-01
**STATUS OF PROPOSED CCC PLACEMENT**

On May 3, 2006, the defendant appeared before Your Honor, pursuant to an order issued by District Judge Wiley Y. Daniel, to set a bond in this matter and to outline the conditions of release. The court ordered the defendant to post a $20,000 property or cash bond, with one of the requirements that the defendant be required to reside in a community corrections facility.

A referral packet, containing copies of the pretrial services report and update, the psychiatric evaluation conducted by Doctor Miller, the Indictment, and the affidavit supporting the arrest warrant, were sent to Independence House-South Federal (Denver) and ComCor (Colorado Springs).

Attached are letters from both agencies denying placement of the defendant at their facilities for the reasons outlined therein. In addition, as of this date, the bond required in this matter has not been posted.

## Independence House
**2765 South Federal Blvd.**
**Denver, Co 80236**
**303-936-2035**

To: Sue Heckman, USPO

From: Joe Starman, Program Director, South Federal

Date: 5/5/06

Re: Dana West, 03-cr-00128-WYD-01

I am rejecting placement on Dana West due the violent nature of his pending charges and feel he is to high of a risk for community placement. If you have any questions in regards to my decision, please do not hesitate to contact me



**COMCOR, INC.**
www.comcor.org

May 10, 2006

Susan Heckman, USPO
1961 Stout Street, Suite 525
Denver, CO 80294

RE: WEST, Dana
Case #: 03-1066M

Dear Ms. Heckman:

We have received the referral packet on the subject offender and we find Mr. West unacceptable for our program. Mr. West appears to have mental health issues beyond the scope of what ComCor can accommodate and he also does not appear to be amenable to treatment. ComCor also views Mr. West as posing a risk to the community, based on the severity of his criminal charges. Mr. West has no local support or family ties in the community, and has a history of failing to appear for court. Mr. West also has access to funds and has expressed an interest in traveling to Mexico, so therefore he is viewed as a potential flight risk.

Due to Mr. West's mental health status, the serious nature of the charges pending, and factors which appear to make him a flight risk, we are denying him for community corrections placement at this time.

If we can be of further assistance, please contact us at (719) 590-7600.

Sincerely,

Sherry Westerman
BOP Supervisor

Jamie Wood
Facility Director

| Administrative & Program Services | Annex | Community Corrections Center | Dining Facility | Diversion | Transition | Work Release |
|---|---|---|---|---|---|---|
| 3815 Roberts Rd. Colorado Springs, CO 80907 (719) 473-4460 fax (719) 473-4468 | 3050 N. Nevada Ave. Colorado Springs, CO 80907 (719) 260-8002 Fax (719) 535-2710 | 2723 N. Nevada Ave. Colorado Springs, CO 80907 (719) 884-2222 Fax (719) 884-2232 | 3820 N. Nevada Ave. Colorado Springs, CO 80907 (719) 444-0910 Fax (719) 635-3583 | 5250 N. Nevada Ave. Colorado Springs, CO 80918 (719) 590-7600 Fax (719) 592 8578 | 3808 N. Nevada Ave. Colorado Springs, CO 80907 (719) 638-6200 Fax (719) 630 0229 | 3844 N. Nevada Ave. Colorado Springs, CO 80907 (719) 473-3033 Fax (719) 473-3037 |