IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**Dana West**

    Defendant.

## MINUTE ORDER

Pursuant to the directions of Magistrate Judge Michael J. Watanabe:    Tracey Lee, Deputy Clerk
May 18, 2006

    The [161] MOTION to amend/correct conditions of release, as to defendant Dana West, filed by attorney Walter Gerash, is hereby set for hearing on May 25, 2006 at 1:30pm in the United States District Court, before Magistrate Judge Michael J. Watanabe, courtroom A502, 5th floor.