IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**BOYD N. BOLAND**

Courtroom Deputy: Nel Steffens          FTR: 03-cr-00128-WYD
                                        Date:

Case No.: 03-cr-00128-WYD

UNITED STATES OF AMERICA,               James Hearty
                                        William Taylor
                    Plaintiff,

vs.

DANA WEST,                              James Scherer

                    Defendant.
_____

**HEARING ON DEFENDANT'S *MOTION FOR AMENDMENT OF CONDITIONS OF RELEASE* (DOC #161)**
_____

Court in session: 1:34 p.m.

Court calls case and appearances. Sue Heckman is present from Pre-trial Services. Defendant is present in custody.

Argument by Mr. Scherer.
Argument by Mr. Hearty.

**FINDINGS:**
Halfway houses have rejected acceptance of the defendant due to the severity of the charges, mental health and flight risk.

**ORDERED:**
- Paragraph #5 of the motion, regarding payment of cash bond, is **MOOT** since the bond has been posted.
- Paragraph #4 is **GRANTED**.
- The Order Setting Conditions of Release is changed to reflect the additional condition of home detention with electronic monitoring.
- Defendant's oral motion to be released prior to Probation's approval of defendant's home for electronic monitoring is **DENIED**.
- Defendant shall be released after Probation has approved defendant's home for electronic monitoring.

- Defendant is remanded to the custody of the U.S. Marshal.

Court in recess: 2:02 p.m.
Hearing concluded.
Hearing duration: 28 minutes