UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer | Tracey Lee |
| U.S. Magistrate Judge | Deputy Clerk |
| | |
| Case Number: 03-cr-00128-WYD | FTR CBS AM |
| Date: June 6, 2006 | |

UNITED STATES OF AMERICA

           v.

Dana West                                                      Jim Scherer

### BOND RELEASE

Court in session: 10:18am

Court calls case and appearances of counsel. Amy Fonck is present from probation-investigative unit.

Bond paperwork is signed and tendered to the court.

Court reviews the conditions of release.

**ORDERED:** Defendant is to be released after processing and to report to the probation office.

Defendant remanded to the custody of the United States Marshal, for release.

Court in recess: 10:26am   Total Time: 8 minutes

Hearing concluded.