UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court upon a report of the Probation Officer concerning a request to release a confidential psychological report.  The Court, having reviewed Probation's request and being fully advised in the premises,

ORDERS that the confidential psychological report shall be released to the Assistant United States Attorney and defense counsel for their review.

Dated:  September 12, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge