**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.   03-cr-000128-WYD

United States of America,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

---

**MOTION TO MODIFY CONDITIONS OF RELEASE**

---

    The United States of America, by Assistant United States Attorney James O. Hearty, hereby moves the Court to modify the defendant's conditions of release to include the condition of placement in a community corrections center or, in the alternative, to modify the current condition of home detention/electronic monitoring to include electronic monitoring with GPS capabilities.  In support the government states the following:

1.    On May 3, 2006, a hearing setting conditions of bond was conducted by Magistrate Judge Watanabe.  At the conclusion of the hearing, the Court ordered that the defendant be released on conditions including the condition that the defendant reside in a community corrections center.  Following the hearing, however, U.S. Probation Officer Susan Heckman advised the Court and the parties that the defendant was denied placement in the available community corrections facilities.

2.      On May 25, 2006, a hearing was conducted on the defendant's motion for amendment of conditions of release.  At the conclusion of that hearing, the Court modified the conditions of release by substituting a condition of home detention with electronic monitoring in lieu of community corrections placement.  The defendant was released from custody on the amended conditions on June 6, 2006.

3.      By Memorandum dated August 17, 2006, the U.S. Probation Office reported several home detention violations by the defendant and recommended that the defendant be placed on home detention/electronic monitoring with GPS capabilities.  The Memorandum is attached hereto as Exhibit 1.

4.      By Memorandum dated September 8, 2006, the U.S. Probation Office reported additional home detention violations by the defendant and recommended that the defendant be considered for placement in a community corrections facility due to his repeated violations.  The Memorandum is attached hereto as Exhibit 2.  The Probation Officer reports further that the director of Independence House South Federal is willing to consider accepting the defendant for placement in his facility at the end of September 2006.

        WHEREFORE, the government respectfully requests that the Court modify the defendant's conditions of release to include the condition of placement in a community corrections center or, in the alternative, to modify the current condition of home detention/electronic monitoring to include electronic monitoring with GPS capabilities.

Dated:  September 12, 2006

Respectfully submitted,

TROY A. EID
United States Attorney

s/ James O. Hearty
By:  James O. Hearty
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
(303) 454-0100
F: (303) 454-0403
james.hearty@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this   12TH   day of September, 2006, I electronically filed the foregoing **MOTION TO MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Walter L. Gerash, Esq.
    linda@waltergerash.com, wlg@waltergerash.com

                         s/ James O. Hearty
                         United States Attorney's Office
                         1225 Seventeenth Street, Suite 700
                         Denver, CO  80202