IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SEPTEMBER 18, 2006 HEARING

    The defendant, Dana West, by and through his counsel, the WALTER L. GERASH LAW FIRM, P.C., moves this Honorable Court to grant a continuance of the hearing now scheduled to begin at 2:00 PM on Monday, September 18, 2006, on the prosecution's Motion to Modify Conditions of Defendant's Release. As grounds for this motion, Defendant states:

    1.    The undersigned counsel has been informed that neither the Assistant U.S. Attorney James Hearty nor the probation officer Rod Waldo have any objection to the relief requested herein. Another tentative time and date has been cleared with all calendars, namely 2:00 PM on Tuesday, September 26, 2006.

    2.    On September 12, 2006, the prosecution filed its Motion to Modify Conditions of Release. The Court scheduled a hearing on that motion to begin at 2:00 PM on Monday, September 18, 2006.

    3.    The date and time of the September 18, 2006 hearing conflicts with a dental procedure that defense counsel had previously scheduled with his dentist, namely Dr. McIntosh at 308 Josephine Street, Suite 301, in Denver, Colorado. At that appointment, procedures have been planned to insert a bridge. In addition, two days ago Walter Gerash lost a gold cap on a molar and that condition also requires the dentist's attention at that same appointment. These dental procedures are imperative to preserve the health, alertness and well being of the undersigned defense counsel.

4. This Court's ORDER entered September 12, 2006, directs that the confidential psychological report "shall be released to the Assistant United States Attorney and defense counsel for their review." To date, no such report has been provided to the undersigned.

5. In addition to the conflict with the dental appointment, the September 18, 2006 hearing date does not allow sufficient time for defense counsel to confer with his client to prepare a proper defense to the prosecution's motion. The calendar of the undersigned does not allow for such preparation.

WHEREFORE, based upon the foregoing, Defendant requests that this Honorable Court vacate the September 18, 2006 hearing date, and reschedule the hearing to the alternative date selected by the parties, namely September 26, 2006 at 2:00 PM.

Respectfully submitted this 15th day of September, 2006.

WALTER L. GERASH LAW FIRM, P.C.

**s/   Walter L. Gerash**
Walter L. Gerash
1439 Court Place, Denver CO 80202
PH:  303-825-5400
ATTORNEY FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15TH day of September, 2006, 2006, she has electronically filed the above and foregoing:

DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SEPTEMBER 18, 2006 HEARING (with proposed ORDER)

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorney, as follows:

James Hearty, Esq.
Assistant United States Attorney          (FAX) 303-4540403
1225 – 17TH Street, Suite 700
Denver, CO 80202

A courtesy copy of a proposed ORDER was also e-mailed this 15th day of September, 2006, to both the Judge and Magistrate, as follows:

**Daniel_Chambers@cod.uscourts.gov**
**Watanabe_Chambers@cod.uscourts.gov**

Dated: September 15, 2006                    s/ Marjorie Reinhardt