IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.

---

## ORDER
## GRANTING DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SEPTEMBER 18, 2006 HEARING
( Docket No. 172 )

---

THIS COURT, having reviewed defense counsel's Unopposed Motion for Continuance of September 18, 2006, hearing, and being fully advised in the premises, FINDS that said hearing should be re-scheduled.

IT IS THEREFORE ORDERED that the September 18, 2006 hearing is vacated.

IT IS FURTHER ORDERED that the hearing on prosecution's motion to modify conditions of release shall be held on September 26, 2006, beginning at 2:00 PM before Magistrate Watanabe.

SO ORDERED this 15th day of September, 2006.

BY THE COURT:

_/s/ Michael J. Watanabe_
~~The Hon. Wiley Y.U. Daniel~~
~~U.S. District Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

1