IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

     Defendant.
_____

### DEFENDANT'S EMERGENCY MOTION FOR ADDITIONAL CONTINUANCE OF HEARING NOW SCHEDULED FOR SEPTEMBER 26, 2006
_____

     The defendant, Dana West, by and through his counsel, the WALTER L. GERASH LAW FIRM, P.C., moves this Honorable Court to grant another postponement of the September 26, 2006, 2:00 P.M. hearing on the prosecution's Motion to Modify Conditions of Defendant's Release.  As grounds for this motion, Defendant states:

     1.    The undersigned counsel has attempted to confer with Assistant U.S. Attorney James Hearty as to his objection, if any, to the relief requested herein.  The undersigned counsel has received no response to a phone inquiry to the office of Mr. Hearty, regarding this issue.

     2.    On September 15, 2006, the undersigned counsel previously filed the defendant's first motion requesting a delay, which was granted by the Court.  The hearing now scheduled to begin at 2:00 PM on September 26, 2006 which date was obtained form the court and cleared with all parties involved.

3.	Defense counsel has just learned that the Defendant has been diagnosed and is suffering from a debilitating throat condition, namely clinical T4b squamous cell carcinoma of the right tonsil, as indicated by the attached report from Changhu Chen, M.D. Defnedant's medical condition makes it impossible to confer with the Defendant in order to prepare for the hearing as now scheduled.

4.	As evidenced by the attachment, Defendant is unable to attend the September 26, 2006 hearing, because of his treatment which begins on September 26, 2006.

5.	Further, Defendant has been required to take pain killers because of thuis illness, which effectively prevent him from functioning to his full capacity.

WHEREFORE, based on the foregoing, the undersigned requests that this Honorable Court grant another postponement of the hearing, to an alternative date at least seven to nine weeks in the future, which is convenient to this Court and all calendars involved.

Respectfully submitted this 22nd day of September, 2006.

>	WALTER L. GERASH LAW FIRM, P.C.
>
>	  **s/   Walter L. Gerash**
>	Walter L. Gerash
>	1439 Court Place, Denver CO 80202
>	PH:  303-825-5400
>	ATTORNEY FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of September, 2006, 2006, she has electronically filed the above and foregoing:

DEFENDANT'S EMERGENCY MOTION FOR ADDITIONAL CONTINUANCE OF HEARING NOW SCHEDULED FOR SEPTEMBER 26, 2006 (with attached letter and proposed ORDER)

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorney, as follows:

James Hearty, Esq.
Assistant United States Attorney          (FAX) 303-4540403
1225 – 17TH Street, Suite 700
Denver, CO 80202

A courtesy copy of a proposed ORDER was also e-mailed this 22nd day of September, 2006, to both the Judge and Magistrate, as follows:

**Daniel_Chambers@cod.uscourts.gov**
**Watanabe_Chambers@cod.uscourts.gov**

Dated: September 22, 2006                 s/ Marjorie Reinhardt