

**University of Colorado Cancer Center**

# University of Colorado School of Medicine
## Department of Radiation Oncology

Laurie E Gaspar, M.D., MBA
Chair

*Central Nervous System*
*Thoracic Cancer*
*Stereotactic Body Radiotherapy*

(720) 848-0154

Brian D. Kavanagh, M.D.
Vice Chair

*Central Nervous System*
*Genitourinary Cancer*
*Lung Cancer*
*Stereotactic Body Radiotherapy*

(720) 848-0156

David Raben, M.D.

*Head and Neck Cancer*
*Prostate Cancer*
*Pancreatic Cancer*
*Lung Cancer*

(720) 848-0156

Rachel Rabinovitch, M.D.

*Breast Cancer*
*Accelerated Partial Breast*
  *Irradiation*
*Lymphoma*
*Bone Marrow Transplant*

(720) 848-0116

Tracey Schefter, M.D.

*Gynecological Cancer*
*Gastrointestinal Cancer*
*Stereotactic Body Radiotherapy*
*Brachytherapy*

(720) 848-0116

Changhu Chen, M.D.

*Central Nervous System*
*Head and Neck Cancer*
*Pediatric Oncology*

(720) 848-0116

September 22, 2006

ATTN: Walter Gerash Law Firm
1639 Court St
Denver, CO 80202

RE: Dana V. West

Dear Walter,

Mr. West is currently a patient of mine at Anschutz Cancer Pavilion. He was recently diagnosed with a clinical T4b squamous cell carcinoma of the right tonsil. Dana will be starting a seven week course of chemoradiation. His treatment will start on Wednesday September 26, 2006.

During this time he will experience radiation related side effects. Some of these side effects may include significant skin reaction in his neck, increased pain, fatigue, difficulty swallowing, and mucositis. He may require several weeks to recover from these side effects. I will be seeing him on a weekly basis to assess and treat his radiation related side effects while he is on treatment. I will also see him on a regular basis for follow-up appointments to evaluate his treatment response.

Please feel free to contact my nurse, Amy Hansen, at 720-848-0167 if you have any questions or require additional information.

Sincerely,

Changhu Chen, M.D.
Department of Radiation Oncology

**US Postal Service Address**
Campus Mail Stop F-706
P.O. Box 6510
Aurora, Colorado 80045-0510
(720) 848-0100 • FAX (720) 848-0113

**Delivery Address (FedEx, UPS)**
1665 N. Ursula St.
Suite 1032
Aurora, Colorado 80010-0510
(720) 848-0100 • FAX (720) 848-0113