IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

**O R D E R**
**GRANTING DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SEPTEMBER 18, 2006 HEARING**
_____

    THIS COURT, having reviewed defense counsel's Unopposed Motion for Continuance of September 18, 2006, hearing, and being fully advised in the premises, FINDS that said hearing should be re-scheduled.

    IT IS THEREFORE ORDERED that the September 18, 2006 hearing is vacated.

    IT IS FURTHER ORDERED that the hearing on prosecution's motion to modify conditions of release shall be held on September 26, 2006, beginning at 2:00 PM before Magistrate Watanabe.

    SO ORDERED this ___ day of September, 2006.

                                BY THE COURT:

                                _____
                                The Hon. Wiley YU. Daniel
                                U.S. District Judge

Case No. 1:03-cr-00128-WYD   Document 175-2   filed 09/22/06   USDC Colorado   pg 2 of 2