**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.  03-cr-000128-WYD

United States of America,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

---

**RESPONSE TO DEFENDANT'S EMERGENCY MOTION FOR
CONTINUANCE OF THE SEPTEMBER 26, 2006 HEARING**

---

The United States of America, by Assistant United States Attorney James O. Hearty, hereby responds to the defendant's emergency motion for an additional continuance of the September 26, 2006 hearing. Based on the representations of defense counsel contained in the motion and the attached letter from the defendant's physician about the defendant's current medical condition, the government does not oppose the requested continuance. Undersigned counsel has conferred with Senior U.S. Probation Officer Rod Waldo who advised that he also does not object to continuing the hearing as requested in the defendant's motion.

Dated:  September 25, 2006                Respectfully submitted,

                                                TROY A. EID
                                                United States Attorney

                                                s/ James O. Hearty
                                                By:  James O. Hearty
                                                Assistant U.S. Attorney
                                                1225 Seventeenth Street, Suite 700
                                                Denver, CO 80202
                                                (303) 454-0100
                                                F: (303) 454-0403
                                                james.hearty@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on this __25th__ day of September, 2006, I electronically filed the foregoing **RESPONSE TO DEFENDANT'S EMERGENCY MOTION FOR CONTINUANCE OF THE SEPTEMBER 26, 2006 HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Walter L. Gerash, Esq.
    linda@waltergerash.com, wlg@waltergerash.com

                                    s/ James O. Hearty
                                    United States Attorney's Office
                                    1225 Seventeenth Street, Suite 700
                                    Denver, CO  80202