IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

**DEFENDANT'S ADDENDUM TO
EMERGENCY MOTION FOR ADDITIONAL CONTINUANCE OF HEARING**

    The Defendant, Dana West, by and through his counsel, the WALTER L. GERASH LAW FIRM, P.C., submits this Addendum for the purpose of providing the attached Exhibit A to Defendant's previous Emergency Motion filed in this matter on September 22, 2006.

    Respectfully submitted this 26th day of September, 2006.

    WALTER L. GERASH LAW FIRM, P.C.

    **s/ Walter L. Gerash**
Walter L. Gerash
1439 Court Place, Denver CO 80202
PH: 303-825-5400
ATTORNEY FOR DEFENDANT

*Original signature on file at the
Walter L. Gerash Law Firm, P.C.*

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 22nd day of September, 2006, 2006, she has electronically filed the above and foregoing:

DEFENDANT'S ADDENDUM TO EMERGENCY MOTION FOR ADDITIONAL CONTINUANCE OF HEARING (with Exhibit A)

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorney, as follows:

James Hearty, Esq.
Assistant United States Attorney       (FAX) 303-4540403
1225 – 17TH Street, Suite 700
Denver, CO 80202

Dated: September 26, 2006               s/ Marjorie Reinhardt

Courtresy copy of this document (with Exhibit A) was served via e-mail to the following:
Daniel_Chambers@cod.uscourts.gov; Watanabe_Chambers@cod.uscourts.gov

3