

# DENVER HEALTH
## Level One Care for ALL

Richard Albert, M.D.
Director

**Division Heads:**

Allergy
*Ulysses Maion, M.D.*

Cardiology
*Carlin Long, M.D.*

Dermatology
*Lela Lee, M.D.*

Endocrinology
*Daniel Bessesen, M.D.*

Gastroenterology/Hepatology
*Neil Toribara, M.D.*

General Internal Medicine
*Phil Mahler M.D.*

Hematology/Oncology
*Adam Meyers, M.D.*

Infectious Diseases
*Connie Savor Price, M.D.*

Nephrology
*Stuart Linas, M.D.*

Neurology
*Richard Hughes, M.D.*

Occupational Medicine
*Stephen Head, M.D.*

Rehabilitation
*Michael Bler M.D.*

Pulmonary and Critical Care
*James Fisher, M.D.*

Rheumatology
*David Collins, M.D.*

Administrator
*Phil Goodman*

Denver, 9/22/06

To Whom It May Concern

This is to certify that Mr. Dana West (born 5-13-1951) was recently diagnosed with advanced Cancer of the Head and Neck. He is currently undergoing extensive medical procedures to determine the full extent of the disease. I anticipate that he will require multi-modality treatment, possibly concurrent chemotherapy and radiation.

Please fell free to contact me if more information is needed.

Sincerely,

*/s/ A. Thienelt*

Christiane Thienelt, MD

Denver Health Medical Center
Hematology/Oncology Division
777 Bannock Street, MC 4000
Denver, CO 80204
Phone 303-436-5774
Fax: 303-436-3801

**EXHIBIT A**