# JEFFREY M. VILLANUEVA, P.C.
## ATTORNEYS AT LAW

JEFFREY M. VILLANUEVA
jeff@jmvpclaw.com

NICOLE S. SCHRAM
nikki@jmvpclaw.com

*1999 BROADWAY, SUITE 2400*
DENVER, COLORADO 80202
TELEPHONE: 303-295-7525
FACSIMILE: 303-295-7511

03-cr-00128-WYD

November 9, 2006

James Hearty, Esq.
Assistant United States Attorney
United States Attorney's Office
1225 – 17TH Street, Suite 700
Denver, CO 80202

James F. Scherer, Esq.
Law Firm of James F. Scherer, P.C.
1439 Court Place
Denver, CO 80202

The Honorable Michael J. Watanabe
United States District Court
Alfred A Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

Ms. Jennifer Nuanes
Probation Office – U.S. District Court
Byron Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

Marjorie J. Reinhardt, Paralegal
Walter L. Gerash Law Firm, P.C.
1439 Court Place
Denver, CO 80202

Probation Services Department
U.S. District Court
Byron Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

Walter Gerash, Esq.
Walter L. Gerash Law Firm, P.C.
1439 Court Place
Denver, CO 80202

The Honorable Judge Daniel E. Wiley
United States District Court
901 19th Street
Denver, CO 80294

Mr. Rich Vaccaro
Probation Office – U.S. District Court
Byron Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

Ms. Sarah Hoppe
Probation Office – U.S. District Court
Byron Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

Mr. Rod Waldo
Probation Office- U.S. District Court
Byron Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

# JEFFREY M. VILLANUEVA, P.C.

November 9, 2006
Page 2 of 2

*RE:    Open Letter from Dana V. West, a/k/a Abraham to Rod Waldo*

Dear Ladies and Gentlemen:

    At the request of Abraham a/k/a Dana V. West, I am sending the enclosed letter to all of the parties listed above. This letter was prepared by him with the assistance of his friends and advocates. I have not participated in its preparation nor have I advised him to send it.

    I submit this letter to you only to assist Abraham in making the record he wishes to make and to accommodate him logistically, as he does not have the ability to send out a mass mailing.

    Thank you in advance for your consideration.

                                      Very truly yours,

                                        Jeffrey M. Villanueva

JMV/mh
Enclosure
cc:  Dana V. West (w/enclosure)

November 6, 2006

## AN OPEN LETTER TO ROD WALDO AND ALL THE RELEVANT PARTIES WHO DESERVE TO BE PRIVY TO THE TRUTH.

Dear Rod –

This is my letter to you, however, it is my message to all involved, which of course, is as it should be.

And that aspect is probably the simple major point that I wish to focus you on, as you proceed on your path of feigned pretense, which is part of the larger game being played in this convoluted world we like to call justice and law and order. You have acknowledged your role in this and I would hope that working together we can get a better grasp on the proper way to handle things. And this said, I hope you know, with no animosity and only driving towards The Truth which I am hopelessly a lifelong seeker of, just like a moth to a flame.

And the following participants are all part of this very unusual case heavily enmeshed with the concept we bandy about called Truth And Honesty:

> AUSA James Hearty Esq.
> Walter L. Gerash, Esq.
> James F. Scherer, Esq.
> Judge Wiley E. Daniel
> Magistrate Michael Watanabe
> Mr. Richard Vacaro
> Ms. Jennifer Nuanes
> Ms. Sarah Hoppe
> Ms. Margorie J. Reinhardt
> Jeffrey M. Villanueva, Esq.
> Probation Services Department

The above list is in order of significance.

However, in a class of their own, because they are the reality behind my plaintive proclamations, my dear friends and advocates, who as a unified whole, grasp the full, deep and inner Truth of what is really going on.

Their names mercifully, are too numerous to mention.

The point here Rod as I lay in a rare moment of relative peace and managed pain, that may have been induced by notching up my Percocet from 6 to 8 pills a day in the recent two days.

This triggered because of a flaw in the vast Byzantine bureaucracy, known as health care in America, saw to it that I would have insufficient anti-nausea pills after getting me on a regimen that was working perfectly. And then to compensate for the shortage, a backup nurse cobbled together a substitute plan which amounted to a complete change of medication after three weeks of the primary care physicians and nurses, fine-tuned it expertly. They had brought relief from the devastating effects of horrible wretching brought on by the poisons infused in a patient through chemotherapy, designed to attack a harsh cancer while simultaneously attacking the vital systems of the recipient.

And even you Rod, are genuinely interested in the aspects of pain and suffering of my condition from both humanitarian and administrative concerns, to see the above dramatic digression to be appropriate. As I am sure that most of your colleague co-readers are too.

However, Rod, your humanity is belied and betrayed by your insensitive and inappropriate responses that have been a trend in your style of PO conduct, as was most notably displayed by your power play last week when you refused to call me back on the phone by my bed as previously requested by Judy.

This would have elegantly served your alleged purpose in getting an answer to the ever looming and increasing question of what happened Wednesday October 18th, outside of DIA airport on Pena Blvd., plus it would have affirmed your assertion that you are doing everything you can to help me.

It would have facilitated Judy to become apprised of the situation to help effect the transfer of information, to say nothing of accommodating your last minute deadline demands on a day when I was already booked up, and as ever fighting tooth and nail, a life-threatening disease with a statistical failure rate of 80%.

And even more important than those limited and transitory benefits is the bigger picture, that Rod, I have endeavored from day one to be open, Honest, and up-front with you and as I attempt to confer upon you what TRUTH AND HONESTY is all about.

So Rod, please hear this one loud and clear with the undeniable benefit and presence of the esteemed readership, that Truth And Honesty is about open communication with all parties involved and accounted for.

One-on-one relationships do not work in The World Of Truth And Honesty, and that of course was the lynch-pin of having been able to win my case fair and square with the "competency" statutes.

And now we are seeing that dynamic fly right in the face of the Justice system's (prosecutors and defense attorneys alike) holy grail, of divide and conquer.

So please Rod understand that if you want to continue to assert that you want to be Truthful And Honest, bear in mind that I wrote the books on it and I am the teacher.

It is an unusual term because we all have our own subjective interpretation of what Truth And Honesty means to us, however, the finer points come out in T&H famous three-way conversations, and I would like you and all your denizens to understand that this is the wheel that turns the Truth And Honesty mill.

And so my dear friend Rod, as I would want you to be, and as you profess you want to be, I desire this correspondence to be an Honest attempt for all parties involved to step up to the plate, and for a change, just start telling it the way it is.

Because the goal should be my rightful dismissal of all the charges against me, not a fore-gone conclusion of creating a probation violation to get me incarcerated, in the patty-cake game of ostensible legitimate legal work.

And besides which, we are men here (and women) and we bear a group responsibility and burden to Tell the Truth and perform the morally and legally correct judicial action.

And this next section to the person on top of the significance list, we all know that pre-trial release is designed for suspects who the government intends to take to trial.

It is not for those like me, who the government, including the top dog, Honorable Wiley Daniel himself, has asserted he has no intention of ever taking to trial. And that I should be released. Not a pre-trial release, but a full and statutory release, with or without pending charges.

And I personally think it would behoove this entire group of select individuals to do the right thing.

And I also profoundly consider that everyone on this list should weigh in on this issue and the concepts presented herein.

And that would be to presume that our group intentions are upstanding and forthright. So if you please, group of 11, can you make your positions known and open?

And so Rod, as my respite recedes back into regular pain and suffering, let this serve as my entreaty to you, to allow open communication among all we elite parties involved, from Jeff, to Walter, to Marj, to Judy, etc.

Because that accommodation, my friend, is the grist in the mill that uplifts people and is in fact an essential ingredient to the successful termination of this insidious disease.

But of greatest importance and meaning to me, is that your willing participation will prove to me, that you are a man of your word, who wants to do what he can for me.

I offer this in the spirit of justice, and friendship, and accountability.

Most Sincerely Yours,

Abraham

PS.               So Rod, To Consummate The Validity Of My Metaphoric Olive Branch, Here In Front Of All These Significant And Esteemed Witnesses, . . .

We Evaluate Successful Indoctrination With A Simple Yes Or No Question.

And In Our World, Yes Means Yes, No Means No, And Blah, Blah, Blah Means No.

When You Fully Believe In Our Three Benchmark Concepts, From The Back Of The Business Card, Then You Will Know You Understand Where We Are Coming From, And Where We are Trying To Go.

It Goes Like This:

### THE WORLD OF TRUTH AND HONESTY –

Where It's:

1) **WIN TOGETHER**
   -Or-
   **LOSE ALONE.**

Where:

2) There Is A WIN-WIN Solution To Every Problem,

And Where:

3) Any Two Intelligent And Committed People Can Always Find Agreement.

So Rod, That Is How It Works Here, And I Will Close With John Lennon's Closing Line From IMAGINE :

I Hope Someday You Will Join Us, And The World Will Live On As One.

*[signature]*