IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-D

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

**DEFENDANT'S MOTION FOR
ADDITIONAL THREE-MONTH CONTINUANCE OF HEARING**

_____

    The defendant, Dana West, by and through his counsel, the WALTER L. GERASH LAW FIRM, P.C., moves this Honorable Court to grant a three-month delay in the hearing now scheduled to begin at 10:00 AM on Monday, November 20, 2006. As grounds for this motion, Defendant states:

    1.    The undersigned counsel has consulted with Assistant U.S. Attorney James Hearty who stated that he discussed the request contained in this motion with the Defendant's probation officer, Rod Waldo.  Mr. Hearty stated that both he and Rod Waldo have no objection to the Court granting a six-week delay to have the hearing in this matter.

    2.    On September 12, 2006, the prosecution filed its Motion to Modify Conditions of Release.   The Court scheduled a hearing on that motion to begin at 2:00 PM on Monday, September 18, 2006.

    3.    Because of various reasons, including the state of Defendant's current physical condition, and other matters, various postponements have been requested,

and allowed, for that hearing.  The hearing is now scheduled for November 20, 2006 before this Honorable Court.

4.  To date, counsel for the Defendant has been unable to confer with his client, in order to ascertain whether Defendant has a reasonable position to present in response to the prosecution's motion.   This is due in part because of the Defendant's inability to vocalize his thoughts on the matter.

5.  The Defendant is continuing in his treatment including chemotherapy and radiotherapy, which has resulted in Defendant's inability to adequately communicate, and being continually exhausted and experiencing severe pain.  It would not be in the Defendant's best interest if his presence was required at any court hearing, including that hearing which is now scheduled for November 20, 2006.  See attached November 14, 2006 letter by Brian D. Kavanagh, M.D., Defendant's current treating physician at University of Colorado Hospital.  Dr. Kavanagh is involved with the treatment and care of Defendant Dana West.   As can be noted from the attachment, Dr. Kavanagh believes it would be in the best interest of this Defendant if the hearing is held at a later date, preferably after a period of at least three months or more, until late February or early March 2007.  Also, Dana West's symptoms and condition are detailed in attached 3-page letter signed by Judy Pratt.

WHEREFORE, based upon the foregoing, Defendant requests that this Honorable Court vacate the November 20, 2006 hearing date, and reschedule the matter to an alternative date which is convenient to the Court and all parties, at least three months hence, and for such other and further relief to this Court may seem appropriate.

Respectfully submitted this 16th day of November, 2006.

           WALTER L. GERASH LAW FIRM, P.C.

           **s/   Walter L. Gerash**
           Walter L. Gerash
           1439 Court Place, Denver CO 80202
           PH:  303-825-5400
           ATTORNEY FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has electronically filed the above and foregoing:

DEFENDANT'S UNOPPOSED MOTION FOR
ADDITIONAL THREE-MONTH CONTINUANCE OF HEARING
(with attachments and proposed ORDER)

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorney, as follows:

James Hearty, Esq.
Assistant United States Attorney  (FAX) 303-4540403
1225 – 17TH Street, Suite 700
Denver, CO 80202

A courtesy copy of a proposed ORDER was also e-mailed this 16th day of November, 2006, to both the Judge and Magistrate, as follows:

**Daniel_Chambers@cod.uscourts.gov**
**Watanabe_Chambers@cod.uscourts.gov**

Dated: November 16, 2006       s/ Marjorie Reinhardt