# UNIVERSITY OF COLORADO HOSPITAL

November 14, 2006

To whom it may concern:

Mr. Dana West is a patient of mine who has been receiving radiation therapy and chemotherapy for Stage IV cancer of the throat over the past 6 weeks.

He will be completing the radiotherapy in a few days, but it is typical for a patient to require 2-3 months to recuperate from the side effects of therapy. At the moment he is extremely fatigued and uncomfortable.

I believe that given the special circumstances, it would be better if Mr. West could postpone his upcoming court proceedings until a later time when he would be in physically better shape to prepare for them. If his court proceedings could be postponed until approximately 3 months or so from now, perhaps until late February or early march of 2007, he would be in a physically much improved condition.

Thanks for your consideration. Please call me if there are questions (720-488-3164).

Sincerely,

Brian D. Kavanagh, MD, MPH
Univ. of Colorado Dept of Radiation Oncology

RADIATION ONCOLOGY

1665 N. Ursula Street • Aurora, CO 80010-0510 • Phone: 720-848-0100