November 16, 2006

To Whom It May Concern:

My name is Judy Pratt; I have known Dana West for about 8 years, being out of touch with him over the last 1 ½ years. I have seen him go through a multitude of stages and changes in his life, both physical and emotional. I can tell you that I was not prepared for what I saw as I watched him deal with his disease; I found out about his cancer about 5 weeks ago and have been his caretaker for the past month.

His treatment consisted of a weekly treatment of Chemo Therapy and daily treatments of Radiation – these treatments, designed to eradicate his cancer, are at the same time poisoning his body. The Chemo and Radiation cause him nausea and vomiting. There have been several times that even with medication, he has vomited over a period of multiple days – in fact, I have come over in the night because of how ill he has been; currently he has someone who spends the night to make sure that he is OK and to administer the nightly portions of his around the clock medication schedule.

He is without energy – there are days that he requested a wheel chair to get from his treatment to the car – I have had to help him walk – he drools and has trouble opening his mouth and has trouble talking - his radiation treatment does something to the muscles in his neck and causes his saliva to thicken – mucous – this muscle issue and mucous is part of the problem with talking; this thickened saliva also causes him to cough, sometimes every second. He also deals with a lot of pain from both the treatment and the cancer in his mouth, his tongue and neck – he takes 2 different drugs to help manage his pain.

It has been explained to me that his radiation treatment is like getting a bad sunburn – 2nd degree burns – on the exterior of his body, around his lower face and neck, he is quite red. This redness carries a lot of heat and at times causes cracks in his face; he has burning in his mouth and tongue – if you can imagine having a severe sunburn and then imagine that this sunburn is in your mouth, you will get an idea of the pain involved.

Dana can no longer swallow; he has a "G" Tube (feeding tube) in his stomach with which we feed him, hydrate him and inject his crushed medications.

He receives up to 5 cans of Ensure Plus and about 2000 ccs of water and all his medications except for 2, through this tube, around the clock, daily.

Some of the prescribed medications that I give him, are as follows:

Fentanyl 25 mg: He uses 2 - 25 mg patches every 3 days for general pain,

Oxycodone HCL 5 mg – he takes 2 every 4-5 hours around the clock for general pain,

Zofran 8 mg – 1 twice daily for nausea,

Compazine – 2 every 4-5 hours around the clock for nausea,

He uses Senekot S and Enulose, both twice daily to move his bowels,

He uses MBX as needed for oral pain,

Mycelex Troche for oral care and dry mouth,

Dexamethasone, twice daily to help with the swelling of his tongue – it also helps with nausea and energy,

Cephalexin, 4 times daily to curtail the infection around his feeding tube – I also clean and redress the area twice daily, applying either Neosporin or Bacitration to the infected area.

He has good days; he has bad days.

I am not a doctor, not a nurse, just someone who sees him on a daily basis – someone who has know his eating habits, his exercise habits, his daily routines; like I said earlier in this letter I was not prepared for what I saw/see on a daily basis. He is very vulnerable and dependant on his caretakers and his medical providers.

My personal opinion is that both his health and legal position would be compromised by him appearing in court anytime soon. When speaking to the different doctors' we have been given estimates of up to two months before he can eat without his tube, 2 weeks to a month or so before he can talk – there are no guarantees – we don't even know if the cancer is gone at this time.

He has 3 scheduled appointments with different doctors – one in November and 2 in December – these are to determine the effects of the treatment on his cancer and then "they" will go from there.

"Everyone" I have talked to has given estimates of two to three months before all the symptoms will be gone.

Thank you for reading this letter and considering the things that I have mentioned.

Respectfully,

*[signature]*

Judy Pratt