IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

# O R D E R
## GRANTING DEFENDANT'S MOTION
## FOR ADDITIONAL THREE-MONTH CONTINUANCE OF HEARING

_____

    THIS COURT, having reviewed Defendant's Motion for Additional Three-Month Continuance of Hearing, and being fully advised in the premises, FINDS that said hearing should be re-scheduled.

    IT IS THEREFORE ORDERED that the November 20, 2006 hearing shall be delayed for a period of _____.   A new date will be selected which is convenient to the Court and the parties involved.

    SO ORDERED this ___ day of November, 2006.

                                      BY THE COURT:

                                      _____
                                      The Hon. Wiley Y. Daniel
                                      U.S. District Judge