03-cr-00128-WYD

**RE: Open Letter To The Group Of 11 from Dana V. West, a/k/a Abraham**

To The Concerned Group of 11:

    This letter is to expand on the letter to the "11." I just wanted to portray a dilemma I'm sure you have no idea I'm experiencing, or even that it was you who made it happen.

    But here is the problem. On the one hand the Court Order I signed and agreed to said that I am not allowed any communication with a US Attorney, which of course our dear friend Mr. Hearty is. At least not without it being fed through the attorney I am not allowed to replace.

    Well, that sounds fine except that my attorney will not forward any of my communications. Thus leaving me in the position of having to write an Honest question like this, but have it be against the rules, and I don't want to violate my terms of pre-trial release.

    So, could you/would you, please, answer my plaintive plea that I may write to the group of 11 without any negative or dire consequences?

Very sincerely yours,

And With Maximum Respect,

Abraham

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

NOV 29 '06

GREGORY C. LANGHAM
CLERK

2

November 27, 2006

James Hearty, Esq.
Assistant United States Attorney
United States Attorney's Office
1225 – 17TH Street, Suite 700
Denver, CO 80202

James F. Scherer, Esq.
Law Firm of James F. Scherer, P.C.
1439 Court Place
Denver, CO 80202

The Honorable Michael J. Watanabe
United States District Court
Alfred A Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

Ms. Jennifer Nuanes
Probation Office – U.S. District Court
Byron Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

Marjorie J. Reinhardt, Paralegal
Walter L. Gerash Law Firm, P.C.
1439 Court Place
Denver, CO 80202

Probation Services Department
U.S. District Court
Byron Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

Walter Gerash, Esq.
Walter L. Gerash Law Firm, P.C.
1439 Court Place
Denver, CO 80202

The Honorable Judge Daniel E. Wiley
United States District Court
901 19th Street
Denver, CO 80294

Mr. Rich Vaccaro
Probation Office – U.S. District Court
Byron Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

Ms. Sarah Hoppe
Probation Office – U.S. District Court
Byron Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

Mr. Rod Waldo
Probation Office- U.S. District Court
Byron Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

1

Mr. Dana V. West
1455 High Street, #204
Denver, Colorado 80218

(CR)

*Original doc*
*please file*

DENVER CO
27 NOV 2006 PM
NOV 27 '06
CO
PB METER
8304419
U.S. POSTAGE

The Hon. Michael J. Watanabe
Magistrate Judge – U.S. District
Court/Colorado
Alfred A Arraj US Courthouse
901 19th Street
Denver, Colorado 80294

**Scanned by US Marshal**

80294+2500