IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Criminal Case No.  03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANA WEST,

    Defendant.

## MINUTE ORDER

    It is hereby ORDERED that Defendant Dana West's (a/k/a Abraham's) Pro Se Letter date stamped November 29, 2006 (docket no. 183), which shall be viewed by this court as a motion is DENIED.  Defendant West has legal counsel representing him.  If Defendant West is seeking relief from this court then he should proceed through his counsel.

Date: December 1, 2006