IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-D

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

## DEFENDANT'S MOTION FOR
## ADDITIONAL RELIEF FROM HOME DETENTION REQUIREMENTS

    The defendant, Dana West, by and through his counsel, the WALTER L. GERASH LAW FIRM, P.C., moves this Honorable Court to consider granting Defendant additional relief and freedom from the current home detention requirements. As grounds for this motion, Defendant states:

    1.    The undersigned counsel has attempted to confer with Assistant U.S. Attorney James Hearty. A message was left with Mr. Hearty on either December 19 and 20, 2006, and another message was left on December 26, 2006, with both Mr. Hearty and his legal assistant, making inquiry as to Mr. Hearty's position regarding this motion. To the time of the filing of this motion, no response was received from the office of the Assistant U.S. Attorney. An additional request was made via phone call to Mr. Rod Waldo, Defendant's current probation officer, who stated that he has already arranged a monitoring schedule for this Defendant and will object to the relief being requested herein.

1

2.	On November 17, 2006, this Court entered its MINUTE ORDER granting Defendant's Motion to Continue the November 20, 2006 hearing for an additional three months.  In that Minute Order, the Court further ordered that a status conference would be held on February 2, 2007 at 10:00 AM before Magistrate Watanabe.

3.	During the past two months, several items of correspondence have been composed by the Defendant and filed with the Court.  Those writings were directed to Rod Waldo, Defendant's probation officer, voicing Defendant's discontent with and discomfort from the current restrictions placed on the Defendant's home confinement schedule.

4.  The Defendant's current confinement allows him to leave his residence  only for scheduled medical appointments, as well as from 12:00 Noon to 3:00 PM on each Monday, Wednesday and Friday of the week.   When considering the vagaries of the weather, coupled with the Defendant's current physical condition, Defendant many times is prohibited from enjoying even that small amount of freedom to any extent whatsoever.  Quite simply, his current state of health prevents him from adhering to that rigorous restriction.

5.  Defendant desires a schedule with greater latitude that might allow him to be away from his residence from 12:00 Noon until 6:00 P.M. Mondays through Saturday, and continuing with the current Sunday schedule between 10:00 AM until 2:00 PM.  Defendant desires the ability to exercise the option of leaving during those six days, rather than just the three currently permitted, because he sometimes cannot

mechanically go out on the days permitted, given his energy level and the vagaries of the weather.

6. A schedule of the nature herein requested would allow for small amount of additional freedom for the Defendant so that he can more readily enjoy fresh air and sunshine as well as the support of his friends, both of which are beneficial to Defendant's health and welfare.

7. Since the time of the prosecution's September 12, 2006 court filing, this Defendant has had no activities that would constitute indiscretions to the schedule nor has he participated in any petty violations of the home detention schedule.

8. The Defendant's medical care and treatment has resulted in Defendant's inability to adequately communicate. Additionally, Defendant continues to experience extreme exhaustion and pain. It would be in the best interest of this Defendant if he were allowed the leniency requested herein.

9. Defendant's current medical condition and symptoms are detailed in several letters written by some of the Defendant's medical providers. Those letters are being attached hereto, for the court's convenience.

WHEREFORE, based upon the foregoing, Defendant requests that this Honorable Court enter an Order directing the Probation Department to allow the schedule as hereinabove requested, i.e., freedom to be away from his residence from 12:00 Noon until 6:00 P.M. on Mondays through Saturday, as well as on Sunday from 10:00 AM until 2:00 PM.

Respectfully submitted this 26th day of December, 2006.

                                              WALTER L. GERASH LAW FIRM, P.C.
                                              **s/   Walter L. Gerash**
                                              Walter L. Gerash
                                              1439 Court Place, Denver CO 80202
                                              PH:  303-825-5400

Original signature on file at the      ATTORNEY FOR DEFENDANT
*Walter L. Gerash Law Firm, P.C.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has electronically filed the above and foregoing:

DEFENDANT'S MOTION FOR ADDITIONAL RELIEF FROM
HOME DETENTION REQUIREMENTS
(and proposed ORDER)

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorney, as follows:

James Hearty, Esq.
Assistant United States Attorney      (FAX) 303-4540403
1225 – 17TH Street, Suite 700
Denver, CO 80202

A courtesy copy of a proposed ORDER was also e-mailed this 26th day of December, 2006, to both the Judge and Magistrate, as follows:

**Daniel_Chambers@cod.uscourts.gov**
**Watanabe_Chambers@cod.uscourts.gov**

Dated: December 26, 2006                      s/ Marjorie Reinhardt