IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

**(Proposed) O R D E R
GRANTING DEFENDANT'S MOTION
FOR EXPANDED RELIEF FROM HOME DETENTION REQUIREMENTS**

    THIS COURT, having reviewed Defendant's Motion for Additional Relief from Home Detention Requirements, and being fully advised in the premises, FINDS that said relief should be granted.

    IT IS THEREFORE ORDERED that the Defendant shall be released from the current requirements of home detention. His new schedule shall allow freedom from his residence on Mondays through Fridays between 12:00 Noon and 6:00 P.M., and on Sundays from 10:00 AM until 2:00 PM.

    SO ORDERED this ___ day of _____ , 200__ .

                           BY THE COURT:

                           _____
                           The Hon. Wiley Y. Daniel
                           U.S. District Judge