

DENVER
HEALTH

*Your Community
Health Partner*

December 14, 2007

To Whom It May Concern:

Mr. Dana West has recently completed radiation therapy and chemotherapy for cancer involving his tonsil, soft palate and tongue. He has had a difficult course due to the toxicity of the therapy that he has received.

It would be beneficial to him if he would be permitted to periodically leave his dwelling to take frequent walks in order to regain his strength. His current attitude is good however most patients who have received therapy frequently are depressed. I have found that if they begin to live as normal a life they can they usually do much better overall.

I realize that he has been confined to his house and this is the reason for my writing this letter. I sincerely hope that you will consider the above in your deliberations.

Sincerely yours,

Michael Leo Lepore, M.D., F.A.C.S.
Professor
Department of Otolaryngology – Head and Neck Surgery
Director of Otolaryngology
Denver Health Medical Center

777 Bannock Street    Denver, Colorado 80204    303.436.6000    fax: 303.436.5131

FROM :                                                FAX NO. :                          Dec. 19 2006 10:39AM   P2
OCT-06-2006   09:18               DENVER HEALTH ONCOLOGY                     303 436 3801    P.02/02



# DENVER HEALTH
*Level One Care for ALL*

**Richard Albert, M.D.**
Director

**Division Heads:**

**Allergy**
Ulysses Mason, M.D.

**Cardiology**
Carlin Long, M.D.

**Dermatology**
Lelo Lam, M.D.

**Endocrinology**
Daniel Bessesen, M.D.

**Gastroenterology/Hepatology**
Neil Tinthara, M.D.

**General Internal Medicine**
Phil Mehler, M.D.

**Hematology/Oncology**
Adam Meyers, M.D.

**Infectious Diseases**
Connie Savor Price, M.D.

**Nephrology**
Stuart Linas, M.D.

**Neurology**
Richard Hughes, M.D.

**Occupational Medicine**
Stephen Hessl, M.D.

**Rehabilitation**
Michael Blei, M.D.

**Pulmonary and Critical Care**
James Fisher, M.D.

**Rheumatology**
David Collier, M.D.

**Administrator**
Phil Goodman

Denver, 10-5-06

To Whom It May Concern

This is to certify that Mr. Dana West (born 5-13-1951) was recently diagnosed with Cancer of the Tonsil. His cancer is very advanced and requires multidisciplinary treatment including Chemotherapy and Radiation.
Based on statistics, patients with his stage of cancer have a survival chance of 50% at 3 years.
He is receiving weekly chemotherapy along with daily radiation Monday-Friday. I expect that he will have significant side effects from treatment, including skin irritation from radiation, inflammation of the inner lining of his mouth and esophagus to such an extent that he has undergone placement of a feeding tube into his stomach through the skin that will be used to feed him and to administer his oral medication. In addition, he could develop life threatening infections, low red blood cell counts, kidney and nerve damage.
It is my opinion that this cancer represents a severe challenge to overcome for any patient who is diagnosed with it and that any emotional or mental impairment will make it harder for the patient to cope with the diagnosis and treatment. Mr. Dana West is suffering from depression and it would be tremendously helpful if he could have access to friends and family member for emotional support on a daily basis. It probably would improve his overall wellbeing if this was not limited by the constraints of electronic monitoring.

Please fell free to contact me if more information is needed.

Sincerely,

*/s/ C. Thienelt*

Christiane Thienelt, MD

Assistant Professor of Medicine
Denver Health Medical Center
Hematology/Oncology Division
777 Bannock Street, MC 4000
Denver, CO 80204
Phone 303-436-5774
Fax: 303-436-3801

660 Bannock Street        Denver, Colorado 80204        Phone 303 436-6900        Fax 303-436-7249



# University of Colorado School of Medicine
## Department of Radiation Oncology

**Laurie E Gaspar, M.D., MBA**
Chair

*Central Nervous System*
*Thoracic Cancer*
*Stereotactic Body Radiotherapy*

(720) 848-0154

**Brian D. Kavanagh, M.D.**
Vice Chair

*Central Nervous System*
*Genitourinary Cancer*
*Lung Cancer*
*Stereotactic Body Radiotherapy*

(720) 848-0156

**David Raben, M.D.**

*Head and Neck Cancer*
*Prostate Cancer*
*Pancreatic Cancer*
*Lung Cancer*

(720) 848-0156

**Rachel Rabinovitch, M.D.**

*Breast Cancer*
*Accelerated Partial Breast*
  *Irradiation*
*Lymphoma*
*Bone Marrow Transplant*

(720) 848-0116

**Tracey Schefter, M.D.**

*Gynecological Cancer*
*Gastrointestinal Cancer*
*Stereotactic Body Radiotherapy*
*Brachytherapy*

(720) 848-0116

**Changhu Chen, M.D.**

*Central Nervous System*
*Head and Neck Cancer*
*Pediatric Oncology*

(720) 848-0116

September 22, 2006

ATTN: Walter Gerash Law Firm
1639 Court St
Denver, CO 80202

RE: Dana V. West

Dear Walter,

Mr. West is currently a patient of mine at Anschutz Cancer Pavilion. He was recently diagnosed with a clinical T4b squamous cell carcinoma of the right tonsil. Dana will be starting a seven week course of chemoradiation. His treatment will start on Wednesday September 26, 2006.

During this time he will experience radiation related side effects. Some of these side effects may include significant skin reaction in his neck, increased pain, fatigue, difficulty swallowing, and mucositis. He may require several weeks to recover from these side effects. I will be seeing him on a weekly basis to assess and treat his radiation related side effects while he is on treatment. I will also see him on a regular basis for follow-up appointments to evaluate his treatment response.

Please feel free to contact my nurse, Amy Hansen, at 720-848-0167 if you have any questions or require additional information.

Sincerely,

Changhu Chen, M.D.
Department of Radiation Oncology

US Postal Service Address
Campus Mail Stop F-706
P.O. Box 6510
Aurora, Colorado 80045-0510
(720) 848-0100 • FAX (720) 848-0113

Delivery Address (FedEx, UPS)
1665 N. Ursula St.
Suite 1032
Aurora, Colorado 80010-0510
(720) 848-0100 • FAX (720) 848-0113