IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Criminal Case No.  03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANA WEST,

    Defendant.

---

MINUTE ORDER

---

    It is hereby ORDERED that the Government shall have up to and including January 3, 2007, to respond to Defendant Dana West's (a/k/a Abraham's) Motions for Additional Relief from Home Detention Requirements (docket nos. 186 and 187).

Date: December 28, 2006