**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.   03-cr-000128-WYD

United States of America,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR
ADDITIONAL RELIEF FROM HOME DETENTION REQUIREMENTS**

---

The United States of America, by its undersigned counsel, hereby responds to the defendant's motion for additional relief from home detention requirements. The government, having conferred with the U.S. Probation Office regarding the defendant's request, objects to the defendant's motion for the following reasons:

1.    The defendant was released on conditions of home detention based on findings by the Court that the defendant presented a risk to the safety of the community.

2.    The Probation Office has already provided the defendant with significant relief from the home detention restrictions to accommodate his serious illness. In addition to specifically scheduled relief, the defendant is currently allowed to leave his residence Monday, Wednesday, and Friday from noon to 3 p.m., on Wednesdays from 5:30 to 8:45 p.m., and on Sundays from 10 a.m. to 2 p.m.

3.      It is the government's understanding that the defendant is not currently undergoing cancer treatments.  However, while the defendant was undergoing cancer treatments, the Probation Office provided the defendant additional relief from home detention restrictions to accommodate his treatment schedule.

4.      The defendant's request allowing him to leave his residence from noon until 6 p.m. Monday through Saturday would unnecessarily undermine the purpose of the Court in imposing the condition of release of home detention -- that is, the safety of the community.

Dated:  January 3, 2007

Respectfully submitted,

TROY A. EID
United States Attorney

s/ James O. Hearty
By:  James O. Hearty
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
(303) 454-0100
F: (303) 454-0403
james.hearty@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on this   3rd     day of January, 2006, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR ADDITIONAL RELIEF FROM HOME DETENTION REQUIREMENTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Walter L. Gerash, Esq.
  linda@waltergerash.com, wlg@waltergerash.com


          s/ Dorothy Burwell
          United States Attorney's Office
          1225 Seventeenth Street, Suite 700
          Denver, CO  80202