IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

     Defendant.
_____

## DEFENDANT'S MOTION FOR CONTINUANCE OF
## FEBRUARY 2, 2007 HEARING

_____

     The defendant, Dana West, by and through his counsel, the WALTER L. GERASH LAW FIRM, P.C., moves this Honorable Court to grant a one-month delay in the hearing now scheduled to begin at 10:00 AM on Friday, February 2, 2007. As grounds for this motion, Defendant states:

     1.    The undersigned counsel has consulted with Assistant U.S. Attorney James Hearty who stated that he has no objection to this Court granting a three-week continuance of the hearing, until February 23, 2007.  Defense counsel is scheduled to attend a federal sentencing in another case on the February 23, 2007 date.

     2.    Defense counsel filed a motion for additional relief which is now  scheduled for hearing at 10:00 AM on February 2, 2007.  The Court has also directed that a status conference be held at that same time on the prosecution's Motion to Modify Conditions of

1

the Defendant's Release.

3.     On January 3, 2007, defense counsel Walter Gerash, now age 80, underwent total hip replacement surgery.  He is now convalescing at home and will be unable to prepare for or attend the hearing until at least March 2, 2007.

4.     The undersigned has been informed that because of the health issues currently involving the Defendant, Dana West, he would also be unable to attend and give his full physical and mental faculties to the hearing.

5.     It is in the best interest of defense counsel, as well as the Defendant, for this Court to postpone all matters pending in this case, for a reasonable period of time, which the undersigned counsel expects to be approximately one month from the February 2, 2007 date.

Respectfully submitted this 25th day of January, 2007.

WALTER L. GERASH LAW FIRM, P.C.


_____s/   Walter L. Gerash_____
Walter L. Gerash
1439 Court Place, Denver CO 80202
PH:  303-825-5400
ATTORNEY FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has electronically filed the above and foregoing DEFENDANT'S MOTION FOR CONTINUANCE OF FEBRUARY 2, 2007 HEARING (with proposed ORDER), with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorney, as follows:

James Hearty, Esq.
Assistant United States Attorney          (FAX) 303-454-0403
1225 – 17TH Street, Suite 700
Denver, CO 80202

A courtesy copy of a proposed ORDER was also e-mailed this 25rd day of January, 2007, to both the Judge and Magistrate, as follows:

**Daniel_Chambers@cod.uscourts.gov**
**Watanabe_Chambers@cod.uscourts.gov**

Dated: January 25, 2007                          s/ Marjorie Reinhardt