IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

      Defendant.
_____

## DEFENDANT'S MOTION FOR CONTINUANCE OF HEARING NOW SCHEDULED FOR MARCH 5, 2007

      The defendant, Dana West, by and through his counsel, the WALTER L. GERASH LAW FIRM, P.C., moves this Honorable Court for a continuance of the March 5, 2007 hearing. As grounds for this motion, Defendant states:

      1.    The undersigned counsel's staff conferred with Assistant U.S. Attorney James Hearty who stated that the office of the U.S. Attorney will object to the relief requested herein.

      2.    Defense counsel filed Defendant's Motion (Document No. 192) requesting continuance of a February 2, 2007 hearing. The Court granted that motion and ordered that the hearing would be held on March 5, 2007 (see Doc. 194).

      3.    After the filing of Defendant's Motion requesting a delay in the February 2, 2007 hearing, defense counsel was provided with another communication, which contains the medical opinion of Defendant's current treating physician, namely Michael Leo Lepore,

1

M.D., A copy of that letter is attached hereto. NOTE: Although this medical report is dated January 20, 2007, it was not made available to the undersigned counsel until <u>after</u> the filing of Defendant's previous Motion (Doc. 192, on January 25, 2007).

4. The undersigned calls this Court's attention to attached doctor's report which further substantiates the Defendant's physical problems, including both the inability in opening of his mouth and the inability in articulating his thoughts. As further noted in the report, the Defendant is still on a significant amount of pain medication.

5. The doctor opines that these physical problems will gradually resolve, over the next two to three months. However, a two- or three-month period from the January 20, 2007 date of the doctor's letter would be about March 20 or perhaps April 20, and not March 5, 2007, which is the date now selected by this Court.

6. The interests of justice, as well as compassion, require that this Court postpone all matters currently pending in this case, for a reasonable period of time, which the undersigned believes would be up to and including at least April 20, 2007. Additionally, as offered by the physician, the Court could also direct that this Court be provided with the "periodic up-date" of Mr. West's progress, as so offered in Dr. Lepore's letter.

WHEREFORE, based upon the foregoing, this Defendant requests that the Court postpone the March 5, 2007 hearing, to be re-scheduled to a future date convenient to all concerned, and at a time when this Defendant might have recovered sufficiently enough to allow his attendance and participation, and for such other and further relief as this Court may deem appropriate.

Respectfully submitted this 15th day of February, 2007.

                        WALTER L. GERASH LAW FIRM, P.C.

                        **s/   Walter L. Gerash**
                        Walter L. Gerash
                        1439 Court Place, Denver CO 80202
                        PH:  303-825-5400
                        ATTORNEY FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has electronically filed the above and foregoing DEFENDANT'S MOTION FOR EXTENDED DELAY IN HEARING NOW SCHEDULED FOR MARCH 5, 2007, (with proposed ORDER), with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorney, as follows:

James Hearty, Esq.
Assistant United States Attorney    (FAX) 303-454-0403
1225 – 17TH Street, Suite 700
Denver, CO 80202

A courtesy copy of a proposed ORDER was also e-mailed this 15TH day of February, 2007, to both the Judge and Magistrate, as follows:

**Daniel_Chambers@cod.uscourts.gov**
**Watanabe_Chambers@cod.uscourts.gov**

Dated: February 15, 2007                                **s/ Marjorie Reinhardt**