

D E N V E R
H E A L T H

*Your Community*
*Health Partners*

January 20, 2007

To Whom It May Concern:

    I have been caring for Mr. Dana West since September of 2007. Mr. West was diagnosed as having a cancer of this throat with metastatic spread to the lymph nodes in his right neck. His case was presented to the University of Colorado Tumor Board of which I am a participating member. The decision of the committee was to treat Mr. West with combined Chemotherapy with Radiation therapy.

    Mr. West has completed all of his treatment at this time. Since this form of therapy is extremely toxic, Mr. West has had a number of persistent issues which are still extremely problematic both for him and for me as his treating physician. Mr. West continues to have a severe mucositis (inflammation of the oral cavity secondary to radiation therapy), and is unable to eat and must feed through a G-Tube (feeding tube in his stomach). He also has a significant amount of trismus (inability to open his mouth), which is preventing him from articulating well. He is still on a significant amount of pain medication to control the above two primary problems.

    As a result of this treatment, Mr. West has been unable to work and Mr. West's attorney has not been able to adequately prepare for his upcoming status hearing court date on February 2, 2007.

    I can only estimate that the current problems will gradually resolve over the next two to three months if he follows the normal pattern that other patients of mine have followed, although this is variable. I have recently seen Mr. West this week and have instructed him to begin to seriously practice exercises to help open his mouth for if he is unable to do this then his muscles will contract and he will have a permanent disability. These exercises are extremely painful since the combination of Chemotherapy and Radiation Therapy cause fibrosis (scarring) of the muscle controlling his jaw movement.

777 Bannock Street    Denver, Colorado 80204    303.436.6000    fax: 303.436.5131

I would not recommend that he not participate in these activities until the two above problems are nearly resolved. I would be happy to give a periodic up-date of Mr. West progress if it is deemed necessary. I may be reached at 303 – 436-6366 at any time except weekends.

Sincerely yours,

Michael Leo Lepore, M.D., F.A.C.S.
Professor
Department of Otolaryngology – Head & Neck Surgery
University of Colorado School of Medicine
Director of Otolaryngology – Head & Neck Surgery
Denver Health Medical Center