IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

### (Proposed) O R D E R
### GRANTING DEFENDANT'S MOTION
### FOR CONTINUANCE OF MARCH 5, 2007 HEARING

    THIS COURT, having reviewed Defendant's Motion for Continuance of Hearing Now Scheduled for March 5, 2007, and being fully advised in the premises, FINDS that said relief should be granted.

    IT IS THEREFORE ORDERED that the March 5, 2007 hearing date is stricken. An alternative date convenient to all parties involved shall be assigned by the Clerk of this Court, upon issuance of this Order.

    SO ORDERED this ___ day of _____ , 200__ .

                                    BY THE COURT:

                                    _____
                                    The Hon. Wiley Y. Daniel
                                    U.S. District Judge