**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.   03-cr-000128-WYD

United States of America,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

---

**RESPONSE TO DEFENDANT'S MOTION FOR
CONTINUANCE OF THE MARCH 5, 2007 HEARING**

---

The United States of America, by its undersigned counsel, hereby responds to the defendant's motion for continuance of the March 5, 2007 hearing. The government opposes a further continuance of this hearing for the following reasons:

1.    The government moved to modify the defendant's conditions of release on September 12, 2006 due to several violations by the defendant. The hearing on the government's motion was originally set for September 18, 2006 -- over five months ago.

2.    Due to the defendant's serious health condition, as well as his counsel's schedule, the hearing has been continued four times.

3.    Undersigned counsel has been informed by the Probation Office that the defendant has continued to violate conditions of his release. Moreover, according to the Probation Office, the defendant's counsel advised to the defendant to not participate in a

mental health evaluation directed by the Probation Office pursuant to this Court's Order Setting Conditions of Release.

    Wherefore, the government opposes the defendant's latest request to continue the hearing currently set for March 5, 2007.

Dated: February 26, 2007            Respectfully submitted,

                                             TROY A. EID
                                             United States Attorney

                                             s/ James O. Hearty
                                             By: James O. Hearty
                                             Assistant U.S. Attorney
                                             1225 Seventeenth Street, Suite 700
                                             Denver, CO 80202
                                             (303) 454-0100
                                             F: (303) 454-0403
                                             james.hearty@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this   26th   day of February, 2007, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Walter L. Gerash, Esq.
  linda@waltergerash.com, wlg@waltergerash.com


        s/ Victoria Soltis
        United States Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, CO  80202