IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANA WEST

    Defendant.

## MINUTE ORDER

| | |
|---|---|
| Pursuant to the directions of | Kathy Triplett, Deputy Clerk |
| Magistrate Judge Michael J. Watanabe | February 27, 2007 |

    It is hereby ORDERED that Defendant's Motion for Continuance of Hearing (#195) concerning the Government's Motion to Modify Conditions of Release (#170) is GRANTED. Such hearing set before Magistrate Judge Watanabe on March 5, 2007, at 9:00 a.m. is VACATED.  The parties are to contact criminal clerk, Kathy Triplett, at 303-335-2072 on or before Friday, March 2, 2007, by 12:00 noon to reset such hearing.  This court will be resetting this hearing during the week of March 19 -23, 2007.  Counsel for parties shall meet and confer forthwith on dates and times during the week of March 19-23, 2007, when they are available prior to contacting Kathy Triplett.