IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

      Defendant.
_____

## DEFENDANT'S MOTION FOR ALTERNATIVE HEARING DATES
_____

      The defendant, Dana West, by and through his counsel, the WALTER L. GERASH LAW FIRM, P.C., moves this Honorable Court for an Order allowing the parties an alternative week from which dates may be selected for the hearing on the Government's Motion to Modify Conditions of Release. As grounds for this motion, Defendant states as follows:

      1.    The undersigned counsel's staff has attempted to confer with Assistant U.S. Attorney James Hearty concerning this matter. Two messages have been left, but no return call has been received from Mr. Hearty.

      2.    In the February 27, 2007 Minute Order (Doc. 199), this Court directed the parties to meet and select a date during the week of March 19-23 for the hearing on the Government's Motion to Modify Conditions of Release. However, the undersigned defense counsel has a conflict with that week, because of a criminal trial that is now scheduled to

1

begin on Monday, March 19, 2007, in Courtroom 11 of the Denver District Court in the case of <u>People v. Christopher Jason Robles,</u> Case No. 04CR4154.

3. When the undersigned conveyed that conflict to the Criminal Clerk, Kathy Triplett, she suggested that Attorney James Scherer handle the hearing on the Government's Motion. She was then informed that James Scherer is no longer an employee of the Walter Gerash Law Firm, and further, that James Scherer filed his motion to withdraw as counsel for this Defendant, which motion is still pending before this Court. Ms. Triplett suggested that this matter be brought to the attention of the Court.

4. Defendant believes that the best interest of justice would be served by this Court selecting an alternative week that might be convenient for all parties, within which the hearing as aforesaid may be held.

WHEREFORE, based upon the foregoing, the undersigned moves for the selection of alternative dates when the hearing may be held, and for such other and further relief as to Court may be appropriate.

Respectfully submitted this 2nd day of March, 2007.

                                                    WALTER L. GERASH LAW FIRM, P.C.

                                                  **s/   Walter L. Gerash**
                                                  Walter L. Gerash
                                                  1439 Court Place, Denver CO 80202
                                                  PH:  303-825-5400
                                                  ATTORNEY FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has electronically filed the above and foregoing DEFENDANT'S MOTION FOR ALTERNATIVE HEARING DATES (with proposed ORDER), with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorney, as follows:

James Hearty, Esq.
Assistant United States Attorney                ALSO VIA (FAX) 303-454-0403
1225 – 17TH Street, Suite 700
Denver, CO 80202

A courtesy copy of a proposed ORDER was also e-mailed this 2nd day of March, 2007, to both the Judge and Magistrate, as follows:

Daniel_Chambers@cod.uscourts.gov
Watanabe_Chambers@cod.uscourts.gov

Dated: March 2, 2007                             s/ Marjorie Reinhardt

3