IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

**(Proposed) O R D E R
GRANTING DEFENDANT'S MOTION
FOR ALTERNATIVE HEARING DATES**

    THIS COURT, having reviewed Defendant's Motion for Alternative Hearing Dates, and being fully advised in the premises, FINDS that said relief should be granted.

    IT IS THEREFORE ORDERED that the hearing need not be held during the week of March 19-23, 2007.  The parties shall confer with the Criminal Clerk, Kathy Triplett, at 303-335-2072, to attempt to arrive at an alternative date for the hearing on the Government's Motion to Modify Conditions of Release.

    SO ORDERED this ___ day of _____ , 200__ .

                                    BY THE COURT:

                                    _____
                                    The Hon. Wiley Y. Daniel
                                    U.S. District Judge