**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:03-cr-00128-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

---

**MOTION TO SEAL DOCUMENTS #204 AND 205 AND ATTACHMENTS**

---

    The United States, by and through the undersigned Assistant United States Attorney, files this Motion to Seal and states as follows:

    The government asks that Documents #204 and 205 and the motion and order attached thereto and any order resulting from Document #205 all be sealed until further order of the Court.

    WHEREFORE, the United States asks this Honorable Court to issue an order sealing, until further order of the Court, Documents #204 and 205, the motion and order attached thereto, and any order resulting from Document #205.

Respectfully submitted,

TROY A. EID
United States Attorney


BY: s/ Greg Holloway
GREG HOLLOWAY, WSBA #28743
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0403
E-mail: gregory.holloway@usdoj.gov
Attorney for the Government