**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:03-cr-00128-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

---

**ORDER TO SEAL DOCUMENTS #204 AND 205 AND ATTACHMENTS**

---

The Court has for consideration the government's Motion to Seal Documents #204 and 205 and Attachments, wherein the government asks this Court to seal Documents #204 ans 205, the motion and order attached thereto, and any order resulting from Document #205.  Upon consideration, it is

ORDERED that Documents #204 ans 205, the motion and order attached thereto, and any order issued by this Court with regard to Documents #205, are hereby sealed until further order of this Court.

IT IS SO ORDERED on this_____ day of March, 2007.

                                              UNITED STATES DISTRICT JUDGE
                                              UNITED STATES DISTRICT COURT
                                              DISTRICT OF COLORADO