IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:03-cr-00128-WYD-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     DANA WEST,

_____

**ENTRY OF APPEARANCE**
_____

      Comes now the United States of America, by and through Troy A. Eid, United States

Attorney and Greg Holloway, Assistant United States Attorney for the District of Colorado, and

files an entry of appearance for undersigned counsel in the above entitled case on behalf of the

United States of America.


      Respectfully submitted,

      TROY A. EID
      United States Attorney


       s/ Greg Holloway
      _____
      By:   GREG HOLLOWAY, WSBA #28743
      Assistant U.S. Attorney
      United States Attorney's Office
      1225 17TH Street, Suite 700
      Denver, CO 80202
      (303) 454-0100
      Fax: (303) 454-0403
      email: gregory.holloway@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this ___21st___ day of March, 2006, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

      Walter L. Gerash

      marj@waltergerash.com

      James F. Scherer

      j.f.scherer@hotmail.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand deliver, etc.) indicated by the non-participant's name:

          s/ Greg Holloway
         Greg Holloway
         U.S. Attorney's Office
         1225 Seventeenth Street, Suite 700
         Denver, Colorado 80202
         Telephone: (303) 454-0100
         Fax:   (303) 454-0403
         gregory.holloway@usdoj.gov