UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael E. Hegarty | K. Weckwerth |
| U.S. Magistrate Judge | Deputy Clerk |
| | |
| Case Number: 03-cr-00128-WYD | FTR MEH PM |
| | |
| Date: March 21, 2007 | |
| | |
| UNITED STATES OF AMERICA | Greg Holloway |
| | |
| v. | |
| DANA WEST | Walter Gerash |

Interpreter: Not required

### INITIAL APPEARANCE ON PRE-TRIAL RELEASE VIOLATION

Court in Session: 1:40 pm

Court calls case and appearances of counsel.

Jennifer Nuanes is present from probation.

Government moves to unseal case.

Court grants motion to unseal.

Defendant is advised of rights, charges, and possible penalties.

The government is seeking detention.

**ORDERED:** Detention hearing is set for March 26, 2007 at 2:00 pm before Magistrate Judge Watanabe.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 1:50 pm     total time: 10  minutes

Hearing concluded.