# United States District Court

DISTRICT OF COLORADO

31708-013

**UNITED STATES OF AMERICA**

v.

1. DANA WEST

**WARRANT FOR ARREST**

CASE NUMBER: 03-cr-00128-WYD-01

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Dana West__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ■ Probation Violation Petition

charging him/her with (brief description of offense)

Bond violation

in violation of Title _18_ United States Code, Section(s) _3148_

| MICHAEL J. WATANABE | MICHAEL J. WATANABE |
|---|---|
| U.S. MAGISTRATE JUDGE | U.S. MAGISTRATE JUDGE |
| DISTRICT OF COLORADO | DISTRICT OF COLORADO |
| Name of Issuing Officer | Title of Issuing Officer |
| _[signature]_ | Denver, Colorado   March 19, 2007 At 10:42 Am |
| Signature of Issuing Officer | Date and Location |

BAIL FIXED AT $_____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 3/20/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/21/07 | J. Allegro, USMS | _[signature]_ |

FILED
UNITED STATES DISTRICT COURT
MAR 21 2007
GREG_____