IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL J. WATANABE**

| | |
|---|---|
| Criminal Case No.: 03-cr-00128-WYD | FTR MEH PM |
| Courtroom Deputy: Kathy Triplett<br>Probation Officer: Rod Waldo & Jennifer Nuanes | Date: March 26, 2007 |
| UNITED STATES OF AMERICA, | Gregory Holloway |
| Plaintiff, | |
| vs. | |
| DANA WEST | Walter Gerash |
| Defendant. | |

### DETENTION HEARING AFTER ARREST ON VIOLATION OF PRETRIAL RELEASE

Court in session: 2:04 p.m.

Court calls case and appearances.

Mr. Gerash states defendant has legally changed his name to "Abraham."

Statement by Mr. Gerash of defendant's medical status and directing the court's attention to an order entered by Judge Daniel regarding defendant's incarceration.

Statement by the court that the matter being heard today is whether defendant has complied with his conditions of pretrial release.

Government calls Probation Officer Rod Waldo. Direct exam. Cross exam.

Defense exhibits A-F identified offered, and admitted.

Redirect by Mr. Holloway. Recross by Mr. Gerash. Witness excused.

Government calls Probation Officer Jennifer Nuanes. Direct exam. Government exhibit 1 identified and admitted over objection. Redirect by Mr. Holloway. Recross. Government rests case in chief.

Court takes recess at 3:28pm. Court is reconvened at 3:45pm.

Defense calls witness Dana West (a/k/a Abraham). Direct exam. Cross exam. Defense rests case in chief.

Government and defense presents arguments regarding detention/release. Defendant presents argument. Government presents rebuttal argument.

Court presents findings.

**ORDERED:** Defendant has violated conditions of release by clear and convincing evidence.

**ORDERED:** Government motion to revoke bond is GRANTED.

**ORDERED:** Defendant is detained without bond. Defendant is remanded to custody of U.S. Marshal Service.

**ORDERED:** Docket entry [170], [186] and [187] are MOOT and DENIED.

**ORDERED:** Exhibits entered as part of hearing are SEALED per order of the court.

Court in recess: 5:36pm         Hearing duration: 3 hours, 15 minutes