IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.

_____

+

**DEFENDANT'S OBJECTIONS TO ORDERS ENTERED
BY MAGISTRATE JUDGE MICHAEL J. WATANABE
ON MARCH 26, 2007**

---

    COMES NOW the Defendant, Dana West, by and through his counsel, the WALTER L. GERASH LAW FIRM, P.C., and in accordance with 28 U.S.C. Section 636(1) submits his OBJECTIONS to the various findings, recommendations and orders entered by Magistrate Judge Michael J. Watanabe, after the March 26, 2007 Detention Hearing After Arrest on Violation of Pretrial Release, as follows:

    1.    The Defendant objects to the Magistrate's Order that he has violated conditions of his release;

    2.    The Defendant objects to revocation of Defendant's Bond;

    3.    Defendant objects to the Magistrate's Order that Defendant be detained without bond, as well as the Order directing that the Defendant be remanded to the custody of the U.S. Marshal Service;

4.    Defendant objects to the denial of Defendant's Motion, Docket Entry 187.

Defendant requests that a Judge of this Court make a de novo determination concerning these Objections to the above-referenced portions of the Magistrate Judge's March 26, 2007 rulings.

Respectfully submitted this 6th day of April, 2007.

                         WALTER L. GERASH LAW FIRM, P.C.

                         **s/   Walter L. Gerash**
                         Walter L. Gerash
                         1439 Court Place, Denver CO 80202
                         PH:  303-825-5400
                         ATTORNEY FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has electronically filed the above and foregoing DEFENDANT'S OBJECTIONS TO ORDERS ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE MARCH 26, 2007, with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorneys, as follows:

James Hearty, Esq.
Gregory Holloway, Esq.
Assistant United States Attorneys
1225 – 17TH Street, Suite 700
Denver, CO 80202


Dated: March 6, 2007                                          s/ Marjorie Reinhardt