Abraham aka Dana V. West  
Reg No. 31708-013  
Federal Detention Center-Englewood  
Littleton, CO 80123

April 15, 2007

**FILED**  
UNITED STATES DISTRICT COURT

Honorable Wiley Y. Daniels  
United States District Court  
901 19th Street  
Denver, CO 80294

APR 1 7 2007

GR~~~~~ ~. ~~~~~~~  
CLERK

RE: Case # 03-CR-00128-WYD-01  
　　　Motion to Review Magistrate's Decision Concerning Detention

Dear Judge Daniels,

　　　You face, right now, a landmark decision.

　　　Surely, my recent arrest and the motion to evaluate the magistrate's decision has made it inordinately clear to you that this case is not going away.

　　　And it will never go away until you enact the right and lawful thing to do.

　　　The battle will continue until you decide to will an end to it.

　　　And you seem to be torn between political pressure and the letter of the law, unless it is your personal mission to extract unlimited pounds of flesh from me. I highly doubt that to be the case.

　　　To those of us with insight, yourself included, the strategies of the players involved are highly transparent.

　　　And, frankly, your posture of placating mediation is plain to see.

　　　But life will not allow unjustified indecision to continue forever.

　　　Even Walter commented last week that it is time to bring this to a head. This case is no longer about me or the allegations in the indictment. It is only about whether or not the parties that be, are capable and willing to pursue the truth.

　　　My sentencing guideline is 27-33 months. I have already served 40 months incarcerated plus 9 months of home detention. An admission of guilt or a verdict of guilty at trial cannot result in more prison time.

　　　Are you content to let this continue, or is it not time to end this legally and lawfully? All eyes are on you. Your decision is now on trial-not me.

I can only be made to endure more unjustified suffering, but the system must face its proper or improper implementation of justice. And that will serve as a lasting testament to its morality, competence, and clear-headedness.

The world is watching. The judge will be judged.

If I trusted my attorneys to be persuasive with the truth, I would let them handle this, but that's a factor that has never been present and never will be.

Here is the black and white reality:

You issued an order for pre-trial release that could not include detention. That order has clearly been violated with the phoney justification that I did not abide by the conditions of release. Obviously and typically, incarceration is the remedy and leverage used to enforce adherence to the conditions. And maybe we are just seeing a knee-jerk reaction to non-compliance with the conditions. However, in this case, according to your order, incarceration is not an option. And furthermore, and more importantly, my current detention flies in the face of the release to which I was entitled under 18 USC 4246, and that you also had articulated in no uncertain terms. Though counsel on both sides flubbed the opportunity to provide authority on the resolution and implementation of release according to 4246, the meaning of the statute is clear. Release means release, not conditional release.

Furthermore, it is inordinately clear even to lay people that when someone is committed to a mental institution and subsequently released with a clean bill of health, that person does not face any more proceedings, much less the spectre of an impending trial.

And in my case, I was not even committed. This must end somewhere.

Clearly, the intent of 18 USC 4241 is that civil commitment proceedings according to 4246 completely pre-empt a trial **forever!** And as appeal judges are fond of saying in case law, "when in doubt, follow the statute."

Clearly, this case has moved to the juncture where it can no longer be denied that I am entitled to a full and unconditional release.

And, your honor, clearly this is the only way to fully resolve and dispose of this case in a lawful manner. And it will never end until that decision has been made, regardless of how much energy, debate, and procedure is exercised on it.

The time is now for a decisive decision, and I believe that all parties involved will be relieved when you dictate the proper and correct course of action.

Sincerely,

Abraham aka Dana V. West

Abraham aka Dana V. West
Reg No. 31708-013
Federal Detention Center
9595 W Quincy Ave.
Littleton, CO 80123

LEGAL MAIL

LEGAL MAIL

HONORABLE WILEY Y. DANIELS
UNITED STATES DISTRICT COURT
901 19th STREET
DENVER CO 80294

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 17 2007
GREGORY C. LANGHAM
CLERK