IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:03-cr-00128-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANA WEST,

---

**GOVERNMENT'S STATUS REPORT TO THE COURT AND MOTION FOR RE-EVALUATION OF COMPETENCY**

---

    Comes now the United States of America, by and through Troy A. Eid, United States Attorney and Greg Holloway, Assistant United States Attorney for the District of Colorado, and states as follows:

1.    On June 6, 2006, Magistrate Judge Craig B. Shaffer ordered conditions of release for the defendant, referencing a May 25, 2006 order by Magistrate Judge Michael J. Watanabe. The conditions provided in part that the defendant: (a) "undergo medical or psychiatric treatment and/or remain in an institution as follows: as recommended by Pre-trial Services;" (b) "refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner;" and (c) "refrain from any and all contact and direct or indirect communication with convicted felons, persons on parole, or inmates incarcerated or detained in any facility operated by the United States Bureau of Prisons, the United States Marshals Service, or law enforcement or corrections officials for any state, county, or

      municipality.  *See Order Setting Conditions of Release, Document Number 168.*

2. On September 12, 2006, the government filed a motion to modify conditions of release. *Document Number 170.* This motion was filed to address various violations by the defendant of his pre-trial release conditions. The Court set a hearing on the motion to modify conditions of release for September 18, 2006.

3. On September 15, 2006, the defendant requested a continuance of the original hearing date. The Court granted the defendant's continuance and reset the hearing for September 26, 2006. *Documents 172 and 173.*

4. On September 22, 2006, the defendant requested a second continuance of the hearing date. The Court granted the defendant's second continuance and reset the hearing for November 20, 2006. *Documents 175, 177, and 179.*

5. On November 16, 2006, the defendant requested a third continuance of the hearing date. The Court granted the defendant's third continuance and reset the hearing for February 2, 2007. *Document 181.*

6. Additionally, the defendant filed a motion for additional relief from home detention requirements. *Document 187.* The government filed its response in opposition to this motion on January 3, 2007. *Document 190.*

8. On January 25, 2007, the defendant requested a fourth continuance of the hearing date. The Court granted the defendant's fourth continuance and reset the hearing for March 5, 2007. *Document 192.*

9. On February 15, 2007, the defendant filed a motion for a fifth continuance. *Document 195.* The government filed its objection to any further continuances, citing multiple ongoing violations of conditions of pretrial release by the defendant. *Document 198.* The

court reset the hearing for April 3, 2007.

10. On March 16, 2007, the government filed a motion requesting that the defendant's pretrial release be revoked pursuant to 18 U.S.C. § 3148(b).

11. Specifically, the government alleged the following three (3) pretrial conditions had been violated: (a) "undergo medical or psychiatric treatment and/or remain in an institution as follows: as recommended by Pre-trial Services;" (b) "refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner;" and (c) "refrain from any and all contact and direct or indirect communication with convicted felons, persons on parole, or inmates incarcerated or detained in any facility operated by the United States Bureau of Prisons, the United States Marshals Service, or law enforcement or corrections officials for any state, county, or municipality. *See Order Setting Conditions of Release, Document Number 168.*

12. On March 26, 2007, Magistrate Judge Watanabe held a hearing pursuant to 18 U.S.C. § 3148(b) and found the defendant to be in violation of conditions of pretrial release. The defendant was then detained pursuant to 18 U.S.C. § 3142. *See Document Number 214.*

13. It is undersigned counsel's understanding that the defendant previously had been deemed incompetent to stand trial. Subsequently the defendant, as a condition of his pretrial release, was ordered to undergo mental health treatment as directed by probation. To that end, the U.S. Probation Office ordered a new evaluation of the defendant. In that evaluation, which occurred in August of 2006, it was determined that the defendant had been restored to competency. *See Document Number 215.*

14. Counsel have discussed a possible disposition in this matter. In any event, the

government believes that a new evaluation as to competency is necessary in light of the defendant's latest evaluation finding him competent; and, the defendant's recent demonstration of clear understanding during court proceedings.

15. To that end, the government requests that the Court order that an updated competency evaluation be performed in light of recent developments (to include a transcript of the latest hearing before Magistrate Judge Watanabe.) The government also respectfully requests that the Court then set a new hearing to determine competency and other proceedings as necessary after the re-evaluation is completed.

Respectfully submitted,

TROY A. EID
United States Attorney


 s/ Greg Holloway
By:   GREG HOLLOWAY, WSBA #28743
Assistant U.S. Attorney
United States Attorney's Office
1225 17TH Street, Suite 700
Denver, CO 80202
(303) 454-0100
Fax: (303) 454-0403
email: gregory.holloway@usdoj.gov

# CERTIFICATE OF SERVICE

      I hereby certify that on this <u>   20th   </u> day of April, 2007, I electronically filed the foregoing **GOVERNMENT'S STATUS REPORT TO THE COURT AND MOTION FOR RE-EVALUATION OF COMPETENCY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

marj@waltergerash.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand deliver, etc.) indicated by the non-participant's name:

                                            s/ Greg Holloway
                                            Greg Holloway
                                            U.S. Attorney's Office
                                            1225 Seventeenth Street, Suite 700
                                            Denver, Colorado 80202
                                            Telephone: (303) 454-0100
                                            Fax:   (303) 454-0403
                                            gregory.holloway@usdoj.gov