# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Criminal Case No. 03-CR-00128-WYD

**UNITED STATES OF AMERICA**

v.

**DANA WEST**

       **Defendant.**

---

## NOTICE OF CHANGE OF FIRM NAME AND TELEPHONE NUMBER

---

PLEASE TAKE NOTICE that the firm name of James F. Scherer, counsel of record for the defendant, has been changed to the Law Office of James F. Scherer, P.C. Said counsel's new office telephone number is (303) 825-3340. Counsel's office address and facsimile number remain unchanged.

Respectfully submitted this 23rd day of April, 2007.

                By:   **s/ James F. Scherer**
                          James F. Scherer
                          LAW OFFICE OF JAMES F. SCHERER, P.C.
                          1439 Court Place
                          Denver, Colorado 80202
                          Telephone: 303-825-3340
                          FAX: 303-623-2101
                          ATTORNEY FOR DEFENDANT

*(Original signatures on file
in office of attorneys for Defendant)*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2007, I presented the foregoing:

## NOTICE OF CHANGE OF FIRM NAME AND TELEPHONE NUMBER

 to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

James Hearty, Esq.
Gregory Holloway, Esq.
Assistant United States Attorneys
1225 – 17TH Street, Suite 700
Denver, CO 80202

Dated:  April 23, 2007

s /Jessica Sullivan

*(Original signature on file
in office of attorneys for Defendant)*

2