UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A hearing is set for **Tuesday, May 8, 2007, at 2:00 p.m.** on (1) Defendant's Objections to Orders Entered by Magistrate Judge Michael J. Watanabe on March 26, 2007 (filed April 6, 2006) and Supplement to Objections (filed April 23, 2007), and (2) the Government's Motion for Re-evaluation of Competency (filed April 20, 2006).

    As to Defendant's Objections, while the Court will conduct a de novo review of the detention order as required by 18 U.S.C. § 3145(b), it intends to rely on the evidence presented to Magistrate Judge Watanabe at the hearing rather than hold a de novo evidentiary hearing. To that end, the Court has requested a copy of the transcript of the detention hearing. The parties may, however, present new evidence to the Court that was not presented in the March 26, 2007 hearing. The Court has set aside two (2) hours for this hearing. The parties shall meet and confer as to the time needed for the hearing, and shall advise the Court by **Tuesday, May 1, 2007**, if this time is not sufficient. Also, if the parties have any objection to the procedure for the hearing outlined by the Court, briefs shall be filed on this issue by **Tuesday, May 1, 2007.**

    Finally, the Government shall file a response to Defendant's Objections by **Tuesday, May 1, 2007**. Likewise, Defendant shall file a response to the Government's Motion for Re-evaluation of Competency by **Tuesday, May 1, 2007**.

    Dated: April 24, 2007