# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number: 03-cr-00128-WYD

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**DANA WEST**

Defendant.

## ENTRY OF APPEARANCE AS CO-COUNSEL

Undersigned counsel, Erin C. Dawson, from the law firm of Springer and Steinberg, P.C., hereby enters her appearance as co-counsel with Walter Garash on behalf of the above-named Defendant.

Dated this 2nd day of May, 2007.

> Respectfully submitted,
> s/Erin C. Dawson
> Erin C. Dawson
> Attorneys for Dana West
> Springer & Steinberg, P.C.
> 1600 Broadway, Suite 1200
> Denver, CO 80202
> (303)861-2800 Telephone
> (303)832-7116 Telecopier
> law@springer-and-steinberg.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007, I electronically filed the foregoing **ENTRY OF APPEARANCE AS CO-COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Craig Holloway**
Gregory.Holloway@usdoj.gov

                                           s/Brenda Rodriguez
                                           For Erin C. Dawson
                                           Erin C. Dawson
                                             Attorneys for Dana West
                                             Springer & Steinberg, P.C.
                                             1600 Broadway, Suite 1200
                                             Denver, CO 80202
                                             (303)861-2800 Telephone
                                             (303)832-7116 Telecopier
                                             brodriguez@springer-and-steinberg.com