## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case Number: 03-cr-00128-WYD

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**DANA WEST**

Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FURTHER PLEADINGS

Defendant, Dana West a.k.a "Abraham", by and through the law firm of Springer and Steinberg, P.C., hereby moves the Court for an Order granting an extension of time to file motions in this matter.

**AS GROUNDS THEREFORE**, Defendant states as follows:

1. Undersigned counsel was retained by Mr. West on April 25, 2007.

2. Undersigned counsel has not had an opportunity to obtain and review discovery in this case. Undersigned counsel is requesting time to review the discovery in this case and file any further pleadings that are necessary.

3. Undersigned counsel has conferred with Assistant United States Attorney Greg Holloway and he does not object to this motion.

**WHEREFORE**, Defendant respectfully requests an extension of time by which to file further pleadings.

**DATED** this 2nd day of May, 2007.

Respectfully submitted,

s/Erin C. Dawson
Erin C. Dawson
Attorneys for Dana West
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FURTHER PLEADINGS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Greg Holloway**
Gregory.Holloway@usdoj.gov

s/Brenda Rodriguez
For Erin C. Dawson
Attorneys for Dana West
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
brodriguez@springer-and-steinberg.com