# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number: 03-cr-00128-WYD

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**DANA WEST**

Defendant.

## ENTRY OF APPEARANCE AS CO-COUNSEL

    Undersigned counsel, Harvey A. Steinberg, from the law firm of Springer and Steinberg, P.C., hereby enters his appearance as co-counsel with Walter Garash on behalf of the above-named Defendant.

    Dated this 2nd day of May, 2007.

    Respectfully submitted,
s/Harvey A. Steinberg
Harvey A. Steinberg
Attorneys for Dana West
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2007, I electronically filed the foregoing **ENTRY OF APPEARANCE AS CO-COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:


**Craig Holloway**
Gregory.Holloway@usdoj.gov


    s/Brenda Rodriguez
For Harvey A. Steinberg
Harvey A. Steinberg
Attorneys for Dana West
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
brodriguez@springer-and-steinberg.com