UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion for Extension of Time to File Motion to Dismiss and to Continue Motions Hearing as to All Issues Except the Defendant's Release (filed May 4, 2007) is **GRANTED**. Defense counsel has up to and including **Monday, May 14, 2007**, in which to file a motion to dismiss or other motions. In light of this ruling, Defendant's Unopposed Motion for Extension of Time to File Further Pleadings (filed May 2, 2007) is **DENIED AS MOOT**.

    Dated:  May 4, 2007