UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 03-CR-00128-WYD

UNITED STATES OF AMERICA

v.

ABRAHAM, f/k/a DANA WEST

    Defendant.

## SECOND SUPPLEMENT TO DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION

    The Defendant, Abraham, f/k/a Dana West, through counsel, the WALTER L. GERASH LAW FIRM, P.C., and the LAW OFFICE OF JAMES F. SCHERER, P.C., submits his second supplement to Objection to Magistrate Judge's Recommendation for the purpose of bringing to the Court's attention the decision of the U.S. District Court for the District of New Jersey in *United States v. Peppi,* 2007 WL 674746 (D.N.J., February 28, 2007). In the *Peppi* decision, as in this case, the defendant was found to be incompetent, and it was further found under 18 USC §4241 that the defendant was not likely to attain competency in the reasonably foreseeable future. Further, the defendant in *Peppi* was found not to be dangerous within the meaning of 18 USC §4246. The District Court in *US v. Peppi* undertakes an extended analysis of 18 USC §§4241 and 4246, together with the Bail Reform Act, 18 USC §3142, *et seq*. Based upon this analysis, the District Court in *Peppi* finds that 18 USC §3142 does not apply to defendants who are subject to mandatory release under 18 USC §4246. A copy of the *US v. Peppi* decision is submitted with this Supplement.

Respectfully submitted this 7th day of May, 2007.

            WALTER L. GERASH LAW FIRM, P.C,

         By: **s/ Walter L. Gerash**
*(Original signatures on file*      Walter L. Gerash
*in office of attorneys for Defendant)*  Telephone: 303-825-5400

            LAW OFFICE OF JAMES F. SCHERER, P.C.

         By: **s/ James F. Scherer**
            James F. Scherer
            Telephone: 303-825-3340

            1439 Court Place
            Denver, Colorado 80202
            FAX: 303-623-2101

            ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, I presented the foregoing:

**SECOND SUPPLEMENT TO DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION**

to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

James Hearty, Esq.
Gregory Holloway, Esq.
Assistant United States Attorneys
1225 – 17TH Street, Suite 700
Denver, CO 80202

Dated:  May 7, 2007

s /Jessica Sullivan

*(Original signature on file
in office of attorneys for Defendant)*