UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 03-CR-00128-WYD

UNITED STATES OF AMERICA

v.

ABRAHAM, f/k/a DANA WEST

      **Defendant.**

---

**RENEWED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT, NOTIFICATION CERTIFICATE AND NOTICE TO COURT**

---

      Counsel for the Defendant, James F. Scherer of the LAW OFFICE OF JAMES F. SCHERER, P.C., respectfully requests leave to withdraw as counsel of record for the Defendant. As grounds for this motion, counsel states as follows:

1. The defendant has requested that counsel withdraw, making withdrawal mandatory.

2. Walter L. Gerash and Harvey A. Steinberg remain as counsel of record for the defendant.

3. By copy of this document mailed to the defendant, defendant Abraham, f/k/a Dana West is advised as to the following information regarding the pending action, and the effect of the withdrawal from said action by the attorney:

    a. The undersigned attorney wishes to withdraw;

    b. The Court shall retain jurisdiction of this matter;

    c. The client's remaining counsel has the obligation to prepare for trial. The following proceedings are presently set in the action:

       None.

    d. No proceedings will be affected by the withdrawal of counsel;

    e. The client has the right to object to said withdrawal within 15 days of the date of this notice.

4.    Counsel asserts that all notification requirements have been met.

WHEREFORE, the undersigned counsel requests an Order of this Court granting permission to withdraw as counsel of record for the defendant, Abraham, f/k/a Dana West.

Respectfully submitted this 8th day of May, 2007.

            LAW OFFICE OF JAMES F. SCHERER, P.C.

            By:   **s/ James F. Scherer**
                    James F. Scherer
                    Telephone: 303-825-3340

                    1439 Court Place
                    Denver, Colorado 80202
                    FAX: 303-623-2101

                    ATTORNEYS FOR DEFENDANT

*(Original signatures on file
in office of attorneys for Defendant)*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2007, I presented the foregoing:

**RENEWED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT, NOTIFICATION CERTIFICATE AND NOTICE TO COURT**

 to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

James Hearty, Esq.
Gregory Holloway, Esq.
Assistant United States Attorneys
1225 – 17TH Street, Suite 700
Denver, CO 80202

Additionally, the undersigned has placed the foregoing in the U.S. Mail on this date, properly addressed as follows:

**ABRAHAM,**
**f/k/a DANA WEST  # 31708-013**
Federal Correctional Institution – Englewood
9595 West Quincy Ave.
Littleton, Colorado  80123


Dated:  May 9, 2007

                                                                  s /Jessica Sullivan


*(Original signature on file*
*in office of attorneys for Defendant)*