UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DANA WEST,

      Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      In accordance with the Court's ruling at the hearing on Tuesday, May 8, 2007, the hearing on 1) Defendant's Objections to Orders Entered by Magistrate Judge Michael J. Watanabe on March 26, 2007 (filed April 6, 2006) and Supplement to Objections (filed April 23, 2007), and (2) the Government's Motion for Reevaluation of Competency (filed April 20, 2006) is continued. Defendant indicated that he wished to have counsel Harvey Steinberg address the issue of the Government's Motion for Re-evaluation of Competency. I find that the Government's motion impacts the issue of Defendant's detention. Defense counsel Harvey Steinberg shall file a motion with the Court advising as to when the continued hearing should be set.

      Dated: May 14, 2007