IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | May 8, 2007 | Prob./Pret.: | Jennifer Nuanes and |
| Courtroom Deputy: | Robert R. Keech | | Rod Waldo |
| Court Reporter/ECR: | Kara Spitler | Interpreter: | N/A |

_____

Criminal Case No. **03-cr-00128-WYD**        Counsel:

UNITED STATES OF AMERICA,            James O. Hearty
                                     Gregory A. Holloway
        Plaintiff,

v.

**1. DANA WEST**,                    Walter L. Gerash
                                     James F. Scherer
        Defendant.

_____

**COURTROOM MINUTES**
_____

**HEARING ON DEFENDANT'S OBJECTIONS TO ORDERS ENTERED BY MAGISTRATE JUDGE WATANABE**

**2:07 p.m.**    Court in Session - Defendant present (in-custody)

         APPEARANCES OF COUNSEL

         Court's opening remarks.

2:07 p.m.    Discussion regarding issues to be raised today.

         Order of Detention entered by Magistrate Judge Michael J. Watanabe and Government's Motion for Reevaluation of Competency (#224 - 4/20/07) are raised for argument.

2:13 p.m.    Argument by Defendant (Mr. Scherer).

Judge Wiley Y. Daniel
03-cr-00128-WYD - Courtroom Minutes

| | |
|---|---|
| 2:44 p.m. | Argument by Defendant (Mr. Gerash). |
| 2:47 p.m. | Discussion regarding the fact that the defendant has legally changed his name to Abraham.  Government has no objection to the caption being changed to acknowledge the defendant as Abraham instead of Dana West. |
| 2:48 p.m. | Argument by Defendant continues (Mr. Gerash). |
| 2:51 p.m. | Argument by Government (Mr. Hearty). |
| 3:02 p.m. | Argument by Defendant (Mr. Scherer). |
| 3:06 p.m. | Discussion regarding entry of appearance by Harvey A. Steinberg and Erin C. Dawson and issues related to Mr. Scherer's request to withdraw from the case. |
| **ORDERED:** | Objection by Defendant to Order of Detention is **DEFERRED.** |
| **ORDERED:** | Government's Motion for Reevaluation of Competency (#224 - 4/20/07) is **DEFERRED.** |
| 3:13 p.m. | Statement by Defendant on his own behalf (Mr. West). |
| **ORDERED:** | Defendant is **REMANDED** to custody of U.S. Marshal. |
| **3:20 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  1:13**