UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A hearing is set for **Tuesday, June 5, 2007, at 4:00 p.m.** on Defendant's Objections to Orders Entered by Magistrate Judge Michael J. Watanabe on March 26, 2007 (to the extent not completely addressed in the hearing of May 8, 2007) and the Government's Motion for Reevaluation of Competency. Defendant's Motion to Dismiss (filed May 15, 2007) will also be heard at that hearing.

    The Government shall file a response to Defendant's Motion to Dismiss by **Friday, May 25, 2007**.

    Dated: May 16, 2007