**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | June 5, 2007 | Prob./Pret.: | Grace Sena |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **03-cr-00128-WYD**          Counsel:

UNITED STATES OF AMERICA,                      James O. Hearty

      Plaintiff,

v.

**1. DANA WEST**,                              Walter L. Gerash
                                               James F. Schearer
      Defendant.                       Harvey A. Steinberg
                                               Eric C. Dawson

_____

**COURTROOM MINUTES**
_____

**HEARING ON GOVERNMENT'S MOTION FOR RE-EVALUATION OF COMPETENCY, DEFENDANT'S OBJECTIONS TO ORDER OF MAGISTRATE JUDGE, and DEFENDANT'S MOTION TO DISMISS**

**4:07 p.m.**     Court in Session - Defendant present (in-custody)

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

              Defendant's Renewed Motion to Withdraw as Attorney by James F. Scherer (#237 - 5/9/07) is raised for argument.

4:08 p.m.     No objection by counsel.

**ORDERED:**     Defendant's Renewed Motion to Withdraw as Attorney by James F. Scherer (#237 - 5/9/07) is **GRANTED.**

Judge Wiley Y. Daniel
03-cr-00128-WYD - Courtroom Minutes

                Defendant's Motion to Dismiss (#241 - 5/15/07); Government's Motion for Re-Evaluation of Competency (#224 - 4/20/07); and Defendant's Objections to Orders Entered by Magistrate Judge Michael J. Watanabe on March 26, 2007 (#222 - 4/6/07) are raised for argument.

4:17 p.m.      Argument by Defendant (Mr. Steinberg).

4:27 p.m.      Grace Sena enters the courtroom.

4:35 p.m.      Argument by Government (Mr. Hearty).

4:55 p.m.      Argument by Defendant (Mr. Steinberg).

**ORDERED:**    Defendant's Motion to Dismiss (#241 - 5/15/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**    Government's Motion for Re-Evaluation of Competency (#224 - 4/20/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**    Defendant's Objections to Orders Entered by Magistrate Judge Michael J. Watanabe on March 26, 2007 (#222 - 4/6/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**    Defendant is **REMANDED** to custody of U.S. Marshal.

**4:56 p.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:49**