IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Case No. 03-cr-000128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

---

**ORDER FOR RENEWED COMPETENCY EXAMINATION OF THE DEFENDANT PURSUANT TO 18 U.S.C. §§ 4241, 4247(b) and (c)**

---

The Court, having previously found that the defendant was incompetent now finds, based on a psychiatric evaluation issued in August 2006 and the Government's motion addressing same filed April 20, 2007, that there is reasonable cause to believe that the defendant's mental condition may have changed and that he may not be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

THEREFORE,

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 4241(b) that a psychiatric examination of the Defendant be conducted in the metropolitan area of Denver, Colorado, by Dr. Karen V. Fukutaki, a licensed or certified psychiatrist designated by

the Court pursuant to 18 U.S.C. § 4247(b), to determine whether the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS FURTHER ORDERED that the examination period for purposes of competency under 18 U.S.C. § 4241 may not exceed thirty (30) days pursuant to 18 U.S.C. § 4247(b), which time period begins when Dr. Fukutaki first sees Defendant.

IT IS FURTHER ORDERED pursuant to 18 U.S.C. § 4247(c) that a psychiatric report be prepared and filed with the Court with copies provided to the counsel for the defendant and the attorney for the government and shall include the following:

1. The defendant's history and present symptoms;

2. A description of the psychiatric, psychological, and medical tests that were employed and the results;

3. The examiner's findings;

4. The examiner's opinions as to diagnosis, prognosis and whether the defendant is suffering from mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and

5. If the examiner finds that the defendant is suffering from mental disease or defect rendering him mentally incompetent, the examiner's opinion as to whether there is a substantial probability that the defendant will attain the capacity to permit the trial to proceed in the foreseeable future.

IT IS FURTHER ORDERED that Defendant shall cooperate in the examination and shall comply with the evaluation requests made by Dr. Fukutaki, subject to further detention and/or an Order to Show Cause why civil and/or criminal contempt sanctions should not issue as addressed in the Order releasing the defendant filed this same date.

IT IS FURTHER ORDERED that the Government shall serve a copy of this Order on Dr. Karen Fukutaki at the following address: P.O. Box 460541, Glendale Station, Denver, CO 80246-0541.

Dated: June 26, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge