# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number: 03-cr-00128-WYD

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**DANA WEST A/K/A ABRAHAM**

Defendant.

## MOTION TO WITHDRAW

Erin C. Dawson, currently with the law firm of Springer and Steinberg, P.C., respectfully requests to withdraw from representation of Mr. Dana West, a.k.a "Abraham" in the above-captioned case.

As grounds in support of this Motion, undersigned counsel states as follows:

1. Undersigned counsel will be leaving the law firm of Springer and Steinberg , P.C. as of June 7, 2007.

2. Undersigned counsel will be moving out of the State of Colorado.

3. The Law Firm of Springer and Steinberg, P.C. will continue to represent Abraham in this matter.

WHEREFORE, Ms. Dawson respectfully requests this Court to enter an order Granting the Motion to Withdraw.

**DATED** this 16th day of August, 2007.

                                         Respectfully submitted,

                                         s/Erin Dawson
                                         For Erin C. Dawson
                                         Attorneys for Dana West, aka Abraham
                                         Springer & Steinberg, P.C.
                                         1600 Broadway, Suite 1200
                                         Denver, CO 80202
                                         (303)861-2800 Telephone
                                         (303)832-7116 Telecopier
                                         law@springer-and-steinberg.com


## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 16, 2007, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Hearty**
James.Hearty@usdoj.gov


                                         s/Brenda Rodriguez
                                         For Erin C. Dawson
                                         Attorneys for Dana West, aka Abraham
                                         Springer & Steinberg, P.C.
                                         1600 Broadway, Suite 1200
                                         Denver, CO 80202
                                         (303)861-2800 Telephone
                                         (303)832-7116 Telecopier
                                         brodriguez@springer-and-steinberg.com