UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion to Withdraw (filed August 16, 2007) by Erin C .Dawson is **GRANTED**.  Erin C. Dawson is permitted to withdraw from representation of Defendant.

    Dated:  August 16, 2007