UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on Defendant's Motion to Modify Terms of Release (filed July 12, 2007). A response was filed by the Government on August 1, 2007. For the reasons stated below, Defendant's Motion is denied.

    Defendant seeks in this motion to have the following conditions of his release be eliminated: (1) home confinement with electronic monitoring; and (2) refrain from contact with convicted felons, persons on parole, or inmates incarcerated or detained in any jail or prison. Defendant asserts that these restrictions should be lifted because he believes they are "onerous and unrelated to the purposes of his particular situation", he is not a flight risk, he has been deemed not dangerous, and he has developed friendships/relationships with other inmates or convicted felons. The Government objects to the motion, and asserts that the Probation Department also objects to the proposed modifications.

I find that Defendant has not established that the conditions of release at issue should be eliminated.  First, the Court has not concluded that Defendant is not dangerous.  Instead, the Order of May 1, 2006, explained that the Court did not have authority to conduct a dangerousness hearing because a certificate of dangerousness was not issued.  Second, Magistrate Judge Watanabe concluded by clear and convincing evidence that Defendant's release presented a risk to the safety of the community.

While Defendant has been released due to the unique posture of this case, I find that the conditions of release imposed are reasonable and necessary to ensure the safety of the community.  The nature of the charges are serious and relate to the destruction of property.  Further, the Government indicates that Probation has already made reasonable adjustments to Defendant's home confinement schedule to accommodate necessary appointments and errands.

Accordingly, it is

ORDERED that Defendant's Motion to Modify Terms of Release (filed July 12, 2007) is **DENIED**.

Dated:  August 16, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge