**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   03-cr-000128-WYD

United States of America,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

---

**UNITED STATES' STATUS REPORT REGARDING
ORDER FOR COMPETENCY EVALUATION**

---

    The United States of America, by its undersigned counsel, hereby files a status report to inform the Court of the status of the Court-Ordered competency evaluation.

    1.    On June 26, 2007 the Court ordered that the defendant undergo a psychiatric examination pursuant to 18 U.S.C. § 4241(b) and designated Dr. Karen Fukutaki to conduct the examination.  [Dkt. # 246]  The Court also ordered that the examination period not exceed 30 days beginning from the date Dr. Fukutaki first sees the defendant.

    2.    As of the date of this filing, government counsel has been advised by Dr. Fukutaki that she has yet to see the defendant to conduct the Court-ordered competency evaluation ordered four months ago.

3.      By letter sent to defense counsel on September 13, 2007, government counsel advised that if the examination of the defendant has not started by the end of September, the government would update the Court regarding the status of the examination.  *See* Exhibit A.

4.      On October 10, 2007, government counsel spoke with Mr. Gerash regarding the competency evaluation and Mr. Gerash indicated that he would work with Dr. Fukutaki to arrange the examination.  He also indicated that he would be out of town during part of October.  On October 27, 2007, Dr. Fukutaki advised government counsel that she has not been contacted by Mr. Gerash.

Dated:  October 25, 2007               Respectfully submitted,

                                       TROY A. EID
                                       United States Attorney

                                       by:  s/ James O. Hearty
                                       JAMES O. HEARTY
                                       Assistant U.S. Attorney
                                       1225 Seventeenth Street, Suite 700
                                       Denver, CO 80202
                                       Telephone:  (303) 454-0100
                                       FAX: (303) 454-0403
                                       E-mail:  james.hearty@usdoj.gov
                                       Attorney for the government

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>  25th  </u> day of October 2007, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Walter L. Gerash, Esq.
linda@waltergerash.com, wlg@waltergerash.com


Harvey A. Steinberg, Esq.
law@springer-and-steinberg.com


                                                by:  <u>s/ Janet D. Zinser              </u>
<u>                                    </u>JANET D. ZINSER
                                                United States Attorney's Office
                                                1225 Seventeenth Street, Suite 700
                                                Denver, CO  80202
                                                Telephone:  (303) 454-0327
                                                FAX:  (303) 454-0403
                                                E-mail:  janet.zinser@usdoj.gov