

U.S. Department of Justice

**Troy A. Eid**
*United States Attorney*
*District of Colorado*
*Criminal Division*

---

*1225 Seventeenth Street, Suite 700*  (303) 454-0100
*Seventeenth Street Plaza*  (FAX) (303) 454-0403
*Denver, Colorado 80202*

September 13, 2007

*Via Facsimile*

Walter L. Gerash  Harvey A. Steinberg
Walter L. Gerash Law Firm PC  Springer & Steinberg, PC
1439 Court Place  1600 Broadway, Suite 1200
Denver, CO 80202  Denver, CO 80202

  Re: <u>United States v. Dana West</u>
    03-cr-00128-WYD

Dear Counsel:

  This letter responds to Mr. Gerash's letter dated September 10, 2007. The government opposes any further delay in conducting the competency evaluation of Mr. West. The court ordered a new competency evaluation on June 26, 2007 – two and one-half months ago. My understanding is that Mr. West has yet to participate in any examination in spite of the repeated efforts to schedule the examination by the court-selected psychiatrist, Dr. Karen Fukutaki. Mr. Steinberg has not returned messages I left for him regarding this issue. Further delay is contrary to the court's order and will be opposed by the government.

  If Mr. West has not been evaluated and meaningfully participated in the court-ordered competency examination by the end of September, the government will update the court regarding the status of the examination and seek whatever relief is appropriate.

  It is my view that until the examination has been completed, it is premature to engage in further plea discussions.