IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

**DEFENDANT'S RESPONSE TO PLAINTIFF'S REPORT
REGARDING ORDER FOR COMPETENCY EVALUATION**

---

    COMES NOW Walter L. Gerash of WALTER L. GERASH LAW FIRM, P.C., as counsel for the Defendant, Dana West, nka Abraham, and submits the attached Exhibit A as counsel's response to the United States' Status Report filed October 25, 2007.

    Respectfully submitted this 26th day of October, 2007.

                                          WALTER L. GERASH LAW FIRM, P.C.

                                          **s/   Walter L. Gerash**
                                          Walter L. Gerash
                                          1439 Court Place, Denver CO 80202
                                          PH:  303-825-5400
                                          ATTORNEY FOR DEFENDANT

*Original signature on file at the
Walter L. Gerash Law Firm, P.C.*

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that she has electronically filed the above and foregoing:

**DEFENDANT'S RESPONSE TO PLAINTIFF'S REPORT REGARDING ORDER FOR COMPETENCY EVALUATION**
(with attached Exhibit A)

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorneys and co-counsel for Defendant, as follows:

James Hearty, Esq.
Gregory Holloway, Esq.
Assistant United States Attorneys
1225 – 17TH Street, Suite 700
Denver, CO 80202

Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202

Dated: Oct. 26, 2007           s/ Marjorie Reinhardt

2