# EXHIBIT A



**WALTER L. GERASH LAW FIRM, P.C.**

1439 COURT PLACE
DENVER, COLORADO 80202-5091
303-825-5400
FAX: 303-623-2101

WALTER L. GERASH *
ATTORNEY AT LAW
ANDREW B. REID **
ATTORNEY AT LAW
EARL S. WYLDER ***
ATTORNEY AT LAW
MARJORIE REINHARDT
PARALEGAL

\*     ALSO ADMITTED NEW YORK
\*\*    ALSO ADMITTED IN NE, SD
\*\*\*  ALSO ADMITTED IN IL, NV

October 16, 2007

Abraham
217 South Clarkson
Denver, CO  80209

Re:  USA vs. Dana West aka Abraham
     U.S. District Court/Colorado

Dear Abraham:

As you are quite aware, Judge Daniel ordered that you be examined for competency by Dr. Karen Fukutaki. If she finds you are now competent, we will be able to conclude a plea bargain for time served and the above matter will be ended.

Pursuant to your request that we postpone the examination so that you could adjust to your new environment with an eye toward regaining competency, I have so delayed the examination, as you suggested. Attorney Mr. Hearty is now going to file a motion for contempt. In order to stop him, I arranged with him that you would present yourself for examination with Dr. Fukutaki around the third week of November 2007.

I strongly suggest that you make arrangements for this examination by Dr. Fukutaki. Probably she will insist that the examination be done at her office rather than some alternative location you might suggest.

Please call her for the arrangements immediately.

Sincerely,

Walter L. Gerash

WLG/mr