UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court in connection with Defendant's Response to Plaintiff's Report Regarding Order for Competency Evaluation. The response attaches a letter from defense counsel Walter L. Gerash to Defendant regarding setting up a competency examination with Dr. Fukutaki. To the extent this pleading is meant as a response to the Orders to Comply and to Show Cause filed October 26, 2007, I deem it insufficient to cure the failure to comply with the June 26, 2007, Order.

Specifically, the letter does not indicate that Defendant has set a firm date for a competency examination or that he intends to comply with the Court's June 26, 2007, Order. Thus, I reaffirm my Order of October 26, 2007, and affirmatively order herein that Defendant provide proof to the Court on or before November 5, 2007, that a firm date for a competency examination has been set with Dr. Fukutaki as required by the Court's Order. I also order that this proof shall affirmatively state that Defendant

intends to attend and complete the competency examination and to comply with the directives in the June 26, 2007 Order.

If this proof is not provided by that time frame, the Order to Show Cause of June 26, 2007, will take effect. The Order to Show Cause requires Defendant and his counsel to show cause by November 15, 2007, why civil and/or criminal sanctions should not be imposed for failing to comply with the Court's Order.

Based upon the foregoing, it is

ORDERED that on or **Monday, November 5, 2007**, Defendant and his counsel shall provide proof to the Court that a firm date has been set for a competency examination with Dr. Fukutaki as required by the Order of June 26, 2007. Proof shall also be provided that Defendant intends to attend and complete the competency examination and comply with the Court's directive of June 26, 2007. It is

FURTHER ORDERED that if such proof is not been provided to the Court by November 5, 2007, the Order to Show Cause of October 26, 2007, shall take effect wherein Defendant and his counsel must show cause by **Thursday, November 15, 2007**, why civil and/or criminal contempt sanctions should not issue.

Dated: October 29, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge