UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

_____

**ORDERS TO COMPLY AND TO SHOW CAUSE**
_____

THIS MATTER is before the Court on a review of the Government's Status Report (filed October 25, 2007). The Status Report indicates that Defendant still has not complied with the Court's Order of June 26, 2007, ordering that Defendant undergo a new competency examination by Dr. Fukutaki. Further, the Status Report indicates that as of October 25, 2007, Dr. Fukutaki had not been contacted by defense counsel to set an appointment for the examination, despite an assurance by Mr. Gerash to Government counsel that he would do so.

Defendant and his counsel have had four (4) months since entry of the Court's Order to comply with the directive regarding this competency examination, and appear to have done nothing to facilitate the examination. It thus appears that Defendant and/or his counsel are flaunting the Court's Order by purposely not complying with this directive.

The June 26, 2007 Order specifically advised the parties that if Defendant did not comply with the Order, an order of detention may again be appropriate and/or an Order to Show Cause could issue requiring Defendant to show why civil and/or criminal contempt sanctions should not be imposed.  I find, due to Defendant's blatant disregard of the Order, that an Order to Show Cause is now appropriate.

Before the Order to Show Cause takes effect, I will give Defendant and his counsel the opportunity to cure the failure to comply with the June 26, 2007, Order. Defendant and his counsel thus have (10) days to provide proof to the Court that a competency examination has been set up with Dr. Fukutaki as required by the Court's Order.  If such a competency examination is not set up within that time frame, the Order to Show Cause will take effect.  The Order to Show Cause requires Defendant and his counsel to show cause by November 15, 2007, why civil and/or criminal sanctions should not be imposed for failing to comply with the Court's Order.

Based upon the foregoing, it is

ORDERED that Defendant and his counsel have ten (10) days, up to and including **Monday, November 5, 2007**, to provide proof to the Court that a competency examination has been set up with Dr. Fukutaki as required by the Order of June 26, 2007.  It is

FURTHER ORDERED that if such proof is not been provided to the Court by November 5, 2007, Defendant and his counsel then must show cause by **Thursday, November 15, 2007**, why civil and/or criminal contempt sanctions should not issue against Defendant and/or counsel.  Finally, it is

-2-

ORDERED that the parties are directed to consider this Order to be the Order of October 26, 2007 that is referenced in my Order filed October 29, 2007 (docket # 260.) This Order was actually filed by the Court on October 26, 2007, but was filed into the wrong directory. Thus, it did not get docketed in this case until today. The parties shall thus read this Order and the Order of October 29, 2007 (docket # 260) together for purposes of my rulings.

Dated: October 29, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge