IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:03-cr-00128-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     DANA WEST,

---

### GOVERNMENT'S *EX PARTE* MOTION TO REVOKE DEFENDANT'S PRETRIAL RELEASE AND REQUEST FOR A WARRANT

---

The United States of America, by its undersigned counsel, moves the Court *ex parte* to revoke the defendant's pretrial release and request a warrant. As grounds therefore, the government states as follows:

1. By Order dated June 26, 2007, the Court ordered that the defendant be released and that he must comply with the previously imposed conditions of release which included electronic home monitoring. [*See* Doc. # 247].

2. On October 27, 2007, the defendant removed the electronic transmitter that U.S. Probation Officers had placed on him for the purposes of electronic home monitoring. *See* Memorandum from Senior Probation Officer Rod Waldo attached hereto as Exhibit A. When Probation Officers responded to the defendant's residence, the defendant refused to allow the electronic home monitoring transmitter to be reattached. *Id.*

3. Accordingly, the Probation Office has requested that a sealed arrest warrant be issued for the defendant and that the warrant remain sealed until executed.

Based on the foregoing, the government respectfully requests that the defendant's pretrial release be revoked pursuant to 18 U.S.C. § 3148(b) and that a warrant be issued for his arrest.

Respectfully submitted,

TROY A. EID
United States Attorney

s/ James O. Hearty
By:   JAMES O. HEARTY
Assistant U.S. Attorney
United States Attorney's Office
1225 17TH Street, Suite 700
Denver, CO 80202
(303) 454-0100
Fax: (303) 454-0403
email: james.hearty@usdoj.gov