IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

---

ORDER (Docket p# 262)

---

THIS MATTER comes before the Court on the United States' *Ex Parte* Motion to Revoke Defendant's pretrial release and request for a warrant.

HAVING REVIEWED the motion, the Court finds that the government's motion sets forth probable cause for issuance of an arrest warrant for violation of the terms and conditions of defendant's pretrial release, and it is therefore

ORDERED that an arrest warrant be issued for the defendant based on a violation of the terms and conditions of pretrial release. It is further

ORDERED that the arrest warrant remain sealed until the defendant has been arrested.

DATED this 2nd day of November, 2007.

BY THE COURT:

_/s/ Michael J. Watanabe_
MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE