AO 442 (Rev 5/85)    Warrant for Arrest

# United States District Court

_____ DISTRICT OF _____COLORADO_____

**UNITED STATES OF AMERICA**

**V.**

**DANA WEST**

# WARRANT FOR ARREST

CASE NUMBER:    03-cr-00128-WYD

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DANA WEST__ and bring him forthwith to the nearest magistrate to answer an

☐ Indictment   ☐ Information   ☐ Complaint   ■ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with

Violating conditions of pretrial release

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
Title of Issuing Officer

November 2, 2007 AT 2:14 pm
Denver, Colorado
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest