**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Date: November 2, 2007     Case Number: 03-cr-00128-WYD

CERTIFICATE OF MAILING

    The undersigned hereby certifies that on the above date copies of Docs #264 & 265 were duly mailed to the persons listed below:

Assistant United States Attorney

Federal Probation

U.S. Marshal

GREGORY C. LANGHAM, CLERK

By: s/M. Wiles
     Monique Wiles, Deputy Clerk