IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

**DEFENDANT'S RESPONSE IN COMPLIANCE WITH
COURT'S ORDERS TO SHOW CAUSE (DOC. NOS. 260 AND 261)**
_____

    COMES NOW Walter L. Gerash of WALTER L. GERASH LAW FIRM, P.C., as counsel for the Defendant, Dana West, nka Abraham, and submits the following Response in compliance with the Court's October 29, 2007 "ORDERS TO COMPLY AND TO SHOW CAUSE."

    The undersigned counsel for Defendant, Walter Gerash, has been in New York and Washington, D.C., during the past week when this Honorable Court issued its Orders directing that Defendant's counsel provide "proof" that the competency examination with Dr. Fukutaki has been scheduled.

    An appointment has been scheduled for Abraham to see Dr. Karen Fukutaki at Noon on Tuesday, November 13, 2007.

    See attached Exhibit "A."

1

Respectfully submitted this 5th day of November, 2007.

WALTER L. GERASH LAW FIRM, P.C.

s/   Walter L. Gerash
Walter L. Gerash
1439 Court Place, Denver CO 80202
PH:  303-825-5400
ATTORNEY FOR DEFENDANT

*Original signature on file at the
Walter L. Gerash Law Firm, P.C.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has electronically filed the above and foregoing:

**DEFENDANT'S RESPONSE TO COURT'S ORDERS
TO COMPLY AND TO SHOW CAUSE (DOC. NOS. 260 AND 261)**
(with attached Exhibit A)

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorneys and co-counsel for Defendant, as follows:

James Hearty, Esq.
Assistant United States Attorney
1225 – 17TH Street, Suite 700
Denver, CO 80202

Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202

Dated: Nov. 5, 2007                                      s/ Marjorie Reinhardt