Page 1 of 1

## Marj at Walter Gerash Law Firm

**From:**    "Marj at Walter Gerash Law Firm" <marj@waltergerash.com>
**To:**      <TRUTHANDHONESTY@comcast.net>
**Sent:**    Tuesday, October 30, 2007 10:57 AM
**Attach:**  OSC 10-29-07.pdf
**Subject:** ORDER TO SHOW CAUSE

Abraham, I would suggest you take steps to comply with this Order or you will probably find yourself incarcerated again. I will probably need to ask Steinberg. as co-counsel here, to get us another couple of days to respond, since Walter won't get back until the afternoon of 11/4.   Marj

Page 1 of 1

## Marj at Walter Gerash Law Firm

**From:**    "Marj at Walter Gerash Law Firm" <marj@waltergerash.com>
**To:**      <TRUTHANDHONESTY@comcast.net>
**Sent:**    Thursday, November 01, 2007 9:31 AM
**Subject:** FUKUTAKI APPOINTMENT

Abraham, Walter instructed that I get this appointment scheduled so he can so inform the Court on Monday, Nov. 5 -- I have re-arranged the appointment NOW for 12 Noon on Tues., Nov. 13, 2007.  Please confirm that you WILL keep this appointment.
   Thank you.
   Marj for Walter Gerash

Page 1 of 1

## Marj at Walter Gerash Law Firm

**From:**    "Fukutaki, Karen" <Karen.Fukutaki@dhha.org>
**To:**      <marj@waltergerash.com>
**Cc:**      "Hearty, James (USACO)" <James.Hearty@usdoj.gov>
**Sent:**    Friday, November 02, 2007 11:12 AM
**Subject:** Mr. West

We have tentatively set an appt on 11/13 at noon.  Mr. West has not confirmed that this appt is acceptable to him to date, but it not for lack of your trying.

Karen Fukutaki

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or provi



EXHIBIT "A"