UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe | K. Weckwerth |
| U.S. Magistrate Judge | Deputy Clerk |
| Case Number: 03-cr-00128-WYD | FTR MJW PM |
| Date: November 7, 2007 | |
| UNITED STATES OF AMERICA | James Hearty |
| v. | |
| DANA WEST | Without Counsel |

### INITIAL APPEARANCE ON PRE-TRIAL RELEASE VIOLATION

Court in Session: 2:54 pm

Court calls case and appearance of counsel.  Rich Vaccaro is present from probation.

Defendant is advised of rights, charges, and possible penalties.

Defendant is requesting counsel.  The government states defendants counsel of record is Harvey Steinberg and Walter Gerash.

The government is seeking detention.

**ORDERED:** Hearing re: Motion to revoke pre-trial release is set for November 13, 2007 at 3:00 pm before Magistrate Judge Watanabe.

**ORDERED:** Courtroom deputy is to notify defendants counsel of the next hearing date.

Government states that the motion, paragraph 2, one sentence is erroneous.  Probation did not have a discussion with defendant regarding re-attaching the EM unit.

Defendant addresses the court regarding medical emergency/competency issues.

**ORDERED:** Defendant should address issues with his counsel.  Defendant remanded to the custody of the United States Marshal.

Court in recess: 3:08 pm     total time: 14  minutes

Hearing concluded.