Case 1:03-cr-00128-WYD   Document 265 *SEALED*   Filed 11/02/2007   Page 1 of 1

AO 442 (Rev 5/85)   Warrant for Arrest

# United States District Court

_____ DISTRICT OF ____COLORADO____

**UNITED STATES OF AMERICA**

**V.**

**DANA WEST**

# WARRANT FOR ARREST

**CASE NUMBER:   03-cr-00128-WYD**

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DANA WEST__ and bring him forthwith to the nearest magistrate to answer an

☐ Indictment   ☐ Information   ☐ Complaint   ■ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with

Violating conditions of pretrial release

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
Title of Issuing Officer

November 2, 2007 At 2:14 PM
Denver, Colorado
Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

NOV 06 2007
GREGORY...

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 217 S. Clarkson St., Denver CO. |

| DATE RECEIVED 11/06/07 | NAME AND TITLE OF ARRESTING OFFICER Micheal J.L. Copeland Special Agent FBI | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 11/06/07 | | |

AO 442 (Rev. 5/85) Warrant for Arrest