# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number: 03-cr-00128-WYD

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**DANA WEST A/K/A ABRAHAM**

Defendant.

## REPLY TO SHOW CAUSE ORDER

Defendant, Dana West a.k.a "Abraham", by and through counsel, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby replies to the Court's Order to Show Cause in this matter.

1. Since the Court's order, the Defendant has been arrested and is being held at the Jefferson County Jail.

2. Subsequent to his arrest, undersigned counsel personally spoke with the psychiatrist the Court ordered to do the examination. She is making arrangements to visit with the Defendant at the Jefferson County Jail.

3. Specifically answering the Court's questions as set forth in its Order would invade the attorney/client relationship and would necessarily cause withdrawal of counsel from this matter. As a result, given the change in status of this situation, undersigned counsel is requesting the Court discharge its Show Cause Order without further response from counsel.

**DATED** this 15th day of November, 2007.

                                            Respectfully submitted,

                                            s/Harvey A. Steinberg
                                            For Harvey A. Steinberg
                                            Attorneys for Dana West
                                            Springer & Steinberg, P.C.
                                            1600 Broadway, Suite 1200
                                            Denver, CO 80202
                                            (303)861-2800 Telephone
                                            (303)832-7116 Telecopier
                                            law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2007, I electronically filed the foregoing **REPLY TO SHOW CAUSE ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Hearty**
James.Hearty@usdoj.gov

                                            s/Brenda Rodriguez
                                            For Harvey A. Steinberg
                                            Attorneys for Dana West
                                            Springer & Steinberg, P.C.
                                            1600 Broadway, Suite 1200
                                            Denver, CO 80202
                                            (303)861-2800 Telephone
                                            (303)832-7116 Telecopier
                                            brodriguez@springer-and-steinberg.com