UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kristen L. Mix<br>United States Magistrate Judge | K. Weckwerth<br>Deputy Clerk |
| Case Number: 03-cr-00128-WYD | FTR KLM PM |
| Date: November 13, 2007 | |
| UNITED STATES OF AMERICA<br>     v. | James Hearty |
| DANA WEST | Harvey Steinberg and<br>Walter Gerash |

**HEARING ON MOTION TO REVOKE PRE-TRIAL RELEASE**

Court in Session: 3:11 pm

Court calls case and appearances of counsel.  Rich Vaccaro is present from probation.

Defense states the defendant has not been restored to competency and therefore the hearing should not proceed.  Defense orally motions the court to hold issue of detention in abeyance.  Judge Daniel has ordered a competency evaluation and defense cannot proceed until a determination of competency is issued.

Government does not object to competency evaluation.

Defense requests the evaluation take place immediately.

**ORDERED:** Defense oral motion to hold detention in abeyance is GRANTED.  Detention hearing is held in abeyance until competency determination is complete.

**ORDERED:** The competency exam shall take place forthwith.

Defense requests a brief recess.

Court recesses at 3:20 pm.  Court reconvenes at 3:38 pm.

Parties agree that if a status hearing is necessary, a motion will be filed.

**ORDERED:** Will hold motion for revocation of pre-trial release [262] in abeyance. Parties are to contact the office of Dr. Fukutaki immediately and establish an appointment for the competency evaluation.

**ORDERED:** Defendant remanded to the custody of the United States Marshal. The U.S. Marshal Service shall hold the defendant in custody until a competency determination is issued.

Hearing concluded.

Court in recess: 3:40 pm

time in court: 11 minutes