UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on a review of the file. I first address the Court's Orders to Comply and Show Cause filed October 29, 2007. In light of the responses to these Orders filed by counsel and the fact that a competency examination has been held, the Orders to Comply and Show Cause are discharged.

    I now turn to the report of Dr. Fukutaki dated November 26, 2007. It is the Court's understanding that counsel were sent a copy of this report by Dr. Fukutaki. If this is not true, counsel should contact Chambers at (303) 844-2170 to obtain a copy of the report.

    In the report, Dr. Fukutaki finds that Defendant is competent to stand trial. Thus, it appears that a competency hearing needs to be set to determine if Defendant is indeed competent to stand trial. However, there is an indication in Dr. Fukutaki's report that a plea agreement may have been reached. Accordingly, the parties shall meet and confer and file a status report by Tuesday, December 11, 2007, advising as to the

status of this case, whether a competency hearing needs to be set and if so, the time frame for setting this hearing, and any other matters that impact the competency determination or the status of this case.

In conclusion, it is

ORDERED that the Orders to Comply and Show Cause (docket # 261) are **DISCHARGED**. It is

FURTHER ORDERED that the parties shall meet and confer and file a status report by **Tuesday, December 11, 2007**.

Dated: December 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge