IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 03-cr-00128-WYD

United States of America,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

## JOINT STATUS REPORT

Comes now the United States of America, through Assistant United States Attorney James O. Hearty, and the defendant, Dana West, through counsel Walter L. Gerash and respectfully submits this Joint Status Report pursuant to the Court's Order dated December 3, 2007.

1.    Both parties have received the Competency Evaluation Report dated November 26, 2007, by the Court-selected psychiatrist Dr. Karen Fukutaki. Both parties have had sufficient time to review the report.

2.    Based upon the report and Dr. Fukutaki's opinion that the defendant is competent to proceed, the parties stipulate that the defendant is now competent. Accordingly, the parties agree that the Court should take judicial notice of Dr. Fukutaki's Competency Evaluation Report and her conclusion that the defendant is competent.

3. The parties agree that the Court should set a competency hearing within the next few weeks but do not anticipate presenting evidence at the hearing.

4. Finally, the parties are in plea negotiations and will be able to update the Court on the status of those negotiations at the competency hearing.

Dated: December 11, 2007

Respectfully submitted,

TROY A. EID
United States Attorney

s/ James O. Hearty
By: James O. Hearty
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
(303) 454-0100
F: (303) 454-0403
james.hearty@usdoj.gov


WALTER L. GERASH LAW FIRM, P.C.

s/ Walter L. Gerash
Walter L. Gerash,
1439 Court Place
Denver, CO 80202
marj@waltergerash.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this   11th    day of December, 2007, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Walter L. Gerash, Esq.
marj@waltergerash.com


Harvey A. Steinberg, Esq.
law@springer-and-steinberg.com


                                          s/ Victoria Soltis
                                          United States Attorney's Office
                                          1225 Seventeenth Street, Suite 700
                                          Denver, CO  80202