UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    In accordance with the Joint Status Report filed December 11, 2007, a competency hearing is set for **Thursday, January 17, 2008, at 9:00 a.m.**

    Dated: December 12, 2007