UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: 03-cr-00128-WYD

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**DANA WEST a/k/a ABRAHAM**

Defendant.

## MOTION FOR FORTHWITH RELEASE

Defendant, Dana West a.k.a "Abraham," by and through his attorney Harvey A. Steinberg, and the law firm of Springer and Steinberg, P.C., hereby moves the Court for an Order releasing the Defendant forthwith, and as grounds for this motion states as follows:

1. It is anticipated that Defendant will enter into a plea agreement with the Government that calls for time served which would include any supervised release period.

2. The guidelines with regard to this matter are 18 to 24 months.

3. The Defendant has already been incarcerated for a term of almost 46 months. This incarceration well exceeds the guideline provisions.

4. Undersigned counsel has discussed this matter with the probation department who has no objection to Defendant's release, but would request certain conditions of that release:

    a. that the Defendant be subjected to random drug testing;

    b. that the Defendant have no contact with any convicted felons or those individuals facing pending felony charges;

    c. they would also request certain reporting requirements.

 5. The Defendant believes that he should simply be released without any restrictions because of the amount of time Defendant has already served in this case;

 6. The Government made their position known at the last hearing with regard to this case.  This matter is currently set for hearing on this Motion on January 23, 2008 at 10:30 a.m.

 **WHEREFORE**, Defendant respectfully requests this Court to enter an order Granting the Defendant's Motion for Forthwith Release.

 **DATED** this 18th day of January, 2008.

    Respectfully submitted,

    */s/ Harvey A. Steinberg*
    Harvey A. Steinberg
    Attorneys for Dana West
    Springer and Steinberg, P.C.
    1600 Broadway, Suite 1200
    Denver, CO 80202
    (303) 861-2800 Telephone
    (303) 832-7116 Telecopier
    law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 18, 2008, I electronically filed the foregoing **MOTION FOR FORTHWITH RELEASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses, and that I hereby mailed a copy to the following address:

**Jim Hearty**
James.Hearty@usdoj.gov

United States Probation Office
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

    */s/ Martha A. Hammond*
For Harvey A. Steinberg
Attorneys for Dana West
Springer and Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303) 861-2800 Telephone
(303) 832-7116 Telecopier
mhammond@springer-and-steinberg.com