IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Case No. 03-cr-000128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

---

**ORDER**

---

THIS MATTER came before the Court on a competency hearing and status conference on January 17, 2008. By way of background, the case has a long history related to the issue of determining whether Defendant is competent.

Generally, I note that Defendant was initially found to be incompetent in October 2003. In an Order issued May 1, 2006, I found that Defendant remains incompetent in that he suffers from a mental disease or defect as a result of which he is unable to properly assist in his own defense. I further found that civil commitment proceedings were not appropriate since no certificate of dangerousness was issued as required by 18 U.S.C. § 4246.

On April 20, 2007, the Government filed a Motion to Reevaluate Competency. Hearings were held in May 2007 and June 2007 on the Government's motion as well as a motion to dismiss and objections to rulings by the magistrate judge filed by Defendant. I granted the Government's motion for Reevaluation of Competency and

denied the motion to dismiss and Defendant's objections in an Order issued June 26, 2007.

Also on June 26, 2007, I issued a separate Order for Renewed Competency Examination of the Defendant Pursuant to 18 U.S.C. §§ 4211, 4247(b) and (c). I ordered therein that Defendant undergo a competency evaluation by Dr. Karen Fukutaki. The Order was based on my finding that there was reasonable cause to believe that Defendant's mental condition may have changed and that he may not be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Dr. Fukutaki issued a report dated November 26, 2007, which concluded that Defendant is competent to stand trial.

The parties stipulated in a Joint Status Report filed December 11, 2007, that in light of the Competency Evaluation Report by Dr. Karen Fukutaki, Defendant is now competent to stand trial. The parties further agreed that I should take judicial notice of Dr. Fukutaki's report and the fact that Defendant is competent to proceed. The parties also agreed that I should set a competency hearing. Finally, the parties indicated that they are in plea negotiations and will be able to update the Court on the status of those negotiations at the competency hearing.

Having considered Dr. Fukutaki's report and the stipulations of counsel and being fully advised in the premises, I find that Defendant is now competent to stand trial within the meaning of the law. In other words, I find that Defendant has sufficient

present ability to consult with his attorneys with a reasonable degree of rational understanding and that he has a rational as well as a factual understanding of the proceedings against him. *See Godinez v. Moran*, 509 U.S. 389, 396 (1993) (holding that this is the standard for competency). To the extent that Defendant was deemed incompetent previously, I find that Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. 18 U.S.C. § 4241(e).

Also at the hearing, Defendant asked for permission to file a plea agreement based on FED. R. CRIM. P. 11(c)(1)(C) if the parties deem it appropriate. This request is granted.

Finally, Defendant made an oral request to be released from custody. Defendant is ordered to file a motion requesting such release by 12:00 p.m. on Friday, January 18, 2008. The Government shall file a response by 12:00 p.m. on Tuesday, January 22, 2008. A hearing is set on the issue of Defendant's release on Wednesday, January 23, 2008, at 10:30 a.m.

In conclusion, it is

ORDERED that Defendant is competent to stand trial within the meaning of the law. It is

FURTHER ORDERED that Defendant is granted leave to file a plea agreement based on FED. R. CRIM. P. 11(c)(1)(C) should the parties deem that appropriate. It is

FURTHER ORDERED that Defendant shall file a motion requesting release from custody by **12:00 p.m. on Friday, January 18, 2008.** The Government shall file a

response to that motion by **12:00 p.m. on Tuesday, January 22, 2008.**  A hearing is set on this issue on **Wednesday, January 23, 2008, at 10:30 a.m.**

Dated:  January 22, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge