IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | January 17, 2008 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **03-cr-00128-WYD**           Counsel:

UNITED STATES OF AMERICA,                        James O. Hearty

      Plaintiff,

v.

**1. DANA WEST**,                                        Walter L. Gerash
                                                                               Harvey A. Steinberg

      Defendant.

_____

## COURTROOM MINUTES
_____

**COMPETENCY HEARING**

**9:10 a.m.**    Court in Session - Defendant present (in-custody)

              APPEARANCES OF COUNSEL.

              Court's opening remarks and review of the history of the case.

9:14 a.m.    Argument by Government (Mr. Hearty).

9:14 a.m.    Argument by Defendant (Mr. Gerash).

9:14 a.m.    Argument by Defendant (Mr. Steinberg).

              Court makes findings.

**ORDERED:**    Defendant is competent within the meaning of the law and his competency is in effect restored.

Judge Wiley Y. Daniel
03-cr-00128-WYD - Courtroom Minutes

| | |
|---|---|
| 9:15 a.m. | Discussion regarding the fact that a plea agreement has been worked out pursuant to F.R.Cr.P. 11(c)(1)(C).  Court indicates that it is willing to allow counsel to submit a plea agreement pursuant to F.R.Cr.P. 11(c)(1)(C), but expresses no opinion as to whether it would be accepted or rejected. |
| 9:18 a.m. | Discussion regarding request by Mr. Steinberg for the release of the defendant. |
| **ORDERED:** | Defendant's Motion for Release shall be filed not later than **Friday, January 18, 2008, at 12:00 p.m.** |
| **ORDERED:** | Government shall respond to Defendant's Motion for Release not later than **Tuesday, January 22, 2008, at 12:00 p.m.** |
| **ORDERED:** | A hearing on Defendant's Motion for Release is set for **Wednesday, January 23, 2008, at 10:30 a.m., in courtroom A-1002.** |
| **ORDERED:** | Defendant is **REMANDED** to custody of U.S. Marshal. |
| **9:27 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   0:17**