IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | January 23, 2008 | Prob./Pret.: | Richard Vaccaro |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **03-cr-00128-WYD**            Counsel:

UNITED STATES OF AMERICA,                        James O. Hearty

      Plaintiff,

v.

**1. DANA WEST**,                                Walter L. Gerash
                                                 Harvey A. Steinberg
      Defendant.

_____

### COURTROOM MINUTES
_____

**HEARING ON DEFENDANT'S MOTION FOR RELEASE**

**10:35 a.m.**   Court in Session - Defendant present (in-custody)

        APPEARANCES OF COUNSEL.

        Request by Mr. Steinberg for thirty (30) minutes to converse with their client.

        Court's opening remarks.

**ORDERED:**   Court will give counsel thirty (30) minutes to converse with their client.

**10:38 a.m.**   Court in Recess

**11:16 a.m.**   Court in Session

        Defendant's Motion for Release from Custody Forthwith (#276 - 1/18/08) is raised for argument.

11:17 a.m.   Argument by Defendant (Mr. Steinberg).

Judge Wiley Y. Daniel
03-cr-00128-WYD - Courtroom Minutes

| | |
|---|---|
| 11:19 a.m. | Argument by Government (Mr. Hearty). |
| 11:20 a.m. | Argument by Defendant (Mr. Steinberg). |
| 11:20 a.m. | Statement on behalf of Probation (Mr. Vaccaro). |
| 11:25 a.m. | Statement by Defendant on his own behalf (Mr. West). |
| 11:27 a.m. | Statement on behalf of Probation (Mr. Vaccaro). |
| 11:28 a.m. | Statement by Defendant on his own behalf (Mr. West). |
| 11:29 a.m. | Statement on behalf of Defendant (Mr. Steinberg). |
| 11:30 a.m. | Statement on behalf of Government (Mr. Hearty). |
| **ORDERED:** | Defendant's Motion for Release from Custody Forthwith (#276 - 1/18/08) is **GRANTED** subject to the parties and Probation reaching an agreement on the terms of a proposed order to be submitted to the Court regarding bond conditions. |
| **ORDERED:** | Counsel shall file notice of disposition and proposed plea documents not later than **Wednesday, February 6, 2008.** |
| **ORDERED:** | Counsel shall meet and confer to agree on terms and conditions of bond. |
| **ORDERED:** | Probation shall submit a form of order, outlining the conditions of bond, not later than **Thursday, January 24, 2008.** |
| **ORDERED:** | Defendant is **REMANDED** to custody of U.S. Marshal. |
| **11:32 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   0:19**