## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DANA WEST,

       Defendant.

## ORDER GRANTING DEFENDANT'S MOTION FOR RELEASE ON BOND

     On January 23, 2008, the defendant appeared before the Court for a bond release consideration hearing. With agreement from all parties, the Court ordered the defendant's release on a $20,000 unsecured bond with the following conditions:

     1. The defendant shall report to the Probation Office in person on a weekly basis and/or otherwise as directed by his supervising officer;

     2. The defendant shall execute a bond or an agreement to forfeit $20,000 upon failing to appear as required;

     3. The defendant shall obtain no passport or other international travel documents;

     4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: the State of Colorado unless defendant obtains prior permission from the Court;

     5. The defendant shall avoid all contact, directly or indirectly, with any persons who are victims or witnesses in the subject investigation or prosecution;

     6. The defendant shall undergo medical or psychiatric treatment and/or remain in an institution as recommended by Pretrial Services. However, a hearing before the Court must occur before the defendant is referred for any mental health evaluations or any mental health action;

7. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons;

8. The defendant shall refrain from excessive use of alcohol;

9. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner;

10. The defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing;

11. The defendant shall not act as an informant for any law enforcement agency without prior permission from the Court;

12. The defendant shall pay for treatment and/or urinalysis as deemed appropriate by the supervising officer;

13. The defendant shall maintain residence at The Ritz-Carlton Hotel located at 1881 Curtis Street, Denver, Colorado 80202, and not move without permission from the supervising officer. Any requests to move must be provided to the supervising officer at least ten days prior to the move, and include the location of the proposed new residence;

14. The defendant shall refrain from any and all contact and direct or indirect communication with any witness to, or victim of, the acts charged in this case, or any attorney for the government, except through his attorney or agent for his attorney acting for the purpose of the defense in this case;

15. The defendant shall not harass, molest, intimidate, retaliate against, or tamper with any witness to, or victim of, the acts charged in this case, or any attorney for the government;

16. The defendant shall not appear or be physically present on the premises of any facility at which any witness to, or victim of, the acts charged in this case, or any attorney for the government is employed, without the express prior consent of his probation officer;

17. The defendant shall refrain from any and all contact and direct or indirect communication with convicted felons, persons on parole, probation, or under any other

forms of supervision, or inmates incarcerated or detained in any facility operated by the United States Marshal Service, or law enforcement or corrections officials for any state, county or municipality.

18. The defendant shall provide all personal telephone records as directed by his supervising officer.

The government and defense counsel have reviewed this order and confirm its accuracy.

DATED at Denver, Colorado, this 24th day of January, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
United States District Judge