UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kristen L. Mix | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 03-cr-00128-WYD | FTR KLM PM |
| January 24, 2008 | |

| | |
|---|---|
| UNITED STATES OF AMERICA | Not Present |
| v. | |
| DANA WEST | Not Present |

### RELEASE ON BOND

Court in session: 4:35 pm

Court calls case. Counsel was not required to attend this hearing.

Bond paperwork is signed and tendered to the court.

**ORDERED:** Defendant remanded to the custody of the United States Marshal, to be released after processing.

Court in recess: 4:46 pm

Total Time: 11 minutes

Hearing concluded.