**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.   03-cr-000128-WYD

United States of America,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

**GOVERNMENT'S MOTION TO REVOKE BOND AND
SET CASE FOR TRIAL**

    The United States of America, by its undersigned counsel, hereby moves the Court to revoke the defendant's bond and to set the case for trial.  In support, the government states the following:

    1.    At a hearing conducted on January 23, 2008, the Court granted the defendant's motion for release and ordered that the defendant be released on bond.

    2.    The government withdrew its opposition to the defendant's release on bond based upon the defendant's representation that he intended to enter into the plea agreement negotiated by the parties.  Accordingly, the defendant was to file a Notice of Disposition with Court and submit a signed plea agreement not later than February 6, 2008 -- two weeks after the hearing.

3. The defendant was released from Federal custody on January 24, 2008. Due to an outstanding arrest warrant for the defendant from Denver County, the defendant was apparently taken into Denver custody upon release from Federal custody. He was released from Denver custody the next day -- January 25, 2008.

4. Based on the request of the defendant's counsel, the government agreed to extend the February 6th deadline for submission of plea documents to February 8th due to the fact that the defendant was not out of custody until January 25th -- two days after the hearing.

5. To date, the defendant has not filed a Notice of Disposition and has not submitted a signed copy of the plea agreement to the Court or to undersigned counsel.

6. As previously stated, the governing authority for the defendant's pretrial release is the Bail Reform Act, 18 U.S.C. § 3141, *et. seq.,* because the defendant is under indictment and has now been found competent. Applying this statute in this case prior to the protracted proceedings involving the defendant's mental condition, Magistrate Judge Michael J. Watanabe entered an Order of Detention April 10, 2003. At the conclusion of the detention hearing, which was continued three times at the defendant's request, the court ordered the defendant detained without bond. The court concluded by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the appearance of the defendant and the safety of the community.

7.  Since that time, the defendant has demonstrated a disregard for this Court's orders and has repeatedly violated conditions of his release.  Therefore, the government moves to revoke the defendant's bond and have him detained because the record in this case supports his continued detention under 18 U.S.C. § 3142.

8.  Moreover, because no Notice of Disposition has been filed, the government requests that the case be set for trial.

Dated:  February 12, 2008                    Respectfully submitted,

TROY A. EID
United States Attorney

s/ James O. Hearty
By:  James O. Hearty
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
(303) 454-0100
F: (303) 454-0403
james.hearty@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on this <u>  12th  </u> day of February, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Walter L. Gerash, Esq.
  marj@waltergerash.com


  Harvey A. Steinberg, Esq.
  law@springer-and-steinberg.com


        <u>s/ Victoria Soltis                        </u>
        United States Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, CO  80202