UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A hearing is set on the Government's Motion to Revoke Bond and Set Case for Trial (filed February 12, 2008) for **Monday, February 25, 2008, at 10:00 a.m.** Defendant shall file a response to the motion by **Thursday, February 21, 2008.**

    Defendant's request to the Court for a return of the unsecured bond shall also be heard at that time. A representative from the Dana West Conservatorship shall be present at the hearing in connection with the issue of whom the bond should be released to. The Clerk of Court shall serve a copy of this Minute Order on the Conservatorship at the following address:

    Dana West Conservatorship
    Wells Fargo Bank
    Attn: Sherry Gordon
    Vice President & Senior Trust Officer
    1740 Broadway C7300-483
    Denver, CO 80274

    Dated: February 13, 2008