# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANA WEST a/k/a ABRAHAM,

    Defendant.

## ENTRY OF APPEARANCE AS CO-COUNSEL

Undersigned counsel, Robert J. Corry, Jr. hereby enters his appearance as co-counsel with Harvey A. Steinberg and Walter Gerash on behalf of the above-named defendant.

Dated this 13th day of February, 2008.

    Respectfully Submitted,
    s/Robert J. Corry, Jr.
    Robert J. Corry, Jr.
    600 17th Street, Suite 2800 South Tower
    Denver, Colorado 80202
    303-634-2244 Telephone
    720-379-3215 Facsimile
    Robert.Corry@comcast.net
    Attorney for Dana West, a/k/a Abraham

## Certificate of Service

  Above-designated counsel hereby certifies that on February 13, 2008, I electronically filed the foregoing ENTRY OF APPEARANCE AS CO-COUNSEL on the following:

James Hearty
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Seventeenth Street Plaza
Denver, CO 80202
james.hearty@usdoj.gov