**WELLS FARGO**

Investment Management & Trust

Private Client Services
1740 Broadway
MAC C7300-483
Denver, CO 80274
720 947-6600
303 864-9244 Fax

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2008 FEB 21  PM 5: 41
GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

VIA FACSIMILE

February 21, 2008

United States District Court
Attn: Kathy Triplett
901 19th Street
Denver CO 80294

Re:    Dana West
       Case No. 03-cr-00128-WYD

Dear Ms. Triplett:

We have become aware of information that was not available at the time of our request to receive the unsecured bond as Conservator for Mr. West.

Based on the information we received, we have no claim to the $20,000.00 bond posted on behalf of Mr. Dana West. Therefore, we have no position on whether the monies are paid to Mr. West.

Sincerely,

*Cherryl Gordon*

Cherryl Gordon
Vice President & Senior Trust Officer

Case 1:03-cr-00128-WYD   Document 286   Filed 02/13/2008   Page 1 of 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A hearing is set on the Government's Motion to Revoke Bond and Set Case for Trial (filed February 12, 2008) for **Monday, February 25, 2008, at 10:00 a.m.** Defendant shall file a response to the motion by **Thursday, February 21, 2008.**

    Defendant's request to the Court for a return of the unsecured bond shall also be heard at that time. A representative from the Dana West Conservatorship shall be present at the hearing in connection with the issue of whom the bond should be released to. The Clerk of Court shall serve a copy of this Minute Order on the Conservatorship at the following address:

Dana West Conservatorship
Wells Fargo Bank
Attn: Sherry Gordon
Vice President & Senior Trust Officer
1740 Broadway C7300-483
Denver, CO 80274

Dated: February 13, 2008



**WELLS FARGO BANK**
1740 Broadway
Denver, CO 80274

Date: 2/21/08

FAX
(303)864-9244

TO: Kathy Triplett

ATTENTION: United States District Court

TELEFAX PHONE NUMBER: 303 335-2714

NUMBER OF PAGES SENT:          (INCLUDING COVER PAGE)

Person Sending:   Sherry Gordon/Pam Sherman

Phone Number:   720/947-6738 / 720/947-6760

RE:   Dana West

Special Instructions:   Case No 03-cr-00128-WYD