UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANA WEST a/k/a ABRAHAM,

    Defendant.

## DEFENDANT'S MOTION TO ACCEPT LATE FILING

Dana West, a/k/a Abraham, through undersigned counsel, hereby moves that his late filed Response to the Government's Motion to Revoke Bond and Set Case for Trial be accepted by the Court, and as grounds states as follows:

1.    The response to the government motion to revoke bond was due February 21, 2008.

2.    Counsel has attempted to receive, and has received, input from Defendant in formulating the response.

3.    Due to Defendant's circumstances of living in a hotel without access to his computer equipment or documents, coordination with counsel has been difficult.

4.    Defendant's response is brief, and no party would be prejudiced by the late filing.

Dated this 23rd day of February, 2008.

>Respectfully Submitted,
>s/Robert J. Corry, Jr.
>Robert J. Corry, Jr.
>600 17th Street, Suite 2800 South Tower
>Denver, Colorado 80202
>303-634-2244 Telephone
>720-379-3215 Facsimile
>Robert.Corry@comcast.net
>Attorney for Dana West, a/k/a Abraham

## Certificate of Service

  Above-designated counsel hereby certifies that on February 23, 2008, I electronically filed the foregoing **DEFENDANT'S MOTION TO ACCEPT LATE FILING** on the following:

James Hearty
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Seventeenth Street Plaza
Denver, CO 80202
james.hearty@usdoj.gov