UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DANA WEST,

      Defendant.

_____

**ORDER**
_____

THIS MATTER came before the Court on a hearing on Monday, February 25, 2008.  In accordance with my rulings at the hearing, it is

ORDERED that Defendant's Motion to Accept Late Filing (filed February 23, 2008) is **GRANTED**.  It is

FURTHER ORDERED that the Government's Motion to Revoke Bond and Set Case for Trial (filed February 12, 2008) is **GRANTED IN PART AND DEFERRED IN PART**.  The Motion to Revoke Bond is denied, as I found no legitimate grounds were presented to revoke Defendant's current bond status.  The Motion to Set Case for Trial is deferred.  It is

FURTHER ORDERED that on or before **Wednesday, March 12, 2008**, either a Notice of Disposition or, if a disposition is not reached, a pleading requesting that the matter be set for trial, shall be filed.  It is

FURTHER ORDERED that the $20,000 posted on a secured bond in this case

shall be released to Defendant, as the bond is now unsecured and Defendant appears

to be the appropriate party for release of the funds.

Dated:  February 26, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge