IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | February 25, 2008 | Prob./Pret.: | Richard Vaccaro and |
| Courtroom Deputy: | Robert R. Keech | | Jason Kemp |
| Court Reporter/ECR: | Suzanne Claar | Interpreter: | N/A |

_____

Criminal Case No.  **03-cr-00128-WYD**              Counsel:

UNITED STATES OF AMERICA,                          James O. Hearty

      Plaintiff,

v.

**1. DANA WEST**,                                  Walter L. Gerash
                                                   Harvey A. Steinberg
      Defendant.                           Robert J. Corry, Jr.

_____

**COURTROOM MINUTES**
_____

**HEARING ON GOVERNMENT'S MOTION TO REVOKE BOND AND SET CASE FOR TRIAL and DEFENDANT'S REQUEST FOR RETURN OF BOND**

**10:29 a.m.**      Court in Session - Defendant present (in-custody)

            APPEARANCES OF COUNSEL.

            Court's opening remarks and review of the history of the case.

            Government's Motion to Revoke Bond and Set Case for Trial (#285 - 2/12/08) is raised for argument.

10:32 a.m.       Argument by Government (Mr. Hearty).

**ORDERED:**      Defendant's Motion for Extension of Time to File Response/Reply as to Response in Opposition (#290 - 2/23/08) is **GRANTED.**

            Court's inquiries of Probation.

10:37 a.m.       Statement on behalf of Probation in response to Court's inquiries (Mr. Kemp).

Judge Wiley Y. Daniel
03-cr-00128-WYD - Courtroom Minutes

| | |
|---|---|
| 10:45 a.m. | Witness **Jason Michael Kemp** sworn. |
| | Court's examination of witness. |
| 10:45 a.m. | Cross examination by Defendant (Mr. Steinberg). |
| 11:00 a.m. | Cross examination by Government (Mr. Hearty). |
| 11:10 a.m. | Cross examination by Defendant (Mr. Steinberg). |
| 11:11 a.m. | Witness excused |
| 11:15 a.m. | Argument by Defendant (Mr. Gerash). |
| | Court will recess so counsel can meet and confer to discuss a plea agreement. |
| **11:23 a.m.** | Court in Recess |
| **11:43 a.m.** | Court in Session |
| 11:43 a.m. | Request by Mr. Steinberg to continue this matter to 4:00 p.m. |
| **ORDERED:** | This matter will be continued to **4:00 p.m.** |
| 11:44 a.m. | Mr. Steinberg's oral motion to withdraw as counsel. |
| 11:45 a.m. | Statement by Defendant on his own behalf (Mr. West). |
| **ORDERED:** | Mr. Steinberg shall file a motion to withdraw. |
| **ORDERED:** | Mr. Steinberg is excused from appearing for the continuation of this hearing at 4:00 p.m. |
| 11:45 a.m. | Request by Mr. Vaccaro that Mr. Kemp be excused from the continuation of this hearing at 4:00 p.m. |
| **ORDERED:** | Mr. Kemp is excused from appearing for the continuation of this hearing at 4:00 p.m. |
| **11:46 a.m.** | Court in Recess |
| **4:12 p.m.** | Court in Session |
| | Discussion regarding status of the plea negotiations and request for two weeks to evaluate the offer by the Government. |

Judge Wiley Y. Daniel
03-cr-00128-WYD - Courtroom Minutes

**ORDERED:**  Government's Motion to Revoke Bond and Set Case for Trial (#285 - 2/12/08) is **DENIED IN PART and DEFERRED IN PART.**  The motion is **DENIED** to the extent it seeks to revoke bond and **DEFERRED** to the extent it seeks to set the case for trial.

**ORDERED:**  The $20,000 unsecured bond shall be released to Defendant as soon as possible.

**ORDERED:**  Notice of disposition shall be filed not later than **Wednesday, March 12, 2008.**

4:27 p.m.   Statement by Defendant requesting modifications to conditions of bond (Mr. Corr).

**ORDERED:**  Defendant shall make any request for modifications of bond through the Probation Department.

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**4:32 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   1:17**