IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 03-cr-000128-WYD

United States Of America,

    Plaintiff,

v.

1. DANA WEST,

    Defendant

---

## MOTION FOR DEFENDANT TO PROCEED PRO-SE

---

    Abraham formerly known as Dana V. West, has been trying to defend himself in subject case for five years since March of 2003.

    This case has been dominated by the issue of his competency. All of this has stemmed from the core differences in philosophy basic understanding, and approaches between himself and his attorneys. He has not been able to assist in his own defense because his lawyers and himself do not see eye to eye. This may or may not be the result of a mental illness, which has been debated for the entire 5 year period.

    However, whether it is or is not, is immaterial to the underlying fact that the man is entitled to a fair trial and presumably on a level playing field.

    There can be little doubt that he has not been able to freely express his own ideas to the court, and has not been given the satisfaction he needs from his own attorneys. This has undoubtedly been the underlying theme of the proceedings of this case since its inception.

Equally evident is that the defendant has been deprived of free and unrestricted access to the resources required for him to present his case in a manner sufficient for him to secure his freedom and establish his innocence of the allegations in his indictment.

The root causes of the denial to reasonable access has been twofold. First and foremost has been his incarceration, which results in a pervasive impediment and insurmountable obstacle, which brings each and every attempt to make his point understood, dead on arrival. And as a practical matter, every effort he desires to endeavor in, is defeated even before it can get started.

Furthermore, even a lay person would have to regard it as a self-evident Truth that an incarcerated man does not have access to the life and tools required for a fair and proper presentation of, and the means to research for his case.

The second root cause of this denial is that for five long years he has been unreasonably and unfairly separated from his support system – his human associates.

As we all know by now, his belief in the comprehensive and extensive system of thinking known as Truth And Honesty, not only dominates his life, but virtually is his life. He lives it, thinks it, eats it, sleeps it, breathes it and abides by it every minute of every day. It is in fact his virtual soul. To say that it is a religion would actually be an understatement. It is his everything.

One of the most core and predominate elements of the belief system is that human connection to other humans is essential for happiness, success and fulfillment in life.

When this connection is not allowed to exist, then the individual becomes virtually shut–down emotionally, intellectually and spiritually. Said another way he loses his humanity and ceases to function as a normal person is meant to.

Abraham not only relies on the pursuit of other human relationships, but instinctively and involuntarily is drawn to them as his source for salvation and the meaning and purpose of his life.

Five years of incarceration including house arrest with highly restrictive conditions has decimated his human spirit to say nothing of his never-ending endeavors to have a fair chance to prove his innocence.

And now as Abraham is trying to re-emerge into society starting once again from the bottom and with nothing, he can only work his way up into respected society from the very lowest rungs of lower society.

Furthermore, although his belief system of Truth And Honesty is tailored to accommodate happiness and human needs of everyone, typically it has greatest initial appeal to the downtrodden, the oppressed and the underdogs of the world. And, of course sadly and predominately most of these people have either criminal records or are under supervision of some sort. These people make up an essential and integral component of both Truth And Honesty and the foundation of Abraham's support system.

He can neither succeed without them, nor could he be expected to curtail association with them in an environment where he is entitled to life, liberty and the pursuit of happiness.

Should he attempt to strike out in the vein of Truth, Justice and the American way, he must be allowed free and unfettered access to the ones he love. The ones with whom has a mutual support system. The ones with whom each rely on the other for emotional and intellectual survival.

This is part of Abrahams support system and epitomizes Truth And Honesty's primary slogan

> Win Together
> Or
> Lose Alone.

Under Abraham's current pre-trial conditions, he can have his bond revoked for associations with the ones he loves, who he ministers to in the pursuit of his life's dreams and religious beliefs.

In his quest for a fair trial to defend his innocence he is forced into the untenable position to choose between his freedom and violating petty conditions of release. He has to risk going to jail in order to gain access to prove his innocence and have any chance for freedom and respect for life with a clean criminal record. Any human being faced with the same circumstances Abraham now faces, surely would take the same calculated risk in what amounts to a life or death matter.

However, clearly it does not serve the interests of either the defense, the prosecution or the Court to have the underlying forces of the outcome of this case, be unreasonable coercion and heavily restricted access to resources, plus the medium of self- expression denied by dysfunctional relationships with attorneys.

Abraham only asks that the prosecution be able to win fair and square, be provided with a level playing field through access and living in Free society, he be designated as a pro-se defendant since now the Court has deemed him to be competent and most importantly that this Court show its dignity , integrity, fairness and enlightened discretion towards the establishment and commitment to the sacred premise at the heart of democracy and freedom - a fair trial.

For the reasons stated herein, the defendant hereby prays the Court to designate him as a pro-se defendant, and suspend all the conditions of his bond, or at the very least, the condition prohibiting association with felons and the like.

He has proven through over a year of release that he is not a flight risk or a danger to society. He does not engage in any criminal activity, even with criminals. In fact he plans to start businesses designed to stop criminals from criminal and dysfunctional behavior. He would be happy to submit to any and all monitoring designed to confirm that his only purpose is to thrive in life legally and endeavor to make the world a better place.

Also in conjunction with this motion for a pro-se defendant, it will be necessary for the defendant to interview directly all the

witnesses involved with this case. He will have to develop character witnesses and consult with numerous experts for testimony at trial, should a disposition not be reached with the Government by March 12. Most of the witnesses involved are felony types, as most likely will be many character witnesses and experts. Clearly it will be required that the defendants association condition be waived in order to allow him to prepare his case with regards to these individuals. Equally clear is that, should he be incarcerated, that this process would be functionally impractical, which would severely hinder the case to proceed in a timely manner.

Accordingly, the Defendant requests the court to allow free and unfettered access to all witnesses he must interview in connection with this case.

Furthermore, he asks that the court take off the unrelenting pressure that the probation department is putting on him from petty and assumed violations, and that it deny any ex-parte requests for an arrest warrant , which undoubtedly will be forthcoming this week until a hearing can be held with him be able to defend himself pro-se.

Dated March 5, 2008    This respectfully and humbly
                       Submitted by


                       Abraham
                       Ph. 720-3045699