UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. DANA WEST,

     Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The Motion for Defendant to Proceed Pro Se (filed March 5, 2008 by Defendant on a *pro se* basis) is **STRICKEN**.  Defendant is represented by counsel.  Under the law, there is no constitutional right to a hybrid form of representation.  *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).  Consequently, the Court will not consider a motion that the Defendant has filed *pro se.*  Defendant must confer with his counsel and have them file any appropriate motions.

     Dated:  March 7, 2008