IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

**MOTION TO ALLOW DEFENDANT TO ACT PRO SE
WITH COUNSEL REMAINING ON AN ADVISORY BASIS**
_____

    COMES NOW Walter L. Gerash of WALTER L. GERASH LAW FIRM, P.C., who has been requested by his client/Defendant herein, to submit the following motion:

1.    The undersigned counsel has conferred with the Assistant U.S. Attorney, James Hearty, as to the government's position on this motion. Mr. Hearty states he objects to the relief requested herein.

2.    As this Court is aware, the Defendant personally filed his own motion, without assistance of counsel, requesting that he be allowed to proceed pro se, which was designated as Document No. 294 in the Court's file. The Court then entered its Minute Order on March 7, 2008, denying the Defendant's motion.

1

3. The Court will recall that, on January 17, 2008, this Court ORDERED that "Defendant is competent within the meaning of the law and his competency is in effect restored." See Document 279.

4. Defendant has advised the undersigned counsel, as well as his other named co-counsel, that Defendant wishes to proceed pro se in this case.

5. Defendant has directed his undersigned counsel to file the within motion, and further to request that this Court recognize and incorporate herein the Defendant's own motion which contains the Defendant's bases and reasoning behind this request.

6. Undersigned counsel has advised the Defendant that this action by Defendant is contrary to this counsel's advice and, in addition, counsel believes such action will jeopardize the acceptance of the Assistant U.S. Attorney's plea offer which this undersigned counsel believes is appropriate, proper and in the best interest of this Defendant.

7. In spite of the above advice by the undersigned counsel to his client, the Defendant, he continues in his desire to represent himself pro se, and requests that the Court allow the undersigned counsel to remain in this case in an advisory position to Defendant herein.

8. It would be in the best interest of all parties concerned if this Court could rule

on this motion forthwith, before 5:00 P.M. on March 12, 2008.

WHEREFORE, counsel submits this Motion, at the request of his client/Defendant, requesting that this court allow Defendant to proceed pro se, and for such other and additional relief as to this Court may seem appropriate.

Respectfully submitted this 11th day of March, 2008.

WALTER L. GERASH LAW FIRM, P.C.


**s/   Walter L. Gerash**
Walter L. Gerash
1439 Court Place, Denver CO 80202
PH:  303-825-5400
ATTORNEY FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has electronically filed the above and foregoing:

**MOTION TO ALLOW DEFENDANT TO ACT PRO SE
WITH COUNSEL REMAINING ON AN ADVISORY BASIS**

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorneys and co-counsel for Defendant, as follows:

James Hearty, Esq.
Assistant United States Attorney
1225 – 17TH Street, Suite 700
Denver, CO 80202

Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202

Robert Corry, Esq.
600 - 17th Street, Suite 2800 South Tower
Denver, CO 80202

Dated: March 11, 2008     s/ Marjorie Reinhardt