IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

     Defendant.

_____

**ORDER GRANTING
MOTION TO ALLOW DEFENDANT TO ACT PRO SE
WITH COUNSEL REMAINING ON AN ADVISORY BASIS**

_____

THIS COURT, having reviewed defense motion to allow Defendant to act pro

se with counsel remaining on an advisory basis, and being fully advised in the

premises, FINDS that said motion should be/should not be granted.

IT IS THEREFORE ORDERED THAT _____

_____

BY THE COURT:


Dated: _____                      _____
                                      U.S. District Court Judge