# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number: 03-cr-00128-WYD

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**DANA WEST A/K/A ABRAHAM**

Defendant.

## MOTION TO WITHDRAW

Undersigned counsel respectfully requests this Court to enter an Order allowing Harvey A. Steinberg to withdraw from representation of the Defendant, Dana West A/K/A Abraham.

AS GROUNDS in support of this Motion, undersigned counsel states as follows:

1. Mr. Dana West A/K/A Abraham, and undersigned counsel have developed irreconcilable difference with respect to the representation of Mr. Dana West A/K/A Abraham in this case. This Motion is being filed after these differences were discussed with Mr. Dana West A/K/A Abraham and after the Defendant filed a written request with this Court to allow him to proceed *Pro Se* in this matter (*see* Document number 294).

2. Mr. Dana West A/K/A Abraham is hereby notified that it is Mr. Dana West A/K/A Abraham personal responsibility to comply with all current and future Court orders. Further, it is Mr. Dana West A/K/A Abraham personal responsibility to follow and comply with any time limitation or deadlines as established by any applicable rules or by statements set forth by the United States Attorney.

**WHEREFORE**, undersigned counsel respectfully requests that this motion be granted

**DATED THIS 11th DAY OF MARCH, 2008**

        Respectfully submitted,

        s/Harvey A. Steinberg
        For Harvey A. Steinberg
        Attorneys for Dana West
        Springer & Steinberg, P.C.
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses and by depositing in the Mail of the following addresses:

**Jim Hearty**
James.Hearty@usdoj.gov

Dana West A/K/A/ Abraham
Residence Inn
1725 Champa
Room 934
Denver, CO 80202

        s/Brenda Rodriguez
        For Harvey A. Steinberg
        Attorneys for Dana West, aka Abraham
        Springer & Steinberg, P.C.
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        brodriguez@springer-and-steinberg.com