UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. DANA WEST,

 Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

 A hearing is set on **Thursday, March 13, 2008, at 4:00 p.m.** on the Motion to Allow Defendant to Act Pro Se with Counsel Remaining on an Advisory Basis.  This is the earliest date and time that I can address Defendant's motion.  I am unable to rule on the motion by March 12, 2008, as requested by counsel.  I will, however, extend the deadline for any notice of disposition to be filed until the close of business on **Friday, March 15, 2008**.

 The Motion to Withdraw filed by Harvey A. Steinberg (Doc. # 297) is **GRANTED**. Mr. Steinberg is permitted to withdraw from representation of the Defendant.

 Dated:  March 11, 2008