IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:03-cr-00128-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANA WEST,

---

### GOVERNMENT'S *EX PARTE* MOTION TO REVOKE DEFENDANT'S PRETRIAL RELEASE AND REQUEST FOR A WARRANT

---

The United States of America, by its undersigned counsel, moves the Court *ex parte* to revoke the defendant's pretrial release and to request an arrest warrant.  As grounds therefore, the government states as follows:

1. By Order dated January 24, 2008, the Court ordered that the defendant be released and that he must comply with 18 conditions of release.  [*See* Doc. # 281].

2. By memorandum dated March 10, 2008, the Probation Office reported five apparent violations of the conditions of release by the defendant as detailed in the attached Memorandum from U.S. Probation Officer Jason Kemp.  [*See* Exhibit A].

3. Accordingly, the Probation Office has requested that a sealed arrest warrant be issued for the defendant and that the warrant remain sealed until executed.

4. Probation Officer Kemp advised undersigned counsel today of yet additional violations not detailed in Exhibit A.  Officer Kemp reported that the defendant was

arrested by the Denver Police Department today on harassment charges and possession of marijuana. He was also kicked out of yet another local hotel for his conduct. This time he was excluded from the Residence Inn located in downtown Denver.

Based on the foregoing, the government respectfully requests that the defendant's pretrial release be revoked pursuant to 18 U.S.C. § 3148(b) and that a warrant be issued for his arrest.

March 12, 2008                              Respectfully submitted,

                                              TROY A. EID
                                              United States Attorney

s/ James O. Hearty
By:   JAMES O. HEARTY
Assistant U.S. Attorney
United States Attorney's Office
1225 17TH Street, Suite 700
Denver, CO 80202
(303) 454-0100
Fax: (303) 454-0403
email: james.hearty@usdoj.gov