IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 03-cr-000128-WYD

United States of America,

    Plaintiff,

v.

1.    DANA WEST,

    Defendant.

## ORDER REGARDING DOCKET NO. _____

THIS MATTER comes before the Court on the United States' *Ex Parte* Motion to Revoke Defendant's pretrial release and request for a warrant dated March 12, 2008.

HAVING REVIEWED the motion, the Court find that the government's motion sets forth probable cause for issuance of an arrest warrant for violation of the terms and conditions of the defendant's pretrial release, and it is therefore

ORDERED that an arrest warrant be issued for the defendant based on a violation of the terms and conditions of pretrial release. It is further

ORDERED that the arrest warrant remain sealed until the defendant has been arrested.

DATED the _____ day of _____, 2008.

BY THE COURT:

_____
WILEY Y. DANIEL
UNITED STATES DISTRICT COURT JUDGE