IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Case No.   03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DANA WEST,

    Defendant.

---

## ORDER REGARDING DOCKET NO. 300

THIS MATTER comes before the Court on the Government's *Ex Parte* Motion to Revoke Defendant's Release and Request for a Warrant dated March 12, 2008 (Doc. # 300).

HAVING REVIEWED the motion, I find that the Government's motion sets forth probable cause for issuance of an arrest warrant for violation of the terms and conditions of the defendant's pretrial release.  It is therefore

ORDERED that the Government's *Ex Parte* Motion to Revoke Pretrial Release and Request for a Warrant is **GRANTED**.  It is

FURTHER ORDERED that an arrest warrant be issued for the defendant based on a violation of the terms and conditions of pretrial release.  It is further

ORDERED that the arrest warrant remain sealed until the defendant has been arrested.

Dated: March 13, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge