**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Date: March 13, 2008          Case Number: 03-cr-00128-WYD

CERTIFICATE OF MAILING

      The undersigned hereby certifies that on the above date a copy of the Docs. # 301, 302 were duly mailed to the persons listed below:

Assistant United States Attorney - James O. Hearty

Federal Probation

U.S. Marshal

GREGORY C. LANGHAM, CLERK

By: s/M.Wiles
     M.Wiles, Deputy Clerk