IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

**NOTICE OF DISPOSITION AND
MOTION TO EXTEND TIME TO FILE STIPULATED PLEA
TO 5:00 PM  MARCH 18, 2008**

    COMES NOW Defendant, by and through his counsel, Walter L. Gerash of WALTER L. GERASH LAW FIRM, P.C., who submits this NOTICE to the Court that an agreement has been reached as to a disposition of charges herein.

    Further, counsel for Defendant moves that this Court grant an extension of time to file the stipulated plea up to and including 5:00 PM on Tuesday, March 18, 2008. As grounds for this motion, Defendant states:

1. Counsel has conferred with Assistant U.S. Attorney James Hearty who states he has no objection to the Court granting the relief requested herein.

2. At approximately 2:30 P.M. on Friday, March 14, 2008, the Defendant contacted office staff of the undersigned and advised that he is willing to accept the U.S. attorney's proposed offer of disposition in this case.

3. Defendant advised that he is currently incarcerated at the Denver City/County Jail and is unable to execute the plea agreement that has been tendered so that it can be presented to this Court on or before the deadline previously imposed.

WHEREFORE, Defendant prays that the Court grant an extension of time from the previous deadline of 5:00 PM on March 14, 2008, to and including 5:00 PM on Tuesday, March 18, 2008, and for such other, further or additional relief as to this Court may seem appropriate.

Respectfully submitted this 14th day of March, 2008.

WALTER L. GERASH LAW FIRM, P.C.

**s/   Walter L. Gerash**
Walter L. Gerash
1439 Court Place, Denver CO 80202
PH:  303-825-5400
ATTORNEY FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has electronically filed the above and foregoing:

**NOTICE OF DISPOSITION AND**
**MOTION TO EXTEND TIME TO FILE STIPULATED PLEA**
**TO 5:00 PM  MARCH 18, 2008**

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorneys and co-counsel for Defendant, as follows:

James Hearty, Esq.
Assistant United States Attorney
1225 – 17TH Street, Suite 700
Denver, CO 80202

Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202

Robert Corry, Esq.
600 - 17th Street, Suite 2800 South Tower
Denver, CO 80202

Dated: March 14, 2008                                        s/ Marjorie Reinhardt