IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.

_____

**ORDER GRANTING
MOTION FOR EXTENSION TO FILE STIPULATED PLEA**

    THIS COURT, having reviewed defense motion to extend time within which to file the stipulated plea, and being fully advised in the premises, FINDS that said motion should be granted.

    IT IS THEREFORE ORDERED that the parties are granted up to and including 5:00 PM on Tuesday, March 18, 2008, within which to file the executed plea agreement.

                          BY THE COURT:


Dated: _____                     _____
                                       U.S. District Court Judge

1