UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.
_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion to Extend Time to File Stipulated Plea to 5:00 P.M. March 18. 2008 (which is unopposed), is **GRANTED**. The parties are granted up to and including 5:00 PM on **Tuesday, March 18, 2008**, within which to file the executed plea agreement.

    Dated: March 17, 2008