UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe<br>United States Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 03-cr-00128-WYD | FTR MJW PM |
| March 17, 2008 | |
| UNITED STATES OF AMERICA | James Hearty |
| v. | |
| DANA WEST<br>a/k/a Abraham | Without Counsel |

**INITIAL APPEARANCE ON PRE-TRIAL RELEASE VIOLATION**

Court in Session:1:34 pm

Court calls case and appearance of counsel.

Jason Kemp appears from pre-trial services.

The defendant is advised of rights.

The defendant is advised of the pre-trial release violations.

The government is seeking detention.

Government advises the court that the preliminary and detention hearing is to be heard before Judge Daniel. Counsel to chambers.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Court in recess:1:50 pm

total time:16 minutes

Hearing concluded.

*\*\*\*clerk's note: Judge Daniel referred the preliminary and detention hearing to be heard before Magistrate Judge Watanabe.\*\*\**

**ORDERED:** Preliminary and detention hearing set March 18, 2008 at 3:00pm before Magistrate Judge Watanabe.