AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Colorado

UNITED STATES OF AMERICA

V.

Dana West

**WARRANT FOR ARREST**

Case Number: 03-cr-00128-WYD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____ Dana West _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with (brief description of offense)

☐ in violation of Title _____ United States Code, Section(s) _____

☒ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| GREGORY C. LANGHAM | s/M. Wiles |
| --- | --- |
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | March 13, 2008 Denver, CO |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 3/17/08 | NAME AND TITLE OF ARRESTING OFFICER J. Allegro, USMS for S/A Mike Copeland, FBI | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 3/14/08 | | |