IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL J. WATANABE**

| | |
|---|---|
| Criminal Case No.: 03-cr-00128-WYD | FTR |
| Courtroom Deputy: Kathy Triplett | Date: March 18, 2008 |
| Probation Officer: Jason Kemp | |

**UNITED STATES OF AMERICA,**            James Hearty

      **Plaintiff,**

vs.

**DANA WEST,**            Walter Gerash

      **Defendant.**

_____

**HEARING GOVERNMENTS MOTION TO REVOKE PRETRIAL RELEASE** (#300)
_____

Court in session: 3:04 p.m.

Court calls case and appearances.

Discussion by counsel and the court.

Defendant tenders signed plea agreement to the court.

Court advises that Judge Daniel will hear this change of plea hearing tomorrow, March 19, 2007 at 8:30 a.m.

Defendant states he will not contest detention at this time.

Findings by the court.

**ORDERED: The defendant shall be detained.  The motion to revoke pretrial release is GRANTED.  Counsel and the probation officer are directed forthwith to chambers to tender the signed plea agreement**.

Defendant remanded to custody.

Court in recess: 3:34 p.m.        Hearing duration: 30 minutes