IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | March 13, 2008 | Prob./Pret.: | Jason Kemp |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **03-cr-00128-WYD**        Counsel:

UNITED STATES OF AMERICA,                  James O. Hearty

       Plaintiff,

v.

**1. DANA WEST**,                                       Robert J. Corry, Jr.
                                                  Walter L. Gerash

       Defendant.

_____

### COURTROOM MINUTES
_____

**HEARING ON MOTION TO ALLOW DEFENDANT TO ACT PRO SE WITH COUNSEL REMAINING ON AN ADVISORY BASIS**

**4:18 p.m.**    Court in Session - Defendant not present (on-bond)

             APPEARANCES OF COUNSEL.

             Court's opening remarks regarding the Defendant's failure to appear.

**ORDERED:**    Court will issue an order for the arrest of the Defendant.

4:18 p.m.    Statement on behalf of Defendant regarding his failure to appear (Mr. Gerash).

4:20 p.m.    Statement on behalf of Probation (Mr. Kemp).

             Court's remarks regarding this case and scheduling issues.

4:26 p.m.    Statement on behalf of Defendant (Mr. Gerash).

4:27 p.m.    Statement on behalf of Defendant (Mr. Corry).

Judge Wiley Y. Daniel
03-cr-00128-WYD - Courtroom Minutes

4:29 p.m.      Statement on behalf of Probation (Mr. Kemp).

**ORDERED:**   Probation shall submit an addendum not later than **Friday, March 13, 2008.**

4:33 p.m.      Statement on behalf of Defendant regarding scheduling issues (Mr. Corry).

**4:34 p.m.**  Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:16**