IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | March 19, 2008 | Prob/Pret: | Lisa Pence and Jason Kemp |
| Courtroom Deputy: | Robert R. Keech | | |
| Court Reporter/ECR: | Kara Spitler | Interpreter: | N/A |

Criminal Case No. **03-cr-00128-WYD**

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1. DANA WEST**,

       Defendant.

Counsel:

James O. Hearty

Walter L. Gerash

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

**9:05 a.m.**  Court in Session - Defendant present (in-custody)

APPEARANCES OF COUNSEL.

Court's opening remarks regarding handwritten note by Defendant in Statement by Defendant in Advance of Plea of Guilty.

**9:07 a.m.**  Discussion regarding the Court's remarks and setting a sentencing hearing.

Count one of Indictment read to defendant.

Defendant pleads **GUILTY** to count **one of Indictment** pursuant to F.R.Cr.P. 11(c)(1)(C).

Defendant sworn

-1-

Judge Wiley Y. Daniel
03-cr-00128-WYD - Change of Plea Minutes

> Defendant answers true name;  Defendant **57** years old
>
> Defendant's right to an indictment by a grand jury explained.
>
> **EXHIBITS:**    **Exhibit I** - Plea Agreement;  **Exhibit II** - Statement by Defendant in Advance of Plea of Guilty
>
> **ORDERED:**   Court Exhibits I and II are **RECEIVED**.
>
> Defendant advised of maximum penalties.
>
> Defendant advised of constitutional rights.
>
> Government outlines evidence.
>
> Court **REJECTS** plea of guilty due to a finding that a factual basis for the plea does not exist.

| | |
|---|---|
| 9:33 a.m. | Statement by Defendant requesting release on bond (Mr. West). |
| 9:37 a.m. | Statement on behalf of Government (Mr. Hearty). |

> **ORDERED:**   Defendant is **REMANDED** to custody of U.S. Marshal.

9:39 a.m.    Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:34**