# WALTER L. GERASH LAW FIRM, P.C.



1439 COURT PLACE
DENVER, COLORADO 80202-5091
303-825-5400
FAX: 303-623-2101

WALTER L. GERASH *
ATTORNEY AT LAW
ANDREW B. REID **
ATTORNEY AT LAW
EARL S. WYLDER ***
ATTORNEY AT LAW
MARJORIE REINHARDT
PARALEGAL

\*   ALSO ADMITTED NEW YORK
\*\*  ALSO ADMITTED IN NE, SD
\*\*\* ALSO ADMITTED IN IL, NV

March 28, 2008

James Hearty, Esq.
Assistant United States Attorney
United States Attorney's Office
1225 – 17TH Street, Suite 700
Denver, CO 80202

      RE: People v. Dana West ("Abraham")
         Case No. 03-cr-00128 WYD

Dear Mr. Hearty:

  Perhaps the Supreme Court of the United States will solve our dilemma concerning Abraham.

  As an officer of the Court, I feel it is my duty to advise you of an imminent decision that is directly related to our instant action. I am providing you the six (6) introductory pages plus a copy of the Petition for Writ of Certiorari in the case of <u>State of Indiana v. Ahmad Edwards.</u>

            Sincerely,

            Walter L. Gerash

WLG/mr
Attachments

<u>Copy of letter and attachments to:</u>
The Hon. Wiley Daniel, Judge
U.S. District Court/Colorado