IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.
_____

### NOTICE OF DISPOSITION

    COMES NOW Defendant, by and through his counsel, Walter L. Gerash of WALTER L. GERASH LAW FIRM, P.C., who submits this NOTICE to the Court that an agreement has been reached as to a disposition of charges herein.

    Respectfully submitted this 28th day of April, 2008.

                                          WALTER L. GERASH LAW FIRM, P.C.

                                          **s/ Walter L. Gerash**
                                          Walter L. Gerash
                                          1439 Court Place, Denver CO 80202
                                          PH: 303-825-5400
                                          ATTORNEY FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has electronically filed the above and foregoing:

**NOTICE OF DISPOSITION**

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorneys and co-counsel for Defendant, as follows:

James Hearty, Esq.
Assistant United States Attorney
1225 – 17TH Street, Suite 700
Denver, CO 80202

Robert Corry, Esq.
600 - 17th Street, Suite 2800 South Tower
Denver, CO 80202

Dated: April 28, 2008
              s/ Marjorie Reinhardt