UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DANA WEST,

      Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on April 28, 2008.  A Change of Plea hearing is set for **Wednesday, May 7, 2008 at 4:00 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  April 29, 2008