IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

     Defendant.
_____

**MOTION BY DEFENDANT TO SET APPROPRIATE BAIL, PENDING SENTENCING, OR, IN THE ALTERNATIVE, FOR IMMEDIATE SENTENCING OF DEFENDANT OR ACCELERATION OF PRE-SENTENCE REPORT**

     COMES NOW the Defendant, through counsel Walter L. Gerash of WALTER L. GERASH LAW FIRM, P.C., who submits this Motion requesting the Court to enter an Order setting appropriate bail, pending Defendant's sentencing or, in the alternative, for immediate sentencing of this Defendant or acceleration of the pre-sentence report.

     As grounds for this motion, Defendant states:

1.    The undersigned counsel has conferred with the Assistant U.S. Attorney, James Hearty, as to the government's position on this motion. Mr. Hearty states he takes no position as to bail for this Defendant, after entry of guilty plea by the Defendant in this case.

2.    The Defendant has already served the stipulated minimum sentence, to which he has just plead guilty. Any other or additional incarceration would

1

    be in excess of the term of his plea agreement. Therefore, the Defendant requests that the Court grant appropriate bail on his release, pending completion of the pre-sentence report in this case.

3. It would be in the best interest of all parties concerned if this Court could make an expeditious ruling on this motion.

 WHEREFORE, based upon the foregoing, Defendant submits that this Court allow appropriate bail allowing Defendant's release pending sentencing, or in the alternative, that Defendant be immediately sentenced, or for an Order directing accelerated completion of the pre-sentence report, and for such other and additional relief as to this Court may seem appropriate.

 Respectfully submitted this 7th day of May, 2008.

            WALTER L. GERASH LAW FIRM, P.C.

            **s/ Walter L. Gerash**
            Walter L. Gerash
            1439 Court Place, Denver CO 80202
            PH:  303-825-5400
            ATTORNEY FOR DEFENDANT

*Original signature on file at the*
*Walter L. Gerash Law Firm, P.C.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has electronically filed the above and foregoing:

**MOTION BY DEFENDANT TO SET APPROPRIATE BAIL, PENDING SENTENCING, OR, IN THE ALTERNATIVE, FOR IMMEDIATE SENTENCING OF DEFENDANT OR ACCELERATION OF PRE-SENTENCE REPORT**

with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing, via e-mail, to the prosecuting attorneys and co-counsel for Defendant, as follows:

James Hearty, Esq.
Assistant United States Attorney
1225 – 17TH Street, Suite 700
Denver, CO 80202

Robert Corry, Esq.
600 - 17th Street, Suite 2800 South Tower
Denver, CO 80202

Dated: May 7, 2008     s/ Marjorie Reinhardt