IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr–00128-WYD

UNITED STATES OF AMERICA

v.

DANA WEST,

    Defendant.

_____

**ORDER GRANTING
MOTION BY DEFENDANT TO SET APPROPRIATE BAIL, PENDING SENTENCING,
OR, IN THE ALTERNATIVE, FOR IMMEDIATE SENTENCING OF DEFENDANT
OR ACCELERATION OF PRE-SENTENCE REPORT**

    This Court, having reviewed the Defendant's Motion to set appropriate bail, pending sentencing or, in the alternative, for immediate sentencing of Defendant, or acceleration of Pre-Sentence Report, and being fully advised in the premises, FINDS that said Motion should be granted.

    IT IS THEREFORE ORDERED that bail is granted in the amount of $_____.

    IS THEREFORE ORDERED that the Probation Department shall expedite its completion of this Defendant's pre-sentence Report in this case; said report shall be submitted to this Court on or before _____.

                             BY THE COURT:

Dated: _____                           _____