UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before the Court on the Motion by Defendant to Set Appropriate Bail, Pending Sentencing, or, in the Alternative, for Immediate Sentencing of Defendant or Acceleration of Pre-Sentence Report (filed May 7, 2008).  The portion of the motion that seeks immediate sentencing of the Defendant or acceleration of the Pre-Sentence Report is denied for the reasons stated on the record at the Change of Plea Hearing on May 7, 2008.  The portion of the motion that seeks to set appropriate bail pending sentencing shall be referred to Magistrate Judge Watanabe.

    Dated: May 8, 2008