IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL J. WATANABE**

| | |
|---|---|
| Criminal Case No.: 03-cr-00128-WYD | FTR |
| Courtroom Deputy: Kathy Triplett | Date: May 9, 2008 |
| Probation Officer: Susan Heckman, Jason Kemp | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | James Hearty |
| Plaintiff, | |
| vs. | |
| DANA WEST, | Walter Gerash |
| | Robert Corey |
| Defendant. | |

___

**HEARING ON MOTION TO SET APPROPRIATE BAIL, PENDING SENTENCING, OR, IN THE ALTERNATIVE, FOR IMMEDIATE SENTENCING OF DEFENDANT OR ACCELERATION OF PRE-SENTENCE REPORT (Doc #318)**
___

Court in session: 1:46 p.m.

Court calls case and appearances.

Pretrial reports received by counsel. Statement of the posture of the case by the court.

Mr. Hearty states the government does not oppose bond.

Objection to proposed conditions of bond by Mr. Corey.

**ORDERED: Motion for bond is GRANTED. Bond is set in the amount of $20,000/unsecured with all conditions proposed by probation including electronic monitoring. Request for immediate release will be granted for defendant to secure a residence. A bond review hearing is set on 5/16/08 at 10:00 before this court.**

Bond executed. Defendant released.


Court in recess: 2:21 p.m.     Hearing duration: 35 minutes