AO 199A   (Rev. 6/97) Order Setting Conditions of Release                                              Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT

**District of**   COLORADO

United States of America

V.

DANA WEST

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 03-CR-00128-WYD

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) U.S. DISTRICT COURT
   Place
   on   As Directed on 5/14/08 at 10AM
   Date and Time

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✔ ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of ___Twenty Thousand___ dollars ($ 20,000.00 ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199B    (Rev. 5/99) Additional Conditions of Release                                        Page __2__ of __3__

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6)  The defendant is placed in the custody of:
         (Name of person or organization) _____
         (Address) _____
         (City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

                                        Signed: _____    _____
                                                    Custodian or Proxy                  Date

(✓) (7)  The defendant shall:
   ( ) (a)  report to the _____,
            telephone number _____, not later than _____.
   ( ) (b)  execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
            _____
   ( ) (c)  post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
            _____.
   ( ) (d)  execute a bail bond with solvent sureties in the amount of $ _____.
   ( ) (e)  maintain or actively seek employment.
   ( ) (f)  maintain or commence an education program.
   ( ) (g)  surrender any passport to: _____
   (✓) (h)  obtain no passport.
   (✓) (i)  abide by the following restrictions on personal association, place of abode, or travel:
            _Dft to observe a 6:00 pm to 8:30 AM curfew_
   ( ) (j)  avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:
   ( ) (k)  undergo medical or psychiatric treatment and/or remain in an institution as follows:
   ( ) (l)  return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
   ( ) (m)  maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
   ( ) (n)  refrain from possessing a firearm, destructive device, or other dangerous weapons.
   ( ) (o)  refrain from ( ) any ( ) excessive use of alcohol.
   ( ) (p)  refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ( ) (q)  submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
   ( ) (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
   ( ) (s)  refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
   ( ) (t)  participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
            ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
            ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
            ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
   ( ) (u)  report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
   ( ) (v)
   (✓) (w)  _Deft. shall abide all conditions of bond as set forth on the attached document_
   (✓) (x)  _Dft to notify the probation officer where he will reside this evening._

            DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

AO 199C   (Rev.12/03) Advice of Penalties . . .     Page 3 of 3 Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

## Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: May 9, 2008

Signature of Judge
**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

**PROPOSED BOND CONDITIONS: DANA WEST**

The defendant be released on a $20,000 unsecured bond with the following conditions:

1. The defendant shall report to the Probation Office in person on a weekly basis and/or otherwise as directed by his probation officer;

2. The defendant shall obtain no passport or other international travel documents;

3. The defendant shall secure a permanent residence (not in a hotel motel, residence inn etc.) within 7 days. Said residence must be approved in advance by the supervising officer. Defendant must notify the supervising officer 10 days in advance of any change of address and the new residence must be approved in advance by the supervising officer;

4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: the State of Colorado unless defendant obtains prior permission from the court;

5. The defendant shall avoid all contact, directly or indirectly, with any persons who are victims or witnesses in the subject investigation or prosecution;

6. The defendant shall fully cooperate with the presentence investigation process, and truthfully answer any questions posed by any officer representing the United States Probation Office for the District of Colorado;

7. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons;

8. The defendant shall refrain from the excessive use of alcohol;

9. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

10. The defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant shall pay all costs associated with the aforementioned testing as directed by the supervising officer;

11. The defendant shall not act as an informant for any law enforcement agency without prior permission from the Court;

12. The defendant shall refrain from any and all contact and direct or indirect communication with any witness to, or victim of, the acts charged in this case, or any attorney for the government, except through his attorney or agent for his attorney acting for the purpose of the defense in this case;

13. The defendant shall not harass, molest, intimidate, retaliate against, or tamper with any witness to, or victim of, the acts charged in this case, or any attorney for the Government;

14. The defendant shall not appear or be physically present on the premises of any facility at which any witness to, or victim of, the acts charged in this case, or any attorney for the government is employed, without the express prior consent of his probation officer;

15. The defendant shall refrain from any and all contact and direct or indirect communication with convicted felons, persons on parole, probation, or under any other forms of supervision, or inmates incarcerated or detained in any facility operated by the United States Marshals Service, or law enforcement or corrections officials for any state, county or municipality; and

16. The defendant shall refrain from any contact with persons under 18 years of age unless prior permission is obtained from the supervising officer; and

17. The defendant shall submit to home confinement in an electronic monitoring program. The defendant is restricted to his/her residence at all times except for employment, education, religious services, medical substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as preapproved by the pretrial services office or supervising officer. The defendant shall pay all or part of the cost of the program based upon ability to pay determined by the pretrial service office or supervising officer.

8:30 AM - 6:00 PM