IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | May 7, 2008 | Prob/Pret: | Jan Woll |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

Criminal Case No. **03-cr-00128-WYD**            Counsel:

UNITED STATES OF AMERICA,                        James O. Hearty

      Plaintiff,

v.

**1. DANA WEST**,                                Walter L. Gerash
                          Robert J. Corry, Jr.
      Defendant.

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

**4:10 p.m.**   Court in Session - Defendant present (in-custody)

            APPEARANCES OF COUNSEL.

            Court's opening remarks.

            Count I of the Indictment read to defendant.

            Defendant pleads **GUILTY** to count **I of the Indictment** pursuant to F.R.Cr.P. 11(c)(1)(C);

            Defendant sworn

            Defendant answers true name;   Defendant **57** years old

            Defendant's right to an indictment by a grand jury explained.

Judge Wiley Y. Daniel
03-cr-00128-WYD - Change of Plea Minutes

**EXHIBITS:**   Exhibit I - Plea Agreement;  **Exhibit II** - Statement by Defendant in Advance of Plea of Guilty

**ORDERED:**   Court Exhibits I and II are **RECEIVED**.

Defendant advised of maximum penalties.

Defendant advised of constitutional rights.

Defendant advised that restitution **MAY *NOT** be ordered at time of sentencing.

Government outlines evidence.

Court defers acceptance of plea of guilty.

**ORDERED:**   Sentencing is set for **Wednesday, July 30, 2008, at 4:00 p.m., in courtroom A-1002.**

**ORDERED:**   Defendant's Motion to Set Appropriate Bail Pending Sentencing or in the Alternative, for Immediate Sentencing (#318 - 5/7/08) shall be referred to Magistrate Judge Michael J. Watanabe.

**ORDERED:**   Defendant is **REMANDED** to custody of U.S. Marshal.

**4:32 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:22**