IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL J. WATANABE**

Criminal Case No.: 03-cr-00128-WYD                    FTR
Courtroom Deputy: Kathy Triplett                          Date: May 16, 2008
Probation Officer:  Jason Kemp

UNITED STATES OF AMERICA,                              James Hearty

                          Plaintiff,

vs.

DANA WEST,                                                         Walter Gerash
                                                                            Robert Corey

                          Defendant.
_____

**BOND REVIEW HEARING**
_____

Court in session: 10:01 a.m.

Court calls case and appearances.

Update on the status of defendants release on bond discussed.

**ORDERED: This matter is set for further bond review hearing on Tuesday, May 20th at 9:00 a.m.  Bond is continued and defendant reminded to abide by all conditions as set.**

Court in recess: 10:11 a.m.      Hearing duration: 10 minutes