UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 03-cr-00128-WYD | FTR MJW AM |
| May 20, 2008 | |
| UNITED STATES OF AMERICA | James Hearty |
| v. | |
| DANA WEST | Robert Corry,Jr. |

## BOND REVIEW HEARING

Court in Session: 9:00 am

Court calls case and appearance of counsel.

Jason Kemp is present from probation.

Probation addresses the court and notes that defendant is currently in compliance with the terms of his bond.

**ORDERED:** Defendant to continue to comply with the terms and conditions previously imposed, including the condition of attaining housing.

**ORDERED:** Bond review hearing set May 28, 2008 at 10:30 am.

**ORDERED:** Defendant is continued on bond.

Court in recess: 9:05 am

Total time in court: 5 minutes

Hearing concluded.