UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe<br>United States Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 03-cr-00128-WYD | FTR MJW AM |
| May 28, 2008 | |
| UNITED STATES OF AMERICA<br>    v. | James Hearty |
| DANA WEST | Walter Gerash and<br>Robert Corry, Jr. |

### STATUS HEARING

Court in Session: 10: 34 am

Court calls case and appearance of counsel.

Jason Kemp appears from probation.

Defense addresses the court.

Court addresses the defendant.

**ORDERED:** Status hearing set for June 23, 2008 at 9:30am before Magistrate Judge Watanabe.

**ORDERED:** Defendant is continued on bond.

Court in recess: 10:40 am

Total time in court: 6 minutes

Hearing concluded.