UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 03-cr-00128-WYD | FTR MJW AM |
| June 23, 2008 | |
| UNITED STATES OF AMERICA | James Hearty |
| v. | |
| DANA WEST | Walter Gerash |

### STATUS HEARING

Court in Session: 9:30 am

Court calls case and appearance of counsel.

Probation notes defendant has been compliant with the terms and conditions of bond and electronic home monitoring.

Probation advises the court that the presentence investigation report has been completed.

Parties do not believe a further review of defendant's compliance with bond is necessary at this time.

Defendant requests court modify conditions of curfew.

Court does not modify curfew conditions at this time.

**ORDERED:** Defendant to continue to comply with the conditions of bond, and report to court on sentencing date.

**ORDERED:** Defendant continued on bond.

Court in recess: 9:39 am

Total time in court: 9 minutes

Hearing concluded.