# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANA WEST a/k/a ABRAHAM,

    Defendant.

---

## WITHDRAWAL OF DEFENDANT'S UNOPPOSED MOTION TO ACT AS INFORMANT
## (FILED UNDER SEAL)

---

Dana West, a/k/a Abraham, through undersigned counsel, hereby moves to withdraw his Unopposed Motion to Act as Informant, filed on or about June 27, 2008.

Dated this 11th day of July, 2008.

    Respectfully Submitted,
    s/Robert J. Corry, Jr.
    Robert J. Corry, Jr.
    600 17th Street, Suite 2800 South Tower
    Denver, Colorado 80202
    303-634-2244 Telephone
    720-379-3215 Facsimile
    Robert.Corry@comcast.net
    Attorney for Dana West, a/k/a Abraham

## Certificate of Service

Above-designated counsel hereby certifies that on July 11, 2008, I electronically filed the foregoing **WITHDRAWAL OF DEFENDANT'S UNOPPOSED MOTION TO ACT AS INFORMANT (FILED UNDER SEAL)** on the following:

James Hearty
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Seventeenth Street Plaza
Denver, CO 80202
james.hearty@usdoj.gov

2