UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANA WEST a/k/a ABRAHAM,

    Defendant.

---

**MOTION TO SEAL MOTION FOR WITHDRAWAL OF DEFENDANT'S UNOPPOSED MOTION TO ACT AS INFORMANT AND UNOPPOSED MOTION TO ACT AS INFORMANT**
**(FILED UNDER SEAL)**

---

    Dana West, a/k/a Abraham, through undersigned counsel, hereby moves to seal his Motion to Withdraw his Unopposed Motion to Act as Informant, filed on or about July 11, 2008 and to seal his original Unopposed Motion to Act as Informant, filed on or about June 27, 2008.

    Dated this 11th day of July, 2008.

    Respectfully Submitted,
    s/Robert J. Corry, Jr.
    Robert J. Corry, Jr.
    600 17th Street, Suite 2800 South Tower
    Denver, Colorado 80202
    303-634-2244 Telephone
    720-379-3215 Facsimile
    Robert.Corry@comcast.net
    Attorney for Dana West, a/k/a Abraham

## Certificate of Service

      Above-designated counsel hereby certifies that on July 11, 2008, I electronically filed the foregoing **MOTION TO SEAL MOTION FOR WITHDRAWAL OF DEFENDANT'S UNOPPOSED MOTION TO ACT AS INFORMANT AND UNOPPOSED MOTION TO ACT AS INFORMANT (FILED UNDER SEAL)** on the following:

James Hearty
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Seventeenth Street Plaza
Denver, CO 80202
james.hearty@usdoj.gov