**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.   03-cr-00128-WYD

United States of America,

      Plaintiff,

v.

1.   DANA WEST,

      Defendant.

---

**GOVERNMENT'S MOTION TO DISMISS COUNT II OF THE INDICTMENT AND
MOTION FOR THREE POINT REDUCTION FOR ACCEPTANCE OF
RESPONSIBILITY PURSUANT TO U.S.S.G. § 3E1.1(B)**

---

The United States of America (the "government"), by its undersigned counsel, hereby requests that the Court, at the time the defendant is sentenced if the Court accepts the defendant's guilty plea, dismiss Count II of the Indictment which charges Attempted Destruction by Explosion in violation of 18 U.S.C. § 844(i), pursuant to the parties' plea agreement, on the grounds that the defendant has plead guilty to Count 1 of the Indictment which charges Solicitation to Damage or Destroy a Building by Means of Fire and Explosive in violation of 18 U.S.C. § 373.

The government also hereby moves for a three point reduction in the defendant's sentencing guideline offense level pursuant to U.S.S.G. § 3E1.1(b) because the defendant assisted authorities in the prosecution of his own misconduct by notifying the government

of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial.

Dated:  July 30, 2008                              Respectfully submitted,

                                            TROY A. EID  
                                            United States Attorney

                                            s/James O. Hearty  
                                            By:  James O. Hearty  
                                            Assistant U.S. Attorney  
                                            1225 Seventeenth Street, Suite 700  
                                            Denver, CO 80202  
                                            (303) 454-0100  
                                            F: (303) 454-0403  
                                            james.hearty@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this ___30th___ day of July, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Walter L. Gerash, Esq.
marj@waltergerash.com


Robert J. Corry, Esq.
robert.corry@comcast.net



                                                s/Valerie Nielsen
                                                VALERIE NIELSEN
                                                Legal Assistant
                                                United States Attorney's Office
                                                1225 17th Street, Suite 700
                                                Denver, Colorado 80202
                                                Telephone: 303-454-0100
                                                Fax: 303-454-0406