**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | July 30, 2008 | Probation: | Jan Woll and |
| Courtroom Deputy: | Robert R. Keech | | Jason Kemp |
| E.C.R./Reporter: | Kara Spitler | Interpreter: | N/A |

Criminal Case No: **03-cr-00128-WYD**         Counsel:

UNITED STATES OF AMERICA,         James O. Hearty

       Plaintiff,

v.

**1. DANA WEST**,         Walter L. Gerash
         Robert J. Corry, Jr.

       Defendant.

## SENTENCING

| | |
|---|---|
| **4:38 p.m.** | Court in Session - Defendant present (on-bond) |
| | **Change of Plea Hearing - May 7, 2008**<br>**Plea of Guilty - count 1 of Indictment** |
| | APPEARANCES OF COUNSEL. |
| | Court's opening remarks. |
| 4:42 p.m. | Statement on behalf of Government (Mr. Hearty). |
| 4:49 p.m. | Statement on behalf of Probation (Mr. Kemp). |
| 4:53 p.m. | Statement on behalf of Probation (Ms. Woll). |
| 4:55 p.m. | Statement on behalf of Defendant (Mr. Gerash). |
| 5:01 p.m. | Statement on behalf of Defendant (Mr. Corry). |

Judge Wiley Y. Daniel
03-cr-00128-WYD - Sentencing Minutes

5:02 p.m.   Statement by Defendant on his own behalf (Mr. West).

Court makes findings.

Plea agreement pursuant to F.R.Cr.P. 11(c)(1)(C) is **RATIFIED** and **ACCEPTED.**

**ORDERED:**   Government's Motion to Dismiss Count 2 of Indictment and for Three Point Reduction for Acceptance of Responsibility (#339 - 7/30/08) is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:**   Upon release from imprisonment, no term of supervised release shall be imposed.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

Court's closing remarks to Mr. West.

5:13 p.m.   Discussion regarding the imposition of a fine in this case.

**ORDERED:**   Defendant shall pay a fine of **$5,200.00.**

**ORDERED:**   Counsel shall meet and confer to determine the method in which the $5,200.00 currently being held by the F.B.I. will be returned to Mr. West for immediate payment of the fine imposed by the Court.

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**5:25 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:47**