IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANA WEST,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and upon the motion of the United States of America to dismiss Count Two of the Indictment, and for good cause shown, it is hereby

ORDERED that Count Two of the Indictment in the above-captioned case is dismissed and the defendant be granted an additional one-level decrease in the offense level for acceptance of responsibility.

DATED this <u>30th</u> day of July, 2008.

                              BY THE COURT:

                              <u>s/ Wiley Y. Daniel</u>
                              WILEY Y. DANIEL,
                              UNITED STATES DISTRICT JUDGE