IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-00128 WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANA WEST,

    Defendant.

_____

**RENEWED MOTION TO WITHDRAW**

_____

    Undersigned counsel respectfully requests that this Court enter an Order allowing Walter L. Gerash of Walter L. Gerash Law Firm, P.C., to withdraw from representation of the Defendant Dana West, a/k/a Abraham.

    AS GROUNDS FOR THIS MOTION, counsel states as follows:

    1.    In his attempt to conclude services performed by undersigned counsel in this case, irreconcilable differences have arisen between counsel and Defendant Abraham, f/k/a Dana West.

    2.    Counsel has continually represented this Defendant over the past five years in this matter. During that time, the Defendant has been extremely difficult to handle and, on his own volition, has retained separate and additional counsel who have entered their appearances in this matter. Attorney Harvey Steinberg withdrew because of irreconcilable differences during March 2008. Attorney Robert Corry entered his

appearance and has become involved and currently remains as Defendant's counsel in this case.

3. Although undersigned counsel believes counsel has completed all required services in this case and the matter is concluded, Defendant insists that undersigned counsel must continue on, performing additional services involved with recovery of funds used to pay the fine in this case.  Defendant is demanding that counsel obtain a refund of the funds used for payment of the fine in this case, and demands that counsel cause such fine to be paid from different funds being held in a conservator estate in Defendant's name.   Defendant has indicated that attorney Rob Corry has stated that this could be accomplished but insists that the undersigned counsel, and not Rob Corry, accomplish the task. The Bank personnel have stated that such expenditure is an improper expense of the conservator funds, and have indicated that payment will not be allowed.   Nevertheless, Defendant insists that undersigned counsel complete this impossible task and has created a situation where these irreconcilable differences cannot be resolved.

4.  By copy of this document mailed to the defendant, defendant Dana West is advised as to the following information regarding the pending action, and the effect of withdrawal from said action by the attorney:

a. The attorney wishes to withdraw;

b. The court shall retain jurisdiction of this matter;

c. The client has the burden of keeping the court informed where notices, pleadings, or other papers may be served;

d.  The client has the obligation to prepare for any upcoming events and/or retain other counsel to prepare for upcoming events.  At the present time, no proceedings are scheduled in this case.

e.  If the client fails or refuses to meet these burdens, the client may suffer possible default and additional penalties for his failure to appear as required;

f.  No proceedings will be affected by the withdrawal of counsel;

g.  The client is responsible for complying with all court orders and time limitations established by any applicable rules;

h.  Service of process may be served upon the client at his last mailing address:

> Abraham fka Dana West
> 1550 Platte Street – No. 337
> Denver, CO  80202
>
> PH: 303-884-1520; 303-433-3414

i.  The client has the right to object to said withdrawal within 15 days of the date of this notice.

5.  Since attorney Rob Corry remains as defense counsel, no prejudice should result to Defendant if the Court grants counsel's request to withdraw.

6.  Counsel asserts that all notification requirements have been met.

WHEREFORE, the undersigned counsel requests an Order of this Court granting permission to withdraw as counsel of record for the defendant, Dana West.

Respectfully submitted this __29th__ day of September, 2008.

>                    WALTER L. GERASH LAW FIRM, P.C.
>                     _s/ Walter L. Gerash_

Walter L. Gerash  #2373  
1439 Court Place, Denver CO 80202  
PH:  303-825-5400

## CERTIFICATE OF SERVICE

I undersigned hereby certifies that she has served a copy of the above and foregoing:

**RENEWED MOTION TO WITHDRAW (with proposed Order)**

upon the office of the United States Attorney, by fax transmission only, properly addressed as follows:

| | |
|---|---|
| James Hearty, Esq.<br>Assistant United States Attorney<br>1225 – 17TH Street, Suite 700<br>Denver, CO 80202 | FAX (303) 454-0409 |
| Abraham, fka Mr. Dana West<br>1550 Platte Street – No. 337<br>Denver, CO  80202 | (VIA CERTIFIED AND REGULAR MAIL) |
| Robert Corry, Esq.<br>600 – 17th Street,<br>Suite 2800 South Tower<br>Denver, CO  80202 | FAX (720) 379-3215 |

Dated: <u>Sept. 30, 2008</u>         <u>  s/ Marjorie Reinhardt   </u>