UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00128-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DANA WEST,

      Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      This matter is before the Court on the Renewed Motion to Withdraw filed by defense counsel Walter L. Gerash on September 30, 2008.  The motion informed the Defendant that he had fifteen (15) days to object to the motion.  No objections to the motion were filed by Defendant.  Further, Defendant remains represented by counsel Robert Corry, Jr.  Accordingly, the Renewed Motion to Withdraw is **GRANTED**.  Walter L. Gerash of Walter L. Gerash Law Firm, P.C. is permitted to withdraw from this case.

      Dated:  October 17, 2008